# EXHIBIT A

# Part 1 of 2

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Travelers Property Casualty Company of America, St. Paul Fire and Marine Insurance Company v. The Broadbent Company, Inc., Washington Shoppes LP

| | |
|---|---|
| Case Number | 49D01-2511-CE-056363 |
| Court | Marion Superior Court 1 <br> Commercial Court (Provisional) |
| Type | CE - Commercial Court Eligible |
| Filed | 11/26/2025 |
| Status | 11/26/2025 , Pending  (active) |

## Parties to the Case

Defendant   The Broadbent Company, Inc.

Attorney
David L. Guevara
*#2638849, Lead, Retained*

One Indiana Square
Suite 3500
Indianapolis, IN 46204
317-713-3500(W)

Attorney
Laura Rose Allaben
*#3876471, Retained*

TAFT STETTINIUS &HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
317-713-3500(W)

Defendant   Washington Shoppes LP

Attorney
David L. Guevara
*#2638849, Lead, Retained*

One Indiana Square
Suite 3500
Indianapolis, IN 46204
317-713-3500(W)

Attorney
Laura Rose Allaben
*#3876471, Retained*

TAFT STETTINIUS &HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
317-713-3500(W)

Plaintiff     Travelers Property Casualty Company of America

<u>Attorney</u>
Kenneth Cabot Newa
*#3047449, Lead, Retained*

38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 594-6968(W)

<u>Attorney</u>
Pamela A Paige
*#1616349, Retained*

Plunkett Cooney, P.C.
300 N. Meridian Street
Suite 1250
Indianapolis, IN 46204
317-964-2730(W)

Plaintiff     St. Paul Fire and Marine Insurance Company

<u>Attorney</u>
Kenneth Cabot Newa
*#3047449, Lead, Retained*

38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 594-6968(W)

<u>Attorney</u>
Pamela A Paige
*#1616349, Retained*

Plunkett Cooney, P.C.
300 N. Meridian Street
Suite 1250
Indianapolis, IN 46204
317-964-2730(W)

## Chronological Case Summary

| | |
|---|---|
| 11/26/2025 | **Case Opened as a New Filing** |

| 12/01/2025 | **Appearance Filed** |
|---|---|
| | Appearance of Kenneth C. Newa and Pamela Paige |

| For Party: | Travelers Property Casualty Company of America |
|---|---|
| For Party: | St. Paul Fire and Marine Insurance Company |
| File Stamp: | 11/26/2025 |

| 12/01/2025 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Declaratory Judgment |

| Filed By: | Travelers Property Casualty Company of America |
|---|---|
| Filed By: | St. Paul Fire and Marine Insurance Company |
| File Stamp: | 11/26/2025 |

| 12/01/2025 | **Commercial Court Identifying Notice** |
|---|---|
| | Notice Identifying Commercial Court Docket Case |

| Filed By: | Travelers Property Casualty Company of America |
|---|---|
| Filed By: | St. Paul Fire and Marine Insurance Company |
| File Stamp: | 11/26/2025 |

| 12/01/2025 | **Subpoena/Summons Filed** |
|---|---|
| | Summons re Washington Shoppes LP |

| Filed By: | Travelers Property Casualty Company of America |
|---|---|
| Filed By: | St. Paul Fire and Marine Insurance Company |
| File Stamp: | 11/26/2025 |

| 12/01/2025 | **Subpoena/Summons Filed** | |
| | Summons re the Broadbent Company Inc. | |
| | Filed By: | Travelers Property Casualty Company of America |
| | Filed By: | St. Paul Fire and Marine Insurance Company |
| | File Stamp: | 11/26/2025 |
| 12/02/2025 | **Affidavit Filed** | |
| | Affidavit of Service re Washington Shoppes | |
| | Filed By: | Travelers Property Casualty Company of America |
| | Filed By: | St. Paul Fire and Marine Insurance Company |
| | File Date: | 12/01/2025 |
| 12/02/2025 | **Affidavit Filed** | |
| | Affidavit of Service re Broadbent Company | |
| | Filed By: | Travelers Property Casualty Company of America |
| | Filed By: | St. Paul Fire and Marine Insurance Company |
| | File Date: | 12/01/2025 |
| 12/08/2025 | **Appearance Filed** | |
| | Appearance by Attorney | |
| | For Party: | The Broadbent Company, Inc. |
| | For Party: | Washington Shoppes LP |
| | File Stamp: | 12/08/2025 |
| 12/08/2025 | **Notice Filed** | |
| | Notice of Automatic Enlargement of Time | |
| | Filed By: | The Broadbent Company, Inc. |
| | Filed By: | Washington Shoppes LP |
| | File Stamp: | 12/08/2025 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Travelers Property Casualty Company of America**

Plaintiff

**Balance Due** (as of 12/29/2025)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2025 | Transaction Assessment | 232.00 |
| 12/01/2025 | Electronic Payment | (232.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

**INDIANA COMMERCIAL COURT**
**IN THE MARION COUNTY SUPERIOR COURT NO. 1**
**STATE OF INDIANA**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) |
| | ) CAUSE NO. |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| THE BROADBENT COMPANY, INC., and WASHINGTON SHOPPES, LP | ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:  Initiating  X       Responding _____       Intervening ____

     1.       The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

       Name of party: Plaintiffs:
               Travelers Property Casualty Company of America
               St. Paul Fire and Marine Insurance Company

     2.       Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

       Kenneth C. Newa
       Attorney Number:  30474-49
       Plunkett Cooney, P.C.
       38505 Woodward Avenue, Suite 100
       Bloomfield Hills, MI  48304
       (248) 901-4000 (Main)
       (248) 594-6968 (Direct)
       (248) 901-4040 (Fax)
       knewa@plunkettcooney.com

       Pamela A. Paige
       Attorney No. 16163-49
       PLUNKETT COONEY, P.C.
       300 N. Meridian Street, Suite 1250

Indianapolis, IN 46204
Telephone: (317)-964-2730
Fax: (248) 901-4040
Email: ppaige@plunkettcooney.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     *If first initiating party filing this case,* the Clerk is requested  to assign this case the following Case Type under Administrative Rule 8(B)(3):  CE

4.     I will accept service by: FAX at the above noted number:  Yes ___ No __X_____
Email at the above e-mail address:  Yes ___X_____  No _____

5.     This case involves child support issues.  Yes _____  No ___X____

6.     This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order: Yes ___ No _X__

7.     There are related cases: Yes _____  No ___X____

8.     This form has been served on all other parties and Certificate of Service is attached:  Yes ___X_____  No _____

9.     There are other party members: Yes _____  No ___X____

10.     Additional information required by local rule:  ____N/A_____

2

Dated:  November 26, 2025

Respectfully submitted,

PLUNKETT COONEY, P.C.

/s/Kenneth C. Newa
Kenneth C. Newa, Attorney No. 30474-49
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000
(248) 901-4040 (Fax)
knewa@plunkettcooney.com

/s/ Pamela A. Paige
Pamela A. Paige (16163-49)
300 North Meridian Street, Suite 1250
Indianapolis, Indiana 46204
Telephone:  317-964-2730
Facsimile:  248-901-4040
Email: ppaige@plunkettcooney.com

*Attorney for Plaintiffs Travelers Property Casualty Company of America and St. Paul Fire and Marine Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 26, 2025**, I electronically filed the foregoing with the Clerk of the Court using the Indiana E-Filing System ("IEFS").

*/s/Kenneth C. Newa*
Kenneth C. Newa

4

Case 1:25-cv-02614-JRS-KMB   49D01-2511-CE-056363   12/30/25   Page 9 of 678 PageID
Marion Superior Court 1
Filed: 11/26/2025 6:40 PM
Clerk
Marion County, Indiana
#: 15

# INDIANA COMMERCIAL COURT
## IN THE MARION COUNTY SUPERIOR COURT NO. 1
## STATE OF INDIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | |
| | ) | CAUSE NO. |
| Plaintiffs, | ) | |
| v. | ) ) | |
| THE BROADBENT COMPANY, INC. and WASHINGTON SHOPPES, LP, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs Travelers Property Casualty Company of America ("TPCCA") and St. Paul Fire and Marine Insurance Company ("St. Paul") (collectively, "Travelers"), for their Complaint for Declaratory Judgment against Defendants Washington Shoppes, LP ("Washington Shoppes") and The Broadbent Company, Inc. ("Broadbent"), state as follows:

## INTRODUCTION AND NATURE OF THE ACTION

1.      This is an action for declaratory judgment pursuant to the Uniform Declaratory Judgments Act § 34-14-1 *et seq.*, and Indiana Trial Rule 57 to determine and resolve questions of actual controversy regarding Travelers' rights, duties and obligations, if any, to Washington Shoppes under certain insurance policies issued to Broadbent by TPCCA and St. Paul (collectively, "the Travelers Policies," as further defined below) with respect to a September 20, 2024 letter received from the Indiana Department of Environmental Management ("IDEM") ("the IDEM Letter").

2.      The IDEM Letter identifies Washington Shoppes as a Potentially Responsible Party (PRP) for environmental contamination at 10021 E. Washington Street, Indianapolis,

Indiana (at or in the vicinity of Unit 10073) (the "Site") arising from the former operation of a dry-cleaning facility at the Site. The Site is owned by Washington Shoppes.

3.      Washington Shoppes is seeking insurance coverage, including defense and indemnity, from Travelers for the costs to respond to the IDEM Letter and to remediate the Site ("the IDEM Claim").

4.      Travelers disputes its obligations to Washington Shoppes for the IDEM Claim under certain of the Travelers Policies, and applicable law.

5.      Travelers therefore respectfully requests that the Court declare the rights and duties of the parties, if any, with respect to the IDEM Claim under the Travelers Policies and applicable law, as set forth more fully below.

## PARTIES

6.      TPCCA is an insurance company incorporated in the State of Connecticut, with its principal place of business in Hartford, Connecticut.

7.      St. Paul is an insurance company incorporated in the State of Connecticut, with its principal place of business in Hartford, Connecticut.

8.      Upon information and belief, Washington Shoppes is an Indiana domestic limited partnership, with its principal place of business in Indianapolis, Indiana. Upon information and belief, Washington Shoppes is a single-asset limited partnership, whose sole member is Washington Shoppes Management, Inc.

9.      Upon information and belief, Broadbent is an Indiana corporation, with its principal place of business in Indianapolis, Indiana. Broadbent is the named insured on the Travelers Policies, and therefore, upon information and belief, Broadbent has an interest in

the outcome of this action, and is named as a defendant herein so that full and complete relief can be granted.

## JURISDICTION AND VENUE

10. Jurisdiction is proper in this Court pursuant to Indiana Trial Rule 4.4, as each party has conducted business in the State of Indiana and in this county, and pursuant to Ind. Code Ann. § 33-28-1-2, this action involves an actual controversy between Travelers and the Defendants regarding their respective rights and duties, if any, under the Travelers Policies in relation to the IDEM Claim.

11. Venue is proper in this judicial district pursuant to Indiana Trial Rule 75(A).

## THE IDEM CLAIM

12. Upon information and belief, Sunrise Dry Cleaners operated a dry-cleaning facility at the Site from 1987 to 1996.

13. Upon information and belief, Washington Shoppes has owned the Site since 1998.

14. At the request of Washington Shoppes, Heartland Advisory Group LLC ("Heartland") undertook a Phase II Limited Site Investigation of the Site. Heartland issued a report of the findings of its Phase II Limited Site Investigation in a letter dated November 21, 2023. That report noted the presence of: "Tetrachloroethylene (PCE)," "Trichloroethene (TCE)," "cis-1,2-Dichloroethene," and "trans-1,2-Dichloroethene (trans-1,2-DCE)," in soil and groundwater at location DP-1, and the same pollutants, plus "vinyl chloride" in vapor collected at SG-1.

15. Tetrachloroethylene (PCE) is the principal chemical traditionally used in commercial dry-cleaning operations. It is common knowledge that PCE was historically

purchased by dry cleaners in large quantities, used in the dry-cleaning process, and then discharged or recycled. It was not uncommon for PCE to be released from various equipment used during the dry-cleaning process, or for it to be discharged directly into the environment at the endpoint of the dry-cleaning process. Typically, commercial dry-cleaning operators did not purchase, use, or discharge DCE in the dry-cleaning process.

16. Once the PCE is discharged into the environment, over time, it typically degrades into what are known as "degradation products." Those "degradation products" of PCE include Trichloroethene (TCE), cis-1,2-Dichloroethene (cis-1,2 DCE), trans-1,2-Dichloroethene (trans-1,2-DCE), and vinyl chloride. From the chemical footprint noted at the Site, it is apparent that Sunrise Dry Cleaners purchased, used, and discharged PCE. The PCE, once in the environment, then degraded into TCE, cis-1,2 DCE, trans-1,2 DCE, and vinyl chloride.

17. By letter dated March 27, 2024, counsel for Washington Shoppes reported to IDEM the presence of historic contamination at the Site arising from the former operation of the dry-cleaning facility at the Site. That letter specifically reported the presence of "Tetrachloroethylene ("PCE") and related daughter products– trichloroethene ("TCE"), cis-1,2-dichloroethene, and vinyl chloride" at the Site.

18. IDEM, in turn, issued the IDEM Letter to Washington Shoppes, noting the presence of the aforementioned chemicals in the environment at the Site.

19. The Initial Site Investigation for Washington Shoppes dated March 18, 2025 (as available from IDEM's Virtual File Cabinet) contains the following at page 2, paragraph 2.0 "Identification of Contaminants of Concern":

> The designated COCs [Contaminants of Concern] for all media are classified as chlorinated volatile organic compounds ("cVOCs"), more specifically

4

tetrachloroethene ("PCE") *and its breakdown products* trichloroethene ("TCE"), cis-1,2-dichloroethene ("cDCE"), trans-1,2-dichloroethene ("tDCE"), and vinyl chloride ("VC").

[emphasis added]

20.    Washington Shoppes has demanded defense and indemnification from Travelers for the costs to respond to the IDEM Claim.

21.    Travelers, after having reviewed the IDEM Letter, the additional materials regarding that claim submitted by Washington Shoppes, and the Travelers Policies, declined coverage for the IDEM Claim under the Primary Policies numbered 1-7 and the Excess Policies numbered 12-15 and 17-19 below, based on the application of the pollution exclusion in those policies, and agreed to investigate the IDEM Claim, under a complete reservation of rights, with respect to any potential obligations owed under the Excess Policies numbered 8-11 and 16 below.

## THE TRAVELERS POLICIES

22.    TPCCA issued the following primary Commercial General Liability insurance policies to named insured Broadbent:

| Policy Number | Policy Period | Exhibit Number |
|---|---|---|
| 630-1574N566 | 02/20/2009 - 01/10/2010 | 1 |
| Y-630-329D1683-TIL-10 | 01/01/2010 - 01/01/2011 | 2 |
| Y-630-329D1683-TIL-11 | 01/01/2011 – 01/01/2012 | 3 |
| Y-630-329D1683-TIL-12 | 01/01/2012 – 01/01/2013 | 4 |
| Y-630-8S07720A-TIL-22 | 01/01/2022 – 01/1/2023 | 5 |
| Y-630-8S07720A-TIL-23 | 01/01/2023 - 01/01/2024 | 6 |
| Y-630-8S07720A-IND-24 | 01/01/2024 – 01/01/2025 | 7 |

The aforementioned policies are referred to herein as the "Primary Policies."  Copies of the Primary Policies are attached hereto as Exhibits 1-7.[1]

23.    St. Paul issued certain Commercial Excess Liability (Umbrella) insurance policies to named insured Broadbent, and TPCCA issued the balance of those Commercial Excess Liability (Umbrella) insurance policies, as detailed below:

| Policy Number | Policy Period | Exhibit Number |
|---|---|---|
| Q101300069 | 01/01/2006 – 01/01/2007 | 8 |
| Q101300228 | 01/01/2007 – 01/01/2008 | 9 |
| Q101300327 | 01/01/2008 – 01/01/2009 | 10 |
| Q101300431 | 01/01/2009 – 02/20/2009 | 11 |
| CUP-1574N566 | 02/20/2009 – 01/01/2010 | 12 |
| CUP-329D1683 | 01/01/2010 - 01/01/2011 | 13 |
| CUP-329D1683 | 01/01/2011 – 01/01/2012 | 14 |
| CUP-329D1683 | 01/01/2012 – 01/01/2013 | 15 |
| ZUP-16N06765-18-NF | 01/01/2018 – 01/01/2019 | 16 |
| CUP-0T290116-22-14 | 01/01/2022 – 01/01/2023 | 17 |
| CUP-0T290116-23-14 | 01/01/2023 – 01/01/2024 | 18 |
| CUP-0T290116-24-14 | 01/01/2024 – 01/01/2025 | 19 |

---

[1] Because the volume of the Primary Policies, in total, exceeds the Court's electronic filing size limitations, Exhibits 1-7 principally include the certification and declarations pages, and the general liability coverage parts of those policies.  Travelers will provide the Court and counsel with complete copies of the Primary Policies upon request.

The aforementioned policies are referred to herein as the "Excess Policies."[2] The Excess Policies are attached hereto as Exhibits 8-19. The Excess Policies marked as Exhibits 8-11 were issued by St. Paul.  The Excess Policies marked as Exhibits 9-19 were issued by TPCCA.  The Primary Policies and the Excess Policies are collectively referred to herein as the "Travelers Policies."

### **THE PRIMARY POLICY LANGUAGE**

24.     The Primary Policies numbered 1-7 contain, in pertinent part, the following Insuring Agreement, exclusions, and definitions:[3]

SECTION I – COVERAGES
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1.  Insuring Agreement**

a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

\*          \*          \*

**2.  Exclusions**

This insurance does not apply to:

\*          \*          \*

**f. Pollution**

---

[2] Certain of the Excess Policies were issued to "The Broadbent Company," while others were issued to "The Broadbent Company, Inc.," "Broadbent Co., Inc.," or "Broadbent Company, The."  Upon information and belief, these identifications of the named insured under the Excess Policies (and the identifications used in the Primary Policies), refer to the same entity.

[3] All of the terms and conditions of the Travelers Policies, which are attached hereto as Exhibits 1-19, are adopted and incorporated as if set forth in full in the body of this Complaint.  Travelers' citation to the policy language that follows is truncated for the sake of brevity, and is not meant to preclude application of the balance of the language in the Travelers Policies.

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations per-formed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or

8

mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the in-tent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or sub-contractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

\*      \*      \*

**AMENDMENT OF COVERAGE – POLLUTION**

Paragraph f.(2) Pollution Part 2. Exclusions of SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted and replaced by the following:

(2) Any Loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating,

9

detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".[4]

\*      \*      \*

## INDIANA CHANGES – DEFINITION OF POLLUTANTS

The definition of "pollutants" in the DEFINITIONS Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

This endorsement modifies insurance provided under the following: COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

    **a.** Petroleum or petroleum derivatives, gasoline, fumes, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

    **b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

    **c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

    **d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

    **1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

---

[4] This endorsed language is incorporated into the pollution exclusion in the general liability coverage form in the Primary Policies numbered 5, 6, and 7.

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

**(i)** PERC for a dry cleaning business; or

**(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

25.     The Primary Policies numbered 1-7 each contain an endorsement identifying Washington Shoppes as an insured.

## THE EXCESS POLICY LANGUAGE

26.     The Excess Policies numbered 12-19, in pertinent part, contain the following identical or substantively similar insuring agreements:

**SECTION I – COVERAGES**

**A.  COVERAGE A – EXCESS FOLLOW-FORM LIABILITY**

1.  We will pay on behalf of the insured those sums, in excess of the "applicable underlying limit", that the insured becomes legally obligated to pay as damages to which Coverage A of this insurance applies, provided that the "underlying insurance" would apply to such damages but for the exhaustion of its applicable limits of insurance.

\*       \*       \*

2.  Coverage A of this insurance is subject to the same terms, conditions, agreements, exclusions and definitions as the underlying insurance, except with respect to any provisions to the contrary contained in this insurance.

\*       \*       \*

**B.  COVERAGE B – UMBRELLA LIABILITY**

11

1. We will pay on behalf of the insured those sums in excess of the "self-insured retention" that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which Coverage B of this insurance applies.

2. Coverage **B** of this insurance applies to ..."property damage" only if:

   a. The ..."property damage" is caused by an "occurrence" that takes place anywhere in the world;

   b. The ..."property damage" occurs during the policy period; and

   c. Prior to the policy period, no insured listed under Paragraph **1.** in Paragraph **B. COVERAGE B – UMBRELLA LIABILITY**, of **SECTION II – WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the ..."property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the ..."property damage" occurred, in whole or in part, then any continuation, change or resumption of such ..."property damage" during or after the policy period will be deemed to have been known prior to the policy period.

                              *        *        *

8. Coverage **B** of this insurance does not apply to damages covered by any "underlying insurance" or that would have been covered by any "underlying insurance" but for the exhaustion of its applicable limit of insurance.

27.    Coverages A and B of the Excess Policies numbered 12-15 contain pollution exclusions which expressly follow form to the pollution exclusions in the Primary Policies numbered 1-4.  Coverage A of the Excess Policies numbered 17-19 also contain pollution exclusions which expressly follow form to the pollution exclusions in the Primary Policies numbered 5-7.

28.    The Excess Policies numbered 12-15 also include the Indiana Changes – Definition of Pollutants cited above as an endorsement.

29.    The Excess Policies numbered 17-19, in pertinent part, contain the following provisions:

**SECTION IV – EXCLUSIONS**

This insurance does not apply to:

\*         \*         \*

B.   With respect to Coverage B:

**5. Pollution**

    a.   "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

    b.   Any loss, cost or expense arising out of any:

       (1) Request, demand, order or statutory or regulatory requirement that any insured or any other person or organization test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

       (2) Claim or "suit" by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants"

\*         \*         \*

**INDIANA CHANGES – DEFINITION OF POLLUTANTS**

The following replaces the definition of "pollutants" in SECTION VI – DEFINITIONS:
"Pollutants":

    a.   Means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

    b.   Includes:

       **(1)** Petroleum or petroleum derivatives, gasoline, fumes, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

       **(2)** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE),

trichloroethane (TCA) and vinyl chloride, and their degradation products;

**(3)** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**(4)** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

c. The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

d. The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as PERC for a dry cleaning business, or TCE, or any of the other items included as examples of "pollutants" in **b.(2)** above, for degreasing operations;

e. The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **b.(1)** above, for a gasoline station; or

f. The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

30.    The Excess Policy numbered 16 contains an endorsement identifying Washington Shoppes as an insured.  Washington Shoppes qualifies as an insured under the Excess Policies numbered 12-15 and 17-19 by virtue of following form to the Primary Policies beneath them, which, as indicated above, identify Washington Shoppes as an insured.

14

31.     Washington Shoppes is not listed as an insured on Excess Policies numbered 8-11.  Travelers is not presently in possession of any policies underlying Excess Policies numbered 8-11 to determine whether Washington Shoppes qualifies as an insured under those policies.

## COUNT I
## DECLARATION OF NO COVERAGE
## UNDER THE PRIMARY AND EXCESS POLICIES

32.     Travelers incorporates by reference all of the allegations in paragraphs 1 through 31 as though fully set forth herein.

33.     There is an actual case or controversy between Travelers and Washington Shoppes  regarding whether Travelers is obligated to defend and/or indemnify Washington Shoppes in relation to the IDEM Claim under the Travelers Policies.  Broadbent is included as a defendant, as it is the named insured on the Travelers Policies, and may have an interest in the outcome of this action.

34.     Travelers seeks a declaration that it has no duty to defend or indemnify Washington Shoppes in connection with the IDEM Claim based on the application of the pollution exclusion clauses in the Primary Policies numbered 1-7, and in the Excess Policies numbered 12-15 and 17-19.

35.     As detailed above, the Heartland Report and the IDEM Letter identified the following pollutants found at the Site:

- Tetrachloroethylene (PCE)
- Trichloroethene (TCE)
- cis-1,2-Dichloroethene (DCE)
- trans-1,2-Dichloroethene (trans-1,2-DCE)
- vinyl chloride

36.     As indicated above, the Initial Site Investigation for Washington Shoppes dated March 18, 2025 (as available from IDEM's Virtual File Cabinet) contains the following at page 2, paragraph 2.0 "Identification of Contaminants of Concern":

> The designated COCs [Contaminants of Concern] for all media are classified as chlorinated volatile organic compounds ("cVOCs"), more specifically tetrachloroethene ("PCE") **and its breakdown products** trichloroethene ("TCE"), cis-1,2-dichloroethene ("cDCE"), trans-1,2-dichloroethene ("tDCE"), and vinyl chloride ("VC").

[emphasis added]

37.     Each of the Primary Policies numbered 1-7, and the Excess Policies numbered 12-15 and 17-19, contain a pollution exclusion with a definition of "pollutants" that has been amended to specifically include:

> Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products.

38.     The definition of "pollutants" in the pollution exclusion in the Primary Policies numbered 1-7, and the Excess Policies numbered 12-15 and 17-19 therefore clearly and unambiguously applies to each of the pollutants found at the Site.  That definition specifically identifies PCE, TCE, and vinyl chloride as "pollutants," as well as their "degradation products."

39.     It is also well known and undisputed that cis-1,2-Dichloroethene (cis-1,2 DCE), and trans-1,2-Dichloroethene (trans-1,2-DCE) are degradation products of PCE—that is, after PCE is discharged by the user to the environment, it eventually degrades into other chemicals, including cis-1,2-Dichloroethene (cis-1,2 DCE), and trans-1,2-Dichloroethene (trans-1,2-DCE).

16

40.    All of the pollutants at issue therefore fall within the application of the pollution exclusion in the Primary Policies numbered 1-7, and in the Excess Policies numbered 12-15 and 17-19.  Travelers has declined coverage for the IDEM Claim, including defense and indemnity, under those policies, and seeks a declaration that the pollution exclusion in those policies precludes coverage for the IDEM Claim.

41.    Travelers also reserves its right to decline coverage at a later date for the IDEM Claim, and for any costs associated with the environmental contamination at the Site, under the Travelers Policies, with respect to the following defenses:

a.    There is no insurance coverage for the IDEM Claim under the Primary and Excess Policies to the extent that Washington Shoppes does not meet its burden of proving that it qualifies as an insured under any of the Excess Policies for which it is not named as an insured by endorsement.

b.    There is no insurance coverage for the IDEM Claim under the Travelers Policies in the event that Washington Shoppes cannot meet its burden of proving that the insuring agreements in those policies have been satisfied.

c.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent there are no damages that the Insured has become legally obligated to pay as damages because of "bodily injury" or "property damage" to which those policies apply.

d.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent it does not involve "bodily injury" or "property damage" caused by an "occurrence", as those terms are defined in the policies.

e.    There is no insurance coverage for the IDEM Claim under the Travelers Policies for any "property damage" which occurred prior and/or subsequent to Travelers' policy periods.

f.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that it does not involve sums which the Insured shall become legally obligated to pay as damages because of "personal and advertising injury", "personal injury" or "advertising injury", to which those policies apply as those terms are defined in the policies.

g.    There is no insurance coverage for the IDEM Claim under any "personal and advertising injury", "personal injury" or "advertising injury" coverages in the

17

Travelers Policies that do not arise out of an offense taking place during the policy period of the Travelers Policies, and/or that fall within the exclusions applicable to that coverage, including, but not limited to, the pollution exclusion, the pollution-related exclusion, and the breach of contract exclusion.

h.    There is no insurance coverage for the IDEM Claim under the Travelers Policies for any "property damage" which was expected or intended from the standpoint of the insured.

i.    There is no insurance coverage for the IDEM Claim under Coverage A of the Excess Policies to the extent that any pollution exclusion clauses in any controlling underlying policies apply to the IDEM Claim, or any other terms and conditions of those underlying policies apply.

j.    There is no present duty to defend the IDEM Claim under Coverage A of the Excess Policies that contain a duty to defend, because the applicable limits of the underlying insurance have not been exhausted, nor is there presently a duty to defend under Coverage B of certain of those policies, as there is no duty to defend under those policies if any other insurer has a duty to defend, and there are currently other insurers defending Washington Shoppes against the IDEM Claim.

k.    The Excess Policies issued by St. Paul are indemnity policies only, and do not contain a duty to defend.

l.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that the "Damage to Property" and/or "Control of Property" or owned property exclusions apply.

m.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that any "care, custody, or control" exclusions apply.

n.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that the Real Estate Property Managed exclusion contained within one or more of those policies applies.

o.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that the contractual liability exclusions in those policies applies.

p.    There is no insurance coverage for the IDEM Claim under the Travelers Policies if an insured impairs Travelers' contribution or subrogation or "other insurance" rights, if any, in accordance with the conditions of the policies or with applicable law.

18

q.    There is no insurance coverage for the IDEM Claim under the Travelers Policies if an insured fails to mitigate its damages.

r.    Travelers' obligations, if any, for the IDEM Claim under the Travelers Policies is subject to the applicable limit of liability on those policies, and is subject to any deductibles or self-insured retentions. Travelers is not obligated to pay any claim or judgment or to defend any suit after the applicable limit of liability has been exhausted by payment of judgments or settlements.

s.    There is no duty to defend under the Travelers Policies to the extent that the IDEM Letter does not constitute a "suit," as that term is defined by the policies.

t.    There is no insurance coverage for the IDEM Claim under Coverage A of the Excess Policies as there is no evidence that the attachment point of those policies has been reached.

u.    There is no insurance coverage under Coverage B of the Excess Policies until an Insured has met the self-insured retention applicable to those policies, and there is no duty to defend under those policies and/or to the extent those policies do not provide for a duty to defend.

v.    Travelers' obligation for the IDEM Claim, if any, under the Travelers Policies is subject to the Other Insurance conditions in those policies.

w.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent the conditions precedent to those policies are not met by any insured who is seeking coverage under the policies.

x.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that Washington Shoppes breached the notice and/or voluntary payment conditions in those policies.

y.    There is no insurance coverage for the IDEM Claim under one or more of the Travelers Policies to the extent that the IDEM Claim involves a known loss, a loss in progress, non-fortuitous events or uninsurable risks of which an Insured knew or should have known before such policies were issued.

z.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that an Insured negligently or intentionally failed to represent or disclose to Travelers, or concealed or misrepresented to Travelers, facts which were material and known by an Insured in order to induce Travelers to issue the Travelers Policies, or to assume certain risks in such policies.

aa.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the extent that Washington Shoppes is barred, in whole or in part,

because of waiver and/or estoppel, res judicata, collateral estoppel, abatement or release and satisfaction.

bb.    There is no insurance coverage for the IDEM Claim under the Travelers Policies to the Washington Shoppes' claims are barred by any applicable statute of limitations, or other applicable time limitations, including the doctrine of laches.

cc.    Any insurance coverage for the IDEM Claim that may be found to exist under the Travelers Policies is subject to any non-cumulation of limits provisions, or language precluding the stacking of limits of liability.

dd.     In the event that it is found that an "occurrence" gave rise to any alleged "property damage" at issue, Travelers reserves its rights with respect to the number of "occurrences" that gave rise to that alleged "property damage."

ee.    To the extent Travelers has any obligation to defend Washington Shoppes in relation to the IDEM Claim, Travelers has no obligation to pay any costs or expenses or paid, or obligations incurred, prior to the tender of the IDEM Claim to Travelers.

ff.    To the extent Travelers has any obligation to defend the IDEM Claim, that obligation is limited to reasonable and necessary defense costs incurred in the defense of that claim.

gg.    Coverage for the IDEM Claim may be barred, under some or all of the Travelers Policies to the extent that Washington Shoppes was aware of the actual or potential environmental contamination at the Site prior to its acquisition of the Site, and/or prior to the issuance of the Travelers Policies, and failed to disclose that information to Travelers.

hh.    The Travelers Policies may be subject to reformation and/or rescission based on any lack of disclosure to Travelers of any known or suspected environmental contamination at the Site prior to the issuance of one or more of the Travelers Policies.

ii.    In the event that any coverage is found under the Travelers Policies for the IDEM Claim, that coverage is limited to Travelers' *pro rata* share of the damage at issue and/or is otherwise subject to allocation across triggered policies, and is subject to contribution claims to be made by Travelers.

WHEREFORE, Travelers seeks a declaration from the Court that there is no defense or indemnity coverage owed to Washington Shoppes for the IDEM Claim under the Primary Policies numbered 1-7, and under the Excess Policies numbered 12-15 and 17-19, and

otherwise seeks a declaration of all rights and obligations, if any, under the Travelers Policies for the IDEM Claim.

**REQUEST FOR RELIEF**

WHEREFORE, Travelers respectfully requests that this Honorable Court:

1. Issue a declaration that the pollution exclusion in the Primary Policies numbered 1-7 and the Excess Policies numbered 12-15 and 17-19 precludes coverage for the IDEM Claim;

2. Otherwise declare the rights and duties of the parties under the Travelers Policies with respect to the IDEM Claim;

3. Award Travelers all such other relief as the Court deems just and equitable.

**REQUEST FOR JURY TRIAL**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Travelers requests a trial by jury.

Dated:  November 26, 2025            Respectfully submitted,

PLUNKETT COONEY, P.C.

/s/Kenneth C. Newa
Kenneth C. Newa, Attorney No. 30474-49
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000
(248) 901-4040 (Fax)
knewa@plunkettcooney.com

/s/ Pamela A. Paige
Pamela A. Paige (16163-49)
300 North Meridian Street, Suite 1250
Indianapolis, Indiana 46204
Telephone:  317-964-2730
Facsimile:  248-901-4040
Email: ppaige@plunkettcooney.com

*Attorney for Plaintiffs Travelers Property Casualty*

21

*Company of America and St. Paul Fire and Marine Insurance Company*

# EXHIBIT 1

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

| 630-1574N566 | 02/20/09 - 01/01/10 | 12/18/2024 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

*Julie A. Senerth*

Julie A. Senerth, Manager
BI Document Management

CONFIDENTIAL



**TRAVELERS**                                          One Tower Square, Hartford, Connecticut 06183

COINSURANCE CONTRACT: THE RATE CHARGED
IN THIS POLICY IS BASED UPON THE USE OF
THE COINSURANCE CLAUSE ATTACHED TO THE
POLICY, WITH THE CONSENT OF THE INSURED

TRAVELERS CORP. TEL: 1-800-328-2189
REAL ESTATE OWNERS
COMMON POLICY DECLARATIONS
ISSUE DATE: 03/18/09
POLICY NUMBER: Y-630-1574N566-TIL-09

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   THE BROADBENT COMPANY, INC.  (AS PER IL T8 00)
   117 E. WASHINGTON STREET #300
   INDIANAPOLIS, IN 46204-3614

2. POLICY PERIOD:  From 02/20/09 to 02/20/10 12:01 A.M. Standard Time at
                                                 your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy           Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS           DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                         Policy No.              Insuring Company

                                  SEE CALCULATION OF PREMIUM
                                  COMPOSITE RATES ENDORSEMENT

7. PREMIUM SUMMARY:
   Provisional Premium   $ ███████████  INCLUDES (KYFS)
   Due at Inception      $ ███████████  INCLUDES KY MUNICIPAL TAX
   Due at Each           $ SEE IL T0 30

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   BROWN & BROWN OF IN INC (CK418)
   3077 E 98TH ST
   STE 150                                  _____
   INDIANAPOLIS, IN 46280                   Authorized Representative

                                            DATE:_____

IL T0 02 11 89(REV. 09-07)    PAGE 1 OF 2
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_000002



TAXES AND SURCHARGES

POLICY NUMBER: Y-630-1574N566-TIL-09

EFFECTIVE DATE: 02/20/09

ISSUE DATE: 03/18/09

| DESCRIPTION | AMOUNT |
|---|---|
| KENTUCKY FUND SURCHARGE | 243.00 |
| FLORIDA INSURANCE PREMIUM SURCHARGE | 8.00 |
| FLA EMERGENCY MGMNT,PREPAREDNESS,ASST TRUST FUND SURCHARGE | 4.00 |
| FL CAT FUND EMERGENCY ASSESSMENT SURCHARGE - A. O. | 128.00 |
| FL HIGH RISK EMERG SURCH - ALL OTHER | 180.00 |

IL T0 02 11 89     PAGE  2 OF  2

OFFICE: SP-INDIANAPOLIS     06G
PRODUCER NAME: BROWN & BROWN OF IN INC          CK418

CONFIDENTIAL



**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**THE BROADBENT COMPANY, INC.**
**117 E. WASHINGTON STREET #300**
**INDIANAPOLIS IN 46204-3614**

**Presented by:  BROWN & BROWN OF IN INC**

CONFIDENTIAL

TRAV_000004


**TRAVELERS**

POLICY NUMBER: Y-630-1574N566-TIL-09

EFFECTIVE DATE: 02-20-09

ISSUE DATE: 03-18-09

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 07 07    COMMON POLICY CONDITIONS-DELUXE
IL T0 30 12 90    NON-STANDARD PAYMENT SCHEDULE
IL T0 03 04 96    LOCATION SCHEDULE
IL T3 02 07 86    CALCULATION OF PREMIUM-COMPOSITE RATE(S)
IL T8 00          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
DX T0 00 09 98    DELUXE PROPERTY COV PART DECLARATIONS
DX 00 03 07 94    DELUXE PROP COV PART SCHED-SPECIF LIMITS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX 00 04 03 98    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98    DELUXE PROPERTY COVERAGE FORM
DX T1 01 03 98    DELUXE BUSINESS INCOME COV FORM AND EE
DX T3 01 03 98    CAUSES OF LOSS - EARTHQUAKE
DX T3 02 03 98    CAUSES OF LOSS - BROAD FORM FLOOD
DX T3 10 03 98    VACANCY RESTRICTION
DX T3 12 03 98    COINSURANCE - DIRECT DAMAGE
DX T3 79 03 98    LOSS PAYABLE PROVISIONS
DX T4 02 01 08    TERRORISM RISK INS ACT 2002 DISCLOSURE
DX 00 10 04 96    DELUXE-SUPPLEMENTAL DEC-FLORIDA
DX 00 14 10 00    KENTUCKY CHANGES
DX 01 25 01 07    FLORIDA CHANGES
DX 01 77 03 98    INDIANA CHANGES-RIGHTS OF RECOVERY
DX 02 01 12 06    FLORIDA CHANGES - MEDIATION OR APPRAISAL
DX T3 98 04 02    ELECTRONIC VANDALISM LIMITATION
```

COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 11 03    TABLE OF CONTENTS
CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
CG 21 70 01 08    CAP ON LOSSES-CERTIFIED ACTS-TERRORISM
CG 24 12 11 85    BOATS
CG D0 37 04 05    OTHER INSURANCE-ADDITIONAL INSUREDS
CG D1 86 11 03    XTEND ENDORSEMENT
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 34 01 05    WEB XTEND - LIABILITY
CG D2 56 11 03    AMENDMENT OF COVERAGE
```

**IL T8 01 10 93**

PAGE:   1 OF   2

CONFIDENTIAL

TRAV_000005


**TRAVELERS**

POLICY NUMBER: Y-630-1574N566-TIL-09

EFFECTIVE DATE: 02-20-09

ISSUE DATE: 03-18-09

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG D3 26 01 04    EXCLUSION-UNSOLICITED COMMUNICATIONS
CG D3 56 01 05    MOBILE EQUIP/EXCL VEHICLES SUB TO MV LAW
CG 22 70 11 85    REAL ESTATE PROPERTY MANAGED
CG D0 76 06 93    EXCLUSION-LEAD
CG D1 42 01 99    EXCLUSION-DISCRIMINATION
CG D2 40 06 01    EXCLUSION - SILICA
CG D2 42 01 02    EXCLUSION WAR
CG F1 19 09 08    INDIANA CHANGES-DEFINITION OF POLLUTANTS
CG T4 78 02 90    EXCLUSION-ASBESTOS
CG 01 68 12 04    MICHIGAN CHANGES
```

EMPLOYEE BENEFITS LIABILITY

```
CG T0 09 09 93    EMPLOYEE BENEFITS LIAB COV PART DEC
CG T0 43 11 88    EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 07 86    EMPLOYEE BENEFITS LIABILITY COV FORM
CG T5 30 06 89    AMENDMENT-EBL
CG D0 38 03 95    EXCLUSION-IRC VIOLATIONS
CG T4 85 11 88    ADDITIONAL EXCLUSION-EBL
CG T9 17 07 86    IN CHANGES-DUTIES IN EVENT OF OCC-EBL
CG T9 18 07 86    MI CHANGES-PREJUDGEMENT INTEREST - EBL
CG T9 86 10 87    FL-AMENDATORY ENDORSEMENT - EBL
```

INLAND MARINE

```
CM A0 28 08 96    IMPAK COVERAGE PART DECLARATIONS
CM T3 71 08 96    IM PAK COVERAGE SUMMARY
CM T0 11 08 05    TABLE OF CONTENTS
CM 00 01 09 04    COMMERCIAL INLAND MARINE CONDITIONS
CM T1 43 08 96    IMPAK COVERAGE FORM
CM T3 98 01 08    TERRORISM RISK INS ACT 2002 DISCLOSURE
CM 01 39 09 00    INDIANA CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T3 68 01 08    FEDERAL TERRORISM RISK INSURANCE ACT
IL T3 76 01 08    CAP ON LOSSES - CERTIFIED ACTS TERRORISM
IL T3 82 08 06    EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL F0 59 09 07    IN CHANGES - DEFINITION OF POLLUTANTS
IL T3 79 01 08    CAPS ON LOSSES FROM CERT ACTS OF TERROR
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL F0 10 10 97    INDIANA CHANGES-POLLUTION
IL T3 55 08 98    EXCL OF CERTAIN COMPUTER REL LOSSES
IL T9 29 09 07    IN CHANGES-CANCELLATION & NONRENEWAL
IL T9 58 09 07    IN CHANGES CONCEAL MISREPRESENT OR FRAUD
IL T9 84 10 94    FLORIDA CHANGES-LEGAL ACTION AGAINST US
```

IL T8 01 10 93                                    PAGE:   2 OF   2

CONFIDENTIAL

TRAV_000006

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

1. We have the right but not obligated to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

CONFIDENTIAL

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART– REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations – Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

**1.** The Commercial Property Coverage Part;

**2.** The Commercial Inland Marine Coverage Part;

**3.** Commercial Property forms including, but not limited to, the following:

    **a.** Building and Personal Property Coverage Form;

    **b.** Business Income Coverage Form;

    **c.** Commercial Property Conditions;

    **d.** Causes of Loss – Special Form

    **e.** Causes of Loss – Earthquake Form.

**4.** Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, and is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

CONFIDENTIAL

NON-STANDARD PAYMENT SCHEDULE

POLICY NUMBER: Y-630-1574N566-TIL-09
EFFECTIVE DATE:  02/20/09
ISSUE DATE: 03/18/09

PAYMENT DUE DATES                    AMOUNT

    02/20/09
    03/20/09
    04/20/09
    05/20/09
    06/20/09                 
    07/20/09
    08/20/09
    09/20/09
    10/20/09
    11/20/09

    IL T0 30 12 90        PAGE  1 OF  1

    OFFICE: SP-INDIANAPOLIS      06G
    PRODUCER NAME: BROWN & BROWN OF IN INC            CK418

CONFIDENTIAL

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-1574N566-TIL-09

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
02-20-09 to  02-20-10.

| Loc. No. | Bldg. No. | Address | Occupancy |
|------|------|---------|-----------|
| 1 | 1 | 117 E. WASHINGTON STREET SUITE 300 INDIANAPOLIS, IN 46204-3614 | CORPORATE OFFICE |
| 2 | 2 | 5838-5898 E. 82ND STREET INDIANAPOLIS, IN 46250 | CASTLETON PLACE |
| 3 | 3 | 6304-6398 E. 82ND STREET INDIANAPOLIS, IN 46250 | CASTLETON PLAZA |
| 3 | 4 | 6360 E. 82ND STREET INDIANAPOLIS, IN 46250 | STEAK AND SHAKE-TRIPLE NET LEASE |
| 4 | 5 | 5305-5499 E. 82ND STREET INDIANAPOLIS, IN 46250 | CASTLETON POINT |
| 5 | 6 | 6024-6066 EAST 82ND STREET INDIANAPOLIS, IN 46250 | CASTLETON SHOPPES |
| 6 | 7 | 6621-6699 EAST 82ND STREET INDIANAPOLIS, IN 46250 | CASTLETON VILLAGE |
| 7 | 8 | 3900 E 82ND STREET INDIANAPOLIS, IN 46250 | CLEARWATER CROSSING |
| 8 | 9 | 4016 E 82ND STREET INDIANAPOLIS, IN 46250 | FORMER GENERAL CINEMA BUILDING |
| 9 | 10 | 3841-3981 EAST 82ND STREET INDIANAPOLIS, IN 46250 | CLEARWATER SHOPPES |
| 10 | 11 | 501-553 COLISEUM BLVD FORT WAYNE, IN 46825 | COLISEUM SHOPPES |
| 11 | 12 | 3923-3999 28TH STREET SE GRAND RAPIDS, MI 49508 | EAST PARIS SHOPPES |
| 12 | 13 | 733 NORTH GREEN RIVER ROAD EVANSVILLE, IN 47711 | EASTLAND PLACE |

IL T0 03 04 96                                        Page    1

CONFIDENTIAL                                                      TRAV_000010

**LOCATION SCHEDULE**　　　　　　　**POLICY NUMBER:** `Y-630-1574N566-TIL-09`

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period `02-20-09` to `02-20-10`.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 13 | 14 | 4827-4959 WEST 38TH STREET<br>INDIANAPOLIS, IN 46254 | GEORGETOWN PLAZA |
| 14 | 15 | 7900 -7903SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD PLACE |
| 15 | 16 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 15 | 17 | 8041 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 16 | 18 | 806-914 NORTH US 31<br>GREENWOOD, IN 46142 | GREENWOOD SHOPPES |
| 17 | 19 | 1812-1876 HURSTBOURNE PARKWAY<br>LOUISVILLE, KY 40220 | HUNNINGTON PLACE |
| 18 | 20 | 3898-3980 LAFAYETTE ROAD<br>INDIANAPOLIS, IN 46254 | LAFAYETTE SHOPPES |
| 19 | 21 | 10001 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | MITTHOEFER-TRIPLE NET LEASE |
| 20 | 22 | NW CORNER 86TH STREET & DITCH ROAD<br>INDIANAPOLIS, IN 46260 | NORTH WILLOW COMMONS |
| 21 | 23 | 4614-4738 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | THE SHOPPES |
| 22 | 24 | 4614 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | SHOPPES OUTLOT |
| 23 | 25 | 6610-6650 W WASHINGTON STREET<br>INDIANAPOLIS, IN 46241 | WEST WASHINGTON, LP |
| 24 | 26 | 6323 W JEFFERSON BLVD<br>FORT WAYNE, IN 46802 | VILLAGE AT TIME CORNERS |

IL T0 03 04 96　　　　　　　　　　　　　　　　Page　　2

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　TRAV_000011

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-1574N566-TIL-09

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
02-20-09  to  02-20-10.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 25 | 27 | 9910-9996 E WASHINGTON STREET INDIANAPOLIS, IN 46229 | WASHINGTON CORNER |
| 26 | 28 | 10105-10265 E WASHINGTON STREET INDIANAPOLIS, IN 46229 | WASHINGTON PLACE |
| 27 | 29 | 10009-10089 E WASHINGTON STREET INDIANAPOLIS, IN 46229 | WASHINGTON SHOPPES |
| 28 | 30 | 8487 UNION CHAPEL ROAD INDIANAPOLIS, IN 46260 | FASHION MALL COMMONS |
| 29 | 31 | 4611-4733 E 82ND STREET INDIANAPOLIS, IN 46250 | CLEARWATER VILLAGE |
| 30 | 32 | 14760 N US 31 CARMEL, IN 46032 | GREYHOUSE PLAZA SHOPPING CENTER |
| 31 | 33 | 3850 E 82ND STREET INDIANAPOLIS, IN 46240 | MUSIC MILL BUILDING |
| 32 | 34 | 4825 E 96TH STREET INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING EAST-RETAIL |
| 33 | 35 | 4705 E 96TH STREET INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING WEST |
| 34 | 36 | 8395 E 116TH STREET FISHERS, IN 46038 | FISHERS TOWN CENTER |
| 35 | 37 | 8211-8235 E 116TH STREET FISHERS, IN 46038 | FISHERS TOWN COMMONS |
| 36 | 38 | 14005-14099 MUNDY DRIVE FISHERS, IN 46038 | THE SHOPPES AT 141ST STREET |
| 37 | 39 | 160 PLAINFIELD VILLAGE PLAINFIELD, IN 46168 | PLAINFIELD VILLAGE SHOPPING CENTER |

IL T0 03 04 96                                    Page    3

CONFIDENTIAL                                    TRAV_000012

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-1574N566-TIL-09

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
02-20-09 to 02-20-10.

| Loc. No. | Bldg. No. | Address | Occupancy |
|------|------|---------|-----------|
| 38 | 40 | 10934-10976 EAST US HIGHWAS 36 AVON, IN 46123 | RACEWAY CROSSING |
| 39 | 41 | I 465 AND WEST 38TH STREET INDIANAPOLIS, IN 46254 | GREENWOOD PLACE OUTLOT WEST |
| 40 | 42 | 2349 VILLAGE SQUARE PARKWAY ORANGE PARK, FL 32003-6352 | FLEMING ISLAND SHOPPES |
| 41 | 43 | 7831 SOUTH US 31 INDIANAPOLIS, IN 46227 | GPL OUTLOT SOUTHWEST |
| 42 | 44 | 8488 UNION CHAPEL ROAD INDIANAPOLIS, IN 46260 | REIS NICHOLS-OUTLOT |
| 43 | 45 | 8489 UNION CHAPEL ROAD INDIANAPOLIS, IN 46260 | KOHLS |
| 44 | 46 | 7711 SOUTH SHELBY STREET INDIANAPOLIS, IN 46227 | GREENWOOD PLACE-OUTLOT WEST |
| 45 | 47 | 4744 CENTURY PLAZA DRIVE INDIANAPOLIS, IN 46254 | LAFAYETTE VILLAGE-LAND ONLY |
| 46 | 48 | 5090 & 5116 W 38TH STREET INDIANAPOLIS, IN 46254 | LAFAYETTE PLAZA OUTLOT-LAND |
| 47 | 49 | 3901 EAST 82ND STREET INDIANAPOLIS, IN 46250 | UNDEVELOPED PARCELS |
| 48 | 50 | 3902 EAST 82ND STREET INDIANAPOLIS, IN 46250 | CROSSING LAND |
| 49 | 51 | 2349 VILLAGE SQUARE PARKWAY ORANGE PARK, FL 32003-9999 | FLEMING ISLAND SHOPPES |
| 50 | 52 | 11200 GLADIOLUS DRIVE FORT MYERS, FL 33908-9999 | OFFICE |

IL T0 03 04 96                                        Page    **4**

CONFIDENTIAL                                        TRAV_000013

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-1574N566-TIL-09

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

02-20-09 to 02-20-10.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 51 | 53 | 10105-10264 E WASHINGTON ST INDIANAPOLIS, IN 46229 | CIRCUIT CITY |
| 52 | 54 | 10105-10265 E WASHINGTON STREET INDIANAPOLIS, IN 46229 | WASHINGTON PLACE |

**IL T0 03 04 96**                                        Page    5  (END)

CONFIDENTIAL                                        TRAV_000014

POLICY NUMBER: **Y-630-1574N566-TIL-09**                    ISSUE DATE: **03-18-09**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM - COMPOSITE RATES

**A. SCHEDULE**

   **1.** This endorsement modifies insurance provided under the following Coverage Part(s):

     **COMMERCIAL GENERAL LIABILITY**

   **2.** This endorsement applies to the Declarations from **02-20-09** to **02-20-10** 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

   **3.** Definition of Premium Base (Bases):

     **SEE SCHEDULE**

   **4.** Exceptions (if any) to compositing of premium calculation:

   **5.** Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| **SEE SCHEDULE** | |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| **SEE SCHEDULE** | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**B. PROVISIONS**

   **1.** Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

   **2.** The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

   **3.** The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

**IL T3 02 07 86** (Rev. 12-08)                    Page 1 of 1

CONFIDENTIAL                    TRAV_000015

POLICY NUMBER: `Y-630-1574N566-TIL-09`                    GENERAL PURPOSE ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

THE BROADBENT COMPANY, INC.
ALL PROPERTY SERVICES, INC.
THE SKINNER & BROADBENT COMPANY, INC.
S & B CONSTRUCTION CO., LLC
S & B CONSTRUCTION COMPANY, INC.
BROAD HOLDINGS, INC.
BROADBENT INVESTMENTS, INC.
THE BROADBENT CONSTRUCTION COMPANY, INC.
THE BROADBENT BUILDING, LP
CAPITOL SELF STORAGE
CASTLETON PLACE, LP
CASTLETON PLACE INVESTMENTS, LLC
CASTLETON PLACE MANAGEMENT, INC.
CASTLETON PLAZA, LP
CASTLETON PLAZA MANAGEMENT, INC.
CASTLETON PLAZA ASSOCIATES "MARS PLAZA"
CASTLETON POINT, LP
CASTLETON POINT ASSOCIATES
CASTLETON POINT MANAGEMENT, INC.
CASTLETON SHOPPES, LP
CASTLETON SHOPPES ASSOCIATES
CASTLETON SHOPPES INVESTMENTS, LLC
CASTLETON SHOPPES MANAGEMENT, INC.
CASTLETON VILLAGE, LP
CASTLETON VILLAGE MANAGEMENT, INC.
CASTLETON VILLAGE INVESTMENTS, LLC
CLEARWATER CROSSING, LP
CLEARWATER CROSSING MANAGEMENT, INC.
CLEARWATER SHOPPES, LP
CLEARWATER SHOPPES MANAGEMENT, INC.
CLEARWATER VILLAGE, LP
CLEARWATER VILLAGE MANAGEMENT, INC.
CLEARWATER VILLAGE TRUST
CLEARWATER VILLAGE ASSOCIATES, INC.
COLISEUM SHOPPES ASSOCIATES
COLISEUM SHOPPES INVESTMENTS, LLC
COLISEUM SHOPPES, LP
COLISEUM SHOPPES MANAGEMENT, INC.
CONSTRUCTION VENTURES, INC.
CROSSING LAND CORPORATION
CROSSING REALTY, LP
CROSSING REALTY MANAGEMENT, INC.
CROSSING REALTY INVESTMENTS, LLC
DELAWARE PROPERTIES
EAST PARIS SHOPPES, LP
EAST PARIS SHOPPES MANAGEMENT, INC.
EAST PARIS SHOPPES INVESTMENTS, LLC
EVANSVILLE ASSOCIATES, LP
EVANSVILLE ASSOCIATES MANAGEMENT, INC.
FASHION MALL COMMMONS I, LP
FASHION MALL COMMONS I INVESTMENTS, LLC
FASHION MALL COMMONS II, LLC

IL T8 00                                            Page      1

CONFIDENTIAL                                                TRAV_000016

POLICY NUMBER: Y-630-1574N566-TIL-09                    GENERAL PURPOSE ENDORSEMENT

```
FASHION MALL COMMONS, III, LP
FASHION MALL COMMONS I MANAGEMENT, INC.
FASHION MALL COMMONS III MANAGEMENT, INC.
FISHERS TOWN CENTER, LP
FISHERS TOWN CENTER MANAGEMENT, INC.
FISHERS TOWN CENTER INVESTMENTS, LLC
GEORGETOWN PLAZA, LP
GEORGETOWN PLAZA MANAGEMENT, INC.
GREENWOOD PLACE ASSOCIATES
GREENWOOD PLACE, LP
GREENWOOD PLACE INVESTMENTS, LLC
GREENWOOD PLACE MANAGEMENT, INC.
GREENWOOD PLACE OUTLOT WEST 1, LP
GPL OUTLOT WEST I MANAGEMENT, INC
GPL OUTLOT WEST I INVESTMENTS, LLC
GPL OUTLOT SOUTHWEST I, LP
GREENWOOD POINT ASSOCIATES
GREENWOOD POINT, LP
GREENWOOD POINT MANAGEMENT, INC.
GREENWOOD ASSOCIATES
GREENWOOD SHOPPES, LP
GREENWOOD SHOPPES MANAGEMENT, INC.
GREYHOUND PLAZA ASSOCIATES, LP
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, INC.
HUNNINGTON PLACE ASSOCIATES
HUNNINGTON PLACE, LP
HUNNINGTON PLACE MANAGEMENT,INC.
THE LP OUTLOT TRUST
LAFAYETTE PLACE ASSOCIATES (CENTER SOLD)
LAFAYETTE PLACE, LP (CENTER SOLD) GPB REALTY, LP
GPB REALTY MANAGEMENT, INC.
GEORGE P. BROADBENT
GPB DBA CASTLETON VILLAGE ASSOCIATES
GPB DBA EAST PARIS SHOPPES
GPB DBA LAFAYETTE VILLAGE ASSOCIATES
LAFAYETTE PLACE MANAGEMENT, INC.
LAFAYETTE PLAZA ASSOCIATES
LAFAYETTE ASSOCIATES
LAFAYETTE SHOPPES, LP
LAFAYETTE SHOPPES MANAGEMENT, INC.
LAFAYETTE VILLAGE ASSOCIATES DBA FISHERS TOWN CENTER
MITTHOEFER REALTY CO., LLC
NORTH WILLOW, LP DBA NORTH WILLOW COMMONS ASSOCIATES
NORTH WILLOW, INC.
PROJECT EQUITIES CORPORATION
RRW OUTLOTS, LP
RRW OUTLOTS MANAGEMENT, INC.
RACEWAY CROSSSING, LP
RACEWAY CROSSING MANAGEMENT, INC.
RACEWAY CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING, LP
RIVER RIDGE CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING MANAGEMENT, INC.
RIVER RIDGE CROSSING OUTLOTS, LP
RIVER RIDGE WEST ASSOCIATES, INC.
```

IL T8 00                                                        Page    2

CONFIDENTIAL

TRAV_000017

POLICY NUMBER: Y-630-1574N566-TIL-09          GENERAL PURPOSE ENDORSEMENT

```
RIVER RIDGE WEST INVESTMENTS, LLC
RIVER RIDGE CROSSING WEST MANAGEMENT, INC.
RIVER RIDGE CROSSING WEST, LP
LAFAYETTE PLACE ASSOCIATES (CENTER SOLD)
LAFAYETTE PLACE, LP (CENTER SOLD)
LAFAYETTE PLACE MANAGEMENT, INC.
LAFAYETTE PLAZA ASSOCIATES
LAFAYETTE ASSOCIATES
RIVER RIDGE CROSSING WEST INVESTMENTS, LLC
ROBERT N. SKINNER
S & B REALTY, LP
S & B REALTY MANAGEMENT, INC.
SKINNER & BROADBENT FINANCIAL SERVICES, INC.
TBB OFFICE LEASE, LLC
THE SHOPPES, LP
THE SHOPPES MANAGEMENT, INC.
THE SHOPPES OUTLOT, LP
THE SHOPPES OUTLOT MANAGEMENT, INC.
THE S & B FEE MANAGEMENT COMPANY, INC.
THE SKINNER & BROADBENT MANAGEMENT COMPANY, INC.
VILLAGE AT TIME CORNERS ASSOCIATES
VILLAGE AT TIME CORNERS, LP
VILLAGE AT TIME CORNERS MANAGEMENT, INC.
WASHINGTON CORNER, LP
WASHINGTON CORNER INVESTMENTS, LLC
WASHINGTON CORNER MANAGEMENT, INC.
WASHINGTON PLACE, LP
WASHINGTON PLACE MANAGEMENT, INC.
WASHINGTON SHOPPES, LP
WASHINGTON SHOPPES INVESTMENTS, LLC
WASHINGTON SHOPPES MANAGEMENT, INC.
WEST WASHINGTON, LP
WEST WASHINGTON MANAGEMENT, INC.
WEST WASHINGTON PARKING, INC. DBA PRIORITY AIRPORT PARKING
WHITE RIVER INVESTMENTS, LP
WHITE RIVER INVESTMENTS MANAGEMENT, INC.
201 N. ILLINOIS CORPORATION
141ST STREET SHOPPES, LP
141ST STREET SHOPPES MANAGEMENT, INC.
141ST STREET SHOPPES INVESTMENTS, LLC
141ST STREET OUTLOTS, LP
141ST STREET OUTLOTS MANAGEMENT, INC.
141ST STREET OUTLOTS INVESTMENTS, LLC
THE BROADBENT DEVELOPMENT CO., INC. AN INDIANA CORPORATION
FISHERS TOWN COMMONS, LP
FISHERS TOWN COMMONS MANAGEMENT, INC.
FISHERS TOWN COMMONS INVESTMENTS, LLC
GREENWOOD PLACE PHASE II, LP
GREENWOOD PLACE PHASE II MANAGEMENT, INC.
GREENWOOD PLACE PHASE II INVESTMENTS, LLC
PLAINFIELD VILLAGE, LP
PLAINFIELD VILLAGE MANAGEMENT, INC.
GPL OUTLOTS, LP
GPL OUTLOTS MANAGEMENT, INC.
```

IL T8 00                                        Page       3

CONFIDENTIAL                                    TRAV_000018

POLICY NUMBER: **Y-630-1574N566-TIL-09**                    GENERAL PURPOSE ENDORSEMENT

```
GPL OUTLOTS INVESTMENTS, LLC
GPL OUTLOTS WEST 1, LP
FLEMING ISLAND SHOPPES, LP
S & B CONSTRUCTION FOR ONLY BUSINESS PERSONAL PROPERTY, BUSINESS INCOME,
 EDP, AND EBL.
```

**IL T8 00**                                                    Page     **4**

CONFIDENTIAL                                                    TRAV_000019

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_000083

# GENERAL LIABILITY

CONFIDENTIAL



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**COMMERCIAL GENERAL LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-1574N566-TIL-09
**ISSUE DATE:** 03-18-09

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:**  From 02-20-09  to  02-20-10  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

   **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**          **LIMITS OF INSURANCE**

   | | |
   |---|---|
   | General Aggregate Limit (Other than Products-Completed Operations) | $  2,000,000 |
   | Products-Completed Operations Aggregate Limit | $  2,000,000 |
   | Personal & Advertising Injury Limit | $  1,000,000 |
   | Each Occurrence Limit | $  1,000,000 |
   | Damage To Premises Rented To You Limit (any one premises) | $    100,000 |
   | Medical Expense Limit (any one person) | $      5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                                                  Page 1 of 1

PRODUCER: BROWN & BROWN OF IN INC          CK418      OFFICE: SP-INDIANAPOLIS    06G

CONFIDENTIAL                                                TRAV_000085

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** `Y-630-1574N566-TIL-09`

This Schedule applies to the Declarations for the period of   `02-20-09`   to   `02-20-10`

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | LOB | | | $250 | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000   COMBINED | | S | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE MANAGED | | | | |
| | | 65534   COMBINED | | A | | |
| | | GENERAL LIABILITY COMPOSITE- SERVICES | | | | |
| | | 70050   COMBINED | | P | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000   COMBINED EACH | | T ACRE | | |
| 20/ 22 | | BOATS - MOTOR OR SAIL - NOT FOR RENT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 056 | | 40115 EACH | PREM/OPS | T BOAT | | |
| 107 | | 44444 | KY TAX | | | |
| | | COVERAGE PART TOTAL | | | | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

**CG T0 07 09 87**                                          PAGE     1  (END)

CONFIDENTIAL                                                              TRAV_000086

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT  –  means CLASS DESCRIPTION

LOC/BLDG NO.  –  means LOCATION/BUILDING NUMBER

OPN NO.  –  means OPERATION NUMBER

PREM/OPS  –  means PREMISES/OPERATIONS

PROD/C-OPS  –  means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\*    Premium base t applies for a number of rarely used premium bases.
The specific base and how rates apply are shown with the Class Description
on the DECLARATIONS-PREMIUM SCHEDULE.

**CG T0 08 11 03**              Copyright, The Travelers Indemnity Company, 2003              Page 1 of 1

CONFIDENTIAL                                                                                              TRAV_000087

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY
# COVERAGE FORM
# CG 00 01 10 01

SECTION I—COVERAGES

Beginning on Page

Coverage A -
   Bodily Injury and Property       Insuring Agreement ............................................................1
   Damage Liability

                                    Exclusions ........................................................................2

Coverage B -
   Personal and Advertising          Insuring Agreement ............................................................5
   Injury Liability

                                    Exclusions ........................................................................5

Coverage C -
   Medical Payments                  Insuring Agreement ............................................................7

                                    Exclusions ........................................................................7

   Supplementary Payments ............................................................. 7

SECTION II—WHO IS AN INSURED .........................................................................8

SECTION III—LIMITS OF INSURANCE ...................................................................10

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS .........................................10

   Bankruptcy ..................................................................................10
   Duties in the Event of Occurrence, Claim or Suit ...............................................10
   Legal Action Against Us .........................................................................11
   Other Insurance ..................................................................................11
   Premium Audit ..................................................................................12
   Representations ..................................................................................12
   Separation of Insureds ..........................................................................12
   Transfer of Rights of Recovery Against Others To Us .........................................12
   When We Do Not Renew ..........................................................................12

SECTION V—DEFINITIONS ...................................................................................12

CG T0 34 11 03

CONFIDENTIAL

TRAV_000088

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

CONFIDENTIAL

TRAV_000090

COMMERCIAL GENERAL LIABILITY

premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the

"bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**CG 00 01 10 01**              © ISO Properties Inc., 2000              Page 3 of 16

CONFIDENTIAL

TRAV_000091

COMMERCIAL GENERAL LIABILITY

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Page 4 of 16    © ISO Properties Inc., 2000    **CG 00 01 10 01**

CONFIDENTIAL

TRAV_000092

COMMERCIAL GENERAL LIABILITY

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

---

**CG 00 01 10 01**                    © ISO Properties Inc., 2000                    Page 5 of 16

CONFIDENTIAL

TRAV_000093

COMMERCIAL GENERAL LIABILITY

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding

CONFIDENTIAL

TRAV_000094

COMMERCIAL GENERAL LIABILITY

to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment

**CG 00 01 10 01**                  © ISO Properties Inc., 2000                  Page 7 of 16

COMMERCIAL GENERAL LIABILITY

interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

CONFIDENTIAL                                                          TRAV_000096

COMMERCIAL GENERAL LIABILITY

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_000098

COMMERCIAL GENERAL LIABILITY

or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contrib-

**CG 00 01 10 01**                © ISO Properties Inc., 2000                Page 11 of 16

CONFIDENTIAL                                                                TRAV_000099

COMMERCIAL GENERAL LIABILITY

ute by limits. Under this method, each in-surer's share is based on the ratio of its appli-cable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

   **a.** We will compute all premiums for this Cover-age Part in accordance with our rules and rates.

   **b.** Premium shown in this Coverage Part as ad-vance premium is a deposit premium only. At the close of each audit period we will com-pute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premi-ums is the date shown as the due date on the bill. If the sum of the advance and audit pre-miums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

   **c.** The first Named Insured must keep records of the information we need for premium compu-tation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

   **a.** The statements in the Declarations are accu-rate and complete;

   **b.** Those statements are based upon represen-tations you made to us; and

   **c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

   **a.** As if each Named Insured were the only Named Insured; and

   **b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Oth-ers To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The in-sured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expi-ration date.

If notice is mailed, proof of mailing will be suffi-cient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific mar-ket segments about your goods, products or ser-vices for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or ser-vices for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, in-cluding any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

      **(1)** Goods or products made or sold by you in the territory described in **a.** above;

      **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

      **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communica-tion

© ISO Properties Inc., 2000

CONFIDENTIAL

TRAV_000100

COMMERCIAL GENERAL LIABILITY

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical

**CG 00 01 10 01**                    © ISO Properties Inc., 2000                    Page 13 of 16

CONFIDENTIAL

TRAV_000101

COMMERCIAL GENERAL LIABILITY

device, other than a hand truck, that is not at-tached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, main-tained primarily to provide mobility to perma-nently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equip-ment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the fol-lowing types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the fol-lowing types of permanently attached equip-ment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construc-tion or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occu-pancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or or-ganization or disparages a person's or or-ganization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of pri-vacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property dam-age" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended

© ISO Properties Inc., 2000    **CG 00 01 10 01**

CONFIDENTIAL    TRAV_000102

COMMERCIAL GENERAL LIABILITY

use by any person or organization other than another contractor or sub-contractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured

must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_000104

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **f.(2) Pollution**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

**CG D2 55 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1

CONFIDENTIAL

TRAV_000105

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART
      UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursu-

ant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**CG 21 70 01 08**                    © ISO Properties, Inc., 2007                    Page 1 of 1

CONFIDENTIAL

POLICY NUMBER: Y-630-1574N566-TIL-09

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 03-18-09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

**Description of Watercraft:**

"SMALL ROWBOAT"

**Additional Premium:**

$

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft owned or used by or rented to the insured shown in the Schedule.

2. WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization legally responsible for the use of any such watercraft you own, provided the actual use is with your permission.

**CG 24 12 11 85**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), Paragraph **4.** (**Other Insurance**), is amended as follows:

1.  The following is added to Paragraph **a. Primary Insurance:**

    However, if you specifically agree in a written contract or written agreement that the insurance provided to an additional insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

    a.  The "bodily injury" or "property damage" for which coverage is sought occurs; and

    b.  The "personal injury" or "advertising injury" for which coverage is sought arises out of an offense committed

    subsequent to the signing and execution of that contract or agreement by you.

2.  The first Subparagraph **(2)** of Paragraph **b. Excess Insurance** regarding any other primary insurance available to you is deleted.

3.  The following is added to Paragraph **b. Excess Insurance**, as an additional subparagraph under Subparagraph **(1)**:

    That is available to the insured when the insured is added as an additional insured under any other policy, including any umbrella or excess policy.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the **PROVISIONS** of this endorsement carefully to determine rights, duties, and what is and is not covered.

**A.** Broadened Named Insured

**B.** Damage To Premises Rented To You Extension
- Perils of fire, explosion, lightning, smoke, water
- Limit increased to $300,000

**C.** Blanket Waiver of Subrogation

**D.** Blanket Additional Insured – Managers or Lessors of Premises

**E.** Blanket Additional Insured – Lessor of Leased Equipment

**F.** Incidental Medical Malpractice

**G.** Personal Injury – Assumed by Contract

**H.** Extension of Coverage – Bodily Injury

**I.** Injury to Co-Employees and Co-Volunteer Workers

**J.** Aircraft Chartered with Crew

**K.** Non-Owned Watercraft – Increased from 25 feet to 50 feet

**L.** Increased Supplementary Payments
- Cost for bail bonds increased to $2,500
- Loss of earnings increased to $500 per day

**M.** Knowledge and Notice of Occurrence or Offense

**N.** Unintentional Omission

**O.** Reasonable Force – Bodily Injury or Property Damage

**PROVISIONS**

**A. BROADENED NAMED INSURED**

1. The Named Insured in Item **1.** of the Declarations is as follows:

   The person or organization named in Item **1.** of the Declarations and any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy. However, coverage for any such organization will cease as of the date during the policy period that you no longer maintain ownership of, or majority interest in, such organization.

2. WHO IS AN INSURED (Section **II**) Item **4.a.** is deleted and replaced by the following:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

3. This Provision **A.** does not apply to any person or organization for which coverage is excluded by endorsement.

**B. DAMAGE TO PREMISES RENTED TO YOU EXTENSION**

1. The last paragraph of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

   Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

   **a.** Fire;

   **b.** Explosion;

   **c.** Lightning;

   **d.** Smoke resulting from such fire, explosion, or lightning; or

   **e.** Water.

   A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section **III**).

2. This insurance does not apply to damage to premises while rented to you, or temporarily

**CG D1 86 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 5

CONFIDENTIAL                                                                      TRAV_000109

COMMERCIAL GENERAL LIABILITY

occupied by you with permission of the owner, caused by:

**a.** Rupture, bursting, or operation of pressure relief devices;

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

**c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**3.** Part **6.** of LIMITS OF INSURANCE (Section **III**) is deleted and replaced by the following:

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under COVERAGE **A.** for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water. The Damage To Premises Rented To You Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water, or any combination of any of these.

The Damage To Premises Rented To You Limit will be the higher of:

**a.** $300,000; or

**b.** The amount shown on the Declarations for Damage To Premises Rented To You Limit.

**4.** Under DEFINITIONS (Section **V**), Paragraph **a.** of the definition of "insured contract" is amended so that it does not include that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

**5.** This Provision **B.** does not apply if coverage for Damage To Premises Rented To You of

COVERAGE **A.** BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is excluded by endorsement.

**C. BLANKET WAIVER OF SUBROGATION**

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you prior to loss.

**D. BLANKET ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES**

WHO IS AN INSURED (Section **II**) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises leased to you, subject to the following provisions:

**1.** Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

**2.** The insurance afforded to the additional insured does not apply to:

**a.** Any "occurrence" that takes place after you cease to be a tenant in that premises;

**b.** Any premises for which coverage is excluded by endorsement; or

**c.** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**3.** The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**E. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT**

WHO IS AN INSURED (Section **II**) is amended to include as an insured any person or organization (referred to below as "additional insured") with

Copyright, The Travelers Indemnity Company, 2003

**CG D1 86 11 03**

TRAVELERS DOC MGMT Page 110 of 303

CONFIDENTIAL

TRAV_000110

COMMERCIAL GENERAL LIABILITY

whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such additional insured, subject to the following provisions:

1. Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

2. The insurance afforded to the additional insured does not apply to:

   a. Any "occurrence" that takes place after the equipment lease expires; or

   b. "Bodily injury" or "property damage" arising out of the sole negligence of such additional insured.

3. The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**F. INCIDENTAL MEDICAL MALPRACTICE**

1. The definition of "bodily injury" in DEFINITIONS (Section **V**) is amended to include "Incidental Medical Malpractice Injury".

2. The following definition is added to DEFINITIONS (Section **V**):

   "Incidental medical malpractice injury" means bodily injury, mental anguish, sickness or disease sustained by a person, including death resulting from any of these at any time, arising out of the rendering of, or failure to render, the following services:

   a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

   b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

   c. First aid.

   d. "Good Samaritan services". As used in this Provision **F.**, "Good Samaritan services" are those medical services rendered or provided in an emergency and

for which no remuneration is demanded or received.

3. Paragraph **2.a.(1)(d)** of WHO IS AN INSURED (Section **II**) does not apply to any registered nurse, licensed practical nurse, emergency medical technician or paramedic employed by you, but only while performing the services described in paragraph **2.** above and while acting within the scope of their employment by you. Any "employees" rendering "Good Samaritan services" will be deemed to be acting within the scope of their employment by you.

4. The following exclusion is added to paragraph **2.** Exclusions of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

   (This insurance does not apply to:) Liability arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals by or with the knowledge or consent of the insured.

5. For the purposes of determining the applicable limits of insurance, any act or omission, together with all related acts or omissions in the furnishing of the services described in paragraph **2.** above to any one person, will be considered one "occurrence".

6. This Provision **F.** does not apply if you are in the business or occupation of providing any of the services described in paragraph **2.** above.

7. The insurance provided by this Provision **F.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**G. PERSONAL INJURY – ASSUMED BY CONTRACT**

1. The **Contractual Liability** Exclusion in Part **2.**, **Exclusions** of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

   (This insurance does not apply to:)

   **Contractual Liability**

   "Advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

damages that the insured would have in the absence of the contract of agreement.

2. Subparagraph **f.** of the definition of "insured contract" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury," "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

3. This Provision **G.** does not apply if COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is excluded by endorsement.

**H. EXTENSION OF COVERAGE – BODILY INJURY**

The definition of "bodily injury" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

**I. INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

1. Your "employees" are insureds with respect to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you, or to your "volunteer workers" while performing duties related to the conduct of your business, provided that this coverage for your "employees" does not apply to acts outside the scope of their employment by you or while performing duties unrelated to the conduct of your business.

2. Your "volunteer workers" are insureds with respect to "bodily injury" to a co-"volunteer worker" while performing duties related to the conduct of your business, or to your "employees" in the course of the "employee's" employment by you, provided that this coverage for your "volunteer workers" does not apply while performing duties unrelated to the conduct of your business.

3. Subparagraphs **2.a.(1)(a)**, **(b)** and **(c)** and **3.a.** of WHO IS AN INSURED (Section **II**) do not apply to "bodily injury" for which insurance is provided by paragraph **1.** or **2.** above.

**J. AIRCRAFT CHARTERED WITH CREW**

1. The following is added to the exceptions contained in the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

    (This exclusion does not apply to:) Aircraft chartered with crew to any insured.

2. This Provision **J.** does not apply if the chartered aircraft is owned by any insured.

3. The insurance provided by this Provision **J.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**K. NON-OWNED WATERCRAFT**

1. The exception contained in Subparagraph **(2)** of the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

    **(2)** A watercraft you do not own that is:

        **(a)** Fifty feet long or less; and

        **(b)** Not being used to carry persons or property for a charge;

2. This Provision **K.** applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

3. The insurance provided by this Provision **K.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**L. INCREASED SUPPLEMENTARY PAYMENTS**

Parts **b.** and **d.** of SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section **I** – Coverages) are amended as follows:

1. In Part **b.** the amount we will pay for the cost of bail bonds is increased to $2500.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

2. In Part **d.** the amount we will pay for loss of earnings is increased to $500 a day.

**M. KNOWLEDGE AND NOTICE OF OCCUR-RENCE OR OFFENSE**

1. The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **2.** (Duties In The Event of Occurrence, Offense, Claim or Suit):

   Notice of an "occurrence" or of an offense which may result in a claim under this insurance shall be given as soon as practicable after knowledge of the "occurrence" or offense has been reported to any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

   Knowledge by other "employee(s)" of an "occurrence" or of an offense does not imply that you also have such knowledge.

2. Notice shall be deemed prompt if given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us as soon as practicable after any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence", offense or claim may involve this policy.

3. However, this Provision **M.** does not apply as respects the specific number of days within which you are required to notify us in writing of the abrupt commencement of a discharge, release or escape of "pollutants" which causes "bodily injury" or "property damage" which may otherwise be covered under this policy.

**N. UNINTENTIONAL OMISSION**

The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **6.** (Representations):

The unintentional omission of, or unintentional error in, any information provided by you shall not prejudice your rights under this insurance. However, this Provision **N.** does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal in accordance with applicable state insurance laws, codes or regulations.

**O. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE**

The **Expected Or Intended Injury** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

(This insurance does not apply to:)

**Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**          Copyright, Travelers Indemnity Company, 1997          Page 1 of 1

CONFIDENTIAL                                                                    TRAV_000114

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **o. Personal And Advertising Injury**, Part **2. Exclusions** of SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted and replaced by the following:

**o. Personal Injury, Advertising Injury and Web Site Injury**

"Bodily injury" arising out of "personal injury", "advertising injury" or "web site injury".

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

**1. Insuring Agreement.**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

**(3)** "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

but only if the offense was committed in the "coverage territory" during the policy period.

With respect to subparagraph **b. (1)** above, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**2. Exclusions.**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal injury", "advertising injury" or "web site injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury", "advertising injury" or "web site injury".

**b. Material Published With Knowledge Of Falsity**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**CG D2 34 01 05**    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 1 of 5

CONFIDENTIAL

TRAV_000115

COMMERCIAL GENERAL LIABILITY

**c. Material Published Prior To Policy Period**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal injury", "advertising injury" or "web site injury" arising out of a criminal act committed by or with the consent of the insured.

**e. Contractual Liability**

"Personal injury", "advertising injury" or "web site injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(1)** "Personal injury" liability assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "personal injury" provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged; or

**(2)** "Personal injury", "advertising injury" or "web site injury" that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Advertising injury" or "web site injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" or "web site injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in the course of advertising your goods, products or services.

**h. Wrong Description Of Prices**

"Advertising injury" or "web site injury" arising out of the wrong description of the price of goods, products or services.

**i. Insureds In Media And Internet Type Businesses**

"Personal injury", "advertising injury" or "web site injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.**, **b.** and **c.** of the "personal injury" definition under **SECTION V – DEFINITIONS** of this endorsement.

For the purposes of this exclusion, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**j. Electronic Chatrooms Or Bulletin Boards**

"Personal injury", "advertising injury" or "web site injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal injury", "advertising injury" or "web site injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar activities that mislead another's potential customers.

**l. Pollution**

"Personal injury", "advertising injury" or "web site injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    **CG D2 34 01 05**

CONFIDENTIAL    TRAV_000116

COMMERCIAL GENERAL LIABILITY

**m. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**n. Dishonest, Fraudulent Or Malicious Acts**

"Web site injury" arising out of dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others.

**o. Web Site Intellectual Property**

"Web site injury" committed by any insured whose business is providing access to intellectual property of others via "your web site".

**p. Employment-Related Practices**

"Web site injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **p.(1)(a)(b)** or **(c)** above is directed.

This exclusion applies:

**(i)** Whether the insured may be held liable as an employer or in any other capacity; and

**(ii)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** (Section I – Coverages) is amended as follows:

**1.** Paragraph **2.d.** is deleted and replaced by the following:

**d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**2.** The third sentence of Paragraph **2.** is deleted and replaced by the following:

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability and Paragraph **2.e.(1)** of Section I – Coverage **B** – Personal Injury, Advertising Injury And Web Site Injury Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage", or damages for "personal injury", and will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

The introductory sentence of paragraph **2. a. (1)** Section **II** – Who Is An Insured is deleted and replaced by the following:

**2. a. (1)** "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph **4. c.**, is deleted and replaced by the following:

**4. c.** Coverage **B** does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

**SECTION III – LIMITS OF INSURANCE**

**SECTION III – Limits Of Insurance, paragraph 4**, is deleted and replaced by the following:

**4.** Subject to **2.** above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

**CG D2 34 01 05**    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 3 of 5

CONFIDENTIAL

TRAV_000117

COMMERCIAL GENERAL LIABILITY

## SECTION V – DEFINITIONS

### ADVERTISEMENT

The definition of **"Advertisement" (SECTION V – DEFINITIONS)** is deleted in its entirety.

### COVERAGE TERRITORY

The definition of **"Coverage Territory" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in **a.** above;

   **(2)** The activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business; or

   **(3)** "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

### INSURED CONTRACT

The first paragraph of part **f.** of the definition of **"Insured Contract" (SECTION V – DEFINITIONS)** is deleted and replaced by the following:

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

### PERSONAL AND ADVERTISING INJURY

The definition of **"Personal and advertising injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following definitions of "advertising injury" and "personal injury":

"Advertising injury" means injury, arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

**e.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life.

### SUIT

The definition of **"Suit" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to

Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.

**CG D2 34 01 05**

CONFIDENTIAL

TRAV_000118

COMMERCIAL GENERAL LIABILITY

which this insurance applies are alleged. "Suit" in-cludes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceed-ing in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

**WEB SITE INJURY**

"Web site injury" means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or

whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasona-bly places a person in a false light or gives unrea-sonable publicity to a person's private life;

**c.** Oral, written or electronic publication of material that violates a person's right of publicity, provided that claim is made or "suit" is brought by the per-son claiming rights of publicity; or

**d.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copy-right, title or slogan.

**YOUR WEB SITE**

"Your web site" means all computer files and data which may be accessed via the Internet using a Uni-versal Resource Locator that includes any domain name owned by or assigned to you.

---

**CG D2 34 01 05**    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 5 of 5

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "property damage" in **SECTION V – DEFINITIONS** is deleted in its entirety and replaced by the following:

"Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

**a.** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**b.** Data stored on such media; or

**c.** Programming records for electronic data processing or electronically controlled equipment.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**CG D2 88 11 03**    Copyright, The Travelers Indemnity Company, 2003    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL                                                                                            TRAV_000121

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" or "website injury" arising out of unsolicited communications by or on behalf of any insured. Unsolicited communications means any form of communication, including but not limited to facsimile, electronic mail, posted mail or telephone, in which the recipient has not specifically requested the communication. Unsolicited communications also include but are not limited to communications which are made or allegedly made in violation of the Telephone Consumer Protection Act and any amendments, and/or local or state statutes that bar, prohibit or penalize such communications.

**CG D3 26 01 04**          Copyright, The Travelers Indemnity Company, 2004          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission

CONFIDENTIAL                                                                                    TRAV_000122

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT REDEFINED EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**A.** Exclusion **g.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (Section I – Coverages) is deleted and replaced by the following:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B. SECTION V – DEFINITIONS**

The definition of "auto" (paragraph 2.) is deleted and replaced by the following:

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

The definition of "mobile equipment" is deleted and replaced by the following:

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**CG D3 56 01 05**     Copyright, 2005 The St. Paul Travelers Companies, Inc. All rights reserved.          Page 1 of 2

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**C. WHO IS AN INSURED**

Paragraph 3. of SECTION II – Who Is An Insured is deleted.

Copyright, 2005 The St. Paul Travelers Companies, Inc. All rights reserved.
**CG D3 56 01 05**

CONFIDENTIAL

TRAV_000124

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

**CG 22 70 11 85**                Copyright, Insurance Services Office, Inc., 1984                Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_000125

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

Page 1 of 1

CONFIDENTIAL

TRAV_000126

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.  COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** – is amended by adding the following additional exclusion:

(This Insurance does not apply to:)

"Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**2.  COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY** – is amended by adding the following additional exclusion:

(This insurance does not apply to:)

"Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**CG D1 42 01 99**          Copyright, The Travelers Indemnity Company, 1999          Page 1 of 1

CONFIDENTIAL

TRAV_000127

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of or in any way related to the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of silica or products or substances containing silica. This includes, but is not limited to:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

This exclusion applies to all such "bodily injury" or "property damage" whether or not the "bodily injury" or "property damage" is included in the "products-completed operations hazard".

CONFIDENTIAL                                                                 TRAV_000128

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions:**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions:**

This insurance does not apply to:

**War**

"Personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

**CG D2 42 01 02**    Copyright, The Travelers Indemnity Company, 2002    Page 1 of 1

CONFIDENTIAL

TRAV_000129

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

## PROVISIONS

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

1. The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

2. The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

   **(i)** PERC for a dry cleaning business; or

   **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

3. The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

4. The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Page 1 of 1

CONFIDENTIAL

TRAV_000130

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**CG T4 78 02 90**          Copyright, The Travelers Indemnity Company.          Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN CHANGES

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    ELECTRONIC DATA LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The paragraph relating to prejudgment interest in **Supplementary Payments** Section **I** is replaced by the following:

Prejudgment interest awarded against the insured on that part of the judgment we pay.

**B.** With respect to the Duties Condition Section **IV**:

    **1.** Notice given by or on behalf of the insured to our authorized agent, with particulars sufficient to identify the insured, shall be considered notice to us.

    **2.** The last sentence of Paragraph **2.b.** is deleted.

    **3.** The reference to Paragraph **d.** is amended to read Paragraph **e.**

    **4.** The following is added:

        **d.** Failure to give any notice required by this Condition within the time period specified shall not invalidate any claim made by you if it shall be shown not to have been reasonably possible to give notice within the prescribed time period and that notice was given as soon as was reasonably possible.

**CG 01 68 12 04**        © ISO Properties, Inc., 2003        Page 1 of 1

CONFIDENTIAL        TRAV_000132

# POLICYHOLDER NOTICES

CONFIDENTIAL

TRAV_000192

**POLICYHOLDER NOTICES**

CONFIDENTIAL

# NOTICE TO MICHIGAN POLICYHOLDERS

THIS POLICY IS EXEMPT FROM THE FILING REQUIREMENTS OF SECTION 2236 OF THE INSURANCE CODE OF 1956, 1956 PA 218, MCL 500.2236.

**PN T3 54 04 03**                                                                                          Page 1 of 1

CONFIDENTIAL                                                                                          TRAV_000194

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**                                                                             Page 1 of 1

CONFIDENTIAL                                                                             TRAV_000195

# POLICYHOLDER NOTICE – ASBESTOS

Asbestos has long been a difficult problem for society as a whole and the insurance industry in particular. As a consequence, we are attaching an asbestos exclusion to your policy.

If you have questions about your insurance program, please contact your agent or local representative.

**PN T1 85 06 01**                                                                                    Page 1 of 1

CONFIDENTIAL                                                                         TRAV_000196

# IMPORTANT INFORMATION TO INDIANA POLICYHOLDERS

**Questions regarding your policy or coverage should be directed to:**

**The Travelers Indemnity Company and
Its Property Casualty Affiliates**

**(860) 277-0111**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana  46204

Consumer Hotline:  (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi

**PN IN 01 03 05**

Page 1 of 1

CONFIDENTIAL

TRAV_000197

# FLORIDA POLICYHOLDERS
# AVAILABILITY OF RISK MANAGEMENT PLANS

Florida insurance statute require insurers to provide insureds, at their request, with guidelines for risk management plans. Travelers Loss Prevention & Engineering has available guidelines to assist you with your accident prevention activities.

The companion Safety Services notice describes the range of services available to our insureds. Should you desire assistance with regard to your accident prevention activities, please contact us at the Florida location specified in the notice.

**PN T0 60 09 01**                                                                                                              Page 1 of 1

CONFIDENTIAL

# FLORIDA SAFETY SERVICES

**Notice to policy recipient**: If you are not the person directly responsible for accident prevention activities for your company, please direct this Safety Services notice to the person that is directly responsible for them.

## SAFETY IS OUR CONCERN

Thank you for purchasing your insurance from our company. Along with your agent, we appreciate your business and welcome the opportunity to be of service.

An important part of that service concerns accident prevention and safety engineering. The Travelers Loss Prevention & Engineering Division (LP&E) has the experience, resources and capabilities to provide a range of safety services including site surveys, phone consultations or the provision of selected safety material. The following are some examples of our available services:

**Accident Prevention** - Our staff can help you identify present and potential safety hazards in your operations, premises and equipment, recommending measures for reducing or eliminating these hazards.

**Analysis of Accident Causes** - Although you investigate and keep records of accidents, we're available to help if you need us.

**Safety Consultations** - Our field staff, supported by Home Office and field specialists, can help you with special problems including Auto, General Liability, Product safety and Premises Security issues.

**Safety Videos and Literature** - We can provide you with basic videos and literature to assist you in your loss control efforts. Also, we can put you in contact with several companies able to provide additional safety materials including brochures, pamphlets and videos.

**Safety Training** - We can help you improve your safety training programs.

**Internet Website** - Visit our LP&E website page for helpful safety information. This website **(http://www.travelerspc.com/commercial)** also has hot links to other safety-related Internet sites. For all requests for loss control assistance **ONLY**, please directly contact your local office listed below.

**The Travelers will provide these services upon request. Telephone consultation is also available if the nature of the operations and hazards warrant such service. See below for the LP&E office nearest to you.**

## SAFETY IS YOUR CONCERN

U. S. companies spend billions of dollars each year on the direct and indirect costs of accidents. Dollar figures can't begin to reflect the pain and suffering of an injured person and his or her family. But they do give some indication of the multiple consequences of an accident... loss of time, interrupted productivity, damaged materials and equipment, possible legal action from government regulatory agencies, and increased insurance costs.

It makes good sense for both companies and their employees to actively participate in a sound accident prevention program. The success of such a program depends to a large extent on your commitment to safety procedures and accident prevention techniques. Safety is a management concern. Maybe we can help.

You may want to consider the following **"Safety Checkpoints"** as you evaluate your organization's safety activities:

**SELF-INSPECTION PROGRAM:**

* Do you conduct periodic surveys of premises, equipment and operations?

* Do you analyze each activity to determine inherent hazards?

* If you discover hazards, do you follow up with immediate corrective action?

* Do you monitor such action to make sure it is implemented and effective?

**ACCIDENT INVESTIGATION:**

* Do you investigate each accident and find the cause?

* Do you take immediate steps to prevent a recurrence?

* Do you keep records of accident investigations and follow-up measures?

* Do you complete accident statistics and analyze trends?

**EDUCATION AND TRAINING:**

* Do you take the time to train each of your employees to perform tasks in a proper and safe manner?

* Do more-experienced employees receive training to correct any bad habits that developed over time?

* Do all employees understand that safety is an important part of their jobs?

| Florida | Orlando | 2420 Lakemont Avenue – Suite 100 |
|---|---|---|
| Loss Prevention & | | P.O. Box 35555 |
| Engineering Offices | | Orlando, FL 32814-3555 |
| | | (407) 388-3307 |

**PN T0 61 03 07**

Page 1 of 1

CONFIDENTIAL

TRAV_000199

## IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA POLICYHOLDERS

An extremely important and valuable coverage may be available to you through your insurance company and the Indiana Mine Subsidence Insurance Program. The Indiana Mine Subsidence Insurance Program offers insurance coverage in the following counties:

| | | | | |
|---|---|---|---|---|
| Clay | Greene | Orange | Putnam | Warren |
| Crawford | Knox | Owen | Spencer | Warrick |
| Daviess | Lawrence | Parke | Sullivan | |
| Dubois | Martin | Perry | Vanderburgh | |
| Fountain | Monroe | Pike | Vermillion | |
| Gibson | Montgomery | Posey | Virgo | |

If you have structures in these counties, Mine Subsidence coverage may be added to new or existing policies to protect your structures from damage due to the collapse of abandoned underground coal mines. The collapse of abandoned underground coal mines can cause serious structural damage. <u>Without this specific coverage, damage caused by Mine Subsidence is not covered by your policy.</u>

Mine Subsidence insurance protects property owners from losses to structures due to the collapse of inactive underground coal mines abandoned before August 3, 1977. The maximum amount of insurance available per structure has been increased from $100,000 to $200,000. The cost of this coverage is relatively low to you. For the full coverage of $200,000, a Commercial policyholder will pay an additional premium of only $179.00 per year.

If you already have this coverage, check with your agent to be sure that you have the appropriate amount of coverage.

Should you have any questions about this coverage or the program in general, you should contact your agent or call the Indiana Mine Subsidence Program at the Indiana Department of Insurance: 1-800-332-4674.

**PN T0 64 11 01**                                                                                           Page 1 of 1

CONFIDENTIAL                                                                 TRAV_000200

# IMPORTANT INFORMATION FOR FLORIDA POLICYHOLDERS

Please review your policy carefully. Should you have any questions concerning coverages, billings, additions or deletions, please contact your Agent. Should you feel the need for additional information or wish to make a complaint, we offer the following number:

## FOR INFORMATION, OR TO MAKE A COMPLAINT, CALL:

### 1-860-277-0111

CONFIDENTIAL

CHANGE EFFECTIVE DATE: 02-20-09
CHANGE ENDORSEMENT NUMBER: 0001

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-1574N566-TIL-09
Policy Effective Date: 02/20/09
Issue Date: 03/25/09
Premium $ ■■■■■

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/20/09 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMON POLICY DECLARATIONS IS AMENDED AS FOLLOWS:

AMENDING ITEM 7. PREMIUM SUMMARY TO READ:

PROVISIONAL PREMIUM      $ ■■■■   INCLUDES (KYFS)
DUE AT INCEPTION         $ ■■■■   INCLUDES KY MUNICIPAL TAX
DUE AT EACH 1 MONTH      $ ■■■■

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 02/20/09    $ 

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
   BROWN & BROWN OF IN INC (CK418)
   3077 E 98TH ST                             _____
   STE 150                                    Authorized Representative
   INDIANAPOLIS, IN 46280
                                              DATE:_____
IL T0 07 09 87    PAGE 1 OF 1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_000202

CHANGE EFFECTIVE DATE: 02-20-09
CHANGE ENDORSEMENT NUMBER: 0002

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-1574N566-TIL-09
Policy Effective Date: 02/20/09
Issue Date: 03/31/09
Premium $ ███████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/20/09 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

ADDING: DX T3 97 08 06 - FUNGUS, WET ROT OR DRY ROT AND OTHER CAUSES OF
LOSS CHANGES AS PER ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 02/20/09      $ ███████

NAME AND ADDRESS OF AGENT OR BROKER:           **COUNTERSIGNED BY:**
    BROWN & BROWN OF IN INC (CK418)
    3077 E 98TH ST                             _____
    STE 150                                    Authorized Representative
    INDIANAPOLIS, IN 46280
                                               DATE: _____
IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL                                                    TRAV_000203

CHANGE EFFECTIVE DATE: 02-20-09
CHANGE ENDORSEMENT NUMBER: 0002

 **TRAVELERS**

POLICY NUMBER: Y-630-1574N566-TIL-09

EFFECTIVE DATE: 02-20-09

ISSUE DATE: 03-31-09

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX T3 97 08 06    FUNGUS, WET ROT, DRY ROT & OTHER COL
```

**IL T8 01 10 93**

PAGE: 1 OF 1

CONFIDENTIAL

TRAV_000204

# TRAVELERS

## CANCELLATION CHANGE SLIP — COMMERCIAL

### DO NOT ATTACH TO POLICY

PRODUCER TO NOTE: The return premium indicated below may include installments not yet due. Check your records before making a refund to the insured. If Assigned Risk policy, the servicing carrier will issue return premium if applicable.

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| POLICY NUMBER | OFFICE/CODE/DISTRICT | DATE/WRITER |
|---|---|---|
| Y-630-1574N566-TIL-09 | SP-INDIANAPOLIS /06G / | 12-30-09 SS |

| NAMED INSURED | PRODUCER & CODE | |
|---|---|---|
| THE BROADBENT COMPANY, INC. | BROWN & BROWN OF IN INC | CK418 |
| | PREMIUM FINANCED BY: | |

| EFF DATE CANC | POLICY EFF | POLICY EXPIR | REINSURANCE | MODE OF ADJUSTMENT | MODE OF CANCELLATION |
|---|---|---|---|---|---|
| 01-01-10 | 02-20-09 | 02-20-10 | | A | PRO RATA |

REASON FOR CANCELLATION

TO CHANGE POLICY EFFECTIVE DATE

| A/C MONTH | RET. PREM. | COMM. | ITEM | | A/C MONTH | RET. PREM. | COMM. | ITEM |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TOTAL EAR PREM |
|---|
| 0 |
| SUBJECT TO AUDIT |

| TOTAL RET. PREM |
|---|
| 0.00 |
| SUBJECT TO AUDIT |

This document is issued only by the Company or Companies which issued this policy.

CN 00 1B 09 95

Page 1 of 1

CONFIDENTIAL



**TRAVELERS**

## CANCELLATION CHANGE SLIP — COMMERCIAL

**DO NOT ATTACH TO POLICY**

PRODUCER TO NOTE: The return premium indicated below may include installments not yet due. Check your records before making a refund to the insured. If Assigned Risk policy, the servicing carrier will issue return premium if applicable.

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| POLICY NUMBER | OFFICE/CODE/DISTRICT | DATE/WRITER |
|---|---|---|
| Y-630-1574N566-TIL-09 | SP-INDIANAPOLIS  /06G / | 03-18-10 BB |

| NAMED INSURED | PRODUCER & CODE | |
|---|---|---|
| THE BROADBENT COMPANY, INC. | BROWN & BROWN OF IN INC | CK418 |
| | PREMIUM FINANCED BY. | |

| EFF DATE CANC | POLICY EFF | POLICY EXPIR | REINSURANCE | MODE OF ADJUSTMENT | MODE OF CANCELLATION |
|---|---|---|---|---|---|
| 01-01-10 | 02-20-09 | 02-20-10 | | A | PRO RATA |

REASON FOR CANCELLATION

SUPERSEDING CANC. ISSUED 12/30/09, EFF.
01/01/10 AMEND TO PRO RATA

| A/C MONTH | RET. PREM. | COMM. | ITEM |
|---|---|---|---|
| 03/10 | ███████ | | PREM |
| 03/10 | | | NONP |

| A/C MONTH | RET. PREM. | COMM. | ITEM |
|---|---|---|---|
| 03/10 | ███████ | | PREM |

| TOTAL EAR PREM |
|---|
| ███████ |

| TOTAL RET. PREM. |
|---|
| ███████ |



This document is issued only by the Company or Companies which issued this policy

INCLUDES KY MUNICIPAL TAX

CN 00 1B 09 95                                    Page 1 of 1

CONFIDENTIAL

TRAV_000303

# EXHIBIT 2

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

| 630-329D1683 | 01/01/10 - 01/01/11 | 12/18/2024 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

*Julie A. Senerth*

Julie A. Senerth, Manager
BI Document Management

CONFIDENTIAL

TRAV_000304



One Tower Square, Hartford, Connecticut 06183

COINSURANCE CONTRACT: THE RATE CHARGED
IN THIS POLICY IS BASED UPON THE USE OF
THE COINSURANCE CLAUSE ATTACHED TO THE
POLICY, WITH THE CONSENT OF THE INSURED

TRAVELERS CORP. TEL: 1-800-328-2189
REAL ESTATE OWNERS
COMMON POLICY DECLARATIONS
ISSUE DATE: 12/30/09
POLICY NUMBER: Y-630-329D1683-TIL-10

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   THE BROADBENT COMPANY, INC.  (AS PER IL T8 00)
   117 E. WASHINGTON STREET #300
   INDIANAPOLIS, IN 46204-3614

2. POLICY PERIOD:  From 01/01/10 to 01/01/11 12:01 A.M. Standard Time at
                                                your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy            Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS   CG T0 09 09 93 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                        Policy No.            Insuring Company

                          SEE CALCULATION OF PREMIUM
                          COMPOSITE RATES ENDORSEMENT

7. PREMIUM SUMMARY:
   Provisional Premium   $    INCLUDES (KYFS)
   Due at Inception      $                         INCLUDES KY MUNICIPAL TAX
   Due at Each 1 MONTH   $

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
   BROWN & BROWN OF IN INC (CK418)
   11555 N MERIDIAN ST
   STE 220                                    _____
   CARMEL, IN 46032                           Authorized Representative

                                              DATE:_____

IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 2
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL



TAXES AND SURCHARGES

POLICY NUMBER: Y-630-329D1683-TIL-10

EFFECTIVE DATE: 01/01/10

ISSUE DATE: 12/30/09

| DESCRIPTION | AMOUNT |
|---|---|
| KENTUCKY FUND SURCHARGE | 243.00 |
| FLORIDA INSURANCE PREMIUM SURCHARGE | 8.00 |
| FLA EMERGENCY MGMNT,PREPAREDNESS, ASST TRUST FUND SURCHARGE | 4.00 |
| FLORIDA CITIZENS ASSESSMENT | 128.00 |
| FL CAT FUND EMERGENCY ASSESSMENT SURCHARGE - A. O. | 128.00 |
| FIGA 2006 ALL OTHER | 90.00 |
| FIGA 2006 EMERGENCY SURCHARGE - ALL OTHER | 102.00 |
| FL HIGH RISK EMERG SURCH - ALL OTHER | 180.00 |
| FL GUARANTY FUND SURCHARGE-ALL OTHER | 258.00 |

IL T0 02 11 89      PAGE  2 OF  2

OFFICE: SP-INDIANAPOLIS      06G
PRODUCER NAME: BROWN & BROWN OF IN INC          CK418

CONFIDENTIAL

TRAV_000306



**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**THE BROADBENT COMPANY, INC.**
**117 E. WASHINGTON STREET #300**
**INDIANAPOLIS IN 46204-3614**

**Presented by:  BROWN & BROWN OF IN INC**

CONFIDENTIAL

TRAV_000307



PBOLICY NUMBER: Y-630-329D1683-TIL-10

EFFECTIVE DATE: 01-01-10

ISSUE DATE: 12-30-09

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 07 07    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
IL T3 02 07 86    CALCULATION OF PREMIUM-COMPOSITE RATE(S)
IL T8 00          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
DX T0 00 09 98    DELUXE PROPERTY COV PART DECLARATIONS
DX 00 03 07 94    DELUXE PROP COV PART SCHED-SPECIF LIMITS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX 00 04 03 98    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98    DELUXE PROPERTY COVERAGE FORM
DX T1 01 03 98    DELUXE BUSINESS INCOME COV FORM AND EE
DX T4 23 02 09    PERS PROPERTY OUTSIDE COVERAGE TERRITORY
DX T3 01 03 98    CAUSES OF LOSS - EARTHQUAKE
DX T3 02 03 98    CAUSES OF LOSS - BROAD FORM FLOOD
DX T3 10 03 98    VACANCY RESTRICTION
DX T3 12 03 98    COINSURANCE - DIRECT DAMAGE
DX T3 79 03 98    LOSS PAYABLE PROVISIONS
DX T4 02 01 08    TERRORISM RISK INS ACT 2002 DISCLOSURE
DX 00 10 04 96    DELUXE-SUPPLEMENTAL DEC-FLORIDA
DX 00 14 10 00    KENTUCKY CHANGES
DX 01 25 01 07    FLORIDA CHANGES
DX 01 77 03 98    INDIANA CHANGES-RIGHTS OF RECOVERY
DX 02 01 12 06    FLORIDA CHANGES - MEDIATION OR APPRAISAL
DX T3 97 08 06    FUNGUS, WET ROT, DRY ROT & OTHER COL
DX T3 98 04 02    ELECTRONIC VANDALISM LIMITATION
```

COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 11 03    TABLE OF CONTENTS
CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
CG 21 70 01 08    CAP ON LOSSES-CERTIFIED ACTS-TERRORISM
CG 24 12 11 85    BOATS
CG D0 37 04 05    OTHER INSURANCE-ADDITIONAL INSUREDS
CG D1 86 11 03    XTEND ENDORSEMENT
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 34 01 05    WEB XTEND - LIABILITY
```

CONFIDENTIAL                                                    TRAV_000308



**POLICY NUMBER:** Y-630-329D1683-TIL-10
**EFFECTIVE DATE:** 01-01-10
**ISSUE DATE:** 12-30-09

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG D2 56 11 03   AMENDMENT OF COVERAGE
CG D2 88 11 03   EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG D3 26 01 04   EXCLUSION-UNSOLICITED COMMUNICATIONS
CG D3 56 01 05   MOBILE EQUIP/EXCL VEHICLES SUB TO MV LAW
CG 22 70 11 85   REAL ESTATE PROPERTY MANAGED
CG D0 76 06 93   EXCLUSION-LEAD
CG D1 42 01 99   EXCLUSION-DISCRIMINATION
CG D2 40 06 01   EXCLUSION - SILICA
CG D2 42 01 02   EXCLUSION WAR
CG F1 19 09 08   INDIANA CHANGES-DEFINITION OF POLLUTANTS
CG T4 78 02 90   EXCLUSION-ASBESTOS
CG 01 68 10 09   MICHIGAN CHANGES
```

EMPLOYEE BENEFITS LIABILITY

```
CG T0 09 09 93   EMPLOYEE BENEFITS LIAB COV PART DEC
CG T0 43 11 88   EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 07 86   EMPLOYEE BENEFITS LIABILITY COV FORM
CG T5 30 06 89   AMENDMENT-EBL
CG D0 38 03 95   EXCLUSION-IRC VIOLATIONS
CG T4 85 11 88   ADDITIONAL EXCLUSION-EBL
CG T9 17 07 86   IN CHANGES-DUTIES IN EVENT OF OCC-EBL
CG T9 18 07 86   MI CHANGES-PREJUDGEMENT INTEREST - EBL
CG T9 86 10 87   FL-AMENDATORY ENDORSEMENT - EBL
```

INLAND MARINE

```
CM A0 28 08 96   IMPAK COVERAGE PART DECLARATIONS
CM T3 71 08 96   IM PAK COVERAGE SUMMARY
CM T0 11 08 05   TABLE OF CONTENTS
CM 00 01 09 04   COMMERCIAL INLAND MARINE CONDITIONS
CM T1 43 08 96   IMPAK COVERAGE FORM
CM T3 98 01 08   TERRORISM RISK INS ACT 2002 DISCLOSURE
CM 01 11 07 01   MICHIGAN CHANGES
CM 01 16 09 00   FL CHANGES-LOSS PAYMENT
CM 01 39 09 00   INDIANA CHANGES
CM 01 41 09 00   KENTUCKY CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T3 68 08 09   FEDERAL TERRORISM RISK INS ACT DISCLOSE
IL T3 76 01 08   CAP ON LOSSES - CERTIFIED ACTS TERRORISM
IL T3 82 08 06   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL F0 59 09 07   IN CHANGES - DEFINITION OF POLLUTANTS
IL T3 79 01 08   CAPS ON LOSSES FROM CERT ACTS OF TERROR
IL 00 21 09 08   NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL F0 10 10 97   INDIANA CHANGES-POLLUTION
```

**IL T8 01 10 93**

PAGE:    2 OF    3

CONFIDENTIAL

TRAV_000309



**POLICY NUMBER:** Y-630-329D1683-TIL-10

**EFFECTIVE DATE:** 01-01-10

**ISSUE DATE:** 12-30-09

INTERLINE ENDORSEMENTS (CONTINUED)

```
IL T3 55 08 98   EXCL OF CERTAIN COMPUTER REL LOSSES
IL T9 29 09 07   IN CHANGES-CANCELLATION & NONRENEWAL
IL T9 58 09 07   IN CHANGES CONCEAL MISREPRESENT OR FRAUD
IL T9 84 10 94   FLORIDA CHANGES-LEGAL ACTION AGAINST US
```

**IL T8 01 10 93**

**PAGE:    3 OF    3**

CONFIDENTIAL

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

1. We have the right but not obligated to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

1. The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

CONFIDENTIAL

TRAV_000311

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART– REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations – Declarations may list endorsements in-

cluded in the Deluxe Property Coverage Part that reference:

**1.** The Commercial Property Coverage Part;

**2.** The Commercial Inland Marine Coverage Part;

**3.** Commercial Property forms including, but not limited to, the following:

    **a.** Building and Personal Property Coverage Form;

    **b.** Business Income Coverage Form;

    **c.** Commercial Property Conditions;

    **d.** Causes of Loss – Special Form

    **e.** Causes of Loss – Earthquake Form.

**4.** Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, and is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

*Wendy C. Sky*
Secretary

*[signature]*
President

CONFIDENTIAL

TRAV_000312

**LOCATION SCHEDULE**                     **POLICY NUMBER**: Y-630-329D1683-TIL-10

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-10  to  01-01-11 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|------|------|---------|-----------|
| 1 | 1 | 117 E. WASHINGTON STREET<br>SUITE 300<br>INDIANAPOLIS, IN 46204-3614 | CORPORATE OFFICE |
| 2 | 2 | 5838-5898 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLACE |
| 3 | 3 | 6304-6398 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLAZA |
| 3 | 4 | 6360 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | STEAK AND SHAKE-TRIPLE NET LEASE |
| 4 | 5 | 5305-5499 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON POINT |
| 5 | 6 | 6024-6066 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON SHOPPES |
| 6 | 7 | 6621-6699 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON VILLAGE |
| 7 | 8 | 3900 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER CROSSING |
| 8 | 9 | 4016 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | FORMER GENERAL CINEMA BUILDING |
| 9 | 10 | 3841-3981 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER SHOPPES |
| 10 | 11 | 501-553 COLISEUM BLVD<br>FORT WAYNE, IN 46825 | COLISEUM SHOPPES |
| 11 | 12 | 3923-3999 28TH STREET SE<br>GRAND RAPIDS, MI 49508 | EAST PARIS SHOPPES |
| 12 | 13 | 733 NORTH GREEN RIVER ROAD<br>EVANSVILLE, IN 47711 | EASTLAND PLACE |

**IL T0 03 04 96**                                            Page     1

CONFIDENTIAL                                                              TRAV_000313

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-329D1683-TIL-10

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-10  to  01-01-11 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 13 | 14 | 4827-4959 WEST 38TH STREET<br>INDIANAPOLIS, IN 46254 | GEORGETOWN PLAZA |
| 14 | 15 | 7900 -7903SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD PLACE |
| 15 | 16 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 15 | 17 | 8041 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 16 | 18 | 806-914 NORTH US 31<br>GREENWOOD, IN 46142 | GREENWOOD SHOPPES |
| 17 | 19 | 1812-1876 HURSTBOURNE PARKWAY<br>LOUISVILLE, KY 40220 | HUNNINGTON PLACE |
| 18 | 20 | 3898-3980 LAFAYETTE ROAD<br>INDIANAPOLIS, IN 46254 | LAFAYETTE SHOPPES |
| 19 | 21 | 10001 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | MITTHOEFER-TRIPLE NET LEASE |
| 20 | 22 | NW CORNER 86TH STREET & DITCH ROAD<br>INDIANAPOLIS, IN 46260 | NORTH WILLOW COMMONS |
| 21 | 23 | 4614-4738 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | THE SHOPPES |
| 22 | 24 | 4614 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | SHOPPES OUTLOT |
| 23 | 25 | 6610-6650 W WASHINGTON STREET<br>INDIANAPOLIS, IN 46241 | WEST WASHINGTON, LP |
| 24 | 26 | 6323 W JEFFERSON BLVD<br>FORT WAYNE, IN 46802 | VILLAGE AT TIME CORNERS |

**IL T0 03 04 96**

CONFIDENTIAL

TRAV_000314

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-329D1683-TIL-10

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-10  to  01-01-11 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 25 | 27 | 9910-9996 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | WASHINGTON CORNER |
| 26 | 28 | 10009-10089 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | WASHINGTON SHOPPES |
| 27 | 29 | 8487 UNION CHAPEL ROAD<br>INDIANAPOLIS, IN 46260 | FASHION MALL COMMONS |
| 28 | 30 | 4611-4733 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER VILLAGE |
| 29 | 31 | 14760 N US 31<br>CARMEL, IN 46032 | GREYHOUSE |
| 30 | 32 | 3850 E 82ND STREET<br>INDIANAPOLIS, IN 46240 | MUSIC MILL BUILDING |
| 31 | 33 | 4825 E 96TH STREET<br>INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING EAST-RETAIL |
| 32 | 34 | 4705 E 96TH STREET<br>INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING WEST |
| 33 | 35 | 8395 E 116TH STREET<br>FISHERS, IN 46038 | FISHERS TOWN CENTER |
| 34 | 36 | 8211-8235 E 116TH STREET<br>FISHERS, IN 46038 | FISHERS TOWN COMMONS |
| 35 | 37 | 14005-14099 MUNDY DRIVE<br>FISHERS, IN 46038 | THE SHOPPES AT 141ST STREET |
| 36 | 38 | 160 PLAINFIELD VILLAGE<br>PLAINFIELD, IN 46168 | PLAINFIELD VILLAGE SHOPPING CENTER |
| 37 | 39 | 10934-10976 EAST US HIGHWAS 36<br>AVON, IN 46123 | RACEWAY CROSSING |

**IL T0 03 04 96**                         Page    3

CONFIDENTIAL                                    TRAV_000315

**LOCATION SCHEDULE**                    **POLICY NUMBER**: Y-630-329D1683-TIL-10

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-10  to  01-01-11 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 38 | 40 | I 465 AND WEST 38TH STREET<br>INDIANAPOLIS, IN 46254 | VILLAGE AT EAGLE CREEK |
| 39 | 41 | 2349 VILLAGE SQUARE PARKWAY<br>ORANGE PARK, FL 32003-6352 | FLEMING ISLAND SHOPPES |
| 40 | 42 | 7831 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GPL OUTLOT SOUTHWEST |
| 41 | 43 | 8488 UNION CHAPEL ROAD<br>INDIANAPOLIS, IN 46260 | REIS NICHOLS-OUTLOT |
| 42 | 44 | 8489 UNION CHAPEL ROAD<br>INDIANAPOLIS, IN 46260 | KOHLS |
| 43 | 45 | 7711 SOUTH SHELBY STREET<br>INDIANAPOLIS, IN 46227 | GREENWOOD PLACE OUTLOT 1, WEST |
| 44 | 46 | 4744 CENTURY PLAZA DRIVE<br>INDIANAPOLIS, IN 46254 | LAFAYETTE VILLAGE-LAND ONLY |
| 45 | 47 | 5090 & 5116 W 38TH STREET<br>INDIANAPOLIS, IN 46254 | LAFAYETTE PLAZA OUTLOT-LAND |
| 46 | 48 | 3901 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | UNDEVELOPED PARCELS |
| 47 | 49 | 3902 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CROSSING LAND |
| 48 | 50 | 11200 GLADIOLUS DRIVE<br>FORT MYERS, FL 33908-9999 | OFFICE |
| 49 | 51 | 10105-10264 E WASHINGTON ST<br>INDIANAPOLIS, IN 46229 | CIRCUIT CITY |
| 50 | 52 | 10105-10265 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | WASHINGTON PLACE |

IL T0 03 04 96                                    Page    4  (END)

CONFIDENTIAL                                                          TRAV_000316

POLICY NUMBER: Y-630-329D1683-TIL-10                    ISSUE DATE: 12-30-09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM - COMPOSITE RATES

**A. SCHEDULE**

**1.** This endorsement modifies insurance provided under the following Coverage Part(s):

COMMERCIAL GENERAL LIABILITY

**2.** This endorsement applies to the Declarations from   01-01-10   to  01-01-11   12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

**3.** Definition of Premium Base (Bases):

SEE SCHEDULE

**4.** Exceptions (if any) to compositing of premium calculation:

**5.** Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| SEE SCHEDULE | |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| SEE SCHEDULE | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**B. PROVISIONS**

**1.** Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

**2.** The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

**3.** The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

**IL T3 02 07 86** (Rev. 12-08)                                    Page 1 of 1

CONFIDENTIAL                                                            TRAV_000317

POLICY NUMBER: Y-630-329D1683-TIL-10          GENERAL PURPOSE ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

THE BROADBENT COMPANY, INC.
ALL PROPERTY SERVICES, INC.
THE SKINNER & BROADBENT COMPANY, INC.
S & B CONSTRUCTION CO., LLC
S & B CONSTRUCTION COMPANY, INC.
BROAD HOLDINGS, INC.
BROADBENT INVESTMENTS, INC.
THE BROADBENT CONSTRUCTION COMPANY, INC.
THE BROADBENT BUILDING, LP
CAPITOL SELF STORAGE
CASTLETON PLACE, LP
CASTLETON PLACE INVESTMENTS, LLC
CASTLETON PLACE MANAGEMENT, INC.
CASTLETON PLAZA, LP
CASTLETON PLAZA MANAGEMENT, INC.
CASTLETON PLAZA ASSOCIATES "MARS PLAZA"
CASTLETON POINT, LP
CASTLETON POINT ASSOCIATES
CASTLETON POINT MANAGEMENT, INC.
CASTLETON SHOPPES, LP
CASTLETON SHOPPES ASSOCIATES
CASTLETON SHOPPES INVESTMENTS, LLC
CASTLETON SHOPPES MANAGEMENT, INC.
CASTLETON VILLAGE, LP
CASTLETON VILLAGE MANAGEMENT, INC.
CASTLETON VILLAGE INVESTMENTS, LLC
CLEARWATER CROSSING, LP
CLEARWATER CROSSING MANAGEMENT, INC.
CLEARWATER SHOPPES, LP
CLEARWATER SHOPPES MANAGEMENT, INC.
CLEARWATER VILLAGE, LP
CLEARWATER VILLAGE MANAGEMENT, INC.
CLEARWATER VILLAGE TRUST
CLEARWATER VILLAGE ASSOCIATES, INC.
COLISEUM SHOPPES ASSOCIATES
COLISEUM SHOPPES INVESTMENTS, LLC
COLISEUM SHOPPES, LP
COLISEUM SHOPPES MANAGEMENT, INC.
CONSTRUCTION VENTURES, INC.
CROSSING LAND CORPORATION
CROSSING REALTY, LP
CROSSING REALTY MANAGEMENT, INC.
CROSSING REALTY INVESTMENTS, LLC
DELAWARE PROPERTIES
EAST PARIS SHOPPES, LP
EAST PARIS SHOPPES MANAGEMENT, INC.
EAST PARIS SHOPPES INVESTMENTS, LLC
EVANSVILLE ASSOCIATES, LP
EVANSVILLE ASSOCIATES MANAGEMENT, INC.
FASHION MALL COMMMONS I, LP
FASHION MALL COMMONS I INVESTMENTS, LLC
FASHION MALL COMMONS II, LLC

**IL T8 00**                                        Page    1

CONFIDENTIAL                                                    TRAV_000318

POLICY NUMBER: Y-630-329D1683-TIL-10                    GENERAL PURPOSE ENDORSEMENT

```
FASHION MALL COMMONS, III, LP
FASHION MALL COMMONS I MANAGEMENT, INC.
FASHION MALL COMMONS III MANAGEMENT, INC.
FISHERS TOWN CENTER, LP
FISHERS TOWN CENTER MANAGEMENT, INC.
FISHERS TOWN CENTER INVESTMENTS, LLC
GEORGETOWN PLAZA, LP
GEORGETOWN PLAZA MANAGEMENT, INC.
GREENWOOD PLACE ASSOCIATES
GREENWOOD PLACE, LP
GREENWOOD PLACE INVESTMENTS, LLC
GREENWOOD PLACE MANAGEMENT, INC.
GREENWOOD PLACE OUTLOT WEST 1, LP
GPL OUTLOT WEST I MANAGEMENT, INC
GPL OUTLOT WEST I INVESTMENTS, LLC
GPL OUTLOT SOUTHWEST I, LP
GREENWOOD POINT ASSOCIATES
GREENWOOD POINT, LP
GREENWOOD POINT MANAGEMENT, INC.
GREENWOOD ASSOCIATES
GREENWOOD SHOPPES, LP
GREENWOOD SHOPPES MANAGEMENT, INC.
GREYHOUND PLAZA ASSOCIATES, LP
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, INC.
HUNNINGTON PLACE ASSOCIATES
HUNNINGTON PLACE, LP
HUNNINGTON PLACE MANAGEMENT,INC.
THE LP OUTLOT TRUST
LAFAYETTE PLACE ASSOCIATES (CENTER SOLD)
LAFAYETTE PLACE, LP (CENTER SOLD) GPB REALTY, LP
GPB REALTY MANAGEMENT, INC.
GEORGE P. BROADBENT
GPB DBA CASTLETON VILLAGE ASSOCIATES
GPB DBA EAST PARIS SHOPPES
GPB DBA LAFAYETTE VILLAGE ASSOCIATES
LAFAYETTE PLACE MANAGEMENT, INC.
LAFAYETTE PLAZA ASSOCIATES
LAFAYETTE ASSOCIATES
LAFAYETTE SHOPPES, LP
LAFAYETTE SHOPPES MANAGEMENT, INC.
LAFAYETTE VILLAGE ASSOCIATES DBA FISHERS TOWN CENTER
MITTHOEFER REALTY CO., LLC
NORTH WILLOW, LP DBA NORTH WILLOW COMMONS ASSOCIATES
NORTH WILLOW, INC.
PROJECT EQUITIES CORPORATION
RRW OUTLOTS, LP
RRW OUTLOTS MANAGEMENT, INC.
RACEWAY CROSSSING, LP
RACEWAY CROSSING MANAGEMENT, INC.
RACEWAY CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING, LP
RIVER RIDGE CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING MANAGEMENT, INC.
RIVER RIDGE CROSSING OUTLOTS, LP
RIVER RIDGE WEST ASSOCIATES, INC.
```

**IL T8 00**                                    Page    2

CONFIDENTIAL                                    TRAV_000319

POLICY NUMBER: Y-630-329D1683-TIL-10            GENERAL PURPOSE ENDORSEMENT

```
RIVER RIDGE WEST INVESTMENTS, LLC
RIVER RIDGE CROSSING WEST MANAGEMENT, INC.
RIVER RIDGE CROSSING WEST, LP
LAFAYETTE PLACE ASSOCIATES (CENTER SOLD)
LAFAYETTE PLACE, LP (CENTER SOLD)
LAFAYETTE PLACE MANAGEMENT, INC.
LAFAYETTE PLAZA ASSOCIATES
LAFAYETTE ASSOCIATES
RIVER RIDGE CROSSING WEST INVESTMENTS, LLC
ROBERT N. SKINNER
S & B REALTY, LP
S & B REALTY MANAGEMENT, INC.
SKINNER & BROADBENT FINANCIAL SERVICES, INC.
TBB OFFICE LEASE, LLC
THE SHOPPES, LP
THE SHOPPES MANAGEMENT, INC.
THE SHOPPES OUTLOT, LP
THE SHOPPES OUTLOT MANAGEMENT, INC.
THE S & B FEE MANAGEMENT COMPANY, INC.
THE SKINNER & BROADBENT MANAGEMENT COMPANY, INC.
VILLAGE AT TIME CORNERS ASSOCIATES
VILLAGE AT TIME CORNERS, LP
VILLAGE AT TIME CORNERS MANAGEMENT, INC.
WASHINGTON CORNER, LP
WASHINGTON CORNER INVESTMENTS, LLC
WASHINGTON CORNER MANAGEMENT, INC.
WASHINGTON PLACE, LP
WASHINGTON PLACE MANAGEMENT, INC.
WASHINGTON SHOPPES, LP
WASHINGTON SHOPPES INVESTMENTS, LLC
WASHINGTON SHOPPES MANAGEMENT, INC.
WEST WASHINGTON, LP
WEST WASHINGTON MANAGEMENT, INC.
WEST WASHINGTON PARKING, INC. DBA PRIORITY AIRPORT PARKING
WHITE RIVER INVESTMENTS, LP
WHITE RIVER INVESTMENTS MANAGEMENT, INC.
201 N. ILLINOIS CORPORATION
141ST STREET SHOPPES, LP
141ST STREET SHOPPES MANAGEMENT, INC.
141ST STREET SHOPPES INVESTMENTS, LLC
141ST STREET OUTLOTS, LP
141ST STREET OUTLOTS MANAGEMENT, INC.
141ST STREET OUTLOTS INVESTMENTS, LLC
THE BROADBENT DEVELOPMENT CO., INC. AN INDIANA CORPORATION
FISHERS TOWN COMMONS, LP
FISHERS TOWN COMMONS MANAGEMENT, INC.
FISHERS TOWN COMMONS INVESTMENTS, LLC
GREENWOOD PLACE PHASE II, LP
GREENWOOD PLACE PHASE II MANAGEMENT, INC.
GREENWOOD PLACE PHASE II INVESTMENTS, LLC
PLAINFIELD VILLAGE, LP
PLAINFIELD VILLAGE MANAGEMENT, INC.
GPL OUTLOTS, LP
GPL OUTLOTS MANAGEMENT, INC.
```

**IL T8 00**                                           Page        3

CONFIDENTIAL                                                          TRAV_000320

POLICY NUMBER: Y-630-329D1683-TIL-10          GENERAL PURPOSE ENDORSEMENT

```
GPL OUTLOTS INVESTMENTS, LLC
GPL OUTLOTS WEST 1, LP
FLEMING ISLAND SHOPPES, LP
S & B CONSTRUCTION FOR ONLY BUSINESS PERSONAL PROPERTY, BUSINESS INCOME,
 EDP, AND EBL.
```

**IL T8 00**                                        Page      4

CONFIDENTIAL                                        TRAV_000321

**GENERAL LIABILITY**

CONFIDENTIAL

TRAV_000424

# GENERAL LIABILITY

CONFIDENTIAL



**TRAVELERS**                                        One Tower Square, Hartford, Connecticut  06183

**COMMERCIAL GENERAL LIABILITY**          **POLICY NO.:** Y-630-329D1683-TIL-10
**COVERAGE PART DECLARATIONS**            **ISSUE DATE:** 12-30-09

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:**  From 01-01-10  to  01-01-11  12:01 A.M. Standard Time at your mailing
address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown
below.

1.  **COVERAGE AND LIMITS OF INSURANCE:**

    **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**          **LIMITS OF INSURANCE**

    General Aggregate Limit                                         $   2,000,000
       (Other than Products-Completed Operations)

    Products-Completed Operations Aggregate Limit                   $   2,000,000
    Personal & Advertising Injury Limit                             $   1,000,000
    Each Occurrence Limit                                           $   1,000,000
    Damage To Premises Rented To You Limit (any one premises)       $     100,000
    Medical Expense Limit (any one person)                          $       5,000

2.  **AUDIT PERIOD:** ANNUAL

3.  **FORM OF BUSINESS:** CORPORATION

4.  **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
    PART ARE ATTACHED AS A SEPARATE LISTING.**

# COMMERCIAL GENERAL LIABILITY COVERAGE
# IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                                            Page 1 of 1

PRODUCER: BROWN & BROWN OF IN INC          CK418      OFFICE: SP-INDIANAPOLIS      06G

CONFIDENTIAL                                                                    TRAV_000426

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-329D1683-TIL-10

This Schedule applies to the Declarations for the period of   01-01-10   to   01-01-11

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | LOB | | | $250 | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000    COMBINED | | S | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE MANAGED | | | | |
| | | 65534    COMBINED | | A | | |
| | | GENERAL LIABILITY COMPOSITE- SERVICES | | | | |
| | | 70050    COMBINED | | P | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000    COMBINED EACH | | T ACRE | | |
| 20/ 22 | | BOATS - MOTOR OR SAIL - NOT FOR RENT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 168 | | 40115    EACH | PREM/OPS | T BOAT | | |
| 216 | | 44444 | KY TAX | | | |
| | | COVERAGE PART TOTAL | | | | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

**CG T0 07 09 87**                                          PAGE    1  (END)

CONFIDENTIAL                                                     TRAV_000427

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT – means CLASS DESCRIPTION

LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

OPN NO. – means OPERATION NUMBER

PREM/OPS – means PREMISES/OPERATIONS

PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|------------|--------------|-----------------|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\*   Premium base t applies for a number of rarely used premium bases.
    The specific base and how rates apply are shown with the Class Description
    on the DECLARATIONS-PREMIUM SCHEDULE.

**CG T0 08 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_000428

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY
## COVERAGE FORM
## CG 00 01 10 01

SECTION I—COVERAGES

Beginning on Page

Coverage A -
  Bodily Injury and Property    Insuring Agreement ..................................................1
  Damage Liability

    Exclusions ..................................................2

Coverage B -
  Personal and Advertising    Insuring Agreement ..................................................5
  Injury Liability

    Exclusions ..................................................5

Coverage C -
  Medical Payments    Insuring Agreement ..................................................7

    Exclusions ..................................................7

  Supplementary Payments ..................................................7

SECTION II—WHO IS AN INSURED ..................................................8

SECTION III—LIMITS OF INSURANCE ..................................................10

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS ..................................................10

  Bankruptcy ..................................................10
  Duties in the Event of Occurrence, Claim or Suit ..................................................10
  Legal Action Against Us ..................................................11
  Other Insurance ..................................................11
  Premium Audit ..................................................12
  Representations ..................................................12
  Separation of Insureds ..................................................12
  Transfer of Rights of Recovery Against Others To Us ..................................................12
  When We Do Not Renew ..................................................12

SECTION V—DEFINITIONS ..................................................12

CG T0 34 11 03

CONFIDENTIAL

TRAV_000429

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

CONFIDENTIAL

TRAV_000430

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

© ISO Properties Inc., 2000

CG 00 01 10 01

CONFIDENTIAL

TRAV_000431

COMMERCIAL GENERAL LIABILITY

premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the

"bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**CG 00 01 10 01**                    © ISO Properties Inc., 2000                    Page 3 of 16

CONFIDENTIAL                                                                                      TRAV_000432

COMMERCIAL GENERAL LIABILITY

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

© ISO Properties Inc., 2000   **CG 00 01 10 01**

CONFIDENTIAL   TRAV_000433

COMMERCIAL GENERAL LIABILITY

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**  "Your product";

**(2)**  "Your work"; or

**(3)**  "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

**a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)**  The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)**  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.**  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

CONFIDENTIAL

TRAV_000434

COMMERCIAL GENERAL LIABILITY

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_000435

COMMERCIAL GENERAL LIABILITY

to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

  **(1)** On premises you own or rent;

  **(2)** On ways next to premises you own or rent; or

  **(3)** Because of your operations;

provided that:

  **(1)** The accident takes place in the "coverage territory" and during the policy period;

  **(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

  **(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

  **(1)** First aid administered at the time of an accident;

  **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

  **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment

CONFIDENTIAL

TRAV_000436

COMMERCIAL GENERAL LIABILITY

interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© ISO Properties Inc., 2000
**CG 00 01 10 01**

CONFIDENTIAL

TRAV_000437

COMMERCIAL GENERAL LIABILITY

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

CONFIDENTIAL

TRAV_000438

COMMERCIAL GENERAL LIABILITY

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person

© ISO Properties Inc., 2000    **CG 00 01 10 01**

CONFIDENTIAL    TRAV_000439

COMMERCIAL GENERAL LIABILITY

or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contrib-

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

ute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

CONFIDENTIAL

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical

CONFIDENTIAL

TRAV_000442

COMMERCIAL GENERAL LIABILITY

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_000443

use by any person or organization other than another contractor or sub-contractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured

must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

© ISO Properties Inc., 2000

CONFIDENTIAL

TRAV_000444

COMMERCIAL GENERAL LIABILITY

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_000445

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **f.(2) Pollution**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

    **(2)** Any loss, cost or expense arising out of any:

        **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

        **(b)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

**CG D2 55 11 03**        Copyright, The Travelers Indemnity Company, 2003        Page 1 of 1

CONFIDENTIAL        TRAV_000446

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART
      UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursu-

ant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**CG 21 70 01 08**            © ISO Properties, Inc., 2007            Page 1 of 1

CONFIDENTIAL            TRAV_000447

POLICY NUMBER: Y-630-329D1683-TIL-10

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 12-30-09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description of Watercraft:**

"SMALL ROWBOAT"

**Additional Premium:**

$ INCL

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft owned or used by or rented to the insured shown in the Schedule.

2. WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization legally responsible for the use of any such watercraft you own, provided the actual use is with your permission.

**CG 24 12 11 85**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_000448

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), Paragraph **4.** (**Other Insurance**), is amended as follows:

1. The following is added to Paragraph **a. Primary Insurance:**

   However, if you specifically agree in a written contract or written agreement that the insurance provided to an additional insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

   **a.** The "bodily injury" or "property damage" for which coverage is sought occurs; and

   **b.** The "personal injury" or "advertising injury" for which coverage is sought arises out of an offense committed

   subsequent to the signing and execution of that contract or agreement by you.

2. The first Subparagraph **(2)** of Paragraph **b. Excess Insurance** regarding any other primary insurance available to you is deleted.

3. The following is added to Paragraph **b. Excess Insurance**, as an additional subparagraph under Subparagraph **(1)**:

   That is available to the insured when the insured is added as an additional insured under any other policy, including any umbrella or excess policy.

CONFIDENTIAL

TRAV_000449

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the **PROVISIONS** of this endorsement carefully to determine rights, duties, and what is and is not covered.

**A.** Broadened Named Insured

**B.** Damage To Premises Rented To You Extension
- Perils of fire, explosion, lightning, smoke, water
- Limit increased to $300,000

**C.** Blanket Waiver of Subrogation

**D.** Blanket Additional Insured – Managers or Lessors of Premises

**E.** Blanket Additional Insured – Lessor of Leased Equipment

**F.** Incidental Medical Malpractice

**G.** Personal Injury – Assumed by Contract

**H.** Extension of Coverage – Bodily Injury

**I.** Injury to Co-Employees and Co-Volunteer Workers

**J.** Aircraft Chartered with Crew

**K.** Non-Owned Watercraft – Increased from 25 feet to 50 feet

**L.** Increased Supplementary Payments
- Cost for bail bonds increased to $2,500
- Loss of earnings increased to $500 per day

**M.** Knowledge and Notice of Occurrence or Offense

**N.** Unintentional Omission

**O.** Reasonable Force – Bodily Injury or Property Damage

## PROVISIONS

### A. BROADENED NAMED INSURED

1. The Named Insured in Item **1.** of the Declarations is as follows:

   The person or organization named in Item **1.** of the Declarations and any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy. However, coverage for any such organization will cease as of the date during the policy period that you no longer maintain ownership of, or majority interest in, such organization.

2. WHO IS AN INSURED (Section **II**) Item **4.a.** is deleted and replaced by the following:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

3. This Provision **A.** does not apply to any person or organization for which coverage is excluded by endorsement.

### B. DAMAGE TO PREMISES RENTED TO YOU EXTENSION

1. The last paragraph of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

   Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

   a. Fire;

   b. Explosion;

   c. Lightning;

   d. Smoke resulting from such fire, explosion, or lightning; or

   e. Water.

   A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section **III**).

2. This insurance does not apply to damage to premises while rented to you, or temporarily

**CG D1 86 11 03**      Copyright, The Travelers Indemnity Company, 2003      Page 1 of 5

CONFIDENTIAL

TRAV_000450

COMMERCIAL GENERAL LIABILITY

occupied by you with permission of the owner, caused by:

**a.** Rupture, bursting, or operation of pressure relief devices;

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

**c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**3.** Part **6.** of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under COVERAGE A. for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water. The Damage To Premises Rented To You Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water, or any combination of any of these.

The Damage To Premises Rented To You Limit will be the higher of:

**a.** $300,000; or

**b.** The amount shown on the Declarations for Damage To Premises Rented To You Limit.

**4.** Under DEFINITIONS (Section V), Paragraph **a.** of the definition of "insured contract" is amended so that it does not include that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

**5.** This Provision **B.** does not apply if coverage for Damage To Premises Rented To You of

COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is excluded by endorsement.

**C. BLANKET WAIVER OF SUBROGATION**

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you prior to loss.

**D. BLANKET ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES**

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises leased to you, subject to the following provisions:

**1.** Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

**2.** The insurance afforded to the additional insured does not apply to:

**a.** Any "occurrence" that takes place after you cease to be a tenant in that premises;

**b.** Any premises for which coverage is excluded by endorsement; or

**c.** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**3.** The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**E. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT**

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with

Copyright, The Travelers Indemnity Company, 2003

**CG D1 86 11 03**

CONFIDENTIAL

TRAV_000451

COMMERCIAL GENERAL LIABILITY

whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such additional insured, subject to the following provisions:

1. Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

2. The insurance afforded to the additional insured does not apply to:

   a. Any "occurrence" that takes place after the equipment lease expires; or

   b. "Bodily injury" or "property damage" arising out of the sole negligence of such additional insured.

3. The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**F. INCIDENTAL MEDICAL MALPRACTICE**

1. The definition of "bodily injury" in DEFINITIONS (Section **V**) is amended to include "Incidental Medical Malpractice Injury".

2. The following definition is added to DEFINITIONS (Section **V**):

   "Incidental medical malpractice injury" means bodily injury, mental anguish, sickness or disease sustained by a person, including death resulting from any of these at any time, arising out of the rendering of, or failure to render, the following services:

   a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

   b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

   c. First aid.

   d. "Good Samaritan services". As used in this Provision **F.**, "Good Samaritan services" are those medical services rendered or provided in an emergency and

for which no remuneration is demanded or received.

3. Paragraph **2.a.(1)(d)** of WHO IS AN INSURED (Section **II**) does not apply to any registered nurse, licensed practical nurse, emergency medical technician or paramedic employed by you, but only while performing the services described in paragraph **2.** above and while acting within the scope of their employment by you. Any "employees" rendering "Good Samaritan services" will be deemed to be acting within the scope of their employment by you.

4. The following exclusion is added to paragraph **2.** Exclusions of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

   (This insurance does not apply to:) Liability arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals by or with the knowledge or consent of the insured.

5. For the purposes of determining the applicable limits of insurance, any act or omission, together with all related acts or omissions in the furnishing of the services described in paragraph **2.** above to any one person, will be considered one "occurrence".

6. This Provision **F.** does not apply if you are in the business or occupation of providing any of the services described in paragraph **2.** above.

7. The insurance provided by this Provision **F.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**G. PERSONAL INJURY – ASSUMED BY CONTRACT**

1. The **Contractual Liability** Exclusion in Part **2.**, **Exclusions** of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

   (This insurance does not apply to:)

   **Contractual Liability**

   "Advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

damages that the insured would have in the absence of the contract of agreement.

2. Subparagraph **f.** of the definition of "insured contract" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury," "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

3. This Provision **G.** does not apply if COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is excluded by endorsement.

**H. EXTENSION OF COVERAGE – BODILY INJURY**

The definition of "bodily injury" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

**I. INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

1. Your "employees" are insureds with respect to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you, or to your "volunteer workers" while performing duties related to the conduct of your business, provided that this coverage for your "employees" does not apply to acts outside the scope of their employment by you or while performing duties unrelated to the conduct of your business.

2. Your "volunteer workers" are insureds with respect to "bodily injury" to a co-"volunteer worker" while performing duties related to the conduct of your business, or to your "employees" in the course of the "employee's" employment by you, provided that this coverage for your "volunteer workers" does not apply while performing duties unrelated to the conduct of your business.

3. Subparagraphs **2.a.(1)(a)**, **(b)** and **(c)** and **3.a.** of WHO IS AN INSURED (Section **II**) do not apply to "bodily injury" for which insurance is provided by paragraph **1.** or **2.** above.

**J. AIRCRAFT CHARTERED WITH CREW**

1. The following is added to the exceptions contained in the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

    (This exclusion does not apply to:) Aircraft chartered with crew to any insured.

2. This Provision **J.** does not apply if the chartered aircraft is owned by any insured.

3. The insurance provided by this Provision **J.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**K. NON-OWNED WATERCRAFT**

1. The exception contained in Subparagraph **(2)** of the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

    **(2)** A watercraft you do not own that is:

        **(a)** Fifty feet long or less; and

        **(b)** Not being used to carry persons or property for a charge;

2. This Provision **K.** applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

3. The insurance provided by this Provision **K.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**L. INCREASED SUPPLEMENTARY PAYMENTS**

Parts **b.** and **d.** of SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section **I** – Coverages) are amended as follows:

1. In Part **b.** the amount we will pay for the cost of bail bonds is increased to $2500.

Copyright, The Travelers Indemnity Company, 2003

**CG D1 86 11 03**

CONFIDENTIAL

TRAV_000453

COMMERCIAL GENERAL LIABILITY

2. In Part **d.** the amount we will pay for loss of earnings is increased to $500 a day.

**M. KNOWLEDGE AND NOTICE OF OCCUR-RENCE OR OFFENSE**

1. The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **2.** (Duties In The Event of Occurrence, Offense, Claim or Suit):

   Notice of an "occurrence" or of an offense which may result in a claim under this insurance shall be given as soon as practicable after knowledge of the "occurrence" or offense has been reported to any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

   Knowledge by other "employee(s)" of an "occurrence" or of an offense does not imply that you also have such knowledge.

2. Notice shall be deemed prompt if given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us as soon as practicable after any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence", offense or claim may involve this policy.

3. However, this Provision **M.** does not apply as respects the specific number of days within which you are required to notify us in writing of the abrupt commencement of a discharge, release or escape of "pollutants" which causes "bodily injury" or "property damage" which may otherwise be covered under this policy.

**N. UNINTENTIONAL OMISSION**

The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **6.** (Representations):

The unintentional omission of, or unintentional error in, any information provided by you shall not prejudice your rights under this insurance. However, this Provision **N.** does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal in accordance with applicable state insurance laws, codes or regulations.

**O. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE**

The **Expected Or Intended Injury** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

(This insurance does not apply to:)

**Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**CG D1 86 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 5 of 5

CONFIDENTIAL          TRAV_000454

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Paragraph 5 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

   Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

2. Paragraph 4 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

   Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**          Copyright, Travelers Indemnity Company, 1997          Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_000455

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

Paragraph **o. Personal And Advertising Injury**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

**o. Personal Injury, Advertising Injury and Web Site Injury**

"Bodily injury" arising out of "personal injury", "advertising injury" or "web site injury".

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

**1. Insuring Agreement.**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance**; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly

provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

**(3)** "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

but only if the offense was committed in the "coverage territory" during the policy period.

With respect to subparagraph **b. (1)** above, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**2. Exclusions.**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal injury", "advertising injury" or "web site injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury", "advertising injury" or "web site injury".

**b. Material Published With Knowledge Of Falsity**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

---

**CG D2 34 01 05**    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 1 of 5

CONFIDENTIAL

TRAV_000456

COMMERCIAL GENERAL LIABILITY

**c. Material Published Prior To Policy Period**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal injury", "advertising injury" or "web site injury" arising out of a criminal act committed by or with the consent of the insured.

**e. Contractual Liability**

"Personal injury", "advertising injury" or "web site injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(1)** "Personal injury" liability assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "personal injury" provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged; or

**(2)** "Personal injury", "advertising injury" or "web site injury" that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Advertising injury" or "web site injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" or "web site injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in the course of advertising your goods, products or services.

**h. Wrong Description Of Prices**

"Advertising injury" or "web site injury" arising out of the wrong description of the price of goods, products or services.

**i. Insureds In Media And Internet Type Businesses**

"Personal injury", "advertising injury" or "web site injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.**, **b.** and **c.** of the "personal injury" definition under **SECTION V – DEFINITIONS** of this endorsement.

For the purposes of this exclusion, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**j. Electronic Chatrooms Or Bulletin Boards**

"Personal injury", "advertising injury" or "web site injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal injury", "advertising injury" or "web site injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar activities that mislead another's potential customers.

**l. Pollution**

"Personal injury", "advertising injury" or "web site injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    **CG D2 34 01 05**

CONFIDENTIAL                                    TRAV_000457

COMMERCIAL GENERAL LIABILITY

**m. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**n. Dishonest, Fraudulent Or Malicious Acts**

"Web site injury" arising out of dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others.

**o. Web Site Intellectual Property**

"Web site injury" committed by any insured whose business is providing access to intellectual property of others via "your web site".

**p. Employment-Related Practices**

"Web site injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **p.(1)(a)(b)** or **(c)** above is directed.

This exclusion applies:

**(i)** Whether the insured may be held liable as an employer or in any other capacity; and

**(ii)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** (Section I – Coverages) is amended as follows:

1. Paragraph **2.d.** is deleted and replaced by the following:

    **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

2. The third sentence of Paragraph **2.** is deleted and replaced by the following:

    Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability and Paragraph **2.e.(1)** of Section I – Coverage **B** – Personal Injury, Advertising Injury And Web Site Injury Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage", or damages for "personal injury", and will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

The introductory sentence of paragraph **2. a. (1)** Section **II** – Who Is An Insured is deleted and replaced by the following:

2. **a. (1)** "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph **4. c.**, is deleted and replaced by the following:

4. **c.** Coverage **B** does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

**SECTION III – LIMITS OF INSURANCE**

**SECTION III – Limits Of Insurance, paragraph 4**, is deleted and replaced by the following:

4. Subject to **2.** above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

---

**CG D2 34 01 05**    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 3 of 5

CONFIDENTIAL

TRAV_000458

COMMERCIAL GENERAL LIABILITY

## SECTION V – DEFINITIONS

### ADVERTISEMENT

The definition of **"Advertisement" (SECTION V – DEFINITIONS)** is deleted in its entirety.

### COVERAGE TERRITORY

The definition of **"Coverage Territory" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All parts of the world if the injury or damage arises out of:

    **(1)** Goods or products made or sold by you in the territory described in **a.** above;

    **(2)** The activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business; or

    **(3)** "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

### INSURED CONTRACT

The first paragraph of part **f.** of the definition of **"Insured Contract" (SECTION V – DEFINITIONS)** is deleted and replaced by the following:

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

### PERSONAL AND ADVERTISING INJURY

The definition of **"Personal and advertising injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following definitions of "advertising injury" and "personal injury":

"Advertising injury" means injury, arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

**e.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life.

### SUIT

The definition of **"Suit" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to

Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    **CG D2 34 01 05**

TRAVELERS DOC MGMT Page 156 of 353

CONFIDENTIAL                                                                TRAV_000459

which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

**WEB SITE INJURY**

"Web site injury" means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life;

**c.** Oral, written or electronic publication of material that violates a person's right of publicity, provided that claim is made or "suit" is brought by the person claiming rights of publicity; or

**d.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

**YOUR WEB SITE**

"Your web site" means all computer files and data which may be accessed via the Internet using a Universal Resource Locator that includes any domain name owned by or assigned to you.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "property damage" in **SECTION V – DEFINITIONS** is deleted in its entirety and replaced by the following:

"Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

a. Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

b. Data stored on such media; or

c. Programming records for electronic data processing or electronically controlled equipment.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CONFIDENTIAL                                                                                          TRAV_000462

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" or "website injury" arising out of unsolicited communications by or on behalf of any insured. Unsolicited communications means any form of communication, including but not limited to facsimile, electronic mail, posted mail or telephone, in which the recipient has not specifically requested the communication. Unsolicited communications also include but are not limited to communications which are made or allegedly made in violation of the Telephone Consumer Protection Act and any amendments, and/or local or state statutes that bar, prohibit or penalize such communications.

**CG D3 26 01 04**         Copyright, The Travelers Indemnity Company, 2004         Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission

CONFIDENTIAL                                                                                                    TRAV_000463

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT REDEFINED
# EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**A.** Exclusion **g.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (Section **I – Coverages**) is deleted and replaced by the following:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B. SECTION V – DEFINITIONS**

The definition of "auto" (paragraph 2.) is deleted and replaced by the following:

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

The definition of "mobile equipment" is deleted and replaced by the following:

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**CG D3 56 01 05**    Copyright, 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 1 of 2

CONFIDENTIAL

TRAV_000464

COMMERCIAL GENERAL LIABILITY

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  **(1)** Power cranes, shovels, loaders, diggers or drills; or

  **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

  **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**C. WHO IS AN INSURED**

Paragraph 3. of SECTION II – Who Is An Insured is deleted.

    Copyright, 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    **CG D3 56 01 05**

CONFIDENTIAL    TRAV_000465

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

**CG 22 70 11 85**                    Copyright, Insurance Services Office, Inc., 1984                    Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_000466

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

## PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

Page 1 of 1

CONFIDENTIAL

TRAV_000467

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. **COVERAGE A – BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY –** is amended by adding the following additional exclusion:

   (This Insurance does not apply to:)

   "Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

2. **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY –** is amended by adding the following additional exclusion:

   (This insurance does not apply to:)

   "Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of or in any way related to the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of silica or products or substances containing silica. This includes, but is not limited to:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

This exclusion applies to all such "bodily injury" or "property damage" whether or not the "bodily injury" or "property damage" is included in the "products-completed operations hazard".

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions:**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions:**

This insurance does not apply to:

**War**

"Personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

**CG D2 42 01 02**          Copyright, The Travelers Indemnity Company, 2002          Page 1 of 1

CONFIDENTIAL          TRAV_000470

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

**1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

  **(i)** PERC for a dry cleaning business; or

  **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

CONFIDENTIAL                                                                                          TRAV_000471

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—ASBESTOS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**CG T4 78 02 90**          Copyright, The Travelers Indemnity Company.          Page 1 of 1

CONFIDENTIAL                                                                 TRAV_000472

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN CHANGES

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    ELECTRONIC DATA LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The paragraph relating to prejudgment interest in **Supplementary Payments,** Section **I,** is replaced by the following:

Prejudgment interest awarded against the insured on that part of the judgment we pay.

**B.** With respect to the **Duties** Condition, Section **IV:**

    **1.** Notice given by or on behalf of the insured to our authorized agent, with particulars sufficient to identify the insured, shall be considered notice to us.

    **2.** The last sentence of Paragraph **2.b.** is deleted.

    **3.** The reference to Paragraph **d.** is amended to read Paragraph **e.**

    **4.** The following is added:

        **d.** Failure to give any notice required by this condition within the time period specified shall not invalidate any claim made by you if it shall be shown not to have been reasonably possible to give notice within the prescribed time period and that notice was given as soon as was reasonably possible.

**CG 01 68 10 09**        © Insurance Services Office, Inc., 2009        Page 1 of 1

CONFIDENTIAL        TRAV_000473

**POLICYHOLDER NOTICES**

CONFIDENTIAL

**POLICYHOLDER NOTICES**

CONFIDENTIAL

## NOTICE TO MICHIGAN POLICYHOLDERS

THIS POLICY IS EXEMPT FROM THE FILING REQUIREMENTS OF SECTION 2236 OF THE INSURANCE CODE OF 1956, 1956 PA 218, MCL 500.2236.

**PN T3 54 04 03**                                                                                   Page 1 of 1

CONFIDENTIAL                                                                   TRAV_000538

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**

Page 1 of 1

CONFIDENTIAL

TRAV_000539

# POLICYHOLDER NOTICE – ASBESTOS

Asbestos has long been a difficult problem for society as a whole and the insurance industry in particular. As a consequence, we are attaching an asbestos exclusion to your policy.

If you have questions about your insurance program, please contact your agent or local representative.

**PN T1 85 06 01**                                                                                                Page 1 of 1

CONFIDENTIAL                                                                    TRAV_000540

# IMPORTANT INFORMATION TO INDIANA POLICYHOLDERS

**Questions regarding your policy or coverage should be directed to:**

**The Travelers Indemnity Company and
Its Property Casualty Affiliates**

**(860) 277-0111**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline:  (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi

**PN IN 01 03 05**                                                                                  Page 1 of 1

CONFIDENTIAL                                                                                  TRAV_000541

# FLORIDA POLICYHOLDERS
# AVAILABILITY OF RISK MANAGEMENT PLANS

Florida insurance statute require insurers to provide insureds, at their request, with guidelines for risk management plans. Travelers Loss Prevention & Engineering has available guidelines to assist you with your accident prevention activities.

The companion Safety Services notice describes the range of services available to our insureds. Should you desire assistance with regard to your accident prevention activities, please contact us at the Florida location specified in the notice.

**PN T0 60 09 01**                                                                 Page 1 of 1

CONFIDENTIAL                                                                 TRAV_000542

# FLORIDA SAFETY SERVICES

**Notice to policy recipient**: If you are not the person directly responsible for accident prevention activities for your company, please direct this Safety Services notice to the person that is directly responsible for them.

## SAFETY IS OUR CONCERN

Thank you for purchasing your insurance from our company. Along with your agent, we appreciate your business and welcome the opportunity to be of service.

An important part of that service concerns accident prevention and safety engineering. The Travelers Loss Prevention & Engineering Division (LP&E) has the experience, resources and capabilities to provide a range of safety services including site surveys, phone consultations or the provision of selected safety material. The following are some examples of our available services:

**Accident Prevention** - Our staff can help you identify present and potential safety hazards in your operations, premises and equipment, recommending measures for reducing or eliminating these hazards.

**Analysis of Accident Causes** - Although you investigate and keep records of accidents, we're available to help if you need us.

**Safety Consultations** - Our field staff, supported by Home Office and field specialists, can help you with special problems including Auto, General Liability, Product safety and Premises Security issues.

**Safety Videos and Literature** - We can provide you with basic videos and literature to assist you in your loss control efforts. Also, we can put you in contact with several companies able to provide additional safety materials including brochures, pamphlets and videos.

**Safety Training** - We can help you improve your safety training programs.

**Internet Website** - Visit our LP&E website page for helpful safety information. This website **(http://www.travelerspc.com/commercial)** also has hot links to other safety-related Internet sites. For all requests for loss control assistance **ONLY**, please directly contact your local office listed below.

**The Travelers will provide these services upon request. Telephone consultation is also available if the nature of the operations and hazards warrant such service. See below for the LP&E office nearest to you.**

## SAFETY IS YOUR CONCERN

U. S. companies spend billions of dollars each year on the direct and indirect costs of accidents. Dollar figures can't begin to reflect the pain and suffering of an injured person and his or her family. But they do give some indication of the multiple consequences of an accident... loss of time, interrupted productivity, damaged materials and equipment, possible legal action from government regulatory agencies, and increased insurance costs.

It makes good sense for both companies and their employees to actively participate in a sound accident prevention program. The success of such a program depends to a large extent on your commitment to safety procedures and accident prevention techniques. Safety is a management concern. Maybe we can help.

You may want to consider the following **"Safety Checkpoints"** as you evaluate your organization's safety activities:

**SELF-INSPECTION PROGRAM:**

* Do you conduct periodic surveys of premises, equipment and operations?

* Do you analyze each activity to determine inherent hazards?

* If you discover hazards, do you follow up with immediate corrective action?

* Do you monitor such action to make sure it is implemented and effective?

**ACCIDENT INVESTIGATION:**

* Do you investigate each accident and find the cause?

* Do you take immediate steps to prevent a recurrence?

* Do you keep records of accident investigations and follow-up measures?

* Do you complete accident statistics and analyze trends?

**EDUCATION AND TRAINING:**

* Do you take the time to train each of your employees to perform tasks in a proper and safe manner?

* Do more-experienced employees receive training to correct any bad habits that developed over time?

* Do all employees understand that safety is an important part of their jobs?

| Florida | Orlando | 2420 Lakemont Avenue – Suite 100 |
|---|---|---|
| Loss Prevention & | | P.O. Box 35555 |
| Engineering Offices | | Orlando, FL 32814-3555 |
| | | (407) 388-3307 |

PN T0 61 03 07

Page 1 of 1

CONFIDENTIAL

TRAV_000543

## IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW
## INDIANA POLICYHOLDERS

An extremely important and valuable coverage may be available to you through your insurance company and the Indiana Mine Subsidence Insurance Program. The Indiana Mine Subsidence Insurance Program offers insurance coverage in the following counties:

| | | | | |
|---|---|---|---|---|
| Clay | Greene | Orange | Putnam | Warren |
| Crawford | Knox | Owen | Spencer | Warrick |
| Daviess | Lawrence | Parke | Sullivan | |
| Dubois | Martin | Perry | Vanderburgh | |
| Fountain | Monroe | Pike | Vermillion | |
| Gibson | Montgomery | Posey | Virgo | |

If you have structures in these counties, Mine Subsidence coverage may be added to new or existing policies to protect your structures from damage due to the collapse of abandoned underground coal mines. The collapse of abandoned underground coal mines can cause serious structural damage. <u>Without this specific coverage, damage caused by Mine Subsidence is not covered by your policy.</u>

Mine Subsidence insurance protects property owners from losses to structures due to the collapse of inactive underground coal mines abandoned before August 3, 1977. The maximum amount of insurance available per structure has been increased from $100,000 to $200,000. The cost of this coverage is relatively low to you. For the full coverage of $200,000, a Commercial policyholder will pay an additional premium of only $179.00 per year.

If you already have this coverage, check with your agent to be sure that you have the appropriate amount of coverage.

Should you have any questions about this coverage or the program in general, you should contact your agent or call the Indiana Mine Subsidence Program at the Indiana Department of Insurance: 1-800-332-4674.

**PN T0 64 11 01**

Page 1 of 1

CONFIDENTIAL

TRAV_000544

# IMPORTANT INFORMATION FOR FLORIDA POLICYHOLDERS

Please review your policy carefully. Should you have any questions concerning coverages, billings, additions or deletions, please contact your Agent. Should you feel the need for additional information or wish to make a complaint, we offer the following number:

## FOR INFORMATION, OR TO MAKE A COMPLAINT, CALL:

## 1-860-277-0111

**PN T2 19 06 02**

Page 1 of 1

CONFIDENTIAL

TRAV_000545

CHANGE EFFECTIVE DATE: 01-01-10
CHANGE ENDORSEMENT NUMBER: 0001

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-10
Policy Effective Date: 01/01/10
Issue Date: 01/22/10
Additional Premium $ ▆▆▆▆
INCLUDES (KYFS) AND KY MUNICIPAL TAX

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/10 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMON POLICY DECLARATIONS IS AMENDED AS FOLLOWS:

AMENDING IL T0 03 04 96 - LOCATION SCHEDULE AS FOLLOWS:

DELETING LOCATION 49, BUILDING 51 AND ALL APPLICABLE COVERAGES AND
FORMS.

DELETING LOCATION 50, BUILDING 52 AND ALL APPLICABLE COVERAGES AND
FORMS.

AMENDING LOCATION 3, BUILDING 4 OCCUPANCY TO READ: CASTLETON PLAZA-
OUTLOT.

AMENDING LOCATION 29, BUILDING 31 OCCUPANCY TO READ: GREYHOUND PLAZA.

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING BLANKET BUILDING AND YOUR BUSINESS PERSONAL PROPERTY LIMIT TO
$ 226,155,228.

AMENDING DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
TO DELETE LOCATIONS 8,48,49,50, BUILDINGS 9,50,51,52.  BLANKET BUSINESS
INCOME LIMIT OF INSURANCE IS AMENDED TO $40,787,575.

AMENDING DX T3 79 03 98 - LOSS PAYABLE PROVISIONS AS PER ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 01/01/10     $ ▆▆▆▆

NAME AND ADDRESS OF AGENT OR BROKER:       COUNTERSIGNED BY:
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST
  STE 220                                  _____
  CARMEL, IN 46032                         Authorized Representative

                                           DATE:_____
IL T0 07 09 87    PAGE  1 OF  3
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL                                            TRAV_000546

CHANGE EFFECTIVE DATE: 01-01-10
CHANGE ENDORSEMENT NUMBER: 0001


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: Y-630-329D1683-TIL-10

Policy Effective Date: 01/01/10

Issue Date: 01/22/10

AMENDING DX 00 01 07 94 - MORTGAGEE HOLDER SCHEDULE AS PER ATTACHED.

DELETING DX 00 03 07 94 - DELUXE PROP COV PART SCHED-SPECIF LIMITS

IL T0 07 09 87    PAGE  2 OF  3

OFFICE: SP-INDIANAPOLIS    06G
PRODUCER NAME: BROWN & BROWN OF IN INC            CK418

CONFIDENTIAL

TRAV_000547

CHANGE EFFECTIVE DATE: 01-01-10
CHANGE ENDORSEMENT NUMBER: 0001



TAXES AND SURCHARGES

POLICY NUMBER: Y-630-329D1683-TIL-10

CHANGE EFFECTIVE DATE: 01/01/10

ISSUE DATE: 01/22/10

| DESCRIPTION | AMOUNT |
|---|---|
| KENTUCKY FUND SURCHARGE | 7.00 |
| FLORIDA INSURANCE PREMIUM SURCHARGE | 4.00 CR |
| FLORIDA CITIZENS ASSESSMENT | 40.00 CR |
| PL CAT FUND EMERGENCY ASSESSMENT SURCHARGE - A. O. | 40.00 CR |
| FIGA 2006 ALL OTHER | 28.00 CR |
| FIGA 2006 EMERGENCY SURCHARGE - ALL OTHER | 32.00 CR |
| PL HIGH RISK EMERG SURCH - ALL OTHER | 56.00 CR |
| FL GUARANTY FUND SURCHARGE-ALL OTHER | 82.00 CR |

IL T0 07 09 87    PAGE  3 OF  3

OFFICE: SP-INDIANAPOLIS    06G
PRODUCER NAME: BROWN & BROWN OF IN INC          CK418

CONFIDENTIAL

TRAV_000548

CHANGE EFFECTIVE DATE: 01-01-10
CHANGE ENDORSEMENT NUMBER: 0001



**POLICY NUMBER:** Y-630-329D1683-TIL-10

**EFFECTIVE DATE:** 01-01-10

**ISSUE DATE:** 01-22-10

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX 00 01 07 94   MORTGAGEE HOLDER SCHEDULE
DX T3 79 03 98   LOSS PAYABLE PROVISIONS
```

**IL T8 01 10 93**

**PAGE:    1 OF    1**

CONFIDENTIAL

TRAV_000549

Case 1:25-cv-02614-JRS-KMB 49D01-2511-CE-056363 12/30/25 Page 199 of 678 PageID

Marion Superior Court 1

\#: 205

Filed 11/26/2025 6:40 PM
Clerk
Marion County, Indiana

# EXHIBIT 3

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

| 630-329D1683 | 01/01/11 - 01/01/12 | 12/18/2024 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

*Julie A. Senerth*

Julie A. Senerth, Manager
BI Document Management

CONFIDENTIAL

TRAV_000657



One Tower Square, Hartford, Connecticut 06183

```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              REAL ESTATE OWNERS
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/18/11
                              POLICY NUMBER: Y-630-329D1683-TIL-11
```

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   THE BROADBENT COMPANY, INC.  (AS PER IL T8 00)
   117 E. WASHINGTON STREET #300
   INDIANAPOLIS, IN 46204-3614

2. POLICY PERIOD:  From 01/01/11 to 01/01/12 12:01 A.M. Standard Time at
                                                your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy              Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS   CG T0 09 09 93 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                           containing its complete provisions:
   Policy                      Policy No.           Insuring Company

                              SEE CALCULATION OF PREMIUM
                              COMPOSITE RATES ENDORSEMENT

7. PREMIUM SUMMARY:
   Provisional Premium    $     INCLUDES (KYFS)
   Due at Inception       $
   Due at Each 1 MONTH    $

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
   BROWN & BROWN OF IN INC (CK418)
   11555 N MERIDIAN ST STE 220
   CARMEL, IN 46032                           _____
                                              Authorized Representative

                                              DATE:_____

IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 2
OFFICE: SP-INDIANAPOLIS
```

CONFIDENTIAL



TAXES AND SURCHARGES

POLICY NUMBER: Y-630-329D1683-TIL-11

EFFECTIVE DATE: 01/01/11

ISSUE DATE: 01/18/11

| DESCRIPTION | AMOUNT |
|---|---|
| KENTUCKY FUND SURCHARGE | 274.00 |
| FLORIDA INSURANCE PREMIUM SURCHARGE | 4.00 |
| FLA EMERGENCY MGMNT,PREPAREDNESS, ASST TRUST FUND SURCHARGE | 4.00 |
| FL CAT FUND EMERGENCY ASSESSMENT SURCHARGE - A. O. | 87.00 |
| FIGA 2006 ALL OTHER | 17.00 |
| FIGA 2006 EMERGENCY SURCHARGE - ALL OTHER | 9.00 |
| FL HIGH RISK EMERG SURCH - ALL OTHER | 93.00 |
| FL GUARANTY FUND SURCHARGE-ALL OTHER | 87.00 |

IL T0 02 11 89      PAGE  2 OF  2

OFFICE: SP-INDIANAPOLIS      06G
PRODUCER NAME: BROWN & BROWN OF IN INC          CK418

CONFIDENTIAL



**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

THE BROADBENT COMPANY, INC.
117 E. WASHINGTON STREET #300
INDIANAPOLIS IN 46204-3614

**Presented by:  BROWN & BROWN OF IN INC**

CONFIDENTIAL

TRAV_000660



**TRAVELERS**

POLICY NUMBER: Y-630-329D1683-TIL-11

EFFECTIVE DATE: 01-01-11

ISSUE DATE: 01-18-11

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 07 07    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
IL T3 02 07 86    CALCULATION OF PREMIUM-COMPOSITE RATE(S)
IL T8 00          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
DX T0 00 09 98    DELUXE PROPERTY COV PART DECLARATIONS
DX 00 03 07 94    DELUXE PROP COV PART SCHED-SPECIF LIMITS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX 00 04 03 98    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98    DELUXE PROPERTY COVERAGE FORM
DX T1 01 03 98    DELUXE BUSINESS INCOME COV FORM AND EE
DX T8 01          GENERAL PURPOSE ENDORSEMENT
DX T8 02          GENERAL PURPOSE ENDORSEMENT
DX T4 23 02 09    PERS PROPERTY OUTSIDE COVERAGE TERRITORY
DX T3 01 03 98    CAUSES OF LOSS - EARTHQUAKE
DX T3 02 03 98    CAUSES OF LOSS - BROAD FORM FLOOD
DX T3 10 03 98    VACANCY RESTRICTION
DX T3 12 03 98    COINSURANCE - DIRECT DAMAGE
DX T3 79 03 98    LOSS PAYABLE PROVISIONS
DX T4 02 01 08    TERRORISM RISK INS ACT 2002 DISCLOSURE
DX 00 10 04 96    DELUXE-SUPPLEMENTAL DEC-FLORIDA
DX 00 14 10 00    KENTUCKY CHANGES
DX 01 25 01 07    FLORIDA CHANGES
DX 01 77 03 98    INDIANA CHANGES-RIGHTS OF RECOVERY
DX 02 01 12 06    FLORIDA CHANGES - MEDIATION OR APPRAISAL
DX T3 97 08 06    FUNGUS, WET ROT, DRY ROT & OTHER COL
DX T3 98 04 02    ELECTRONIC VANDALISM LIMITATION
```

COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 11 03    TABLE OF CONTENTS
CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
CG 21 70 01 08    CAP ON LOSSES-CERTIFIED ACTS-TERRORISM
CG 24 12 11 85    BOATS
CG D0 37 04 05    OTHER INSURANCE-ADDITIONAL INSUREDS
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
```

**IL T8 01 10 93**                                    PAGE:  1 OF  3

CONFIDENTIAL

TRAV_000661


**TRAVELERS**

POLICY NUMBER: Y-630-329D1683-TIL-11

EFFECTIVE DATE: 01-01-11

ISSUE DATE: 01-18-11

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG D2 34 01 05   WEB XTEND - LIABILITY
CG D4 67 12 08   INTL XTEND ENDT FOR SERVICE INDUSTRIES
CG D2 56 11 03   AMENDMENT OF COVERAGE
CG D2 88 11 03   EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG D3 26 01 04   EXCLUSION-UNSOLICITED COMMUNICATIONS
CG D3 56 01 05   MOBILE EQUIP/EXCL VEHICLES SUB TO MV LAW
CG 22 70 11 85   REAL ESTATE PROPERTY MANAGED
CG D0 76 06 93   EXCLUSION-LEAD
CG D1 42 01 99   EXCLUSION-DISCRIMINATION
CG D2 40 06 01   EXCLUSION - SILICA
CG D2 42 01 02   EXCLUSION WAR
CG F1 19 09 08   INDIANA CHANGES-DEFINITION OF POLLUTANTS
CG T4 78 02 90   EXCLUSION-ASBESTOS
CG 01 68 10 09   MICHIGAN CHANGES
```

EMPLOYEE BENEFITS LIABILITY

```
CG T0 09 09 93   EMPLOYEE BENEFITS LIAB COV PART DEC
CG T0 43 11 88   EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 07 86   EMPLOYEE BENEFITS LIABILITY COV FORM
CG T5 30 06 89   AMENDMENT-EBL
CG D0 38 03 95   EXCLUSION-IRC VIOLATIONS
CG T4 85 11 88   ADDITIONAL EXCLUSION-EBL
CG T9 17 07 86   IN CHANGES-DUTIES IN EVENT OF OCC-EBL
CG T9 18 07 86   MI CHANGES-PREJUDGEMENT INTEREST - EBL
CG T9 86 10 87   FL-AMENDATORY ENDORSEMENT - EBL
```

INLAND MARINE

```
CM A0 28 08 96   IMPAK COVERAGE PART DECLARATIONS
CM T3 71 08 96   IM PAK COVERAGE SUMMARY
CM T0 11 08 05   TABLE OF CONTENTS
CM 00 01 09 04   COMMERCIAL INLAND MARINE CONDITIONS
CM T1 43 08 96   IMPAK COVERAGE FORM
CM T3 98 01 08   TERRORISM RISK INS ACT 2002 DISCLOSURE
CM 01 39 09 00   INDIANA CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T3 68 05 10   FEDERAL TERRORISM RISK INS ACT DISCLOSE
IL T3 76 01 08   CAP ON LOSSES - CERTIFIED ACTS TERRORISM
IL T3 82 08 06   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL F0 59 09 07   IN CHANGES - DEFINITION OF POLLUTANTS
IL T3 79 01 08   CAPS ON LOSSES FROM CERT ACTS OF TERROR
IL 00 21 09 08   NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL F0 10 10 97   INDIANA CHANGES-POLLUTION
IL T3 55 08 98   EXCL OF CERTAIN COMPUTER REL LOSSES
```

IL T8 01 10 93

CONFIDENTIAL

TRAV_000662



POLICY NUMBER: Y-630-329D1683-TIL-11

EFFECTIVE DATE: 01-01-11

ISSUE DATE: 01-18-11

INTERLINE ENDORSEMENTS (CONTINUED)

```
IL T9 29 09 07   IN CHANGES-CANCELLATION & NONRENEWAL
IL T9 58 09 07   IN CHANGES CONCEAL MISREPRESENT OR FRAUD
IL T9 84 10 94   FLORIDA CHANGES-LEGAL ACTION AGAINST US
```

IL T8 01 10 93

PAGE:   3 OF   3

CONFIDENTIAL

TRAV_000663

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right but not obligated to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

CONFIDENTIAL

TRAV_000664

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART– REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations – Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

**1.** The Commercial Property Coverage Part;

**2.** The Commercial Inland Marine Coverage Part;

**3.** Commercial Property forms including, but not limited to, the following:

    **a.** Building and Personal Property Coverage Form;

    **b.** Business Income Coverage Form;

    **c.** Commercial Property Conditions;

    **d.** Causes of Loss – Special Form

    **e.** Causes of Loss – Earthquake Form.

**4.** Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, and is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

CONFIDENTIAL

TRAV_000665

**LOCATION SCHEDULE**          **POLICY NUMBER:** `Y-630-329D1683-TIL-11`

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
`01-01-11` to `01-01-12`.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 117 E. WASHINGTON STREET<br>SUITE 300<br>INDIANAPOLIS, IN 46204-3614 | CORPORATE OFFICE |
| 2 | 2 | 5838-5898 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLACE |
| 3 | 3 | 6304-6398 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLAZA |
| 3 | 4 | 6360 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLAZA-OUTLOT |
| 4 | 5 | 5305-5499 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON POINT |
| 5 | 6 | 6024-6066 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON SHOPPES |
| 6 | 7 | 6621-6699 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON VILLAGE |
| 7 | 8 | 3716-3960 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER CROSSING |
| 8 | 9 | 4016 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | FORMER GENERAL CINEMA BUILDING |
| 9 | 10 | 3841-3981 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER SHOPPES |
| 10 | 11 | 501-553 COLISEUM BLVD<br>FORT WAYNE, IN 46825 | COLISEUM SHOPPES |
| 11 | 12 | 3923-3999 28TH STREET SE<br>GRAND RAPIDS, MI 49508 | EAST PARIS SHOPPES |
| 12 | 13 | 733 NORTH GREEN RIVER ROAD<br>EVANSVILLE, IN 47711 | EASTLAND PLACE |

**IL T0 03 04 96**

CONFIDENTIAL                                                                TRAV_000666

**LOCATION SCHEDULE**　　　　　　**POLICY NUMBER:** `Y-630-329D1683-TIL-11`

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
`01-01-11` to `01-01-12` .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 13 | 14 | 4827-4959 WEST 38TH STREET<br>INDIANAPOLIS, IN 46254 | GEORGETOWN PLAZA |
| 14 | 15 | 7900 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD PLACE |
| 15 | 16 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 15 | 17 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 16 | 18 | 806-914 NORTH US 31<br>GREENWOOD, IN 46142 | GREENWOOD SHOPPES |
| 17 | 19 | 1812-1876 HURSTBOURNE PARKWAY<br>LOUISVILLE, KY 40220 | HUNNINGTON PLACE |
| 18 | 20 | 3898-3980 LAFAYETTE ROAD<br>INDIANAPOLIS, IN 46254 | LAFAYETTE SHOPPES |
| 19 | 21 | 10001 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | MITTHOEFER-TRIPLE NET LEASE |
| 20 | 22 | NW CORNER 86TH STREET & DITCH ROAD<br>INDIANAPOLIS, IN 46260 | NORTH WILLOW COMMONS |
| 21 | 23 | 4614-4738 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | THE SHOPPES |
| 22 | 24 | 4614 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | SHOPPES OUTLOT |
| 23 | 25 | 6610-6650 W WASHINGTON STREET<br>INDIANAPOLIS, IN 46241 | WEST WASHINGTON, LP |
| 24 | 26 | 6325-6499 W. JEFFERSON ST.<br>FORT WAYNE, IN 46802 | VILLAGE AT TIME CORNERS |

IL T0 03 04 96　　　　　　　　　　　　　　　Page　**2**

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　TRAV_000667

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-329D1683-TIL-11

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-11  to  01-01-12 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 25 | 27 | 9910-9996 E WASHINGTON STREET INDIANAPOLIS, IN 46229 | WASHINGTON CORNER |
| 26 | 28 | 10009-10089 E WASHINGTON STREET INDIANAPOLIS, IN 46229 | WASHINGTON SHOPPES |
| 27 | 29 | 8487 UNION CHAPEL ROAD INDIANAPOLIS, IN 46260 | FASHION MALL COMMONS |
| 28 | 30 | 4611-4733 E 82ND STREET INDIANAPOLIS, IN 46250 | CLEARWATER VILLAGE |
| 29 | 31 | 14760 N US 31 CARMEL, IN 46032 | GREYHOUND PLAZA |
| 30 | 32 | 3720 E 82ND STREET INDIANAPOLIS, IN 46240 | MUSIC MILL BUILDING |
| 31 | 33 | 4825 E 96TH STREET INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING EAST-RETAIL |
| 32 | 34 | 4705 E 96TH STREET INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING WEST |
| 33 | 35 | 8395 E 116TH STREET FISHERS, IN 46038 | FISHERS TOWN CENTER |
| 34 | 36 | 8211-8235 E 116TH STREET FISHERS, IN 46038 | FISHERS TOWN COMMONS |
| 35 | 37 | 14005-14099 MUNDY DRIVE FISHERS, IN 46038 | THE SHOPPES AT 141ST STREET |
| 36 | 38 | 160 PLAINFIELD VILLAGE PLAINFIELD, IN 46168 | PLAINFIELD VILLAGE SHOPPING CENTER |
| 37 | 39 | 10934-10976 EAST US HIGHWAS 36 AVON, IN 46123 | RACEWAY CROSSING |

IL T0 03 04 96                                        Page     3

CONFIDENTIAL

**LOCATION SCHEDULE**                    **POLICY NUMBER:** `Y-630-329D1683-TIL-11`

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period `01-01-11` to `01-01-12` .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 38 | 40 | I 465 AND WEST 38TH STREET<br>INDIANAPOLIS, IN 46254 | VILLAGE AT EAGLE CREEK |
| 39 | 41 | 2349 VILLAGE SQUARE PARKWAY<br>ORANGE PARK, FL 32003-6352 | FLEMING ISLAND SHOPPES |
| 40 | 42 | 7853 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GPL OUTLOT SOUTHWEST |
| 41 | 43 | 8488 UNION CHAPEL ROAD<br>INDIANAPOLIS, IN 46260 | REIS NICHOLS-OUTLOT |
| 42 | 44 | 8489 UNION CHAPEL ROAD<br>INDIANAPOLIS, IN 46260 | KOHLS |
| 43 | 45 | 7711 SOUTH SHELBY STREET<br>INDIANAPOLIS, IN 46227 | GREENWOOD PLACE OUTLOT 1, WEST |
| 44 | 46 | 4744 CENTURY PLAZA DRIVE<br>INDIANAPOLIS, IN 46254 | LAFAYETTE VILLAGE-LAND ONLY |
| 45 | 47 | 5090 & 5116 W 38TH STREET<br>INDIANAPOLIS, IN 46254 | LAFAYETTE PLAZA OUTLOT-LAND |
| 46 | 48 | 3901 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | UNDEVELOPED PARCELS |
| 47 | 49 | 3902 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CROSSING LAND |
| 48 | 50 | 11200 GLADIOLUS DRIVE<br>FORT MYERS, FL 33908-9999 | OFFICE |

**IL T0 03 04 96**                                    Page    **4** **(END)**

CONFIDENTIAL                                                                 TRAV_000669

POLICY NUMBER: **Y-630-329D1683-TIL-11**                ISSUE DATE: **01-18-11**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM - COMPOSITE RATES

**A. SCHEDULE**

**1.** This endorsement modifies insurance provided under the following Coverage Part(s):

**COMMERCIAL GENERAL LIABILITY**

**2.** This endorsement applies to the Declarations from  **01-01-11**  to **01-01-12**  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

**3.** Definition of Premium Base (Bases):

**SEE SCHEDULE**

**4.** Exceptions (if any) to compositing of premium calculation:

**5.** Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| **SEE SCHEDULE** | |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| **SEE SCHEDULE** | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**B. PROVISIONS**

**1.** Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

**2.** The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

**3.** The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

**IL T3 02 07 86** (Rev. 12-08)                                      Page 1 of 1

CONFIDENTIAL                                                                    TRAV_000670

POLICY NUMBER: `Y-630-329D1683-TIL-11`             GENERAL PURPOSE ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

THE BROADBENT COMPANY, INC.
ALL PROPERTY SERVICES, INC.
THE SKINNER & BROADBENT COMPANY, INC.
S & B CONSTRUCTION CO., LLC
S & B CONSTRUCTION COMPANY, INC.
BROAD HOLDINGS, INC.
BROADBENT INVESTMENTS, INC.
THE BROADBENT CONSTRUCTION COMPANY, INC.
THE BROADBENT BUILDING, LP
CAPITOL SELF STORAGE
CASTLETON PLACE, LP
CASTLETON PLACE INVESTMENTS, LLC
CASTLETON PLACE MANAGEMENT, INC.
CASTLETON PLAZA, LP
CASTLETON PLAZA MANAGEMENT, INC.
CASTLETON PLAZA ASSOCIATES "MARS PLAZA"
CASTLETON POINT, LP
CASTLETON POINT ASSOCIATES
CASTLETON POINT MANAGEMENT, INC.
CASTLETON SHOPPES, LP
CASTLETON SHOPPES ASSOCIATES
CASTLETON SHOPPES INVESTMENTS, LLC
CASTLETON SHOPPES MANAGEMENT, INC.
CASTLETON VILLAGE, LP
CASTLETON VILLAGE MANAGEMENT, INC.
CASTLETON VILLAGE INVESTMENTS, LLC
CLEARWATER CROSSING, LP
CLEARWATER CROSSING MANAGEMENT, INC.
CLEARWATER SHOPPES, LP
CLEARWATER SHOPPES MANAGEMENT, INC.
CLEARWATER VILLAGE, LP
CLEARWATER VILLAGE MANAGEMENT, INC.
CLEARWATER VILLAGE TRUST
CLEARWATER VILLAGE ASSOCIATES, INC.
COLISEUM SHOPPES ASSOCIATES
COLISEUM SHOPPES INVESTMENTS, LLC
COLISEUM SHOPPES, LP
COLISEUM SHOPPES MANAGEMENT, INC.
CONSTRUCTION VENTURES, INC.
CROSSING LAND CORPORATION
CROSSING REALTY, LP
CROSSING REALTY MANAGEMENT, INC.
CROSSING REALTY INVESTMENTS, LLC
DELAWARE PROPERTIES
EAST PARIS SHOPPES, LP
EAST PARIS SHOPPES MANAGEMENT, INC.
EAST PARIS SHOPPES INVESTMENTS, LLC
EVANSVILLE ASSOCIATES, LP
EVANSVILLE ASSOCIATES MANAGEMENT, INC.
FASHION MALL COMMMONS I, LP
FASHION MALL COMMONS I INVESTMENTS, LLC
FASHION MALL COMMONS II, LLC

**IL T8 00**                                        Page      1

CONFIDENTIAL                                                      TRAV_000671

POLICY NUMBER: `Y-630-329D1683-TIL-11`                    GENERAL PURPOSE ENDORSEMENT

```
FASHION MALL COMMONS, III, LP
FASHION MALL COMMONS I MANAGEMENT, INC.
FASHION MALL COMMONS III MANAGEMENT, INC.
FISHERS TOWN CENTER, LP
FISHERS TOWN CENTER MANAGEMENT, INC.
FISHERS TOWN CENTER INVESTMENTS, LLC
GEORGETOWN PLAZA, LP
GEORGETOWN PLAZA MANAGEMENT, INC.
GREENWOOD PLACE ASSOCIATES
GREENWOOD PLACE, LP
GREENWOOD PLACE INVESTMENTS, LLC
GREENWOOD PLACE MANAGEMENT, INC.
GREENWOOD PLACE OUTLOT WEST 1, LP
GPL OUTLOT WEST I MANAGEMENT, INC
GPL OUTLOT WEST I INVESTMENTS, LLC
GPL OUTLOT SOUTHWEST I, LP
GREENWOOD POINT ASSOCIATES
GREENWOOD POINT, LP
GREENWOOD POINT MANAGEMENT, INC.
GREENWOOD ASSOCIATES
GREENWOOD SHOPPES, LP
GREENWOOD SHOPPES MANAGEMENT, INC.
GREYHOUND PLAZA ASSOCIATES, LP
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, INC.
HUNNINGTON PLACE ASSOCIATES
HUNNINGTON PLACE, LP
HUNNINGTON PLACE MANAGEMENT,INC.
THE LP OUTLOT TRUST
LAFAYETTE PLACE ASSOCIATES (CENTER SOLD)
LAFAYETTE PLACE, LP (CENTER SOLD) GPB REALTY, LP
GPB REALTY MANAGEMENT, INC.
GEORGE P. BROADBENT
GPB DBA CASTLETON VILLAGE ASSOCIATES
GPB DBA EAST PARIS SHOPPES
GPB DBA LAFAYETTE VILLAGE ASSOCIATES
LAFAYETTE PLACE MANAGEMENT, INC.
LAFAYETTE PLAZA ASSOCIATES
LAFAYETTE ASSOCIATES
LAFAYETTE SHOPPES, LP
LAFAYETTE SHOPPES MANAGEMENT, INC.
LAFAYETTE VILLAGE ASSOCIATES DBA FISHERS TOWN CENTER
MITTHOEFER REALTY CO., LLC
NORTH WILLOW, LP DBA NORTH WILLOW COMMONS ASSOCIATES
NORTH WILLOW, INC.
PROJECT EQUITIES CORPORATION
RRW OUTLOTS, LP
RRW OUTLOTS MANAGEMENT, INC.
RACEWAY CROSSSING, LP
RACEWAY CROSSING MANAGEMENT, INC.
RACEWAY CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING, LP
RIVER RIDGE CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING MANAGEMENT, INC.
RIVER RIDGE CROSSING OUTLOTS, LP
RIVER RIDGE WEST ASSOCIATES, INC.
```

IL T8 00                                                    Page    2

CONFIDENTIAL                                                                    TRAV_000672

POLICY NUMBER: `Y-630-329D1683-TIL-11`                    GENERAL PURPOSE ENDORSEMENT

RIVER RIDGE WEST INVESTMENTS, LLC
RIVER RIDGE CROSSING WEST MANAGEMENT, INC.
RIVER RIDGE CROSSING WEST, LP
LAFAYETTE PLACE ASSOCIATES (CENTER SOLD)
LAFAYETTE PLACE, LP (CENTER SOLD)
LAFAYETTE PLACE MANAGEMENT, INC.
LAFAYETTE PLAZA ASSOCIATES
LAFAYETTE ASSOCIATES
RIVER RIDGE CROSSING WEST INVESTMENTS, LLC
ROBERT N. SKINNER
S & B REALTY, LP
S & B REALTY MANAGEMENT, INC.
SKINNER & BROADBENT FINANCIAL SERVICES, INC.
TBB OFFICE LEASE, LLC
THE SHOPPES, LP
THE SHOPPES MANAGEMENT, INC.
THE SHOPPES OUTLOT, LP
THE SHOPPES OUTLOT MANAGEMENT, INC.
THE S & B FEE MANAGEMENT COMPANY, INC.
THE SKINNER & BROADBENT MANAGEMENT COMPANY, INC.
VILLAGE AT TIME CORNERS ASSOCIATES
VILLAGE AT TIME CORNERS, LP
VILLAGE AT TIME CORNERS MANAGEMENT, INC.
WASHINGTON CORNER, LP
WASHINGTON CORNER INVESTMENTS, LLC
WASHINGTON CORNER MANAGEMENT, INC.
WASHINGTON PLACE, LP
WASHINGTON PLACE MANAGEMENT, INC.
WASHINGTON SHOPPES, LP
WASHINGTON SHOPPES INVESTMENTS, LLC
WASHINGTON SHOPPES MANAGEMENT, INC.
WEST WASHINGTON, LP
WEST WASHINGTON MANAGEMENT, INC.
WEST WASHINGTON PARKING, INC. DBA PRIORITY AIRPORT PARKING
WHITE RIVER INVESTMENTS, LP
WHITE RIVER INVESTMENTS MANAGEMENT, INC.
201 N. ILLINOIS CORPORATION
141ST STREET SHOPPES, LP
141ST STREET SHOPPES MANAGEMENT, INC.
141ST STREET SHOPPES INVESTMENTS, LLC
141ST STREET OUTLOTS, LP
141ST STREET OUTLOTS MANAGEMENT, INC.
141ST STREET OUTLOTS INVESTMENTS, LLC
THE BROADBENT DEVELOPMENT CO., INC. AN INDIANA CORPORATION
FISHERS TOWN COMMONS, LP
FISHERS TOWN COMMONS MANAGEMENT, INC.
FISHERS TOWN COMMONS INVESTMENTS, LLC
GREENWOOD PLACE PHASE II, LP
GREENWOOD PLACE PHASE II MANAGEMENT, INC.
GREENWOOD PLACE PHASE II INVESTMENTS, LLC
PLAINFIELD VILLAGE, LP
PLAINFIELD VILLAGE MANAGEMENT, INC.
GPL OUTLOTS, LP
GPL OUTLOTS MANAGEMENT, INC.

IL T8 00                                        Page    3

CONFIDENTIAL                                              TRAV_000673

POLICY NUMBER: **Y-630-329D1683-TIL-11**          GENERAL PURPOSE ENDORSEMENT

```
GPL OUTLOTS INVESTMENTS, LLC
GPL OUTLOTS WEST 1, LP
FLEMING ISLAND SHOPPES, LP
S & B CONSTRUCTION FOR ONLY BUSINESS PERSONAL PROPERTY, BUSINESS INCOME,
 EDP, AND EBL.
PLAINFIELD VILLAGE INVESTMENTS, LLC.
```

**IL T8 00**                              Page     **4**

CONFIDENTIAL                              TRAV_000674

# GENERAL LIABILITY

CONFIDENTIAL

# GENERAL LIABILITY

CONFIDENTIAL



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-329D1683-TIL-11
**ISSUE DATE:** 01-18-11

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-11 to 01-01-12 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

| **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** | **LIMITS OF INSURANCE** |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage To Premises Rented To You Limit (any one premises) | $ 100,000 |
| Medical Expense Limit (any one person) | $ 5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                             Page 1 of 1

PRODUCER: BROWN & BROWN OF IN INC          CK418      OFFICE: SP-INDIANAPOLIS      06G

CONFIDENTIAL

TRAV_000778

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-329D1683-TIL-11

This Schedule applies to the Declarations for the period of   01-01-11   to   01-01-12

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | LOB | | | $250 | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000    COMBINED | S | | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE MANAGED | | | | |
| | | 65534    COMBINED | A | | | |
| | | GENERAL LIABILITY COMPOSITE- SERVICES | | | | |
| | | 70050    COMBINED | P | | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000    COMBINED EACH | T ACRE | | | |



20/ 22  BOATS - MOTOR OR SAIL - NOT FOR RENT
        PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.

| 055 | | 40115      PREM/OPS EACH | T BOAT | | | |

          COVERAGE PART TOTAL

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

**CG T0 07 09 87**                                        PAGE      1  (END)

CONFIDENTIAL

TRAV_000779

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT – means CLASS DESCRIPTION

LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

OPN NO. – means OPERATION NUMBER

PREM/OPS – means PREMISES/OPERATIONS

PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\*    Premium base t applies for a number of rarely used premium bases.
The specific base and how rates apply are shown with the Class Description
on the DECLARATIONS-PREMIUM SCHEDULE.

**CG T0 08 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1

CONFIDENTIAL                                                                                TRAV_000780

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY
# COVERAGE FORM
# CG 00 01 10 01

SECTION I—COVERAGES

Beginning on Page

Coverage A -
   Bodily Injury and Property     Insuring Agreement ....................................................1
   Damage Liability

                                  Exclusions ...............................................................2

Coverage B -
   Personal and Advertising       Insuring Agreement ....................................................5
   Injury Liability

                                  Exclusions ...............................................................5

Coverage C -
   Medical Payments               Insuring Agreement ....................................................7

                                  Exclusions ...............................................................7

   Supplementary Payments .......................................................................... 7

SECTION II—WHO IS AN INSURED ...............................................................8

SECTION III—LIMITS OF INSURANCE  ........................................................10

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS ........................................10

   Bankruptcy ..............................................................................................10
   Duties in the Event of Occurrence, Claim or Suit ...............................................10
   Legal Action Against Us ...............................................................................11
   Other Insurance ........................................................................................11
   Premium Audit ..........................................................................................12
   Representations .........................................................................................12
   Separation of Insureds  ...............................................................................12
   Transfer of Rights of Recovery Against Others To Us ..........................................12
   When We Do Not Renew ...............................................................................12

SECTION V—DEFINITIONS ........................................................................12

CG T0 34 11 03

CONFIDENTIAL

TRAV_000781

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

TRAVELERS DOC MGMT Page 126 of 535

CONFIDENTIAL

TRAV_000782

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the

"bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

© ISO Properties Inc., 2000

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**CG 00 01 10 01**                © ISO Properties Inc., 2000                Page 5 of 16

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

**1.  Insuring Agreement**

**a.**  We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)**  On premises you own or rent;

**(2)**  On ways next to premises you own or rent; or

**(3)**  Because of your operations;

provided that:

**(1)**  The accident takes place in the "coverage territory" and during the policy period;

**(2)**  The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)**  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.**  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)**  First aid administered at the time of an accident;

**(2)**  Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)**  Necessary ambulance, hospital, professional nursing and funeral services.

**2.  Exclusions**

We will not pay expenses for "bodily injury":

**a.  Any Insured**

To any insured, except "volunteer workers".

**b.  Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.  Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d.  Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.  Athletics Activities**

To a person injured while taking part in athletics.

**f.  Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g.  Coverage A Exclusions**

Excluded under Coverage **A**.

**h.  War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.**  We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.**  All expenses we incur.

**b.**  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.**  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.**  All costs taxed against the insured in the "suit".

**f.**  Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_000789

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

TRAVELERS DOC MGMT Page 134 of 535

CONFIDENTIAL                                                                                    TRAV_000790

COMMERCIAL GENERAL LIABILITY

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person

© ISO Properties Inc., 2000
**CG 00 01 10 01**

CONFIDENTIAL
TRAVELERS DOC MGMT Page 135 of 535

TRAV_000791

or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I – Coverage A – Bodily Injury And Property Damage Liability.**

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contrib-

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

ute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

   (a) Snow removal;

   (b) Road maintenance, but not construction or resurfacing; or

   (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   (1) Products that are still in your physical possession; or

   (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

   (a) When all of the work called for in your contract has been completed.

   (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   (c) When that part of the work done at a job site has been put to its intended

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured

must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

CONFIDENTIAL

TRAV_000796

COMMERCIAL GENERAL LIABILITY

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties Inc., 2000

**CG 00 01 10 01**

TRAVELERS DOC MGMT Page 141 of 535

CONFIDENTIAL

TRAV_000797

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **f.(2) Pollution**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursu-
ant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

CONFIDENTIAL

POLICY NUMBER: Y-630-329D1683-TIL-11

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 01-18-11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description of Watercraft:**

"SMALL ROWBOAT"

**Additional Premium:**

$ INCL

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft owned or used by or rented to the insured shown in the Schedule.

2. WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization legally responsible for the use of any such watercraft you own, provided the actual use is with your permission.

**CG 24 12 11 85**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), Paragraph **4. (Other Insurance)**, is amended as follows:

1.  The following is added to Paragraph **a. Primary Insurance:**

    However, if you specifically agree in a written contract or written agreement that the insurance provided to an additional insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

    a.  The "bodily injury" or "property damage" for which coverage is sought occurs; and

    b.  The "personal injury" or "advertising injury" for which coverage is sought arises out of an offense committed

    subsequent to the signing and execution of that contract or agreement by you.

2.  The first Subparagraph **(2)** of Paragraph **b. Excess Insurance** regarding any other primary insurance available to you is deleted.

3.  The following is added to Paragraph **b. Excess Insurance**, as an additional subparagraph under Subparagraph **(1)**:

    That is available to the insured when the insured is added as an additional insured under any other policy, including any umbrella or excess policy.

**CG D0 37 04 05**    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 1 of 1

CONFIDENTIAL

TRAV_000801

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**          Copyright, Travelers Indemnity Company, 1997          Page 1 of 1

CONFIDENTIAL

TRAV_000802

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **o. Personal And Advertising Injury**, Part **2. Exclusions** of SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted and replaced by the following:

**o. Personal Injury, Advertising Injury and Web Site Injury**

"Bodily injury" arising out of "personal injury", "advertising injury" or "web site injury".

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

**1. Insuring Agreement.**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly

provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

**(3)** "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

but only if the offense was committed in the "coverage territory" during the policy period.

With respect to subparagraph **b. (1)** above, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**2. Exclusions.**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal injury", "advertising injury" or "web site injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury", "advertising injury" or "web site injury".

**b. Material Published With Knowledge Of Falsity**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

CONFIDENTIAL

TRAV_000803

COMMERCIAL GENERAL LIABILITY

**c. Material Published Prior To Policy Period**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal injury", "advertising injury" or "web site injury" arising out of a criminal act committed by or with the consent of the insured.

**e. Contractual Liability**

"Personal injury", "advertising injury" or "web site injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(1)** "Personal injury" liability assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "personal injury" provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged; or

**(2)** "Personal injury", "advertising injury" or "web site injury" that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Advertising injury" or "web site injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" or "web site injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in the course of advertising your goods, products or services.

**h. Wrong Description Of Prices**

"Advertising injury" or "web site injury" arising out of the wrong description of the price of goods, products or services.

**i. Insureds In Media And Internet Type Businesses**

"Personal injury", "advertising injury" or "web site injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.**, **b.** and **c.** of the "personal injury" definition under **SECTION V – DEFINITIONS** of this endorsement.

For the purposes of this exclusion, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**j. Electronic Chatrooms Or Bulletin Boards**

"Personal injury", "advertising injury" or "web site injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal injury", "advertising injury" or "web site injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar activities that mislead another's potential customers.

**l. Pollution**

"Personal injury", "advertising injury" or "web site injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

CONFIDENTIAL

TRAV_000804

COMMERCIAL GENERAL LIABILITY

**m. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**n. Dishonest, Fraudulent Or Malicious Acts**

"Web site injury" arising out of dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others.

**o. Web Site Intellectual Property**

"Web site injury" committed by any insured whose business is providing access to intellectual property of others via "your web site".

**p. Employment-Related Practices**

"Web site injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **p.(1)(a)(b)** or **(c)** above is directed.

This exclusion applies:

**(i)** Whether the insured may be held liable as an employer or in any other capacity; and

**(ii)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** (Section I – Coverages) is amended as follows:

**1.** Paragraph **2.d.** is deleted and replaced by the following:

**d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**2.** The third sentence of Paragraph **2.** is deleted and replaced by the following:

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability and Paragraph **2.e.(1)** of Section I – Coverage **B** – Personal Injury, Advertising Injury And Web Site Injury Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage", or damages for "personal injury", and will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

The introductory sentence of paragraph **2. a. (1)** Section **II** – Who Is An Insured is deleted and replaced by the following:

**2. a. (1)** "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph **4. c.**, is deleted and replaced by the following:

**4. c.** Coverage **B** does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

**SECTION III – LIMITS OF INSURANCE**

**SECTION III – Limits Of Insurance, paragraph 4**, is deleted and replaced by the following:

**4.** Subject to **2.** above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

## SECTION V – DEFINITIONS

### ADVERTISEMENT

The definition of **"Advertisement" (SECTION V – DEFINITIONS)** is deleted in its entirety.

### COVERAGE TERRITORY

The definition of **"Coverage Territory" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in **a.** above;

   **(2)** The activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business; or

   **(3)** "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

### INSURED CONTRACT

The first paragraph of part **f.** of the definition of **"Insured Contract" (SECTION V – DEFINITIONS)** is deleted and replaced by the following:

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

### PERSONAL AND ADVERTISING INJURY

The definition of **"Personal and advertising injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following definitions of "advertising injury" and "personal injury":

"Advertising injury" means injury, arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

**e.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life.

### SUIT

The definition of **"Suit" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to

Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.
**CG D2 34 01 05**

CONFIDENTIAL

TRAV_000806

COMMERCIAL GENERAL LIABILITY

which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

**WEB SITE INJURY**

"Web site injury" means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life;

**c.** Oral, written or electronic publication of material that violates a person's right of publicity, provided that claim is made or "suit" is brought by the person claiming rights of publicity; or

**d.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

**YOUR WEB SITE**

"Your web site" means all computer files and data which may be accessed via the Internet using a Universal Resource Locator that includes any domain name owned by or assigned to you.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTERNATIONAL XTEND ENDORSEMENT FOR SERVICE INDUSTRIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A. Broadened Named Insured

B. Blanket Additional Insured – Broad Form Vendors

C. Limited Worldwide Liability Coverage – Indemnity Basis

D. Damage To Premises Rented To You
- Perils of fire, explosion, lightning, smoke, water
- Limit increased to $300,000

E. Blanket Waiver of Subrogation

F. Blanket Additional Insured – Owners, Managers or Lessors of Premises

G. Blanket Additional Insured – Lessors of Leased Equipment

H. Incidental Medical Malpractice

I. Personal Injury – Assumed by Contract

J. Amended Bodily Injury Definition

K. Bodily Injury to Co-Employees and Co-Volunteer Workers

L. Aircraft Chartered with Crew

M. Non-Owned Watercraft – Increased from 25 feet to 50 feet

N. Increased Supplementary Payments
- Cost of bail bonds increased to $2,500
- Loss of earnings increased to $500 per day

O. Knowledge and Notice of Occurrence or Offense

P. Unintentional Omission

Q. Reasonable Force – Bodily Injury or Property Damage

R. Transportation Expenses For Repatriation or Relocation of Injured Or Sick Employees

**PROVISIONS**

**A. BROADENED NAMED INSURED**

1. The following is added to **SECTION II – WHO IS AN INSURED**:

   Any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy qualifies as a Named Insured. However, coverage for any such organization will cease as of the date during the policy period that you no longer maintain ownership of, or majority interest in, such organization.

2. The following replaces Paragraph **4.a.** of **SECTION II – WHO IS AN INSURED**:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

**B. BLANKET ADDITIONAL INSURED – BROAD FORM VENDORS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a vendor and that you have agreed in a written contract or

**CG D4 67 12 08**     © 2008 The Travelers Companies, Inc.     Page 1 of 9

CONFIDENTIAL                    TRAV_000808

COMMERCIAL GENERAL LIABILITY

agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury" or "property damage" that:

**a.** Is caused by an "occurrence" that takes place after you have signed and executed that contract or agreement; and

**b.** Arises out of "your products" which are distributed or sold in the regular course of such vendor's business.

The insurance provided to such vendor is subject to the following provisions:

**a.** The limits of insurance provided to such vendor will be the limits which you agreed to provide in the written contract or agreement, or the limits shown in the Declarations of this Coverage Part, whichever are less.

**b.** The insurance provided to such vendor does not apply to:

**(1)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**(2)** Any express warranty unauthorized by you;

**(3)** Any physical or chemical change in "your products" made intentionally by such vendor;

**(4)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(5)** Any failure to make such inspections, adjustments, tests or servicing as vendors agree to perform or normally undertake to perform in the regular course of business, in connection with the distribution or sale of "your products";

**(6)** Demonstration, installation, servicing or repair operations, except such operations performed at such vendor's premises in connection with the sale of "your products"; or

**(7)** "Your products" which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for such vendor.

Coverage under this provision does not apply to:

**a.** Any person or organization from whom you have acquired "your products", or any ingredient, part or container entering into, accompanying or containing such products; or

**b.** Any vendor for which coverage as an additional insured specifically is scheduled by endorsement.

**C.** **LIMITED WORLDWIDE LIABILITY COVERAGE – INDEMNITY BASIS**

**1.** The following replaces the definition of "coverage territory" in the **DEFINITIONS** Section:

"Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place; or

**(2)** The "personal injury" or "advertising injury" is caused by an offense committed;

in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world except the "prohibited area", but only if the injury or damage arises out of:

**(1)** Goods or products made, sold, handled or distributed by you, or services provided by you to your customers or clients, in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal injury" or "advertising injury" offenses committed through the Internet or similar electronic means of communication;

provided that the insured's responsibility to pay damages is determined in a "suit" on the merits brought anywhere in the world except

© 2008 The Travelers Companies, Inc.

**CG D4 67 12 08**

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

the "prohibited area", or in a settlement we agree to.

With respect to "occurrences" that take place, or "personal injury" or "advertising injury" offenses committed within the territory described in Paragraph **c.** above, the following conditions apply:

(i) This insurance is excess over any valid and collectible other insurance available to the insured, whether primary, excess, contingent or on any other basis.

(ii) This insurance is not a substitute for "compulsory admitted insurance" in any country or jurisdiction included in Paragraph **c.** above, regardless of whether this insurance would qualify as "compulsory admitted insurance" in such country or jurisdiction or is accepted by the appropriate authorities as proof of "compulsory admitted insurance".

You agree to maintain "compulsory admitted insurance" at the limits required by law. Your failure to do so will not invalidate the coverage provided for such "occurrences" or offenses, but we will only be liable to the same extent we would have been liable had you maintained "compulsory admitted insurance".

For purposes of this Paragraph **(ii)**, "compulsory admitted insurance" means insurance that is:

(1) Required to be in-force to satisfy the legal requirements of a specific country or jurisdiction; and

(2) Issued by an insurance fund administered by such country or jurisdiction or issued by an insurer licensed or permitted by law to do business in such country or jurisdiction.

(iii) With respect to defending the insured against, or the investigation or settlement of, any claim or "suit" brought against the insured, the following will apply:

(1) The phrase "We will pay....." in the first sentence of Paragraph **1.a.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Paragraph **1.a.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING**

**INJURY LIABILITY** is replaced by the phrase "We will indemnify the insured for….".

(2) You must arrange to defend the insured against, and investigate or settle, any claim or "suit".

(3) Neither you nor any other involved insured will make any settlement without our consent.

(4) We will pay expenses incurred with our consent for your defense of the insured against any "suit" seeking damages for "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies.

(5) We may, at our discretion, participate in defending the insured against, or in the settlement of, any claim or "suit".

2. The following is added to the **DEFINITIONS** Section:

"Prohibited area" means any country or jurisdiction while any trade sanction, embargo, or similar regulation imposed by the United States of America applies to and prohibits the transaction of business with or within such country or jurisdiction.

D. **DAMAGE TO PREMISES RENTED TO YOU**

1. The following replaces the last paragraph of Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

a. Fire;

b. Explosion;

c. Lightning;

d. Smoke resulting from such fire, explosion, or lightning; or

e. Water.

A separate limit of insurance applies to such damage to premises as described in Paragraph **6.** of Section III – Limits Of Insurance.

This insurance does not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**a.** Rupture, bursting, or operation of pressure relief devices;

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

**c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**2.** The following replaces Paragraph **6.** of **SECTION III – LIMITS OF INSURANCE**:

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; or water. The Damage To Premises Rented To You Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; water; or any combination of any of these.

The Damage To Premises Rented To You Limit will be the higher of:

**a.** $300,000; or

**b.** The amount shown on the Declarations of this Coverage Part for Damage To Premises Rented To You Limit.

**4.** The following replaces Paragraph **a.** of the definition of "insured contract" in the **DEFINITIONS** Section:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**(1)** Fire;

**(2)** Explosion;

**(3)** Lightning;

**(4)** Smoke resulting from such fire, explosion, or lightning; or

**(5)** Water.

is not an "insured contract";

**5.** The following replaces Paragraph **4.b.(1)(b)** of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**(b)** That is insurance for premises rented to you, or temporarily occupied by you with the permission of the owner;

**E. BLANKET WAIVER OF SUBROGATION**

The following is added to Paragraph **8.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you prior to loss.

**F. BLANKET ADDITIONAL INSURED – OWNERS, MANAGERS OR LESSORS OF PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to name as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

**a.** Is "bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or "advertising injury" caused by an offense that is committed, after you have signed and executed that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

**a.** The limits of insurance provided to such premises owner, manager or lessor will be the limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations of this Coverage Part, whichever are less.

**b.** The insurance provided to such premises owner, manager or lessor does not apply to:

CONFIDENTIAL

TRAV_000811

COMMERCIAL GENERAL LIABILITY

**(1)** "Bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or "advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**c.** The insurance provided to such premises owner, manager or lessor is excess over any valid and collectible other insurance available to such premises owner, manager or lessor, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**G. BLANKET ADDITIONAL INSURED – LESSORS OF LEASED EQUIPMENT**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

**a.** Is "bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or "advertising injury" caused by an offense that is committed, after you have signed and executed that contract or agreement; and

**b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use by you of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

**a.** The limits of insurance provided to such equipment lessor will be the limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations of this Coverage Part, whichever are less.

**b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or

"advertising injury" caused by an offense that is committed, after the equipment lease expires.

**c.** The insurance provided to such equipment lessor is excess over any valid and collectible other insurance available to such equipment lessor, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**H. INCIDENTAL MEDICAL MALPRACTICE**

**1.** The following is added to the definition of "occurrence" in the **DEFINITIONS** Section:

Unless you are in the business or occupation of providing professional health care services, "occurrence" also means an act or omission committed in providing or failing to provide "incidental medical services" to a person.

**2.** The following is added to the **DEFINITIONS** Section:

"Incidental medical services" means:

**a.** Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

**b.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances;

**c.** First aid; or

**d.** "Good Samaritan services".

"Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

**3.** The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to any "bodily injury" arising out of any providing or failing to provide "incidental medical services" by any of your "employees", other than an employed doctor. Any such "employees" providing or failing to provide "incidental medical services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**4.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COV-**

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**ERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**Sale Of Pharmaceuticals**

"Bodily injury" or "property damage" arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

5. The following is added to Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE**:

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in the providing or failing to provide "incidental medical services" to any one person will be considered one "occurrence".

6. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

   This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" to any person to the extent not subject to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**.

I. **PERSONAL INJURY – ASSUMED BY CONTRACT**

   1. The following replaces Exclusion **e.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

      **e. Contractual Liability**

      "Personal injury" or "advertising injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to:

      (1) Liability for damages that the insured would have in the absence of the contract or agreement; or

      (2) Liability for damages because of "personal injury" assumed in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

      (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

      (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

   2. The following replaces the third sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

      Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverage **B** – Personal and Advertising Injury Liability, such payments will not be deemed to be damages because of "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

   3. The following replaces Paragraph **2.d.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

      **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   4. The following replaces the first subparagraph of Paragraph **f.** of the definition of "insured contract" in the **DEFINITIONS** Section:

      **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury," "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that

© 2008 The Travelers Companies, Inc.

**CG D4 67 12 08**

CONFIDENTIAL

TRAV_000813

COMMERCIAL GENERAL LIABILITY

would be imposed by law in the absence of any contract or agreement.

**J. EXTENSION OF COVERAGE – BODILY IN-JURY**

The following replaces the definition of "bodily injury" in the **DEFINITIONS** Section:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

**K. BODILY INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Paragraph **(1)(a)** above does not apply to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you or performing duties related to the conduct of your business, or to "bodily injury" to your other "volunteer workers" while performing duties related to the conduct of your business.

**L. AIRCRAFT CHARTERED WITH CREW**

The following is added to Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This exclusion does not apply to an aircraft that is:

(a) Chartered with crew to any insured;

(b) Not owned by any insured; and

(c) Not being used to carry any person or property for a charge.

**M. NON-OWNED WATERCRAFT**

1. The following replaces Paragraph **(2)** of Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   (2) A watercraft you do not own that is:

   (a) Fifty feet long or less; and

   (b) Not being used to carry any person or property for a charge.

2. The following is added to Paragraph **2.** of **SECTION II – WHO IS AN INSURED**:

   Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

(1) Fifty feet long or less; and

(2) Not being used to carry any person or property for a charge.

**N. INCREASED SUPPLEMENTARY PAYMENTS**

1. The following replaces Paragraph **1.b.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   b. Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

2. The following replaces Paragraph **1.d.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**O. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE**

The following is added to Paragraph **2.**, **Duties In The Event of Occurrence, Offense, Claim or Suit**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

e. The following provisions apply to Paragraph **a.** above, but only for the purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

   (1) Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your trustees who is an individual (if you are a trust), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, limited liability company or trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**CG D4 67 12 08**          © 2008 The Travelers Companies, Inc.          Page 7 of 9

CONFIDENTIAL

TRAV_000814

COMMERCIAL GENERAL LIABILITY

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** A trustee of any trust; or

**(iv)** An executive officer or director of any other organization;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any "employee" authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraphs **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**P. UNINTENTIONAL OMISSION**

The following is added to Paragraph **6.**, **Representations**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**Q. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE**

The following replaces Exclusion **a.**, **Expected Or Intended Injury**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**a. Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect any person or property.

**R. TRANSPORTATION EXPENSES FOR REPATRIATION OR RELOCATION OF INJURED OR SICK EMPLOYEES**

**1.** The following is added to **SUPPLEMENTARY PAYMENTS – COVERAGE A AND B** of **SECTION I – COVERAGES**:

We will reimburse you for the reasonable "transportation expenses" that you incur, over and above "normal transportation costs", for the repatriation or relocation of any of your injured, diseased, sick or deceased "employees". But only if:

**a.** The injury, disease, sickness, or death occurred during the policy period and while such "employee" was employed or assigned to work by you anywhere in the world other than:

**(1)** The United States of America (including its territories and possessions), Puerto Rico and Canada; and

**(2)** Any country or jurisdiction in the "prohibited area";

**b.** The relocation or repatriation is necessary in the opinion of competent medical authorities; and

**c.** The relocation or repatriation is from the country where the injury, disease, sickness, or death occurred to a destination in another country.

The most we will pay as reasonable "transportation expenses" for the repatriation or relocation of any one of your "employees" is

© 2008 The Travelers Companies, Inc.

**CG D4 67 12 08**

CONFIDENTIAL

TRAV_000815

COMMERCIAL GENERAL LIABILITY

$25,000. The most we will pay as reasonable "transportation expenses" for the repatriation or relocation of all of your "employees" is $50,000. These payments will not reduce the limits of insurance.

2. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available for the reasonable "transportation expenses" that you incur, over and above "normal transportation costs", for the repatriation or relocation of any of your injured, diseased, sick or deceased "employees".

3. The following is added to the **DEFINITIONS** section:

"Normal transportation costs" means the costs of transporting your "employee" in good health, and in conformance with your business travel policy, from the country of injury, disease, sickness, or death to the country of relocation or repatriation.

"Transportation expenses" includes the following expenses:

a. Costs of embalming to meet United States standards; and

b. All reasonable expenses of transportation to return the remains of the deceased to the country of burial or funeral.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "property damage" in **SECTION V – DEFINITIONS** is deleted in its entirety and replaced by the following:

"Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

**a.** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**b.** Data stored on such media; or

**c.** Programming records for electronic data processing or electronically controlled equipment.

**CG D2 56 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1

CONFIDENTIAL                                                                                                TRAV_000817

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**CG D2 88 11 03**    Copyright, The Travelers Indemnity Company, 2003    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

TRAV_000818

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" or "website injury" arising out of unsolicited communications by or on behalf of any insured. Unsolicited communications means any form of communication, including but not limited to facsimile, electronic mail, posted mail or telephone, in which the recipient has not specifically requested the communication. Unsolicited communications also include but are not limited to communications which are made or allegedly made in violation of the Telephone Consumer Protection Act and any amendments, and/or local or state statutes that bar, prohibit or penalize such communications.

TRAVELERS DOC MGMT Page 163 of 535

CONFIDENTIAL

TRAV_000819

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT REDEFINED EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**A.** Exclusion **g.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (Section I – Coverages) is deleted and replaced by the following:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B. SECTION V – DEFINITIONS**

The definition of "auto" (paragraph 2.) is deleted and replaced by the following:

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

The definition of "mobile equipment" is deleted and replaced by the following:

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**CG D3 56 01 05**   Copyright, 2005 The St. Paul Travelers Companies, Inc. All rights reserved.   Page 1 of 2

CONFIDENTIAL

TRAV_000820

COMMERCIAL GENERAL LIABILITY

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**C. WHO IS AN INSURED**

Paragraph 3. of SECTION II – Who Is An Insured is deleted.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

**CG 22 70 11 85**                Copyright, Insurance Services Office, Inc., 1984                Page 1 of 1

CONFIDENTIAL

TRAV_000822

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

Page 1 of 1

CONFIDENTIAL

TRAV_000823

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.  COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY –** is amended by adding the following additional exclusion:

(This Insurance does not apply to:)

"Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**2.  COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY –** is amended by adding the following additional exclusion:

(This insurance does not apply to:)

"Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

CONFIDENTIAL                                                                                                    TRAV_000824

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of or in any way related to the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of silica or products or substances containing silica. This includes, but is not limited to:

a. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

This exclusion applies to all such "bodily injury" or "property damage" whether or not the "bodily injury" or "property damage" is included in the "products-completed operations hazard".

**CG D2 40 06 01**          Copyright, The Travelers Indemnity Company, 2001          Page 1 of 1

CONFIDENTIAL

TRAV_000825

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions:**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions:**

This insurance does not apply to:

**War**

"Personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

**CG D2 42 01 02**      Copyright, The Travelers Indemnity Company, 2002      Page 1 of 1

CONFIDENTIAL                                                                 TRAV_000826

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

**1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

    **(i)** PERC for a dry cleaning business; or

    **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

CONFIDENTIAL

TRAV_000827

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**CG T4 78 02 90**        Copyright, The Travelers Indemnity Company.        Page 1 of 1

CONFIDENTIAL
        TRAV_000828

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The paragraph relating to prejudgment interest in **Supplementary Payments,** Section **I,** is replaced by the following:

Prejudgment interest awarded against the insured on that part of the judgment we pay.

**B.** With respect to the **Duties** Condition, Section **IV:**

**1.** Notice given by or on behalf of the insured to our authorized agent, with particulars sufficient to identify the insured, shall be considered notice to us.

**2.** The last sentence of Paragraph **2.b.** is deleted.

**3.** The reference to Paragraph **d.** is amended to read Paragraph **e.**

**4.** The following is added:

**d.** Failure to give any notice required by this condition within the time period specified shall not invalidate any claim made by you if it shall be shown not to have been reasonably possible to give notice within the prescribed time period and that notice was given as soon as was reasonably possible.

CONFIDENTIAL                                                                 TRAV_000829

# POLICYHOLDER NOTICES

CONFIDENTIAL

TRAV_000889

**POLICYHOLDER NOTICES**

CONFIDENTIAL

# IMPORTANT NOTICE TO POLICYHOLDERS

## EXCLUSION – WAR

**(CG D2 42)       (UM 01 91)**
**(CG F2 45)       (UM 03 76)**
**(CG F2 46)       (UM 03 77)**
**(CG I3 48)**

**NO COVERAGE IS PROVIDED BY THIS SUMMARY NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS IN YOUR POLICY. YOU SHOULD READ YOUR POLICY TO DETERMINE YOUR RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

### PLEASE READ THIS NOTICE CAREFULLY.

We are now attaching a war exclusion to all Commercial General Liability, Commercial Excess Liability (Umbrella) Insurance and Travelers World Cover[sm] International policies that provide CGL coverage. This notice is intended to make you aware that this exclusion is being added to your policy.

If you have any questions about your insurance program, please contact your agent or local Company representative.

**PN T3 25 11 03**                                                                                   Page 1 of 1

CONFIDENTIAL                                                                                   TRAV_000891

## NOTICE TO MICHIGAN POLICYHOLDERS

THIS POLICY IS EXEMPT FROM THE FILING REQUIREMENTS OF SECTION 2236 OF THE INSURANCE CODE OF 1956, 1956 PA 218, MCL 500.2236.

**PN T3 54 04 03**                                                    Page 1 of 1

CONFIDENTIAL                                                    TRAV_000892

## IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**                                                                 Page 1 of 1

CONFIDENTIAL                                                                 TRAV_000893



# POLICYHOLDER NOTICE—LEAD

Dear Policyholder:

Lead has become a difficult problem for society as a whole and the insurance industry in particular.

As a consequence, we are attaching a lead exclusion to our liability policies based upon age and occupancy of buildings. Your policy contains this exclusion.

If you have questions about your insurance program, please contact your agent or local Company representative.

**PN T1 94 08 94**                                                                 Page 1 of 1

CONFIDENTIAL

**TRAVELERS⌐**

**GLOBAL COMPANION**[SM]

Company Name: THE BROADBENT COMPANY, INC.

MEDEX I.D. #:    314751

Policy Number:    Y-630-329D1683-TIL-11

Policy Term:    01-01-11 to 01-01-12

**This card is not evidence of insurance.**
Call MEDEX immediately for medical and travel assistance.
Call 24-hours a day (multilingual).

**TRAVELERS⌐**

**GLOBAL COMPANION**[SM]

Company Name: THE BROADBENT COMPANY, INC.

MEDEX I.D. #:    314751

Policy Number:    Y-630-329D1683-TIL-11

Policy Term:    01-01-11 to 01-01-12

**This card is not evidence of insurance.**
Call MEDEX immediately for medical and travel assistance.
Call 24-hours a day (multilingual).

**TRAVELERS⌐**

**GLOBAL COMPANION**[SM]

Company Name: THE BROADBENT COMPANY, INC.

MEDEX I.D. #:    314751

Policy Number:    Y-630-329D1683-TIL-11

Policy Term:    01-01-11 to 01-01-12

**This card is not evidence of insurance.**
Call MEDEX immediately for medical and travel assistance.
Call 24-hours a day (multilingual).

**TRAVELERS⌐**

**GLOBAL COMPANION**[SM]

Company Name: THE BROADBENT COMPANY, INC.

MEDEX I.D. #:    314751

Policy Number:    Y-630-329D1683-TIL-11

Policy Term:    01-01-11 to 01-01-12

**This card is not evidence of insurance.**
Call MEDEX immediately for medical and travel assistance.
Call 24-hours a day (multilingual).

CONFIDENTIAL

TRAV_000895

# MEDEX®

**WORLDWIDE 24-HOURS A DAY**

When you call MEDEX, be prepared to give your company name, MEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330 *

OR Toll Free (outside U.S. and Canada): 800-9276-1390 *

* Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code.

Internet:  www.medexassist.com

E-mail:  operations@medexassist.com

# MEDEX®

**WORLDWIDE 24-HOURS A DAY**

When you call MEDEX, be prepared to give your company name, MEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330 *

OR Toll Free (outside U.S. and Canada): 800-9276-1390 *

* Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code.

Internet:  www.medexassist.com

E-mail:  operations@medexassist.com

# MEDEX®

**WORLDWIDE 24-HOURS A DAY**

When you call MEDEX, be prepared to give your company name, MEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330 *

OR Toll Free (outside U.S. and Canada): 800-9276-1390 *

* Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code.

Internet:  www.medexassist.com

E-mail:  operations@medexassist.com

# MEDEX®

**WORLDWIDE 24-HOURS A DAY**

When you call MEDEX, be prepared to give your company name, MEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330 *

OR Toll Free (outside U.S. and Canada): 800-9276-1390 *

* Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code.

Internet:  www.medexassist.com

E-mail:  operations@medexassist.com

CONFIDENTIAL

TRAV_000896

## IMPORTANT NOTICE – FILING COMPLAINTS WITH THE INDIANA DEPARTMENT OF INSURANCE

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

**Questions regarding your policy or coverage should be directed to:**

**Travelers**

**(800) 328-2189**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204
Consumer Hotline:  (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi

**PN IN 01 05 10**

Page 1 of 1

CONFIDENTIAL

TRAV_000897

# IMPORTANT NOTICE – RISK MANAGEMENT PLANS – FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMA-TION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Florida loss control insurance statutes require insurers to provide commercial policyholders, at their request, with guidelines for risk management plans. Travelers' Risk Control Department has available guidelines to assist you with your accident prevention activities. These guidelines are available to you free of charge.

A risk management plan shall include safety measures for different exposures, including, as applicable, pollution and environmental hazards; disease hazards; accidental occurrences; fire hazards and fire prevention and detec-tion; liability for acts from the course of business; slip and fall hazards; product injury; and hazards unique to a particular class or category of insureds. Training in safety management techniques and safety management counseling services are also available.

If you would like to request assistance with risk management or your safety program, please call our Risk Control Department at 407-388-3307. For access to over 1,600 safety and health resources, including training programs, checklists, management guides, etc. visit our Risk Control Customer Portal at http://www.travelers.com/riskcontrol.

**PN T0 60 05 10**                                                                                          Page 1 of 1

CONFIDENTIAL                                                                          TRAV_000898

# IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA POLICYHOLDERS

An extremely important and valuable coverage may be available to you through your insurance company and the Indiana Mine Subsidence Insurance Program. The Indiana Mine Subsidence Insurance Program offers insurance coverage in the following counties:

| | | | | |
|---|---|---|---|---|
| Clay | Greene | Orange | Putnam | Warren |
| Crawford | Knox | Owen | Spencer | Warrick |
| Daviess | Lawrence | Parke | Sullivan | |
| Dubois | Martin | Perry | Vanderburgh | |
| Fountain | Monroe | Pike | Vermillion | |
| Gibson | Montgomery | Posey | Virgo | |

If you have structures in these counties, Mine Subsidence coverage may be added to new or existing policies to protect your structures from damage due to the collapse of abandoned underground coal mines. The collapse of abandoned underground coal mines can cause serious structural damage. <u>Without this specific coverage, damage caused by Mine Subsidence is not covered by your policy.</u>

Mine Subsidence insurance protects property owners from losses to structures due to the collapse of inactive underground coal mines abandoned before August 3, 1977. The maximum amount of insurance available per structure has been increased from $100,000 to $200,000. The cost of this coverage is relatively low to you. For the full coverage of $200,000, a Commercial policyholder will pay an additional premium of only $179.00 per year.

If you already have this coverage, check with your agent to be sure that you have the appropriate amount of coverage.

Should you have any questions about this coverage or the program in general, you should contact your agent or call the Indiana Mine Subsidence Program at the Indiana Department of Insurance: 1-800-332-4674.

**PN T0 64 11 01**                                      Page 1 of 1

CONFIDENTIAL                                      TRAV_000899

## IMPORTANT NOTICE – CONTACT INFORMATION – FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOUR SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Please review your policy carefully. Should you have any questions concerning coverages, billings, additions or deletion, please contact your agent. Should you feel the need for additional information or wish to make a complaint, we offer the following number:

For information or to make a complaint, call:
1-800-328-2189

**PN T2 19 05 10**                                                                                          Page 1 of 1

CONFIDENTIAL                                                                                          TRAV_000900

# GLOBAL EXECUTIVE SUPPORT SERVICE AGREEMENT

This agreement provides global executive support services to your employees who travel outside the United States for your business. There are, of course, limitations and restrictions which apply to this service agreement. As a result, this service agreement should be read carefully to determine the extent of the services provided to you and your employees.

| Table of Contents | Page |
|---|---|
| **Medical Assistance Services** | **1** |
| Hospital Admission Deposit | 1 |
| Medical Monitoring | 2 |
| Dispatch Of A Doctor Or Specialist | 2 |
| Medical Emergency Evacuation | 2 |
| Medically Supervised Repatriation | 2 |
| Repatriation Of Mortal Remains | 2 |
| **Personal Assistance Services** | **2** |
| Pre-Trip Medical Referral Information | 2 |
| Emergency Medication | 2 |
| Embassy And Consular Information | 2 |
| Lost Document Assistance | 2 |
| Emergency Message Transmission | 3 |
| Emergency Cash Advance | 3 |
| Legal Access | 3 |
| Translations And Interpreters | 3 |
| Lost Baggage Assistance | 3 |
| Currency Exchange Rates | 3 |
| Weather Information | 3 |
| Benefits Verification And Claims Assistance | 3 |
| Travel Advisories | 3 |
| Security-Related Services and Assistance | 3 |
| **Travel Assistance Services** | **3** |
| Emergency Family Travel Arrangements | 3 |
| Transportation To Join Disabled Employees | 3 |
| Return Of Minor Children | 3 |
| Return Of Traveling Companion | 4 |
| Return Of Vehicle | 4 |
| **Services And Cost Restrictions** | **4** |
| **Destinations Covered** | **4** |
| **General Conditions** | **5** |
| Errors And Omissions | 5 |
| Transfer Of Rights Of Recovery Against Others To Us | 5 |
| Suits Against Us | 5 |
| Return To Work | 5 |
| Services Not Covered | 5 |
| **Definitions** | **5** |

### About This Service Agreement

The Global Executive Support Services provided below are not insurance, and are available to your "employees" engaged in "temporary travel", including their accompanying spouse, child(ren), or other companion(s).

Global Executive Support Services includes Medical Assistance, Personal Assistance, and Travel Assistance, as described below.

"Employees" may contact the Travelers Alarm Center at any hour of any day. The Travelers Alarm Center may direct an "employee" to contact a Regional Alarm Center nearer to the "employee's" location. The Travelers Alarm Center is operated by MEDEX Assistance Corporation, a third party provider of the Global Executive Support Services Program described below.

We will give you fifteen (15) service cards at the beginning of each new or renewal "program service period" of this Global Executive Support Services Program. These service cards will explain how to reach the Travelers Alarm Center. It is your responsibility to distribute the service cards to your "employees" who may require global executive support services during "temporary travel". You may ask us for additional cards as they are required by you.

### Medical Assistance Services

The Travelers Alarm Center is staffed with trained multi-lingual personnel, including doctors on round-the-clock call for "medical emergency" consultation and assistance as described below. This center handles requests for referrals to English-speaking doctors, hospitals, and specialists, as well as all aspects of coordinating any "medical emergency" evacuations.

### Hospital Admission Deposit

We will either guarantee the payment of, or wire, any required emergency hospital admission deposit up to $5,000. You or your "employee" will repay any such

**PN T5 72 01 09**

© 2009 The Travelers Companies, Inc.

CONFIDENTIAL

TRAV_000901

deposit to us or our designee within forty-five (45) days (without interest). If you fail to repay us such deposits in the time allowed, or we are required to pay on our guarantee, then such moneys become a service rendered, and we have the additional rights as explained under the section "Transfer of Rights of Recovery Against Others to Us".

**Medical Monitoring**

We will monitor the "employee's" condition when hospitalized abroad, and will use our best efforts to report regularly on the "employee's" condition to the "employee's" family and/or employer.

**Dispatch Of A Doctor Or Specialist**

If we determine, based on information available to us, that an "employee's" condition cannot be adequately assessed to evaluate the need for evacuation, we will dispatch a doctor or specialist to the "employee's" location. We will pay the cost of the doctor's or specialist's travel to the "employee's" location, but we will not pay the cost of any medical services that are rendered by the doctor and/or specialist at the location.

**Medical Emergency Evacuation**

When adequate medical facilities are not available locally, we will arrange for "medical emergency" evacuation of the "employee", under medical supervision, to the nearest location with adequate facilities.

We will also assist in making the arrangements, but not pay for any associated costs, of one (1) family member or other traveling companion to continue to accompany the "employee" during evacuation, if it is reasonably possible for that person to accompany the "employee".

The "employee" and any accompanying family member or other traveling companion may be required to release us or our third party service provider from liability during emergency evacuation. Our obligation is limited to providing one (1) emergency evacuation attributable to any single medical condition of an "employee".

**Medically Supervised Repatriation**

If we determine, based on information available to us, that it is medically advisable to repatriate the "employee" to a facility which is in the country of residence of the "employee", or a location in the country of which the "employee" is a citizen, following stabilization, we will make the arrangements for repatriation of the "employee", under medical supervision.

We will also assist in making the arrangements, but not pay any associated costs, of one (1) family member or other traveling companion to continue to accompany the "employee" during repatriation under medical supervision, if it is reasonably possible for that person to accompany the "employee".

The "employee" and any accompanying family member or other traveling companion may be required to release us or our third party service provider from liability during emergency repatriation. Our obligation is limited to providing one (1) emergency repatriation attributable to any single medical condition of an "employee".

**Repatriation Of Mortal Remains**

In the event of an "employee's" death while traveling, we will provide every assistance possible to obtain necessary clearances and arrange for the return of the mortal remains to a location which is consistent with the known reasonable wishes of the "employee" or of the "employee's" family.

We will also assist in making arrangements, but not pay for any associated costs, of one (1) family member or other traveling companion to continue to accompany the mortal remains of the deceased "employee" during repatriation, if it is reasonably possible for that person to accompany the remains.

<u>Personal Assistance Services</u>

**Pre-Trip Medical Referral Information**

We will provide pre-trip medical referral information to "employees" regarding countries and regions to be visited, including local English-speaking doctors, and/or addresses and phone numbers of hospitals.

**Emergency Medication**

Should an "employee" require prescription medication that is not available locally, we will make arrangements for the transportation of such medication to the "employee", when possible and legally permissible, upon the request of the prescribing physician. The "employee" is responsible for the cost of the medication and the transportation.

**Embassy And Consular Information**

We will provide "employees" with contact information for embassies and consulates worldwide.

**Lost Document Assistance**

If an "employee" loses important travel documents, including a passport and credit cards, while traveling,

© 2009 The Travelers Companies, Inc.
**PN T5 72 01 09**

CONFIDENTIAL

TRAV_000902

we will assist with obtaining their replacements. We will not pay for the cost of obtaining these replacements.

## Emergency Message Transmission

We will make reasonable efforts to receive and transmit emergency messages between the family and/or employer of an "employee".

## Emergency Cash Advance

We will, whenever possible, provide "employees" with a cash advance of up to $5,000. in local currency for any medical, legal, or any other emergency situations related to any of the services and/or assistance provided by this Global Executive Support Services program. You or your "employee" will repay any such cash advances to us or our designee within forty-five (45) days (without interest). If you or your "employee" fail to repay to us such advances, then such money becomes a service rendered, and we have the additional rights set out under the heading "Transfer of Rights of Recovery Against Others to Us".

## Legal Access

We will provide "employees" with an introduction to local attorneys available during regular working hours. Assistance will also be provided in obtaining bail bonds in those areas where such bonds are customarily issued. "Employees" are responsible for paying for any contracted legal fees.

## Translations And Interpreters

We will provide personal emergency translation services through the 24-hour Travelers Alarm Center and Regional Centers, as well as referrals to interpreter services. When a personal presence or other customized interpreter services are required, the "employee" will be responsible to pay locally the costs of such interpreter services.

## Lost Baggage Assistance

We will assist "employees" with the proper reporting procedures if their baggage is lost, stolen, or delayed while traveling on a common carrier. We will also maintain contact with the appropriate companies or authorities to help resolve the problem.

## Currency Exchange Rates

We will provide to the "employee" general currency exchange rates for those countries to which they are traveling. These exchange rates are for general planning purposes only, and are not intended to be used

for exact funds exchange for any specific transactions at a specific time or date.

## Weather Information

We will provide to the "employee" weather information of a general nature for the location(s) where travel is anticipated. We will not provide any weather information for a specific location on a specific date, nor can we be held responsible if any weather is outside of normal patterns.

## Benefits Verification And Claims Assistance

We will assist "employees" in verifying their medical insurance benefits when hospitalized overseas, and in coordinating overseas claims procedures with their health insurance, and any applicable Workers Compensation insurance, as you direct.

## Travel Advisories

We will provide to the "employee" travel advisories as they are updated by the U. S. Department of State.

## Security-Related Services And Assistance

We will provide to the "employee" assistance with security related services, such as continual updates on security events occurring around the world, referrals to specialized security providers (i. e., escorts, drivers, kidnap and ransom specialists, crisis management planners, etc.), and coordination with an appropriate security vendor provided a political / security related evacuation is required. The "employee" is responsible for the costs of services for security providers or the cost of the security evacuation.

## Travel Assistance Services

## Emergency Family Travel Arrangements

We will coordinate emergency travel arrangements for family members who need to join a hospitalized "employee". The costs of these travel services are the responsibility of the traveler(s).

## Transportation To Join Disabled Employees

If an "employee" is traveling alone and is hospitalized for more than seven (7) days, we will arrange, but not pay the cost of, economy round trip air fare to the place of hospitalization, for a person chosen by the "employee".

## Return Of Minor Children

If dependent children are left unattended as a result of an "employee's" accident or illness, we will arrange,

CONFIDENTIAL

but not pay the cost of, economy one-way air fare to their place of residence. Qualified attendants will also be arranged, when required, but we will not pay the cost of such attendants.

**Return Of Traveling Companion**

When we hospitalize or medically evacuate an "employee", and a traveling companion's air ticket is no longer usable, we will arrange, but not pay the cost of, economy one-way air transportation for the companion to their original departure point.

**Return Of Vehicle**

In the event of an "employee's" hospitalization or medical evacuation, we will arrange, but not pay the cost, to have the "employee's" unattended vehicle returned to the rental agency, or the "employee's" current principal residence.

<u>**Services And Cost Restrictions**</u>

We are not responsible for any services or costs:

- Provided outside the "program service period". However, if, before the end of the "program service period", we have begun to assist an "employee" with any of the services described under the heading "Medical Assistance Services", we will continue to provide those services for up to seven (7) days after the end of the "program service period".

- Provided without our authorization and/or intervention.

- Provided for which no charge is normally made.

- If the original or ancillary purpose of the "employee's" trip is to obtain medical treatment.

- If the trip is made against the advices of a physician.

- For intentionally self-inflicted injuries, suicide, or any attempt thereat, regardless of mental condition.

- As a result of any service in the Armed Forces of any country.

- As a result of the use of alcohol, drugs, or any controlled substance, unless it is prescribed by a physician.

- As a result of aerial flight, except as a fare paying passenger on a regular scheduled airline or licensed charted aircraft.

- As a result of any participation in any professional sports, or high risk amateur and/or recreational activities, including but not limited to, mountaineering, scuba diving, sky diving, auto racing, bungee jumping, etc.

- As a result of commission of, or the attempt to commit, an illegal act.

- As a result of the active participation in war (whether declared or not), invasion, acts of foreign enemies, hostilities, civil war, rebellion, riot, revolution, insurrection, or as a direct result of nuclear reaction or radiation.

- As a result of any existing chronic or life threatening health conditions, except if any "medical emergency" occurs during the "temporary travel" of an "employee", whether or not that "medical emergency" is related to or caused by any existing chronic or life threatening health condition.

- For routine or minor medical problems, tests, and exams related to pregnancy.

- For transportation for an "employee's" vehicle that involves any intercontinental and/or marine transportation.

- For pregnancies, except in the case of a major, vital complication for the mother and/or baby.

- Which are requested after we have paid the maximum limit of covered expenses, or after we have incurred the maximum limit of covered expenses.

No services shall be available for any "employee" if such services are required as a result of mild lesions, simple fractures, or mild illness which can be treated by local doctors, and which do not prevent the "employee" from continuing his/her trip or returning home.

<u>**Destinations Covered**</u>

We will provide the Global Executive Support Services described above, anywhere in the world, except for the United States, its territories and possessions, Puerto Rico, Canada and any country or jurisdiction while any trade sanction, embargo, or similar regulation imposed by the United States Government applies to and prohibits the transaction of business with or within that country or jurisdiction. But we will not consider such countries as being prohibited if such trade sanctions, embargoes, or regulations are removed for any reason by the United States Government, or no longer operate to prevent the transaction of business with or within these countries.

© 2009 The Travelers Companies, Inc.

**PN T5 72 01 09**

CONFIDENTIAL

TRAVELERS DOC MGMT Page 248 of 535

TRAV_000904

## General Conditions

### Errors And Omissions

We are not liable for any act or omission by a local doctor or attorney who is not our employee, nor the employee of a third party provider of the support services described herein.

We are not liable for the failure to provide, or for the delay in providing services when such failure or delay is caused by conditions beyond our control, including but not limited to restricted flight conditions, weather, Acts of God, strike, riot, civil commotion, war or uprising, or where rendering of any services is prohibited by local laws or regulations.

### Transfer Of Rights Of Recovery Against Others To Us

If you or the "employee" to whom we render assistance have any rights to recover all or any part of the cost of any services rendered under this program from any other person(s) or organization(s), including rights to recover under any "Workers Compensation Law", health plan or insurance policies, we are entitled to an assignment of those rights to the extent of our benefit payments. You and your "employee" shall transfer those rights to us, and cooperate with us as may be necessary to enforce such rights. You and your "employee" agree to sign any papers, deliver them to us, and do anything else that we may reasonably require to help us pursue such rights.

### Suits Against Us

You agree not to bring suit against us unless you have complied with all the terms of this policy. Any such suit must be brought within two (2) years after the support services are rendered. No person or organization has any right to bring us into any action to determine your liability.

### Return To Work

You have the responsibility for the decision of whether or not an "employee" returns to work. You are responsible for obtaining any medical releases and to determine an "employee's" suitability to travel and/or resume work or not. The decision and results thereof

are solely the responsibility of the "employee", you, and/or the "employee's" attending physician. We are not involved in such decisions, and we have no liability arising out of an "employee's" return to work.

### Services Not Covered

You agree to reimburse us or our designee for services rendered on your behalf which are not covered by this program, when such services are requested or approved by a corporate officer whose name you have given us to contact, or when such services are provided in good faith to any "employee" not covered by reason of cancellation of this program.

### Definitions

"Employee" means any person working for you at your workplaces, including any voluntary workers, or independent contractors with whom you have a written contract, and any traveling companions, anywhere in the World, except those countries for which there is a United States governmental embargo or sanction prohibiting the transaction of business with or within that country.

"Medical Emergency" means any sudden or unforeseen health condition that might require medical consultation, assistance, or care.

"Program Service Period" means from the effective date of the policy to which this Global Executive Support Services Program is attached until the expiration date of the policy, including any extensions and/or renewals of the policy. If the policy is canceled for any reason before its expiration date then the Global Executive Support Services Program will end as of the effective date of the policy cancellation.

"Temporary Travel" means any travel outside of the country of an employee's permanent workplace, for the purpose of conducting your business. Such travel will not require an employee to be away from their permanent workplace for a period longer than ninety (90) consecutive days on any one trip, or to spend more than 180 days per year outside the country of an employee's permanent workplace. Temporary Travel includes personal travel, but only if such personal travel is incidental to the travel for the purposes of conducting your business.

CONFIDENTIAL



CHANGE EFFECTIVE DATE: 02-09-11
CHANGE ENDORSEMENT NUMBER: 0001



One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
Issue Date: 03/16/11
Additional Premium $ ███

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/09/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING BLANKET BUILDING AND YOUR BUSINESS PERSONAL PROPERTY LIMIT TO
$222,732,902.

ADDING DX T3 37 03 98 - WINDSTORM OR HAIL DEDUCTIBLES AS PER ATTACHED.

AMENDING DX T3 79 03 98 - LOSS PAYABLE PROVISIONS AS PER ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 02/09/11      $ ███

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST STE 220                 _____
  CARMEL, IN 46032                            Authorized Representative

                                              DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL                                              TRAV_000906

CHANGE EFFECTIVE DATE: 02-09-11
CHANGE ENDORSEMENT NUMBER: 0001

 **TRAVELERS**

POLICY NUMBER: Y-630-329D1683-TIL-11

EFFECTIVE DATE: 01-01-11

ISSUE DATE: 03-16-11

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX T3 37 03 98   WINDSTORM OR HAIL DEDUCTIBLES
DX T3 79 03 98   LOSS PAYABLE PROVISIONS
```

**IL T8 01 10 93**                                                    **PAGE:    1 OF    1**

TRAVELERS DOC MGMT Page 251 of 535

CONFIDENTIAL                                                    TRAV_000907

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_000948

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_000949

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# BLANKET ADDITIONAL INSURED
# (CONTRACTORS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. WHO IS AN INSURED – (Section II) is amended to include any person or organization that you agree in a "written contract requiring insurance" to include as an additional insured on this Coverage Part, but:

   a) Only with respect to liability for "bodily injury", "property damage" or "personal injury"; and

   b) If, and only to the extent that, the injury or damage is caused by acts or omissions of you or your subcontractor in the performance of "your work" to which the "written contract requiring insurance" applies. The person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization.

2. The insurance provided to the additional insured by this endorsement is limited as follows:

   a) In the event that the Limits of Insurance of this Coverage Part shown in the Declarations exceed the limits of liability required by the "written contract requiring insurance", the insurance provided to the additional insured shall be limited to the limits of liability required by that "written contract requiring insurance". This endorsement shall not increase the limits of insurance described in Section III – Limits Of Insurance.

   b) The insurance provided to the additional insured does not apply to "bodily injury", "property damage" or "personal injury" arising out of the rendering of, or failure to render, any professional architectural, engineering or surveying services, including:

      i. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders or change orders, or the preparing, approving, or failing to prepare or approve, drawings and specifications; and

      ii. Supervisory, inspection, architectural or engineering activities.

   c) The insurance provided to the additional insured does not apply to "bodily injury" or "property damage" caused by "your work" and included in the "products-completed operations hazard" unless the "written contract requiring insurance" specifically requires you to provide such coverage for that additional insured, and then the insurance provided to the additional insured applies only to such "bodily injury" or "property damage" that occurs before the end of the period of time for which the "written contract requiring insurance" requires you to provide such coverage or the end of the policy period, whichever is earlier.

3. The insurance provided to the additional insured by this endorsement is excess over any valid and collectible "other insurance", whether primary, excess, contingent or on any other basis, that is available to the additional insured for a loss we cover under this endorsement. However, if the "written contract requiring insurance" specifically requires that this insurance apply on a primary basis or a primary and non-contributory basis, this insurance is primary to "other insurance" available to the additional insured which covers that person or organization as a named insured for such loss, and we will not share with that "other insurance". But the insurance provided to the additional insured by this endorsement still is excess over any valid and collectible "other insurance", whether primary, excess, contingent or on any other basis, that is available to the additional insured when that person or organization is an additional insured under such "other insurance".

4. As a condition of coverage provided to the additional insured by this endorsement:

   a) The additional insured must give us written notice as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, such notice should include:

CG D2 46 08 05                    © 2005 The St. Paul Travelers Companies, Inc.                    Page 1 of 2

CONFIDENTIAL

TRAV_000950

COMMERCIAL GENERAL LIABILITY

    **i.** How, when and where the "occurrence" or offense took place;

    **ii.** The names and addresses of any injured persons and witnesses; and

    **iii.** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b)** If a claim is made or "suit" is brought against the additional insured, the additional insured must:

    **i.** Immediately record the specifics of the claim or "suit" and the date received; and

    **ii.** Notify us as soon as practicable.

The additional insured must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c)** The additional insured must immediately send us copies of all legal papers received in connection with the claim or "suit", cooperate with us in the investigation or settlement of the claim or defense against the "suit", and otherwise comply with all policy conditions.

**d)** The additional insured must tender the defense and indemnity of any claim or "suit" to any provider of "other insurance" which would cover the additional insured for a loss we cover under this endorsement. However, this condition does not affect whether the insurance provided to the additional insured by this endorsement is primary to "other insurance" available to the additional insured which covers that person or organization as a named insured as described in paragraph **3.** above.

**5.** The following definition is added to SECTION V. – DEFINITIONS:

"Written contract requiring insurance" means that part of any written contract or agreement under which you are required to include a person or organization as an additional insured on this Coverage Part, provided that the "bodily injury" and "property damage" occurs and the "personal injury" is caused by an offense committed:

    **a.** After the signing and execution of the contract or agreement by you;

    **b.** While that part of the contract or agreement is in effect; and

    **c.** Before the end of the policy period.

    © 2005 The St. Paul Travelers Companies, Inc.    **CG D2 46 08 05**

TRAVELERS DOC MGMT Page 295 of 535

CONFIDENTIAL    TRAV_000951

CHANGE EFFECTIVE DATE: 02-09-11
CHANGE ENDORSEMENT NUMBER: 0003

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
Issue Date: 04/28/11
Premium $ ▓▓▓▓▓▓

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/09/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE ACTUAL EFFECTIVE DATE OF THIS ENDORSEMENT IS 01/01/2011.

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

ADDING DX T3 80 03 98 - BUILDING OWNERS EXTRA AS PER ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

   DUE ON 02/09/11      $ ▓▓▓▓

NAME AND ADDRESS OF AGENT OR BROKER:
   BROWN & BROWN OF IN INC (CK418)
   11555 N MERIDIAN ST STE 220
   CARMEL, IN 46032

**COUNTERSIGNED BY:**

_____
  Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL                                                                    TRAV_000952

CHANGE EFFECTIVE DATE: 02-09-11
CHANGE ENDORSEMENT NUMBER: 0003

 **TRAVELERS**

**POLICY NUMBER:** Y-630-329D1683-TIL-11

**EFFECTIVE DATE:** 01-01-11

**ISSUE DATE:** 04-28-11

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX T3 80 03 98    BUILDING OWNERS EXTRA
```

**IL T8 01 10 93**                                      **PAGE:    1 OF    1**

CONFIDENTIAL                                      TRAV_000953

# POLICYHOLDER NOTICES

CONFIDENTIAL

**POLICYHOLDER NOTICES**

CONFIDENTIAL

POLICY NUMBER: Y-630-329D1683-TIL-11                    ISSUE DATE: 06-01-11

# IMPORTANT NOTICE – DISCLOSURE OF LOCAL GOVERNMENT TAXES – KENTUCKY

In compliance with Kentucky Administrative Regulation 806 KAR 2:092 we are providing the amount of Kentucky local government tax being charged to you and the taxing jurisdiction to which the tax is due. Any applicable collection fee is included in the tax.

| Taxing Jurisdiction | Amount of Local Government Tax |
|---|---|
| LOUISVILLE-JEFFERSON | $        848 |

**PN T5 82 03 09**                                              Page  1 of  1

CONFIDENTIAL                                              TRAV_000967

CHANGE EFFECTIVE DATE: 01-01-11
CHANGE ENDORSEMENT NUMBER: 0010



One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
Issue Date: 06/02/11
Premium $ ████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING DEDUCTIBLES BY WINDSTORM OR HAIL "SUBJECT TO A MINIMUM IN ANY
ONE OCCURRENCE" TO $250,000.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 01/01/11    $ ████

NAME AND ADDRESS OF AGENT OR BROKER:
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST STE 220
  CARMEL, IN 46032

COUNTERSIGNED BY:

_____
  Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_000968

CHANGE EFFECTIVE DATE: 05-12-11
CHANGE ENDORSEMENT NUMBER: 0014

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

        Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
          Issue Date: 06/03/11
      Return Premium $ ▮▮▮▮▮▮

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 05/12/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING BLANKET BUILDING AND YOUR BUSINESS PERSONAL PROPERTY LIMIT TO
$222,232,902.

PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 05/12/11     $ ▮▮▮▮▮▮

NAME AND ADDRESS OF AGENT OR BROKER:        **COUNTERSIGNED BY:**
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST STE 220              _____
  CARMEL, IN 46032                          Authorized Representative

                                            DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_000969

CHANGE EFFECTIVE DATE: 06-07-11
CHANGE ENDORSEMENT NUMBER: 0015

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
Issue Date: 09/15/11
Additional Premium $ ▉▉▉▉▉

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 06/07/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
BLANKET LIMIT OF INSURANCE TO $31,813,490.

PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 06/07/11    $ ▉▉▉▉▉

NAME AND ADDRESS OF AGENT OR BROKER:          **COUNTERSIGNED BY:**
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST STE 220              _____
  CARMEL, IN 46032                          Authorized Representative

                                            DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_000970

CHANGE EFFECTIVE DATE: 08-01-11
CHANGE ENDORSEMENT NUMBER: 0016

 **TRAVELERS J**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
Issue Date: 09/17/11
Return Premium $ ███

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 08/01/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMON POLICY DECLARATIONS IS AMENDED AS FOLLOWS:

AMENDING IL T0 03 04 96 - LOCATION SCHEDULE AS FOLLOWS:

DELETING LOCATION 19, BUILDING 21 AND ALL APPLICABLE COVERAGES AND
FORMS.

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING BLANKET BUILDING AND YOUR BUSINESS PERSONAL PROPERTY LIMIT TO
$222,027,522.

THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING DECLARATIONS PREMIUM SCHEDULE CG T0 07 09 87 AS FOLLOWS:

AMENDING COMPOSITE CLASS CODE 65534 EXPOSURE TO 10,565,212.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 08/01/11    $ ███

NAME AND ADDRESS OF AGENT OR BROKER:            **COUNTERSIGNED BY:**
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST STE 220                  _____
  CARMEL, IN 46032                              Authorized Representative

                                                DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL                                              TRAV_000971

CHANGE EFFECTIVE DATE: 08-01-11
CHANGE ENDORSEMENT NUMBER: 0017

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
Issue Date: 11/09/11
Premium $ ▮▮▮▮

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 08/01/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE ACTUAL EFFECTIVE DATE OF THIS ENDORSEMENT IS 01/01/2011.

THE COMMON POLICY DECLARATIONS IS AMENDED AS FOLLOWS:

AMENDING IL T0 03 04 96 - LOCATION SCHEDULE AS FOLLOWS:

AMENDING LOCATION 29, BUILDING 31 ADDRESS TO READ:
14610-14790 US 31 NORTH, WESTFIELD, IN 46077.

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING DX 00 01 07 94 - MORTGAGE HOLDER SCHEDULE AS PER ATTACHED.

AMENDING DX T3 79 03 98 - LOSS PAYABLE PROVISIONS AS PER ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 08/01/11    $ 

NAME AND ADDRESS OF AGENT OR BROKER:
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST STE 220
  CARMEL, IN 46032

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL    TRAV_000972

CHANGE EFFECTIVE DATE: 08-01-11
CHANGE ENDORSEMENT NUMBER: 0017

 **TRAVELERS**

POLICY NUMBER: Y-630-329D1683-TIL-11

EFFECTIVE DATE: 01-01-11

ISSUE DATE: 11-09-11

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX 00 01 07 94   MORTGAGEE HOLDER SCHEDULE
DX T3 79 03 98   LOSS PAYABLE PROVISIONS
```

**IL T8 01 10 93**                                    **PAGE:   1 OF   1**

CONFIDENTIAL

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_001116

# GENERAL LIABILITY

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: Y-630-329D1683-TIL-11                ISSUE DATE: 01-18-12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE, SUCCESSOR OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**NAME OF PERSON OR ORGANIZATION:**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
% GRANDBRIDGE REAL ESTATE CAPITAL, LLC
3000 RIVERCHASE GALLERIA #1020
BIRMINGHAM, AL 35244

**DESIGNATION OF PREMISES:**

14610-14790 4531 NORTH
WESTFIELD, IN 46074.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, successor or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2.  This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**CG D3 25 01 04**          Copyright, The Travelers Indemnity Company, 2004          Page 1 of 1
Includes copyrighted material of Insurance Services Offices Inc., with its permission

CONFIDENTIAL                                                                                      TRAV_001118

CHANGE EFFECTIVE DATE: 11-10-11
CHANGE ENDORSEMENT NUMBER: 0026





**TRAVELERS J**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-11
Policy Effective Date: 01/01/11
Issue Date: 02/07/12
Return Premium $█████
INCLUDES (KYFS)

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 11/10/11 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMON POLICY DECLARATIONS IS AMENDED AS FOLLOWS:

AMENDING IL T0 03 04 96 - LOCATION SCHEDULE AS FOLLOWS:

DELETING LOCATION 42, BUILDING 44 AND ALL APPLICABLE COVERAGES AND
FORMS.

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING BLANKET BUILDING AND YOUR BUSINESS PERSONAL PROPERTY LIMIT TO
$221,142,226.

AMENDING DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
TO DELETE LOCATION 42, BUILDING 44. BLANKET BUSINESS INCOME LIMIT OF
INSURANCE IS AMENDED TO $31,223,935.

THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING DECLARATIONS PREMIUM SCHEDULE CG T0 07 09 87 AS FOLLOWS:

AMENDING COMPOSITE CLASS CODE 65534 EXPOSURE TO 10,478,578.

PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 11/10/11    $█████

NAME AND ADDRESS OF AGENT OR BROKER:        **COUNTERSIGNED BY:**
  BROWN & BROWN OF IN INC (CK418)
  11555 N MERIDIAN ST STE 220
  CARMEL, IN 46032                           _____
                                             Authorized Representative

                                             DATE:_____

IL T0 07 09 87    PAGE  1 OF  2
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_001119

CHANGE EFFECTIVE DATE: 11-10-11
CHANGE ENDORSEMENT NUMBER: 0026

 **TRAVELERS**

TAXES AND SURCHARGES

POLICY NUMBER: Y-630-329D1683-TIL-11

CHANGE EFFECTIVE DATE: 11/10/11

ISSUE DATE: 02/07/12

| DESCRIPTION | AMOUNT |
|---|---|
| KENTUCKY FUND SURCHARGE | 1.00 CR |

IL T0 07 09 87     PAGE  2 OF  2

OFFICE: SP-INDIANAPOLIS     06G
PRODUCER NAME: BROWN & BROWN OF IN INC     CK418

CONFIDENTIAL

TRAV_001120

CHANGE EFFECTIVE DATE: 11-10-11
CHANGE ENDORSEMENT NUMBER: 0026

 **TRAVELERS**

POLICY NUMBER: Y-630-329D1683-TIL-11

EFFECTIVE DATE: 01-01-11

ISSUE DATE: 02-07-12

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
```

**IL T8 01 10 93**

PAGE:   1 OF   1

CONFIDENTIAL

TRAV_001121

Case 1:25-cv-02614-JRS-KMB 49D01-2511-CE-056363 Page 312 of 678 PageID

Marion Superior Court 1
#: 318

Filed: 11/26/2025 6:40 PM
Clerk
Marion County, Indiana

# EXHIBIT 4

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

| 630-329D1683 | 01/01/12 - 01/01/13 | 12/18/2024 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

*Julie A. Senerth*

Julie A. Senerth, Manager
BI Document Management

CONFIDENTIAL

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              REAL ESTATE OWNERS
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/18/12
                              POLICY NUMBER: Y-630-329D1683-TIL-12
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   THE BROADBENT COMPANY, INC.  (AS PER IL T8 00)
   117 E. WASHINGTON STREET #300
   INDIANAPOLIS, IN 46204-3614


2. POLICY PERIOD:  From 01/01/12 to 01/01/13 12:01 A.M. Standard Time at
                                          your mailing address.
3. LOCATIONS
     Premises  Bldg.
     Loc. No.  No.  Occupancy          Address

     SEE IL T0 03


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS        DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS CG T0 09 09 93 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS    CM T0 01 07 86 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                     Policy No.           Insuring Company



                          SEE CALCULATION OF PREMIUM
                          COMPOSITE RATES ENDORSEMENT
7. PREMIUM SUMMARY:
     Provisional Premium   $            INCLUDES (KYFS)
     Due at Inception      $
     Due at Each 1 MONTH   $
```



```
NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   BROWN & BROWN OF IN INC (CK418)
   11555 N MERIDIAN ST STE 220
   CARMEL, IN 46032                         _____
                                            Authorized Representative

                                            DATE:_____


IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 2
OFFICE: SP-INDIANAPOLIS
```

CONFIDENTIAL



TAXES AND SURCHARGES

POLICY NUMBER: Y-630-329D1683-TIL-12

EFFECTIVE DATE: 01/01/12

ISSUE DATE: 01/18/12

DESCRIPTION                                                      AMOUNT

KENTUCKY FUND SURCHARGE                                         403.00

IL T0 02 11 89      PAGE  2 OF  2

OFFICE: SP-INDIANAPOLIS       06G
PRODUCER NAME: BROWN & BROWN OF IN INC              CK418

CONFIDENTIAL



**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

THE BROADBENT COMPANY, INC.
117 E. WASHINGTON STREET #300
INDIANAPOLIS IN 46204-3614

**Presented by:  BROWN & BROWN OF IN INC**

CONFIDENTIAL

TRAV_001195


**TRAVELERS**

POLICY NUMBER: `Y-630-329D1683-TIL-12`

EFFECTIVE DATE: `01-01-12`

ISSUE DATE: `01-18-12`

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 07 07    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
IL T3 02 07 86    CALCULATION OF PREMIUM-COMPOSITE RATE(S)
IL T8 00          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
DX T0 00 09 98    DELUXE PROPERTY COV PART DECLARATIONS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX 00 04 03 98    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98    DELUXE PROPERTY COVERAGE FORM
DX T1 01 03 98    DELUXE BUSINESS INCOME COV FORM AND EE
DX T8 01          GENERAL PURPOSE ENDORSEMENT
DX T8 02          GENERAL PURPOSE ENDORSEMENT
DX T4 23 02 09    PERS PROPERTY OUTSIDE COVERAGE TERRITORY
DX T3 01 03 98    CAUSES OF LOSS - EARTHQUAKE
DX T3 02 03 98    CAUSES OF LOSS - BROAD FORM FLOOD
DX T3 10 03 98    VACANCY RESTRICTION
DX T3 79 03 98    LOSS PAYABLE PROVISIONS
DX T3 80 03 98    BUILDING OWNERS EXTRA
DX T4 02 01 08    TERRORISM RISK INS ACT 2002 DISCLOSURE
DX 00 14 10 00    KENTUCKY CHANGES
DX 01 77 03 98    INDIANA CHANGES-RIGHTS OF RECOVERY
DX T3 97 08 06    FUNGUS, WET ROT, DRY ROT & OTHER COL
DX T3 98 04 02    ELECTRONIC VANDALISM LIMITATION
```

COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 11 03    TABLE OF CONTENTS
CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
CG 21 70 01 08    CAP ON LOSSES-CERTIFIED ACTS-TERRORISM
CG 24 12 11 85    BOATS
CG D0 37 04 05    OTHER INSURANCE-ADDITIONAL INSUREDS
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 34 01 05    WEB XTEND - LIABILITY
CG D2 46 08 05    BLANKET ADDITIONAL INSURED (CONTRACTORS)
CG D4 13 04 08    AMENDMENT OF COVERAGE-COOLING-POLLUTION
CG D4 67 12 08    INTL XTEND ENDT FOR SERVICE INDUSTRIES
```

**IL T8 01 10 93**                                    **PAGE:   1 OF   2**

CONFIDENTIAL

TRAV_001196


**TRAVELERS**

POLICY NUMBER: Y-630-329D1683-TIL-12
EFFECTIVE DATE: 01-01-12
ISSUE DATE: 01-18-12

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG D2 56 11 03    AMENDMENT OF COVERAGE
CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG D3 26 01 04    EXCLUSION-UNSOLICITED COMMUNICATIONS
CG D3 56 01 05    MOBILE EQUIP/EXCL VEHICLES SUB TO MV LAW
CG 22 70 11 85    REAL ESTATE PROPERTY MANAGED
CG D0 76 06 93    EXCLUSION-LEAD
CG D1 42 01 99    EXCLUSION-DISCRIMINATION
CG D2 40 06 01    EXCLUSION - SILICA
CG D2 42 01 02    EXCLUSION WAR
CG F1 19 09 08    INDIANA CHANGES-DEFINITION OF POLLUTANTS
CG T4 78 02 90    EXCLUSION-ASBESTOS
CG 01 68 10 09    MICHIGAN CHANGES
```

EMPLOYEE BENEFITS LIABILITY

```
CG T0 09 09 93    EMPLOYEE BENEFITS LIAB COV PART DEC
CG T0 43 11 88    EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 07 86    EMPLOYEE BENEFITS LIABILITY COV FORM
CG T5 30 06 89    AMENDMENT-EBL
CG D0 38 03 95    EXCLUSION-IRC VIOLATIONS
CG T4 85 11 88    ADDITIONAL EXCLUSION-EBL
CG T9 17 07 86    IN CHANGES-DUTIES IN EVENT OF OCC-EBL
CG T9 18 07 86    MI CHANGES-PREJUDGEMENT INTEREST - EBL
```

INLAND MARINE

```
CM A0 28 08 96    IMPAK COVERAGE PART DECLARATIONS
CM T3 71 08 96    IM PAK COVERAGE SUMMARY
CM T0 11 08 05    TABLE OF CONTENTS
CM 00 01 09 04    COMMERCIAL INLAND MARINE CONDITIONS
CM T1 43 08 96    IMPAK COVERAGE FORM
CM T3 98 01 08    TERRORISM RISK INS ACT 2002 DISCLOSURE
CM 01 39 09 00    INDIANA CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T3 68 05 10    FEDERAL TERRORISM RISK INS ACT DISCLOSE
IL T3 76 10 10    CAP ON LOSSES CERTIFIED ACT OF TERRORISM
IL T3 82 08 06    EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL F0 59 09 07    IN CHANGES - DEFINITION OF POLLUTANTS
IL T3 79 01 08    CAPS ON LOSSES FROM CERT ACTS OF TERROR
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 01 17 12 10    INDIANA CHANGES-WORKERS' COMP EXCLUSION
IL F0 10 10 97    INDIANA CHANGES-POLLUTION
IL T3 55 08 98    EXCL OF CERTAIN COMPUTER REL LOSSES
IL T9 29 09 07    IN CHANGES-CANCELLATION & NONRENEWAL
IL T9 58 09 07    IN CHANGES CONCEAL MISREPRESENT OR FRAUD
```

IL T8 01 10 93                                          PAGE:   2 OF   2

CONFIDENTIAL

TRAV_001197

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right but not obligated to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

CONFIDENTIAL

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART– REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations – Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial Inland Marine Coverage Part;

3. Commercial Property forms including, but not limited to, the following:

   a. Building and Personal Property Coverage Form;

   b. Business Income Coverage Form;

   c. Commercial Property Conditions;

   d. Causes of Loss – Special Form

   e. Causes of Loss – Earthquake Form.

4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

   Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, and is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary                          President

CONFIDENTIAL

**LOCATION SCHEDULE**                **POLICY NUMBER:** Y-630-329D1683-TIL-12

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-12 to 01-01-13 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 117 E. WASHINGTON STREET<br>SUITE 300<br>INDIANAPOLIS, IN 46204-3614 | CORPORATE OFFICE |
| 2 | 2 | 5838-5898 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLACE |
| 3 | 3 | 6304-6398 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLAZA |
| 3 | 4 | 6360 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON PLAZA-OUTLOT |
| 4 | 5 | 5305-5499 E. 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON POINT |
| 5 | 6 | 6024-6066 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON SHOPPES |
| 6 | 7 | 6621-6699 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CASTLETON VILLAGE |
| 7 | 8 | 3716-3960 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER CROSSING |
| 8 | 9 | 4016 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | FORMER GENERAL CINEMA BUILDING |
| 9 | 10 | 3841-3981 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER SHOPPES |
| 10 | 11 | 501-553 COLISEUM BLVD<br>FORT WAYNE, IN 46825 | COLISEUM SHOPPES |
| 11 | 12 | 3923-3999 28TH STREET SE<br>GRAND RAPIDS, MI 49508 | EAST PARIS SHOPPES |
| 12 | 13 | 733 NORTH GREEN RIVER ROAD<br>EVANSVILLE, IN 47711 | EASTLAND PLACE |

IL T0 03 04 96                                Page    1

CONFIDENTIAL                                TRAV_001200

**LOCATION SCHEDULE**          **POLICY NUMBER:** Y-630-329D1683-TIL-12

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 01-01-12 to 01-01-13 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 13 | 14 | 4827-4959 WEST 38TH STREET<br>INDIANAPOLIS, IN 46254 | GEORGETOWN PLAZA |
| 14 | 15 | 7900 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD PLACE |
| 15 | 16 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 15 | 17 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GREENWOOD POINT |
| 16 | 18 | 1812-1876 HURSTBOURNE PARKWAY<br>LOUISVILLE, KY 40220 | HUNNINGTON PLACE |
| 17 | 19 | 3898-3980 LAFAYETTE ROAD<br>INDIANAPOLIS, IN 46254 | LAFAYETTE SHOPPES |
| 18 | 20 | 1410-1518 W. 86TH ST.<br>INDIANAPOLIS, IN 46260 | NORTH WILLOW COMMONS |
| 19 | 21 | 4614-4738 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | THE SHOPPES |
| 20 | 22 | 4614 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | THE SHOPPES OUTLOT |
| 21 | 23 | 6610-6650 W WASHINGTON STREET<br>INDIANAPOLIS, IN 46241 | WEST WASHINGTON, LP |
| 22 | 24 | 6325-6499 W. JEFFERSON ST.<br>FORT WAYNE, IN 46802 | VILLAGE AT TIME CORNERS |
| 23 | 25 | 9910-9996 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | WASHINGTON CORNER |
| 24 | 26 | 10009-10089 E WASHINGTON STREET<br>INDIANAPOLIS, IN 46229 | WASHINGTON SHOPPES |

IL T0 03 04 96                               Page    **2**

CONFIDENTIAL

TRAV_001201

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-329D1683-TIL-12

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

01-01-12 to 01-01-13 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 25 | 27 | 8487 UNION CHAPEL ROAD<br>INDIANAPOLIS, IN 46260 | FASHION MALL COMMONS |
| 26 | 28 | 4611-4733 E 82ND STREET<br>INDIANAPOLIS, IN 46250 | CLEARWATER VILLAGE |
| 27 | 29 | 14760 N US 31<br>CARMEL, IN 46032 | GREYHOUND PLAZA |
| 28 | 30 | 3720 E. 82ND ST.<br>INDIANAPOLIS, IN 46240 | CADILLAC RANCH |
| 29 | 31 | 4825 E 96TH STREET<br>INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING EAST-RETAIL |
| 30 | 32 | 4705 E 96TH STREET<br>INDIANAPOLIS, IN 46250 | RIVER RIDGE CROSSING WEST |
| 31 | 33 | 8395 E 116TH STREET<br>FISHERS, IN 46038 | FISHERS TOWN CENTER |
| 32 | 34 | 8211-8235 E 116TH STREET<br>FISHERS, IN 46038 | FISHERS TOWN COMMONS |
| 33 | 35 | 14005-14099 MUNDY DRIVE<br>FISHERS, IN 46038 | THE SHOPPES AT 141ST STREET |
| 34 | 36 | 160 PLAINFIELD VILLAGE<br>PLAINFIELD, IN 46168 | PLAINFIELD VILLAGE SHOPPING CENTER |
| 35 | 37 | 10934-10976 EAST US HIGHWAS 36<br>AVON, IN 46123 | RACEWAY CROSSING |
| 36 | 38 | I 465 AND WEST 38TH STREET<br>INDIANAPOLIS, IN 46254 | VILLAGE AT EAGLE CREEK |
| 37 | 39 | 4610 COLDWATER RD.<br>FORT WAYNE, IN 46825 | THE SHOPPES OUTLOT B |

IL T0 03 04 96                                      Page    3

CONFIDENTIAL                                      TRAV_001202

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-329D1683-TIL-12

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

01-01-12  to  01-01-13 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 38 | 40 | 7853 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | GPL OUTLOT SOUTHWEST |
| 39 | 41 | 8488 UNION CHAPEL ROAD<br>INDIANAPOLIS, IN 46260 | REIS NICHOLS-OUTLOT |
| 40 | 42 | 7711 SOUTH SHELBY STREET<br>INDIANAPOLIS, IN 46227 | GREENWOOD PLACE OUTLOT 1, WEST |
| 41 | 43 | 4744 CENTURY PLAZA DRIVE<br>INDIANAPOLIS, IN 46254 | LAFAYETTE VILLAGE-LAND ONLY |
| 42 | 44 | 5090 & 5116 W 38TH STREET<br>INDIANAPOLIS, IN 46254 | LAFAYETTE PLAZA OUTLOT-LAND |
| 43 | 45 | 3901 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | UNDEVELOPED PARCELS |
| 44 | 46 | 3902 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250 | CROSSING LAND |

**IL T0 03 04 96**                                    Page    **4  (END)**

CONFIDENTIAL

POLICY NUMBER: **Y-630-329D1683-TIL-12**                    ISSUE DATE: **01-18-12**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM - COMPOSITE RATES

**A. SCHEDULE**

   **1.** This endorsement modifies insurance provided under the following Coverage Part(s):

     **COMMERCIAL GENERAL LIABILITY**

   **2.** This endorsement applies to the Declarations from **01-01-12** to **01-01-13** 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

   **3.** Definition of Premium Base (Bases):

     **SEE SCHEDULE**

   **4.** Exceptions (if any) to compositing of premium calculation:

   **5.** Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| **SEE SCHEDULE** | |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| **SEE SCHEDULE** | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**B. PROVISIONS**

   **1.** Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

   **2.** The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

   **3.** The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

**IL T3 02 07 86** (Rev. 12-08)                                        Page 1 of 1

CONFIDENTIAL
TRAV_001204

POLICY NUMBER: `Y-630-329D1683-TIL-12`                    GENERAL PURPOSE ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

THE BROADBENT COMPANY, INC.
ALL PROPERTY SERVICES, INC.
THE SKINNER & BROADBENT COMPANY, INC.
S & B CONSTRUCTION CO., LLC
S & B CONSTRUCTION COMPANY, INC.
BROAD HOLDINGS, INC.
BROADBENT INVESTMENTS, INC.
THE BROADBENT CONSTRUCTION COMPANY, INC.
THE BROADBENT BUILDING, LP
CAPITOL SELF STORAGE
CASTLETON PLACE, LP
CASTLETON PLACE INVESTMENTS, LLC
CASTLETON PLACE MANAGEMENT, INC.
CASTLETON PLAZA, LP
CASTLETON PLAZA MANAGEMENT, INC.
CASTLETON PLAZA ASSOCIATES "MARS PLAZA"
CASTLETON POINT, LP
CASTLETON POINT ASSOCIATES
CASTLETON POINT MANAGEMENT, INC.
CASTLETON SHOPPES, LP
CASTLETON SHOPPES ASSOCIATES
CASTLETON SHOPPES INVESTMENTS, LLC
CASTLETON SHOPPES MANAGEMENT, INC.
CASTLETON VILLAGE, LP
CASTLETON VILLAGE MANAGEMENT, INC.
CASTLETON VILLAGE INVESTMENTS, LLC
CLEARWATER CROSSING, LP
CLEARWATER CROSSING MANAGEMENT, INC.
CLEARWATER SHOPPES, LP
CLEARWATER SHOPPES MANAGEMENT, INC.
CLEARWATER VILLAGE, LP
CLEARWATER VILLAGE MANAGEMENT, INC.
CLEARWATER VILLAGE TRUST
CLEARWATER VILLAGE ASSOCIATES, INC.
COLISEUM SHOPPES ASSOCIATES
COLISEUM SHOPPES INVESTMENTS, LLC
COLISEUM SHOPPES, LP
COLISEUM SHOPPES MANAGEMENT, INC.
CONSTRUCTION VENTURES, INC.
CROSSING LAND CORPORATION
CROSSING REALTY, LP
CROSSING REALTY MANAGEMENT, INC.
CROSSING REALTY INVESTMENTS, LLC
DELAWARE PROPERTIES
EAST PARIS SHOPPES, LP
EAST PARIS SHOPPES MANAGEMENT, INC.
EAST PARIS SHOPPES INVESTMENTS, LLC
EVANSVILLE ASSOCIATES, LP
EVANSVILLE ASSOCIATES MANAGEMENT, INC.
FASHION MALL COMMMONS I, LP
FASHION MALL COMMONS I INVESTMENTS, LLC
FASHION MALL COMMONS II, LLC

IL T8 00                                        Page    1

CONFIDENTIAL                                        TRAV_001205

POLICY NUMBER: `Y-630-329D1683-TIL-12`          GENERAL PURPOSE ENDORSEMENT

```
FASHION MALL COMMONS, III, LP
FASHION MALL COMMONS I MANAGEMENT, INC.
FASHION MALL COMMONS III MANAGEMENT, INC.
FISHERS TOWN CENTER, LP
FISHERS TOWN CENTER MANAGEMENT, INC.
FISHERS TOWN CENTER INVESTMENTS, LLC
GEORGETOWN PLAZA, LP
GEORGETOWN PLAZA MANAGEMENT, INC.
GREENWOOD PLACE ASSOCIATES
GREENWOOD PLACE, LP
GREENWOOD PLACE INVESTMENTS, LLC
GREENWOOD PLACE MANAGEMENT, INC.
GREENWOOD PLACE OUTLOT WEST 1, LP
GPL OUTLOT WEST I MANAGEMENT, INC
GPL OUTLOT WEST I INVESTMENTS, LLC
GPL OUTLOT SOUTHWEST I, LP
GREENWOOD POINT ASSOCIATES
GREENWOOD POINT, LP
GREENWOOD POINT MANAGEMENT, INC.
GREENWOOD ASSOCIATES
GREENWOOD SHOPPES, LP
GREENWOOD SHOPPES MANAGEMENT, INC.
GREYHOUND PLAZA ASSOCIATES, LP
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, INC.
HUNNINGTON PLACE ASSOCIATES
HUNNINGTON PLACE, LP
HUNNINGTON PLACE MANAGEMENT,INC.
THE LP OUTLOT TRUST
LAFAYETTE PLACE ASSOCIATES (CENTER SOLD)
LAFAYETTE PLACE, LP (CENTER SOLD) GPB REALTY, LP
GPB REALTY MANAGEMENT, INC.
GEORGE P. BROADBENT
GPB DBA CASTLETON VILLAGE ASSOCIATES
GPB DBA EAST PARIS SHOPPES
GPB DBA LAFAYETTE VILLAGE ASSOCIATES
LAFAYETTE PLACE MANAGEMENT, INC.
LAFAYETTE PLAZA ASSOCIATES
LAFAYETTE ASSOCIATES
LAFAYETTE SHOPPES, LP
LAFAYETTE SHOPPES MANAGEMENT, INC.
LAFAYETTE VILLAGE ASSOCIATES DBA FISHERS TOWN CENTER
MITTHOEFER REALTY CO., LLC
NORTH WILLOW, LP DBA NORTH WILLOW COMMONS ASSOCIATES
NORTH WILLOW, INC.
PROJECT EQUITIES CORPORATION
RRW OUTLOTS, LP
RRW OUTLOTS MANAGEMENT, INC.
RACEWAY CROSSSING, LP
RACEWAY CROSSING MANAGEMENT, INC.
RACEWAY CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING, LP
RIVER RIDGE CROSSING INVESTMENTS, LLC
RIVER RIDGE CROSSING MANAGEMENT, INC.
RIVER RIDGE CROSSING OUTLOTS, LP
RIVER RIDGE WEST ASSOCIATES, INC.
```

IL T8 00                                          Page    2

CONFIDENTIAL                                       TRAV_001206

POLICY NUMBER: Y-630-329D1683-TIL-12                GENERAL PURPOSE ENDORSEMENT

```
RIVER RIDGE WEST INVESTMENTS, LLC
RIVER RIDGE CROSSING WEST MANAGEMENT, INC.
RIVER RIDGE CROSSING WEST, LP
LAFAYETTE PLACE, LP (CENTER SOLD)
RIVER RIDGE CROSSING WEST INVESTMENTS, LLC
ROBERT N. SKINNER
S & B REALTY, LP
S & B REALTY MANAGEMENT, INC.
SKINNER & BROADBENT FINANCIAL SERVICES, INC.
TBB OFFICE LEASE, LLC
THE SHOPPES, LP
THE SHOPPES MANAGEMENT, INC.
THE SHOPPES OUTLOT, LP
THE SHOPPES OUTLOT MANAGEMENT, INC.
THE S & B FEE MANAGEMENT COMPANY, INC.
THE SKINNER & BROADBENT MANAGEMENT COMPANY, INC.
VILLAGE AT TIME CORNERS ASSOCIATES
VILLAGE AT TIME CORNERS, LP
VILLAGE AT TIME CORNERS MANAGEMENT, INC.
WASHINGTON CORNER, LP
WASHINGTON CORNER INVESTMENTS, LLC
WASHINGTON CORNER MANAGEMENT, INC.
WASHINGTON PLACE, LP
WASHINGTON PLACE MANAGEMENT, INC.
WASHINGTON SHOPPES, LP
WASHINGTON SHOPPES INVESTMENTS, LLC
WASHINGTON SHOPPES MANAGEMENT, INC.
WEST WASHINGTON, LP
WEST WASHINGTON MANAGEMENT, INC.
WEST WASHINGTON PARKING, INC. DBA PRIORITY AIRPORT PARKING
WHITE RIVER INVESTMENTS, LP
WHITE RIVER INVESTMENTS MANAGEMENT, INC.
201 N. ILLINOIS CORPORATION
141ST STREET SHOPPES, LP
141ST STREET SHOPPES MANAGEMENT, INC.
141ST STREET SHOPPES INVESTMENTS, LLC
141ST STREET OUTLOTS, LP
141ST STREET OUTLOTS MANAGEMENT, INC.
141ST STREET OUTLOTS INVESTMENTS, LLC
THE BROADBENT DEVELOPMENT CO., INC. AN INDIANA CORPORATION
FISHERS TOWN COMMONS, LP
FISHERS TOWN COMMONS MANAGEMENT, INC.
FISHERS TOWN COMMONS INVESTMENTS, LLC
GREENWOOD PLACE PHASE II, LP
GREENWOOD PLACE PHASE II MANAGEMENT, INC.
GREENWOOD PLACE PHASE II INVESTMENTS, LLC
PLAINFIELD VILLAGE, LP
PLAINFIELD VILLAGE MANAGEMENT, INC.
GPL OUTLOTS, LP
GPL OUTLOTS MANAGEMENT, INC.
```

IL T8 00                                                        Page        3

CONFIDENTIAL                                                                    TRAV_001207

POLICY NUMBER: **Y-630-329D1683-TIL-12**                    GENERAL PURPOSE ENDORSEMENT

```
GPL OUTLOTS INVESTMENTS, LLC
GPL OUTLOTS WEST 1, LP
FLEMING ISLAND SHOPPES, LP
S & B CONSTRUCTION FOR ONLY BUSINESS PERSONAL PROPERTY, BUSINESS INCOME,
EDP, AND EBL.
PLAINFIELD VILLAGE INVESTMENTS, LLC.
```

**IL T8 00**                                              Page     **4**

CONFIDENTIAL                                              TRAV_001208

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_001304

# GENERAL LIABILITY

CONFIDENTIAL



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL GENERAL LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-329D1683-TIL-12
**ISSUE DATE:** 01-18-12

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-12 to 01-01-13 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

| COMMERCIAL GENERAL LIABILITY COVERAGE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage To Premises Rented To You Limit (any one premises) | $ 100,000 |
| Medical Expense Limit (any one person) | $ 5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                                    Page 1 of 1

PRODUCER: BROWN & BROWN OF IN INC          CK418      OFFICE: SP-INDIANAPOLIS      06G

CONFIDENTIAL                                                    TRAV_001306

**DECLARATIONS PREMIUM SCHEDULE**          POLICY NUMBER: `Y-630-329D1683-TIL-12`

This Schedule applies to the Declarations for the period of   `01-01-12`   to   `01-01-13`

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | LOB | | | $250 | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000    COMBINED | S | | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE MANAGED | | | | |
| | | 65534    COMBINED | A | | | |
| | | GENERAL LIABILITY COMPOSITE- SERVICES | | | | |
| | | 70050    COMBINED | P | | | |
| | | GENERAL LIABILITY COMPOSITE- REAL ESTATE PROPERTIES | | | | |
| | | 65000    COMBINED EACH | T ACRE | | | |

18/ 20  BOATS - MOTOR OR SAIL - NOT FOR RENT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.

| 045 | | 40115 EACH | PREM/OPS | T BOAT | | |
|---|---|---|---|---|---|---|
| | | 00000 | KY TAX | | | |
| | | COVERAGE PART TOTAL | | | | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

**CG T0 07 09 87**                                PAGE    1  (END)

CONFIDENTIAL                                                        TRAV_001307

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT  –  means CLASS DESCRIPTION

LOC/BLDG NO.  –  means LOCATION/BUILDING NUMBER

OPN NO.  –  means OPERATION NUMBER

PREM/OPS  –  means PREMISES/OPERATIONS

PROD/C-OPS  –  means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\*    Premium base t applies for a number of rarely used premium bases.
The specific base and how rates apply are shown with the Class Description
on the DECLARATIONS-PREMIUM SCHEDULE.

**CG T0 08 11 03**                  Copyright, The Travelers Indemnity Company, 2003                  Page 1 of 1

CONFIDENTIAL                                                                                     TRAV_001308

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY
# COVERAGE FORM
# CG 00 01 10 01

SECTION I—COVERAGES

Beginning on Page

Coverage A -
  Bodily Injury and Property          Insuring Agreement ............................................................1
  Damage Liability

                                      Exclusions ........................................................................2

Coverage B -
  Personal and Advertising            Insuring Agreement ............................................................5
  Injury Liability

                                      Exclusions ........................................................................5

Coverage C -
  Medical Payments                    Insuring Agreement ............................................................7

                                      Exclusions ........................................................................7

  Supplementary Payments ..................................................................................... 7

SECTION II—WHO IS AN INSURED ...........................................................................8

SECTION III—LIMITS OF INSURANCE ....................................................................10

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS .........................10

  Bankruptcy .............................................................................................................10
  Duties in the Event of Occurrence, Claim or Suit .................................................10
  Legal Action Against Us .........................................................................................11
  Other Insurance .....................................................................................................11
  Premium Audit ........................................................................................................12
  Representations ......................................................................................................12
  Separation of Insureds ..........................................................................................12
  Transfer of Rights of Recovery Against Others To Us ...........................................12
  When We Do Not Renew ........................................................................................12

SECTION V—DEFINITIONS .......................................................................................12

CG T0 34 11 03

CONFIDENTIAL

TRAV_001309

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        (2) The "bodily injury" or "property damage" occurs during the policy period; and

        (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

        (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

CONFIDENTIAL

TRAV_001311

COMMERCIAL GENERAL LIABILITY

premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the

"bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

CONFIDENTIAL

TRAV_001312

COMMERCIAL GENERAL LIABILITY

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_001313

COMMERCIAL GENERAL LIABILITY

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**CG 00 01 10 01**                © ISO Properties Inc., 2000                Page 5 of 16

CONFIDENTIAL                TRAV_001314

COMMERCIAL GENERAL LIABILITY

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

to, or assessing the effects of, "pollut-ants".

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

  **a.** We will pay medical expenses as described below for "bodily injury" caused by an acci-dent:

    **(1)** On premises you own or rent;

    **(2)** On ways next to premises you own or rent; or

    **(3)** Because of your operations;

  provided that:

    **(1)** The accident takes place in the "coverage territory" and during the policy period;

    **(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

    **(3)** The injured person submits to examina-tion, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the ap-plicable limit of insurance. We will pay rea-sonable expenses for:

    **(1)** First aid administered at the time of an accident;

    **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic de-vices; and

    **(3)** Necessary ambulance, hospital, profes-sional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

  **a. Any Insured**

    To any insured, except "volunteer work-ers".

  **b. Hired Person**

    To a person hired to do work for or on behalf of any insured or a tenant of any insured.

  **c. Injury On Normally Occupied Premises**

    To a person injured on that part of prem-ises you own or rent that the person nor-mally occupies.

  **d. Workers Compensation And Similar Laws**

    To a person, whether or not an "em-ployee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

  **e. Athletics Activities**

    To a person injured while taking part in athletics.

  **f. Products-Completed Operations Haz-ard**

    Included within the "products-completed operations hazard".

  **g. Coverage A Exclusions**

    Excluded under Coverage **A**.

  **h. War**

    Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investi-gate or settle, or any "suit" against an insured we defend:

  **a.** All expenses we incur.

  **b.** Up to $250 for cost of bail bonds required be-cause of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

  **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

  **d.** All reasonable expenses incurred by the in-sured at our request to assist us in the inves-tigation or defense of the claim or "suit", in-cluding actual loss of earnings up to $250 a day because of time off from work.

  **e.** All costs taxed against the insured in the "suit".

  **f.** Prejudgment interest awarded against the in-sured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment

---

**CG 00 01 10 01**       © ISO Properties Inc., 2000       Page 7 of 16

CONFIDENTIAL

TRAV_001316

COMMERCIAL GENERAL LIABILITY

interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I – Coverage A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© ISO Properties Inc., 2000    **CG 00 01 10 01**

CONFIDENTIAL    TRAV_001317

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insured for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought; or

    c.  Persons or organizations making claims or bringing "suits".

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under Coverage **C**;

    b.  Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c.  Damages under Coverage **B**.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4.  Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5.  Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a.  Damages under Coverage **A**; and

    b.  Medical expenses under Coverage **C**

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6.  Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7.  Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1.  **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.  **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a.  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        (1) How, when and where the "occurrence" or offense took place;

        (2) The names and addresses of any injured persons and witnesses; and

        (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b.  If a claim is made or "suit" is brought against any insured, you must:

        (1) Immediately record the specifics of the claim or "suit" and the date received; and

        (2) Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c.  You and any other involved insured must:

        (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        (2) Authorize us to obtain records and other information;

        (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        (4) Assist us, upon our request, in the enforcement of any right against any person

© ISO Properties Inc., 2000          **CG 00 01 10 01**

CONFIDENTIAL

or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contrib-

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

ute by limits. Under this method, each in-surer's share is based on the ratio of its appli-cable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Cover-age Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as ad-vance premium is a deposit premium only. At the close of each audit period we will com-pute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premi-ums is the date shown as the due date on the bill. If the sum of the advance and audit pre-miums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium compu-tation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accu-rate and complete;

**b.** Those statements are based upon represen-tations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Oth-ers To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The in-sured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expi-ration date.

If notice is mailed, proof of mailing will be suffi-cient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific mar-ket segments about your goods, products or ser-vices for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or ser-vices for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, in-cluding any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communica-tion

© ISO Properties Inc., 2000

**CG 00 01 10 01**

CONFIDENTIAL

TRAV_001321

COMMERCIAL GENERAL LIABILITY

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

   **(a)** When all of the work called for in your contract has been completed.

   **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   **(c)** When that part of the work done at a job site has been put to its intended

CONFIDENTIAL

TRAV_001323

COMMERCIAL GENERAL LIABILITY

use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured

must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

   **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

     **(a)** You;

     **(b)** Others trading under your name; or

     **(c)** A person or organization whose business or assets you have acquired; and

   **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

   **(1)** Work or operations performed by you or on your behalf; and

   **(2)** Materials, parts or equipment furnished in connection with such work or operations.

CONFIDENTIAL

TRAV_001324

COMMERCIAL GENERAL LIABILITY

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

     **(2)** The providing of or failure to provide warnings or instructions.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **f.(2) Pollution**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

>COMMERCIAL GENERAL LIABILITY COVERAGE PART
>LIQUOR LIABILITY COVERAGE PART
>OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
>POLLUTION LIABILITY COVERAGE PART
>PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
>RAILROAD PROTECTIVE LIABILITY COVERAGE PART
>UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursu-

ant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**CG 21 70 01 08**                    © ISO Properties, Inc., 2007                    Page 1 of 1

CONFIDENTIAL                                                                     TRAV_001327

POLICY NUMBER: `Y-630-329D1683-TIL-12`

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: `01-18-12`

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description of Watercraft:**

`"SMALL ROWBOAT"`

**Additional Premium:**

`$ INCL`

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft owned or used by or rented to the insured shown in the Schedule.

2. WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization legally responsible for the use of any such watercraft you own, provided the actual use is with your permission.

**CG 24 12 11 85**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), Paragraph **4.** (**Other Insurance**), is amended as follows:

1. The following is added to Paragraph **a. Primary Insurance:**

   However, if you specifically agree in a written contract or written agreement that the insurance provided to an additional insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

   **a.** The "bodily injury" or "property damage" for which coverage is sought occurs; and

   **b.** The "personal injury" or "advertising injury" for which coverage is sought arises out of an offense committed

   subsequent to the signing and execution of that contract or agreement by you.

2. The first Subparagraph **(2)** of Paragraph **b. Excess Insurance** regarding any other primary insurance available to you is deleted.

3. The following is added to Paragraph **b. Excess Insurance**, as an additional subparagraph under Subparagraph **(1)**:

   That is available to the insured when the insured is added as an additional insured under any other policy, including any umbrella or excess policy.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**      Copyright, Travelers Indemnity Company, 1997      Page 1 of 1

CONFIDENTIAL      TRAV_001330

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **o. Personal And Advertising Injury**, Part **2. Exclusions** of SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted and replaced by the following:

**o. Personal Injury, Advertising Injury and Web Site Injury**

"Bodily injury" arising out of "personal injury", "advertising injury" or "web site injury".

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

**1. Insuring Agreement.**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

**(3)** "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

but only if the offense was committed in the "coverage territory" during the policy period.

With respect to subparagraph **b. (1)** above, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**2. Exclusions.**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal injury", "advertising injury" or "web site injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury", "advertising injury" or "web site injury".

**b. Material Published With Knowledge Of Falsity**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**c. Material Published Prior To Policy Period**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal injury", "advertising injury" or "web site injury" arising out of a criminal act committed by or with the consent of the insured.

**e. Contractual Liability**

"Personal injury", "advertising injury" or "web site injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(1)** "Personal injury" liability assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "personal injury" provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged; or

**(2)** "Personal injury", "advertising injury" or "web site injury" that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Advertising injury" or "web site injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" or "web site injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in the course of advertising your goods, products or services.

**h. Wrong Description Of Prices**

"Advertising injury" or "web site injury" arising out of the wrong description of the price of goods, products or services.

**i. Insureds In Media And Internet Type Businesses**

"Personal injury", "advertising injury" or "web site injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.**, **b.** and **c.** of the "personal injury" definition under **SECTION V – DEFINITIONS** of this endorsement.

For the purposes of this exclusion, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**j. Electronic Chatrooms Or Bulletin Boards**

"Personal injury", "advertising injury" or "web site injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal injury", "advertising injury" or "web site injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar activities that mislead another's potential customers.

**l. Pollution**

"Personal injury", "advertising injury" or "web site injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

CONFIDENTIAL

TRAV_001332

COMMERCIAL GENERAL LIABILITY

**m. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**n. Dishonest, Fraudulent Or Malicious Acts**

"Web site injury" arising out of dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others.

**o. Web Site Intellectual Property**

"Web site injury" committed by any insured whose business is providing access to intellectual property of others via "your web site".

**p. Employment-Related Practices**

"Web site injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **p.(1)(a)(b)** or **(c)** above is directed.

This exclusion applies:

**(i)** Whether the insured may be held liable as an employer or in any other capacity; and

**(ii)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** (Section I – Coverages) is amended as follows:

**1.** Paragraph **2.d.** is deleted and replaced by the following:

**d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**2.** The third sentence of Paragraph **2.** is deleted and replaced by the following:

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability and Paragraph **2.e.(1)** of Section I – Coverage **B** – Personal Injury, Advertising Injury And Web Site Injury Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage", or damages for "personal injury", and will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

The introductory sentence of paragraph **2. a. (1)** Section **II** – Who Is An Insured is deleted and replaced by the following:

**2. a. (1)** "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph **4. c.**, is deleted and replaced by the following:

**4. c.** Coverage **B** does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

**SECTION III – LIMITS OF INSURANCE**

**SECTION III – Limits Of Insurance, paragraph 4**, is deleted and replaced by the following:

**4.** Subject to **2.** above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

---

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

## SECTION V – DEFINITIONS

### ADVERTISEMENT

The definition of **"Advertisement" (SECTION V – DEFINITIONS)** is deleted in its entirety.

### COVERAGE TERRITORY

The definition of **"Coverage Territory" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in **a.** above;

   **(2)** The activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business; or

   **(3)** "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

### INSURED CONTRACT

The first paragraph of part **f.** of the definition of **"Insured Contract" (SECTION V – DEFINITIONS)** is deleted and replaced by the following:

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

### PERSONAL AND ADVERTISING INJURY

The definition of **"Personal and advertising injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following definitions of "advertising injury" and "personal injury":

"Advertising injury" means injury, arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

**e.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life.

### SUIT

The definition of **"Suit" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to

---

    Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    **CG D2 34 01 05**

CONFIDENTIAL    TRAV_001334

which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

**WEB SITE INJURY**

"Web site injury" means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life;

**c.** Oral, written or electronic publication of material that violates a person's right of publicity, provided that claim is made or "suit" is brought by the person claiming rights of publicity; or

**d.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

**YOUR WEB SITE**

"Your web site" means all computer files and data which may be accessed via the Internet using a Universal Resource Locator that includes any domain name owned by or assigned to you.

**CG D2 34 01 05**     Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.     Page 5 of 5

CONFIDENTIAL

TRAV_001335

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# BLANKET ADDITIONAL INSURED (CONTRACTORS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** WHO IS AN INSURED – (Section II) is amended to include any person or organization that you agree in a "written contract requiring insurance" to include as an additional insured on this Coverage Part, but:

  **a)** Only with respect to liability for "bodily injury", "property damage" or "personal injury"; and

  **b)** If, and only to the extent that, the injury or damage is caused by acts or omissions of you or your subcontractor in the performance of "your work" to which the "written contract requiring insurance" applies. The person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization.

**2.** The insurance provided to the additional insured by this endorsement is limited as follows:

  **a)** In the event that the Limits of Insurance of this Coverage Part shown in the Declarations exceed the limits of liability required by the "written contract requiring insurance", the insurance provided to the additional insured shall be limited to the limits of liability required by that "written contract requiring insurance". This endorsement shall not increase the limits of insurance described in Section III – Limits Of Insurance.

  **b)** The insurance provided to the additional insured does not apply to "bodily injury", "property damage" or "personal injury" arising out of the rendering of, or failure to render, any professional architectural, engineering or surveying services, including:

    **i.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders or change orders, or the preparing, approving, or failing to prepare or approve, drawings and specifications; and

    **ii.** Supervisory, inspection, architectural or engineering activities.

  **c)** The insurance provided to the additional insured does not apply to "bodily injury" or "property damage" caused by "your work" and included in the "products-completed operations hazard" unless the "written contract requiring insurance" specifically requires you to provide such coverage for that additional insured, and then the insurance provided to the additional insured applies only to such "bodily injury" or "property damage" that occurs before the end of the period of time for which the "written contract requiring insurance" requires you to provide such coverage or the end of the policy period, whichever is earlier.

**3.** The insurance provided to the additional insured by this endorsement is excess over any valid and collectible "other insurance", whether primary, excess, contingent or on any other basis, that is available to the additional insured for a loss we cover under this endorsement. However, if the "written contract requiring insurance" specifically requires that this insurance apply on a primary basis or a primary and non-contributory basis, this insurance is primary to "other insurance" available to the additional insured which covers that person or organization as a named insured for such loss, and we will not share with that "other insurance". But the insurance provided to the additional insured by this endorsement still is excess over any valid and collectible "other insurance", whether primary, excess, contingent or on any other basis, that is available to the additional insured when that person or organization is an additional insured under such "other insurance".

**4.** As a condition of coverage provided to the additional insured by this endorsement:

  **a)** The additional insured must give us written notice as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, such notice should include:

**CG D2 46 08 05**      © 2005 The St. Paul Travelers Companies, Inc.      Page 1 of 2

CONFIDENTIAL

TRAV_001336

COMMERCIAL GENERAL LIABILITY

    **i.** How, when and where the "occurrence" or offense took place;

    **ii.** The names and addresses of any injured persons and witnesses; and

    **iii.** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b)** If a claim is made or "suit" is brought against the additional insured, the additional insured must:

    **i.** Immediately record the specifics of the claim or "suit" and the date received; and

    **ii.** Notify us as soon as practicable.

    The additional insured must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c)** The additional insured must immediately send us copies of all legal papers received in connection with the claim or "suit", cooperate with us in the investigation or settlement of the claim or defense against the "suit", and otherwise comply with all policy conditions.

**d)** The additional insured must tender the defense and indemnity of any claim or "suit" to any provider of "other insurance" which would cover the additional insured for a loss we cover under this endorsement. However, this condition does not affect whether the insurance provided to the additional insured by this endorsement is primary to "other insurance" available to the additional insured which covers that person or organization as a named insured as described in paragraph **3.** above.

**5.** The following definition is added to SECTION V. – DEFINITIONS:

    "Written contract requiring insurance" means that part of any written contract or agreement under which you are required to include a person or organization as an additional insured on this Coverage Part, provided that the "bodily injury" and "property damage" occurs and the "personal injury" is caused by an offense committed:

    **a.** After the signing and execution of the contract or agreement by you;

    **b.** While that part of the contract or agreement is in effect; and

    **c.** Before the end of the policy period.

    © 2005 The St. Paul Travelers Companies, Inc.    **CG D2 46 08 05**

TRAVELERS DOC MGMT Page 146 of 521

CONFIDENTIAL    TRAV_001337

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION – COOLING, DEHUMIDIFYING AND WATER HEATING EQUIPMENT EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following replaces Paragraph **(1)(a)(i)** of Exclusion **f.**, **Pollution**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**CG D4 13 04 08**    © 2008 The Travelers Companies, Inc.    Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_001338

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTERNATIONAL XTEND ENDORSEMENT FOR SERVICE INDUSTRIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A. Broadened Named Insured

B. Blanket Additional Insured – Broad Form Vendors

C. Limited Worldwide Liability Coverage – Indemnity Basis

D. Damage To Premises Rented To You
   - Perils of fire, explosion, lightning, smoke, water
   - Limit increased to $300,000

E. Blanket Waiver of Subrogation

F. Blanket Additional Insured – Owners, Managers or Lessors of Premises

G. Blanket Additional Insured – Lessors of Leased Equipment

H. Incidental Medical Malpractice

I. Personal Injury – Assumed by Contract

J. Amended Bodily Injury Definition

K. Bodily Injury to Co-Employees and Co-Volunteer Workers

L. Aircraft Chartered with Crew

M. Non-Owned Watercraft – Increased from 25 feet to 50 feet

N. Increased Supplementary Payments
   - Cost of bail bonds increased to $2,500
   - Loss of earnings increased to $500 per day

O. Knowledge and Notice of Occurrence or Offense

P. Unintentional Omission

Q. Reasonable Force – Bodily Injury or Property Damage

R. Transportation Expenses For Repatriation or Relocation of Injured Or Sick Employees

**PROVISIONS**

**A. BROADENED NAMED INSURED**

1. The following is added to **SECTION II – WHO IS AN INSURED**:

   Any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy qualifies as a Named Insured. However, coverage for any such organization will cease as of the date during the policy period that you no longer maintain ownership of, or majority interest in, such organization.

2. The following replaces Paragraph **4.a.** of **SECTION II – WHO IS AN INSURED**:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

**B. BLANKET ADDITIONAL INSURED – BROAD FORM VENDORS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a vendor and that you have agreed in a written contract or

CG D4 67 12 08

© 2008 The Travelers Companies, Inc.

Page 1 of 9

CONFIDENTIAL

TRAV_001339

COMMERCIAL GENERAL LIABILITY

agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury" or "property damage" that:

**a.** Is caused by an "occurrence" that takes place after you have signed and executed that contract or agreement; and

**b.** Arises out of "your products" which are distributed or sold in the regular course of such vendor's business.

The insurance provided to such vendor is subject to the following provisions:

**a.** The limits of insurance provided to such vendor will be the limits which you agreed to provide in the written contract or agreement, or the limits shown in the Declarations of this Coverage Part, whichever are less.

**b.** The insurance provided to such vendor does not apply to:

**(1)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**(2)** Any express warranty unauthorized by you;

**(3)** Any physical or chemical change in "your products" made intentionally by such vendor;

**(4)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(5)** Any failure to make such inspections, adjustments, tests or servicing as vendors agree to perform or normally undertake to perform in the regular course of business, in connection with the distribution or sale of "your products";

**(6)** Demonstration, installation, servicing or repair operations, except such operations performed at such vendor's premises in connection with the sale of "your products"; or

**(7)** "Your products" which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or in-

gredient of any other thing or substance by or for such vendor.

Coverage under this provision does not apply to:

**a.** Any person or organization from whom you have acquired "your products", or any ingredient, part or container entering into, accompanying or containing such products; or

**b.** Any vendor for which coverage as an additional insured specifically is scheduled by endorsement.

**C. LIMITED WORLDWIDE LIABILITY COVERAGE – INDEMNITY BASIS**

**1.** The following replaces the definition of "coverage territory" in the **DEFINITIONS** Section:

"Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place; or

**(2)** The "personal injury" or "advertising injury" is caused by an offense committed;

in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world except the "prohibited area", but only if the injury or damage arises out of:

**(1)** Goods or products made, sold, handled or distributed by you, or services provided by you to your customers or clients, in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal injury" or "advertising injury" offenses committed through the Internet or similar electronic means of communication;

provided that the insured's responsibility to pay damages is determined in a "suit" on the merits brought anywhere in the world except

© 2008 The Travelers Companies, Inc.

**CG D4 67 12 08**

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

the "prohibited area", or in a settlement we agree to.

With respect to "occurrences" that take place, or "personal injury" or "advertising injury" offenses committed within the territory described in Paragraph **c.** above, the following conditions apply:

**(i)** This insurance is excess over any valid and collectible other insurance available to the insured, whether primary, excess, contingent or on any other basis.

**(ii)** This insurance is not a substitute for "compulsory admitted insurance" in any country or jurisdiction included in Paragraph **c.** above, regardless of whether this insurance would qualify as "compulsory admitted insurance" in such country or jurisdiction or is accepted by the appropriate authorities as proof of "compulsory admitted insurance".

You agree to maintain "compulsory admitted insurance" at the limits required by law. Your failure to do so will not invalidate the coverage provided for such "occurrences" or offenses, but we will only be liable to the same extent we would have been liable had you maintained "compulsory admitted insurance".

For purposes of this Paragraph **(ii)**, "compulsory admitted insurance" means insurance that is:

**(1)** Required to be in-force to satisfy the legal requirements of a specific country or jurisdiction; and

**(2)** Issued by an insurance fund administered by such country or jurisdiction or issued by an insurer licensed or permitted by law to do business in such country or jurisdiction.

**(iii)** With respect to defending the insured against, or the investigation or settlement of, any claim or "suit" brought against the insured, the following will apply:

**(1)** The phrase "We will pay....." in the first sentence of Paragraph **1.a.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Paragraph **1.a.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING**

**INJURY LIABILITY** is replaced by the phrase "We will indemnify the insured for....".

**(2)** You must arrange to defend the insured against, and investigate or settle, any claim or "suit".

**(3)** Neither you nor any other involved insured will make any settlement without our consent.

**(4)** We will pay expenses incurred with our consent for your defense of the insured against any "suit" seeking damages for "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies.

**(5)** We may, at our discretion, participate in defending the insured against, or in the settlement of, any claim or "suit".

**2.** The following is added to the **DEFINITIONS** Section:

"Prohibited area" means any country or jurisdiction while any trade sanction, embargo, or similar regulation imposed by the United States of America applies to and prohibits the transaction of business with or within such country or jurisdiction.

**D. DAMAGE TO PREMISES RENTED TO YOU**

**1.** The following replaces the last paragraph of Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

A separate limit of insurance applies to such damage to premises as described in Paragraph **6.** of Section III – Limits Of Insurance.

This insurance does not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**CG D4 67 12 08**                    © 2008 The Travelers Companies, Inc.                    Page 3 of 9

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**a.** Rupture, bursting, or operation of pressure relief devices;

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

**c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**2.** The following replaces Paragraph **6.** of **SECTION III – LIMITS OF INSURANCE**:

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; or water. The Damage To Premises Rented To You Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; water; or any combination of any of these.

The Damage To Premises Rented To You Limit will be the higher of:

**a.** $300,000; or

**b.** The amount shown on the Declarations of this Coverage Part for Damage To Premises Rented To You Limit.

**4.** The following replaces Paragraph **a.** of the definition of "insured contract" in the **DEFINITIONS** Section:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**(1)** Fire;

**(2)** Explosion;

**(3)** Lightning;

**(4)** Smoke resulting from such fire, explosion, or lightning; or

**(5)** Water.

is not an "insured contract";

**5.** The following replaces Paragraph **4.b.(1)(b)** of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**(b)** That is insurance for premises rented to you, or temporarily occupied by you with the permission of the owner;

**E. BLANKET WAIVER OF SUBROGATION**

The following is added to Paragraph **8., Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you prior to loss.

**F. BLANKET ADDITIONAL INSURED – OWNERS, MANAGERS OR LESSORS OF PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to name as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

**a.** Is "bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or "advertising injury" caused by an offense that is committed, after you have signed and executed that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

**a.** The limits of insurance provided to such premises owner, manager or lessor will be the limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations of this Coverage Part, whichever are less.

**b.** The insurance provided to such premises owner, manager or lessor does not apply to:

CONFIDENTIAL
TRAV_001342

COMMERCIAL GENERAL LIABILITY

**(1)** "Bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or "advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**c.** The insurance provided to such premises owner, manager or lessor is excess over any valid and collectible other insurance available to such premises owner, manager or lessor, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**G. BLANKET ADDITIONAL INSURED – LESSORS OF LEASED EQUIPMENT**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

**a.** Is "bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or "advertising injury" caused by an offense that is committed, after you have signed and executed that contract or agreement; and

**b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use by you of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

**a.** The limits of insurance provided to such equipment lessor will be the limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations of this Coverage Part, whichever are less.

**b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" caused by an "occurrence" that takes place, or "personal injury" or

"advertising injury" caused by an offense that is committed, after the equipment lease expires.

**c.** The insurance provided to such equipment lessor is excess over any valid and collectible other insurance available to such equipment lessor, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**H. INCIDENTAL MEDICAL MALPRACTICE**

**1.** The following is added to the definition of "occurrence" in the **DEFINITIONS** Section:

Unless you are in the business or occupation of providing professional health care services, "occurrence" also means an act or omission committed in providing or failing to provide "incidental medical services" to a person.

**2.** The following is added to the **DEFINITIONS** Section:

"Incidental medical services" means:

**a.** Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

**b.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances;

**c.** First aid; or

**d.** "Good Samaritan services".

"Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

**3.** The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to any "bodily injury" arising out of any providing or failing to provide "incidental medical services" by any of your "employees", other than an employed doctor. Any such "employees" providing or failing to provide "incidental medical services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**4.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COV-**

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**ERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Sale Of Pharmaceuticals**

"Bodily injury" or "property damage" arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

5. The following is added to Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE**:

For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in the providing or failing to provide "incidental medical services" to any one person will be considered one "occurrence".

6. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" to any person to the extent not subject to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**.

I. **PERSONAL INJURY – ASSUMED BY CONTRACT**

1. The following replaces Exclusion **e.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**e. Contractual Liability**

"Personal injury" or "advertising injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to:

(1) Liability for damages that the insured would have in the absence of the contract or agreement; or

(2) Liability for damages because of "personal injury" assumed in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense com-

mitted subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the third sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverage **B** – Personal and Advertising Injury Liability, such payments will not be deemed to be damages because of "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

3. The following replaces Paragraph **2.d.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

d. The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

4. The following replaces the first subparagraph of Paragraph **f.** of the definition of "insured contract" in the **DEFINITIONS** Section:

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury," "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that

CONFIDENTIAL                                                                TRAV_001344

COMMERCIAL GENERAL LIABILITY

would be imposed by law in the absence of any contract or agreement.

**J. EXTENSION OF COVERAGE – BODILY INJURY**

The following replaces the definition of "bodily injury" in the **DEFINITIONS** Section:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

**K. BODILY INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Paragraph **(1)(a)** above does not apply to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you or performing duties related to the conduct of your business, or to "bodily injury" to your other "volunteer workers" while performing duties related to the conduct of your business.

**L. AIRCRAFT CHARTERED WITH CREW**

The following is added to Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This exclusion does not apply to an aircraft that is:

**(a)** Chartered with crew to any insured;

**(b)** Not owned by any insured; and

**(c)** Not being used to carry any person or property for a charge.

**M. NON-OWNED WATERCRAFT**

**1.** The following replaces Paragraph **(2)** of Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**(2)** A watercraft you do not own that is:

**(a)** Fifty feet long or less; and

**(b)** Not being used to carry any person or property for a charge.

**2.** The following is added to Paragraph **2.** of **SECTION II – WHO IS AN INSURED**:

Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

**(1)** Fifty feet long or less; and

**(2)** Not being used to carry any person or property for a charge.

**N. INCREASED SUPPLEMENTARY PAYMENTS**

**1.** The following replaces Paragraph **1.b.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

**b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** The following replaces Paragraph **1.d.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**O. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE**

The following is added to Paragraph **2.**, **Duties In The Event of Occurrence, Offense, Claim or Suit**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**e.** The following provisions apply to Paragraph **a.** above, but only for the purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your trustees who is an individual (if you are a trust), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, limited liability company or trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

CONFIDENTIAL                                                                                                TRAV_001345

COMMERCIAL GENERAL LIABILITY

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** A trustee of any trust; or

**(iv)** An executive officer or director of any other organization;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any "employee" authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraphs **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**P. UNINTENTIONAL OMISSION**

The following is added to Paragraph **6.**, **Representations**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**Q. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE**

The following replaces Exclusion **a.**, **Expected Or Intended Injury**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**a. Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect any person or property.

**R. TRANSPORTATION EXPENSES FOR REPATRIATION OR RELOCATION OF INJURED OR SICK EMPLOYEES**

**1.** The following is added to **SUPPLEMENTARY PAYMENTS – COVERAGE A AND B** of **SECTION I – COVERAGES**:

We will reimburse you for the reasonable "transportation expenses" that you incur, over and above "normal transportation costs", for the repatriation or relocation of any of your injured, diseased, sick or deceased "employees". But only if:

**a.** The injury, disease, sickness, or death occurred during the policy period and while such "employee" was employed or assigned to work by you anywhere in the world other than:

**(1)** The United States of America (including its territories and possessions), Puerto Rico and Canada; and

**(2)** Any country or jurisdiction in the "prohibited area";

**b.** The relocation or repatriation is necessary in the opinion of competent medical authorities; and

**c.** The relocation or repatriation is from the country where the injury, disease, sickness, or death occurred to a destination in another country.

The most we will pay as reasonable "transportation expenses" for the repatriation or relocation of any one of your "employees" is

CONFIDENTIAL

TRAV_001346

COMMERCIAL GENERAL LIABILITY

$25,000. The most we will pay as reasonable "transportation expenses" for the repatriation or relocation of all of your "employees" is $50,000. These payments will not reduce the limits of insurance.

2.  The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

    This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available for the reasonable "transportation expenses" that you incur, over and above "normal transportation costs", for the repatriation or relocation of any of your injured, diseased, sick or deceased "employees".

3.  The following is added to the **DEFINITIONS** section:

    "Normal transportation costs" means the costs of transporting your "employee" in good health, and in conformance with your business travel policy, from the country of injury, disease, sickness, or death to the country of relocation or repatriation.

    "Transportation expenses" includes the following expenses:

    a.  Costs of embalming to meet United States standards; and

    b.  All reasonable expenses of transportation to return the remains of the deceased to the country of burial or funeral.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "property damage" in **SECTION V – DEFINITIONS** is deleted in its entirety and replaced by the following:

"Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

**a.** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**b.** Data stored on such media; or

**c.** Programming records for electronic data processing or electronically controlled equipment.

**CG D2 56 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1

CONFIDENTIAL                                                                    TRAV_001348

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CONFIDENTIAL      TRAV_001349

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" or "website injury" arising out of unsolicited communications by or on behalf of any insured. Unsolicited communications means any form of communication, including but not limited to facsimile, electronic mail, posted mail or telephone, in which the recipient has not specifically requested the communication. Unsolicited communications also include but are not limited to communications which are made or allegedly made in violation of the Telephone Consumer Protection Act and any amendments, and/or local or state statutes that bar, prohibit or penalize such communications.

CONFIDENTIAL                                                                            TRAV_001350

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT REDEFINED EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

A. Exclusion **g.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (Section I – Coverages) is deleted and replaced by the following:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

B. **SECTION V – DEFINITIONS**

The definition of "auto" (paragraph 2.) is deleted and replaced by the following:

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

The definition of "mobile equipment" is deleted and replaced by the following:

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**CG D3 56 01 05**    Copyright, 2005 The St. Paul Travelers Companies, Inc. All rights reserved.    Page 1 of 2

CONFIDENTIAL

TRAV_001351

COMMERCIAL GENERAL LIABILITY

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**C. WHO IS AN INSURED**

Paragraph 3. of SECTION II – Who Is An Insured is deleted.

Copyright, 2005 The St. Paul Travelers Companies, Inc. All rights reserved.
**CG D3 56 01 05**

CONFIDENTIAL

TRAV_001352

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

**CG 22 70 11 85**            Copyright, Insurance Services Office, Inc., 1984            Page 1 of 1

CONFIDENTIAL

TRAV_001353

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. **COVERAGE A – BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY –** is amended by ad-ding the following additional exclusion:

   (This Insurance does not apply to:)

   "Bodily injury" resulting from or as a consequence of discrimination, whether intentional or uninten-tional, based upon a person's sex, sexual prefer-ence, marital status, race, creed, religion, na-tional origin, age, physical capabilities, character-istics or condition, or mental capabilities or con-dition.

2. **COVERAGE B – PERSONAL AND ADVERTIS-ING INJURY LIABILITY –** is amended by adding the following additional exclusion:

   (This insurance does not apply to:)

   "Personal injury" resulting from or as a conse-quence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, charac-teristics or condition, or mental capabilities or condition.

**CG D1 42 01 99**          Copyright, The Travelers Indemnity Company, 1999          Page 1 of 1

CONFIDENTIAL                                                                                         TRAV_001355

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of or in any way related to the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of silica or products or substances containing silica. This includes, but is not limited to:

a. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

This exclusion applies to all such "bodily injury" or "property damage" whether or not the "bodily injury" or "property damage" is included in the "products-completed operations hazard".

**CG D2 40 06 01**          Copyright, The Travelers Indemnity Company, 2001          Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions:**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions:**

This insurance does not apply to:

**War**

"Personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

**CG D2 42 01 02**          Copyright, The Travelers Indemnity Company, 2002          Page 1 of 1

CONFIDENTIAL

TRAV_001357

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

**1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

    **(i)** PERC for a dry cleaning business; or

    **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**CG T4 78 02 90**          Copyright, The Travelers Indemnity Company.          Page 1 of 1

CONFIDENTIAL                                                              TRAV_001359

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN CHANGES

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    ELECTRONIC DATA LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The paragraph relating to prejudgment interest in **Supplementary Payments,** Section **I,** is replaced by the following:

Prejudgment interest awarded against the insured on that part of the judgment we pay.

**B.** With respect to the **Duties** Condition, Section **IV:**

    **1.** Notice given by or on behalf of the insured to our authorized agent, with particulars sufficient to identify the insured, shall be considered notice to us.

    **2.** The last sentence of Paragraph **2.b.** is deleted.

    **3.** The reference to Paragraph **d.** is amended to read Paragraph **e.**

    **4.** The following is added:

        **d.** Failure to give any notice required by this condition within the time period specified shall not invalidate any claim made by you if it shall be shown not to have been reasonably possible to give notice within the prescribed time period and that notice was given as soon as was reasonably possible.

**CG 01 68 10 09**          © Insurance Services Office, Inc., 2009          Page 1 of 1

CONFIDENTIAL

# POLICYHOLDER NOTICES

CONFIDENTIAL

**POLICYHOLDER NOTICES**

CONFIDENTIAL

## NOTICE TO MICHIGAN POLICYHOLDERS

THIS POLICY IS EXEMPT FROM THE FILING REQUIREMENTS OF SECTION 2236 OF THE INSURANCE CODE OF 1956, 1956 PA 218, MCL 500.2236.

**PN T3 54 04 03**                                                                                              Page 1 of 1

CONFIDENTIAL                                                                                              TRAV_001421

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**                                                                                          Page 1 of 1

CONFIDENTIAL

TRAV_001422

POLICY NUMBER: Y-630-329D1683-TIL-12                    ISSUE DATE: 01-18-12

# IMPORTANT NOTICE – DISCLOSURE OF LOCAL GOVERNMENT TAXES – KENTUCKY

In compliance with Kentucky Administrative Regulation 806 KAR 2:092 we are providing the amount of Kentucky local government tax being charged to you and the taxing jurisdiction to which the tax is due. Any applicable collection fee is included in the tax.

| Taxing Jurisdiction | Amount of Local Government Tax |
|---|---|
| LOUISVILLE-JEFFERSON | $      1,286 |

**PN T5 82 03 09**                                          Page  1 of  1

CONFIDENTIAL



# POLICYHOLDER NOTICE—LEAD

Dear Policyholder:

Lead has become a difficult problem for society as a whole and the insurance industry in particular.

As a consequence, we are attaching a lead exclusion to our liability policies based upon age and occupancy of buildings. Your policy contains this exclusion.

If you have questions about your insurance program, please contact your agent or local Company representative.

**PN T1 94 08 94**                                                                                     Page 1 of 1

CONFIDENTIAL                                                                      TRAV_001424

# TRAVELERS↩

## GLOBAL COMPANION℠

Company Name: THE BROADBENT COMPANY, INC.

FrontierMEDEX I.D. #: 314751

Policy Number:  Y-630-329D1683-TIL-12

Policy Term:  01-01-12 to 01-01-13

Notice to cardholders: this card cannot be used as evidence of insurance.

# TRAVELERS↩

## GLOBAL COMPANION℠

Company Name: THE BROADBENT COMPANY, INC.

FrontierMEDEX I.D. #: 314751

Policy Number:  Y-630-329D1683-TIL-12

Policy Term:  01-01-12 to 01-01-13

Notice to cardholders: this card cannot be used as evidence of insurance.

# TRAVELERS↩

## GLOBAL COMPANION℠

Company Name: THE BROADBENT COMPANY, INC.

FrontierMEDEX I.D. #: 314751

Policy Number:  Y-630-329D1683-TIL-12

Policy Term:  01-01-12 to 01-01-13

Notice to cardholders: this card cannot be used as evidence of insurance.

# TRAVELERS↩

## GLOBAL COMPANION℠

Company Name: THE BROADBENT COMPANY, INC.

FrontierMEDEX I.D. #: 314751

Policy Number:  Y-630-329D1683-TIL-12

Policy Term:  01-01-12 to 01-01-13

Notice to cardholders: this card cannot be used as evidence of insurance.

CONFIDENTIAL

TRAV_001425

FrontierMEDEX®

WORLDWIDE
24-HOURS A DAY

When you call FrontierMEDEX, be prepared to give your company name, FrontierMEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330*

OR Toll Free (outside U.S. and Canada): 800-9276-1390*

* **Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code.**

Internet: www.frontiermedex.com

E-mail: operations@frontiermedex.com

FrontierMEDEX®

WORLDWIDE
24-HOURS A DAY

When you call FrontierMEDEX, be prepared to give your company name, FrontierMEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330*

OR Toll Free (outside U.S. and Canada): 800-9276-1390*

* **Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code.**

Internet: www.frontiermedex.com

E-mail: operations@frontiermedex.com

FrontierMEDEX®

WORLDWIDE
24-HOURS A DAY

When you call FrontierMEDEX, be prepared to give your company name, FrontierMEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330*

OR Toll Free (outside U.S. and Canada): 800-9276-1390*

* **Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code.**

Internet: www.frontiermedex.com

E-mail: operations@frontiermedex.com

FrontierMEDEX®

WORLDWIDE
24-HOURS A DAY

When you call FrontierMEDEX, be prepared to give your company name, FrontierMEDEX ID number, Travelers policy number, your name and a description of your problem.

For immediate assistance call:

Toll Free (U.S. and Canada): 800-927-6139

Collect (Worldwide): 410-453-6330*

OR Toll Free (outside U.S. and Canada): 800-9276-1390*

* **Outside the U.S. and Canada, dial the appropriate country's AT&T Access Code .**

Internet: www.frontiermedex.com

E-mail: operations@frontiermedex.com

# IMPORTANT NOTICE – FILING COMPLAINTS WITH THE INDIANA DEPARTMENT OF INSURANCE

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

**Questions regarding your policy or coverage should be directed to:**

> **Travelers**
>
> **(800) 328-2189**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

> State of Indiana Department of Insurance
> Consumer Services Division
> 311 West Washington Street, Suite 300
> Indianapolis, Indiana 46204
> Consumer Hotline: (800) 622-4461; (317) 232-2395
>
> Complaints can be filed electronically at www.in.gov/idoi

CONFIDENTIAL

# IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA POLICYHOLDERS

An extremely important and valuable coverage may be available to you through your insurance company and the Indiana Mine Subsidence Insurance Program. The Indiana Mine Subsidence Insurance Program offers insurance coverage in the following counties:

| | | | | |
|---|---|---|---|---|
| Clay | Greene | Orange | Putnam | Warren |
| Crawford | Knox | Owen | Spencer | Warrick |
| Daviess | Lawrence | Parke | Sullivan | |
| Dubois | Martin | Perry | Vanderburgh | |
| Fountain | Monroe | Pike | Vermillion | |
| Gibson | Montgomery | Posey | Virgo | |

If you have structures in these counties, Mine Subsidence coverage may be added to new or existing policies to protect your structures from damage due to the collapse of abandoned underground coal mines. The collapse of abandoned underground coal mines can cause serious structural damage.  <u>Without this specific coverage, damage caused by Mine Subsidence is not covered by your policy.</u>

Mine Subsidence insurance protects property owners from losses to structures due to the collapse of inactive underground coal mines abandoned before August 3, 1977. The maximum amount of insurance available per structure has been increased from $100,000 to $200,000. The cost of this coverage is relatively low to you. For the full coverage of $200,000, a Commercial policyholder will pay an additional premium of only $179.00 per year.

If you already have this coverage, check with your agent to be sure that you have the appropriate amount of coverage.

Should you have any questions about this coverage or the program in general, you should contact your agent or call the Indiana Mine Subsidence Program at the Indiana Department of Insurance:  1-800-332-4674.

**PN T0 64 11 01**                                                                                                    Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_001428

# GLOBAL EXECUTIVE SUPPORT SERVICE AGREEMENT

This agreement provides global executive support services to your employees who travel outside the United States for your business. There are, of course, limitations and restrictions which apply to this service agreement. As a result, this service agreement should be read carefully to determine the extent of the services provided to you and your employees.

| Table of Contents | Page |
| --- | --- |
| **Medical Assistance Services** | **1** |
| Hospital Admission Deposit | 1 |
| Medical Monitoring | 2 |
| Dispatch Of A Doctor Or Specialist | 2 |
| Medical Emergency Evacuation | 2 |
| Medically Supervised Repatriation | 2 |
| Repatriation Of Mortal Remains | 2 |
| **Personal Assistance Services** | **2** |
| Pre-Trip Medical Referral Information | 2 |
| Emergency Medication | 2 |
| Embassy And Consular Information | 2 |
| Lost Document Assistance | 2 |
| Emergency Message Transmission | 3 |
| Emergency Cash Advance | 3 |
| Legal Access | 3 |
| Translations And Interpreters | 3 |
| Lost Baggage Assistance | 3 |
| Currency Exchange Rates | 3 |
| Weather Information | 3 |
| Benefits Verification And Claims Assistance | 3 |
| Travel Advisories | 3 |
| Security-Related Services and Assistance | 3 |
| **Travel Assistance Services** | **3** |
| Emergency Family Travel Arrangements | 3 |
| Transportation To Join Disabled Employees | 3 |
| Return Of Minor Children | 3 |
| Return Of Traveling Companion | 4 |
| Return Of Vehicle | 4 |
| **Services And Cost Restrictions** | **4** |
| **Destinations Covered** | **4** |
| **General Conditions** | **5** |
| Errors And Omissions | 5 |
| Transfer Of Rights Of Recovery Against Others To Us | 5 |
| Suits Against Us | 5 |
| Return To Work | 5 |
| Services Not Covered | 5 |
| **Definitions** | **5** |

## About This Service Agreement

The Global Executive Support Services provided below are not insurance, and are available to your "employees" engaged in "temporary travel", including their accompanying spouse, child(ren), or other companion(s).

Global Executive Support Services includes Medical Assistance, Personal Assistance, and Travel Assistance, as described below.

"Employees" may contact the Travelers Alarm Center at any hour of any day. The Travelers Alarm Center may direct an "employee" to contact a Regional Alarm Center nearer to the "employee's" location. The Travelers Alarm Center is operated by FrontierMEDEX Assistance Corporation, a third party provider of the Global Executive Support Services Program described below.

We will give you fifteen (15) service cards at the beginning of each new or renewal "program service period" of this Global Executive Support Services Program. These service cards will explain how to reach the Travelers Alarm Center. It is your responsibility to distribute the service cards to your "employees" who may require global executive support services during "temporary travel". You may ask us for additional cards as they are required by you.

## Medical Assistance Services

The Travelers Alarm Center is staffed with trained multi-lingual personnel, including doctors on round-the-clock call for "medical emergency" consultation and assistance as described below. This center handles requests for referrals to English-speaking doctors, hospitals, and specialists, as well as all aspects of coordinating any "medical emergency" evacuations.

TRAVELERS DOC MGMT Page 238 of 521

CONFIDENTIAL     TRAV_001429

**Hospital Admission Deposit**

We will either guarantee the payment of, or wire, any required emergency hospital admission deposit up to $5,000. You or your "employee" will repay any such deposit to us or our designee within forty-five (45) days (without interest). If you fail to repay us such deposits in the time allowed, or we are required to pay on our guarantee, then such moneys become a service rendered, and we have the additional rights as explained under the section "Transfer of Rights of Recovery Against Others to Us".

**Medical Monitoring**

We will monitor the "employee's" condition when hospitalized abroad, and will use our best efforts to report regularly on the "employee's" condition to the "employee's" family and/or employer.

**Dispatch Of A Doctor Or Specialist**

If we determine, based on information available to us, that an "employee's" condition cannot be adequately assessed to evaluate the need for evacuation, we will dispatch a doctor or specialist to the "employee's" location. We will pay the cost of the doctor's or specialist's travel to the "employee's" location, but we will not pay the cost of any medical services that are rendered by the doctor or specialist at the location.

**Medical Emergency Evacuation**

When adequate medical facilities are not available locally, we will arrange for "medical emergency" evacuation of the "employee", under medical supervision, to the nearest location with adequate facilities.

We will also assist in making the arrangements, but not pay for any associated costs, of one (1) family member or other traveling companion to continue to accompany the "employee" during evacuation, if it is reasonably possible for that person to accompany the "employee".

The "employee" and any accompanying family member or other traveling companion may be required to release us or our third party service provider from liability during emergency evacuation. Our obligation is limited to providing one (1) emergency evacuation attributable to any single medical condition of an "employee".

**Medically Supervised Repatriation**

If we determine, based on information available to us, that it is medically advisable to repatriate the "employee" to a facility which is in the country of residence of the "employee", or a location in the country of which the "employee" is a citizen, following stabilization, we will make the arrangements for repatriation of the "employee", under medical supervision.

We will also assist in making the arrangements, but not pay any associated costs, of one (1) family member or other traveling companion to continue to accompany the "employee" during repatriation under medical supervision, if it is reasonably possible for that person to accompany the "employee".

The "employee" and any accompanying family member or other traveling companion may be required to release us or our third party service provider from liability during emergency repatriation. Our obligation is limited to providing one (1) emergency repatriation attributable to any single medical condition of an "employee".

**Repatriation Of Mortal Remains**

In the event of an "employee's" death while traveling, we will provide every assistance possible to obtain necessary clearances and arrange for the return of the mortal remains to a location which is consistent with the known reasonable wishes of the "employee" or of the "employee's" family.

We will also assist in making arrangements, but not pay for any associated costs, of one (1) family member or other traveling companion to continue to accompany the mortal remains of the deceased "employee" during repatriation, if it is reasonably possible for that person to accompany the remains.

<u>**Personal Assistance Services**</u>

**Pre-Trip Medical Referral Information**

We will provide pre-trip medical referral information to "employees" regarding countries and regions to be visited, including local English-speaking doctors, and/or addresses and phone numbers of hospitals.

**Emergency Medication**

Should an "employee" require prescription medication that is not available locally, we will make arrangements for the transportation of such medication to the "employee", when possible and legally permissible, upon the request of the prescribing physician. The "employee" is responsible for the cost of the medication and the transportation.

**Embassy And Consular Information**

We will provide "employees" with contact information for embassies and consulates worldwide.

**Lost Document Assistance**

If an "employee" loses important travel documents, including a passport and credit cards, while traveling, we will assist with obtaining their replacements. We will not pay for the cost of obtaining these replacements.

© 2011 The Travelers Indemnity Company. All rights reserved.

PN T5 72 09 11

CONFIDENTIAL

TRAV_001430

**Emergency Message Transmission**

We will make reasonable efforts to receive and transmit emergency messages between the family and/or employer of an "employee".

**Emergency Cash Advance**

We will, whenever possible, provide "employees" with a cash advance of up to $5,000 in local currency for any medical, legal, or any other emergency situations related to any of the services and/or assistance provided by this Global Executive Support Services program. You or your "employee" will repay any such cash advances to us or our designee within forty-five (45) days (without interest). If you or your "employee" fail to repay to us such advances, then such money becomes a service rendered, and we have the additional rights set out under the heading "Transfer of Rights of Recovery Against Others to Us".

**Legal Access**

We will provide "employees" with an introduction to local attorneys available during regular working hours. Assistance will also be provided in obtaining bail bonds in those areas where such bonds are customarily issued. "Employees" are responsible for paying for any contracted legal fees.

**Translations And Interpreters**

We will provide personal emergency translation services through the 24-hour Travelers Alarm Center and Regional Centers, as well as referrals to interpreter services. When a personal presence or other customized interpreter services are required, the "employee" will be responsible to pay locally the costs of such interpreter services.

**Lost Baggage Assistance**

We will assist "employees" with the proper reporting procedures if their baggage is lost, stolen, or delayed while traveling on a common carrier. We will also maintain contact with the appropriate companies or authorities to help resolve the problem.

**Currency Exchange Rates**

We will provide to the "employee" general currency exchange rates for those countries to which they are traveling. These exchange rates are for general planning purposes only, and are not intended to be used for exact funds exchange for any specific transactions at a specific time or date.

**Weather Information**

We will provide to the "employee" weather information of a general nature for the location(s) where travel is anticipated. We will not provide any weather information for a specific location on a specific date, nor can

we be held responsible if any weather is outside of normal patterns.

**Benefits Verification And Claims Assistance**

We will assist "employees" in verifying their medical insurance benefits when hospitalized overseas, and in coordinating overseas claims procedures with their health insurance, and any applicable Workers Compensation insurance, as you direct.

**Travel Advisories**

We will provide to the "employee" travel advisories as they are updated by the U. S. Department of State.

**Security-Related Services and Assistance**

We will provide to the "employee" assistance with security related services, such as continual updates on security events occurring around the world, referrals to specialized security providers (i.e., escorts, drivers, kidnap and ransom specialists, crisis management planners, etc.), and coordination with an appropriate security vendor provided a political / security related evacuation is required. The "employee" is responsible for the costs of services for security providers or the cost of the security evacuation.

**Travel Assistance Services**

**Emergency Family Travel Arrangements**

We will coordinate emergency travel arrangements for family members who need to join a hospitalized "employee". The costs of these travel services are the responsibility of the traveler(s).

**Transportation To Join Disabled Employees**

If an "employee" is traveling alone and is hospitalized for more than seven (7) days, we will arrange, but not pay the cost of, economy round trip air fare to the place of hospitalization, for a person chosen by the "employee".

**Return Of Minor Children**

If dependent children are left unattended as a result of an "employee's" accident or illness, we will arrange, but not pay the cost of, economy one-way air fare to their place of residence. Qualified attendants will also be arranged, when required, but we will not pay the cost of such attendants.

**Return Of Traveling Companion**

When we hospitalize or medically evacuate an "employee", and a traveling companion's air ticket is no longer usable, we will arrange, but not pay the cost of, economy one-way air transportation for the companion to their original departure point.

**Return Of Vehicle**

In the event of an "employee's" hospitalization or medical evacuation, we will arrange, but not pay the

CONFIDENTIAL

cost, to have the "employee's" unattended vehicle returned to the rental agency, or the "employee's" current principal residence.

## Services And Cost Restrictions

We are not responsible for any services or costs:

- Provided outside the "program service period". However, if, before the end of the "program service period", we have begun to assist an "employee" with any of the services described under the heading "Medical Assistance Services", we will continue to provide those services for up to seven (7) days after the end of the "program service period".

- Provided without our authorization and/or intervention.

- Provided for which no charge is normally made.

- If the original or ancillary purpose of the "employee's" trip is to obtain medical treatment.

- If the trip is made against the advices of a physician.

- For intentionally self-inflicted injuries, suicide, or any attempt thereat, regardless of mental condition.

- As a result of any service in the Armed Forces of any country.

- As a result of the use of alcohol, drugs, or any controlled substance, unless it is prescribed by a physician.

- As a result of aerial flight, except as a fare paying passenger on a regular scheduled airline or licensed charted aircraft.

- As a result of any participation in any professional sports, or high risk amateur and/or recreational activities, including but not limited to, mountaineering, scuba diving, sky diving, auto racing, bungee jumping, etc.

- As a result of commission of, or the attempt to commit, an illegal act.

- As a result of the active participation in war (whether declared or not), invasion, acts of foreign enemies, hostilities, civil war, rebellion, riot, revolution, insurrection, or as a direct result of nuclear reaction or radiation.

- As a result of any existing chronic or life threatening health conditions, except if any "medical emergency" occurs during the "temporary travel" of an "employee", whether or not that "medical

emergency" is related to or caused by any existing chronic or life threatening health condition.

- For routine or minor medical problems, tests, and exams related to pregnancy.

- For transportation for an "employee's" vehicle that involves any intercontinental and/or marine transportation.

- For pregnancies, except in the case of a major, vital complication for the mother and/or baby.

- Which are requested after we have paid the maximum limit of covered expenses, or after we have incurred the maximum limit of covered expenses.

No services shall be available for any "employee" if such services are required as a result of mild lesions, simple fractures, or mild illness which can be treated by local doctors, and which do not prevent the "employee" from continuing his/her trip or returning home.

## Destinations Covered

We will provide the Global Executive Support Services described above, anywhere in the world, except for the United States, its territories and possessions, Puerto Rico, Canada and any country or jurisdiction while any trade sanction, embargo, or similar regulation imposed by the United States Government applies to and prohibits the transaction of business with or within that country or jurisdiction. But we will not consider such countries as being prohibited if such trade sanctions, embargoes, or regulations are removed for any reason by the United States Government, or no longer operate to prevent the transaction of business with or within these countries.

## General Conditions

### Errors And Omissions

We are not liable for any act or omission by a local doctor or attorney who is not our employee, nor the employee of a third party provider of the support services described herein.

We are not liable for the failure to provide, or for the delay in providing services when such failure or delay is caused by conditions beyond our control, including but not limited to restricted flight conditions, weather, Acts of God, strike, riot, civil commotion, war or uprising, or where rendering of any services is prohibited by local laws or regulations.

### Transfer Of Rights Of Recovery Against Others To Us

If you or the "employee" to whom we render assistance have any rights to recover all or any part of the cost of any services rendered under this program from any other person(s) or organization(s), including

     © 2011 The Travelers Indemnity Company. All rights reserved.     PN T5 72 09 11

CONFIDENTIAL                                                                                    TRAV_001432

rights to recover under any "Workers Compensation Law", health plan or insurance policies, we are entitled to an assignment of those rights to the extent of our benefit payments. You and your "employee" shall transfer those rights to us, and cooperate with us as may be necessary to enforce such rights. You and your "employee" agree to sign any papers, deliver them to us, and do anything else that we may reasonably require to help us pursue such rights.

**Suits Against Us**

You agree not to bring suit against us unless you have complied with all the terms of this policy. Any such suit must be brought within two (2) years after the support services are rendered. No person or organization has any right to bring us into any action to determine your liability.

**Return To Work**

You have the responsibility for the decision of whether or not an "employee" returns to work. You are responsible for obtaining any medical releases and to determine an "employee's" suitability to travel and/or resume work or not. The decision and results thereof are solely the responsibility of the "employee", you, and/or the "employee's" attending physician. We are not involved in such decisions, and we have no liability arising out of an "employee's" return to work.

**Services Not Covered**

You agree to reimburse us or our designee for services rendered on your behalf which are not covered by this program, when such services are requested or approved by a corporate officer whose name you have given us to contact, or when such services are provided in good faith to any "employee" not covered by reason of cancellation of this program.

<u>Definitions</u>

"Employee" means any person working for you at your workplaces, including any voluntary workers, or independent contractors with whom you have a written contract, and any traveling companions, anywhere in the World, except those countries for which there is a United States governmental embargo or sanction prohibiting the transaction of business with or within that country.

"Medical Emergency" means any sudden or unforeseen health condition that might require medical consultation, assistance, or care.

"Program Service Period" means from the effective date of the policy to which this Global Executive Support Services Program is attached until the expiration date of the policy, including any extensions and/or renewals of the policy. If the policy is canceled for any reason before its expiration date then the Global Executive Support Services Program will end as of the effective date of the policy cancellation.

"Temporary Travel" means any travel outside of the country of an employee's permanent workplace, for the purpose of conducting your business. Such travel will not require an employee to be away from their permanent workplace for a period longer than ninety (90) consecutive days on any one trip, or to spend more than 180 days per year outside the country of an employee's permanent workplace. Temporary Travel includes personal travel, but only if such personal travel is incidental to the travel for the purposes of conducting your business.

CONFIDENTIAL

CHANGE EFFECTIVE DATE: 01-01-12
CHANGE ENDORSEMENT NUMBER: 0001

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-12
Policy Effective Date: 01/01/12
Issue Date: 02/16/12
Premium $ ▇▇▇▇

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/12 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED
OPERATIONS) TO $10,000,000.

NAME AND ADDRESS OF AGENT OR BROKER:
 BROWN & BROWN OF IN INC (CK418)
 11555 N MERIDIAN ST STE 220
 CARMEL, IN 46032

COUNTERSIGNED BY:

_____
 Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_001434

CHANGE EFFECTIVE DATE: 01-01-12
CHANGE ENDORSEMENT NUMBER: 0002



One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-329D1683-TIL-12
Policy Effective Date: 01/01/12
Issue Date: 02/27/12
Premium $ ▮▮▮▮▮

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/12 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

ADDING DX T3 12 03 98 - COINSURANCE - DIRECT DAMAGE AS PER ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 01/01/12    $ ▮▮▮▮

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
BROWN & BROWN OF IN INC (CK418)
11555 N MERIDIAN ST STE 220                    _____
CARMEL, IN 46032                               Authorized Representative

                                               DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_001435

CHANGE EFFECTIVE DATE: 01-01-12
CHANGE ENDORSEMENT NUMBER: 0002



POLICY NUMBER: Y-630-329D1683-TIL-12

EFFECTIVE DATE: 01-01-12

ISSUE DATE: 02-27-12

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX T3 12 03 98   COINSURANCE - DIRECT DAMAGE
```

IL T8 01 10 93                                          PAGE:   1 OF   1

CONFIDENTIAL

TRAV_001436

# EXHIBIT 5

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

630-8S07720A            01/01/22 - 01/01/23            12/18/2024

**Policy Number(s)**    **Policy Period(s)**    **Date**

*Julie A. Senerth*

Julie A. Senerth, Manager

BI Document Management

CONFIDENTIAL

TRAV_001713



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              REAL ESTATE OWNERS
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/11/22
                              POLICY NUMBER: Y-630-8S07720A-TIL-22
     INSURING COMPANY:
     TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

     1. NAMED INSURED AND MAILING ADDRESS:
        BROADBENT COMPANY, THE  (AS PER IL T8 00)
        117 E WASHINGTON ST STE 300
        INDIANAPOLIS, IN 46204


     2. POLICY PERIOD:  From 01/01/22 to 01/01/23 12:01 A.M. Standard Time at
                                              your mailing address.
     3. LOCATIONS
           Premises  Bldg.
           Loc. No.  No.  Occupancy           Address

           SEE IL T0 03


     4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
        COMMERCIAL INLAND MARINE COV PART DECLARATIONS    CM T0 01 07 86 TIL
        DELUXE PROPERTY COVERAGE PART DECLARATIONS        DX T0 00 11 12 TIL
        COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS CG T0 01 11 03 TIL
        EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS  CG T0 09 09 93 TIL




     5. NUMBERS OF FORMS AND ENDORSEMENTS
        FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


     6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                               containing its complete provisions:
        Policy                    Policy No.              Insuring Company




     7. PREMIUM SUMMARY:
        Provisional Premium   $ ▓▓▓▓  INCLUDES (KYFS)
        Due at Inception      $ ▓▓▓▓
        Due at Each           $ ▓▓▓▓
```



```
     NAME AND ADDRESS OF AGENT OR BROKER:     COUNTERSIGNED BY:
        GREGORY & APPEL INC (G3776)
        1402 N CAPITOL AVE STE 400           _____
        INDIANAPOLIS, IN 46202               Authorized Representative

                                             DATE:_____


     IL T0 02 11 89(REV. 09-07)   PAGE 1 OF 2
     OFFICE: SP-INDIANAPOLIS
```

CONFIDENTIAL                                                    TRAV_001714



TAXES AND SURCHARGES

POLICY NUMBER: Y-630-8S07720A-TIL-22

EFFECTIVE DATE: 01/01/22

ISSUE DATE: 01/11/22

| DESCRIPTION | AMOUNT |
|---|---|
| KENTUCKY FUND SURCHARGE | 492.00 |

IL TO 02 11 89      PAGE 2 OF 2

OFFICE: SP-INDIANAPOLIS      06G
PRODUCER NAME: GREGORY & APPEL INC                G3776

CONFIDENTIAL

TRAV_001715

**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

# COMMERCIAL INSURANCE

## A Custom Insurance Policy Prepared for:

BROADBENT COMPANY, THE
117 E WASHINGTON ST STE 300
INDIANAPOLIS IN 46204

**Presented by:  GREGORY & APPEL INC**

CONFIDENTIAL



**TRAVELERS**

POLICY NUMBER: Y-630-8S07720A-TIL-22
EFFECTIVE DATE: 01-01-22
ISSUE DATE: 01-11-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
    IL T0 02 11 89    COMMON POLICY DECLARATIONS
    IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
    IL T3 18 05 11    COMMON POLICY CONDITIONS-DELUXE
    IL T0 03 04 96    LOCATION SCHEDULE
    IL T8 00          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
    DX T0 00 11 12    DELUXE PROP COV PART DECLARATIONS
    DX 00 04 11 12    TABLE OF CONTENTS - DELUXE PROP COV PART
    DX T1 00 11 12    DELUXE PROPERTY COVERAGE FORM
    DX T1 01 11 12    DELUXE BI (AND EE) COVERAGE FORM
    DX T3 01 11 12    CAUSES OF LOSS-EARTHQUAKE
    DX T3 02 11 12    CAUSES OF LOSS - BROAD FORM FLOOD
    DX T3 19 11 12    CAUSES OF LOSS-EQUIPMENT BREAKDOWN
    DX T3 39 11 12    DELUXE ORDINANCE OR LAW COVERAGE
    DX T4 02 01 21    FEDERAL TERRORISM RISK INSURANCE ACT DIS
    DX 00 14 11 12    KENTUCKY CHANGES
    DX 01 55 04 21    MI CHANGES
    DX 01 77 03 98    INDIANA CHANGES-RIGHTS OF RECOVERY
    DX T3 98 04 02    ELECTRONIC VANDALISM LIMITATION ENDT
```

COMMERCIAL GENERAL LIABILITY

```
    CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
    CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
    CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
    CG T0 34 02 19    TABLE OF CONTENTS - COM GEN LIAB COV
    CG T1 00 02 19    COMMERCIAL GENERAL LIABILITY COV FORM
    CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
    CG D2 46 04 19    BLANKET AI-W/COMP OPS IF REQ BY CONTRACT
    CG D4 67 02 19    XTEND ENDORSEMENT FOR SERVICE INDUSTRIES
    CG D4 21 07 08    AMEND CONTRAC LIAB EXCL-EXC TO NAMED INS
    CG D6 18 10 11    EXCL-VIOLATION OF CONSUMER FIN PROT LAWS
    CG 22 70 04 13    REAL ESTATE PROPERTY MANAGED
    CG D0 76 06 93    EXCLUSION-LEAD
    CG D1 42 02 19    EXCLUSION-DISCRIMINATION
    CG D2 40 09 15    EXCLUSION -SILICA OR SILICA-RELATED DUST
    CG F1 19 09 08    INDIANA CHANGES-DEFINITION OF POLLUTANTS
```

EMPLOYEE BENEFITS LIABILITY

```
    CG T0 09 09 93    EMPLOYEE BENEFITS LIAB COV PART DEC
```

**IL T8 01 10 93**                                    PAGE:   1 OF   2

CONFIDENTIAL                                          TRAV_001717



POLICY NUMBER: Y-630-8S07720A-TIL-22

EFFECTIVE DATE: 01-01-22

ISSUE DATE: 01-11-22

EMPLOYEE BENEFITS LIABILITY (CONTINUED)

```
CG T0 43 01 16   EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 01 16   EMPLOYEE BENEFITS LIABILITY COV FORM
CG T9 17 01 16   INDIANA CHANGES - EBL
```

INLAND MARINE

```
CM B0 96 01 21   CONTRACTORS EQUIPMENT COVERAGE FORM DEC
CM B0 97 01 21   CONTRACTORS EQUIPMENT SUPPLEMENTAL DEC
CM T0 11 08 05   TABLE OF CONTENTS
CM 00 01 09 04   COMMERCIAL INLAND MARINE CONDITIONS
CM T2 42 01 21   CONTRACTORS EQUIPMENT COVERAGE FORM
CM T3 98 01 21   FEDERAL TERRORISM RISK INSURANCE ACT DIS
CM 01 39 09 00   INDIANA CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T3 68 01 21   FED TERRORISM RISK INS ACT DISCLOSURE
IL T4 12 03 15   AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 14 01 21   CAP ON LOSSES FROM CERT ACTS OF TERRORIS
IL T4 40 10 20   PROTECTION OF PROPERTY
IL T3 82 05 13   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL F0 59 09 07   IN CHANGES - DEFINITION OF POLLUTANTS
IL F1 47 12 21   ACV - KY
IL 00 21 09 08   NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 01 17 12 10   INDIANA CHANGES-WORKERS' COMP EXCLUSION
IL F0 10 10 97   INDIANA CHANGES-POLLUTION
IL T3 55 05 13   EXCLUSION OF CERTAIN COMPUTER LOSSES
IL T9 29 09 07   IN CHANGES-CANCELLATION & NONRENEWAL
IL T9 58 11 17   IN CHGES - CONCEALMENT, MISREP OR FRAUD
```

POLICYHOLDER NOTICES

```
PN T1 94 12 21   IMPORTANT NOTICE - LEAD EXCLUSION
```

**IL T8 01 10 93**                                              PAGE:   2 OF   2

CONFIDENTIAL                                              TRAV_001718

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right but not obligated to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

IL T3 18 05 11 (Rev. 09-18)   Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 2

CONFIDENTIAL

TRAV_001719

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART-REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;
2. The Commercial Inland Marine Coverage Part;
3. Commercial Property forms including, but not limited to, the following:
   a. Building and Personal Property Coverage Form;
   b. Business Income Coverage Form;
   c. Commercial Property Conditions;
   d. Causes of Loss – Special Form;
   e. Causes of Loss – Earthquake Form.
4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

   Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**IL T3 18 05 11** (Rev. 09-18)

TRAVELERS DOC MGMT Page 8 of 556

CONFIDENTIAL

TRAV_001720

**LOCATION SCHEDULE**                    **POLICY NUMBER:** `Y-630-8S07720A-TIL-22`

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
`01-01-22` to `01-01-23` .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 14005-14099 MUNDY DR.<br>FISHERS, IN 46038 | REAL ESTATE PROPERTY MANAGED |
| 2 | 2 | 5305-5499 EAST 82ND ST.<br>INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 3 | 3 | 6024-6066 EAST 82ND ST.<br>INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 4 | 4 | 6621-6699 EAST 82ND ST.<br>INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 5 | 5 | 3716-3960 EAST 82ND ST.<br>INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 6 | 6 | 3841-3981 EAST 82ND ST.<br>INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 7 | 7 | 4611-4733 EAST 82ND ST.<br>INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 8 | 8 | 501-533 COLISEUM BLVD & 502-538 NOB<br>FORT WAYNE, IN 46825 | SHOPPING CENTERS - BUILDINGS, OR |
| 9 | 9 | 3923-3999 28TH ST. S.E.<br>GRAND RAPIDS, MI 49512 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 10 | 10 | 401-943 N. GREEN RIVER ROAD<br>EVANSVILLE, IN 47711 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 11 | 11 | 8487 UNION CHAPEL RD.<br>INDIANAPOLIS, IN 46280 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 12 | 12 | 8355 & 8395 E. 116TH ST.<br>FISHERS, IN 46038 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 13 | 13 | 7759-7921 SOUTH U.S. 31<br>HOMECROFT, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |

**IL T0 03 04 96**                                   Page      1

CONFIDENTIAL                                                      TRAV_001721

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-22  to  01-01-23 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 14 | 14 | 7853 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 15 | 15 | 7711 SOUTH SHELBY ST.<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 16 | 16 | 7667 SHELBY ST.<br>INDIANAPOLIS, IN 46227 | REAL ESTATE DEVELOPMENT PROPERTY |
| 17 | 17 | 7747 S. SHELBY ST.<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 18 | 18 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 19 | 19 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 20 | 20 | 8180 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 21 | 21 | 14610-14790 US 31 N.<br>CARMEL, IN 46032 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 22 | 22 | 1850 S. HURSTBOURNE PARKWAY<br>LOUISVILLE, KY 40220-1646 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 23 | 23 | 1410-1518 WEST 86TH ST.<br>INDIANAPOLIS, IN 46260 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 24 | 24 | 10934-10976 EAST US 36<br>AVON, IN 46123 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 25 | 25 | 4705 EAST 96TH ST.<br>INDIANAPOLIS, IN 46240 | REAL ESTATE DEVELOPMENT PROPERTY |
| 26 | 26 | 117 EAST WASHINGTON ST.<br>INDIANAPOLIS, IN 46204 | LANDSCAPE GARDENING |

**IL T0 03 04 96**                                      Page      2

CONFIDENTIAL

**LOCATION SCHEDULE**                   **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-22  to  01-01-23 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 27 | 27 | 4610-4810 COLDWATER RD.<br>FORT WAYNE, IN 46825 | PARKING - PUBLIC - SHOPPING CENTERS |
| 28 | 28 | 6325-6447 W. JEFFERSON BLVD.<br>FORT WAYNE, IN 46802 | BUILDINGS OR PREMISES - OFFICE - PR |
| 29 | 29 | 9910-9996 E. WASHINGTON ST.<br>INDIANAPOLIS, IN 46229 | BUILDINGS OR PREMISES - BANK OR OFF |
| 30 | 30 | 10009-100089 E. WASHINGTON ST.<br>INDIANAPOLIS, IN 46229 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 31 | 31 | 6610-6650 W. WASHINGTON ST.<br>INDIANAPOLIS, IN 46241 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 32 | 32 | 3720 E. 82ND ST.<br>INDIANAPOLIS, IN 46240 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 33 | 33 | 8211-8235 E. 116TH ST.<br>FISHERS, IN 46038 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 34 | 34 | 4614 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 35 | 35 | 3535 EAST 86TH ST.<br>INDIANAPOLIS, IN 46240 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 36 | 36 | 3902 E. 82ND<br>INDIANAPOLIS, IN 46250 | VACANT LAND - OTHER THAN NOT-FOR-PR |

**IL T0 03 04 96**                                        Page     3  (END)

CONFIDENTIAL                                                          TRAV_001723

POLICY NUMBER: Y-630-8S07720A-TIL-22                GENERAL PURPOSE ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

THE BROADBENT COMPANY INC.
141ST STREET SHOPPES MANAGEMENT, INC
BROADBENT CAPITAL LLC
BOARD HOLDINGS, INC
CASTLETON POINT, LP
CASTLETON POINT MANAGEMENT, INC
CASTLETON POINT INVESTMENTS, LLC
CLEARWATER CROSSING MANAGEMENT, INC
CLEARWATER SHOPPES MANAGEMENT, INC
CLEARWATER VILLAGE, LP
CLEARWATER VILLAGE MANAGEMENT, INC.
CLEARWATER VILLAGE TRUST
EVANSVILLE ASSOCIATES, LP
EVANSVILLE ASSOCIATES MANAGEMENT, INC
EVANSVILLE ASSOCIATES INVESTMENTS, LLC
FASHION MALL COMMONS I MANAGEMENT, INC
FASHION MALL COMMONS III, LP
FASHION MALL COMMONS III INVESTMENTS, LLC
FASHION MALL COMMONS III MANAGEMENT, INC.
FISHERS TOWN CENTER MANAGEMENT, LLC
FISHERS TOWN COMMONS MANAGEMENT, INC.
GPL OUTLOT WEST I MANAGEMENT, INC
GREENWOOD PLACE COMMONS MANAGEMENT, INC
GREENWOOD POINT, LP
GREENWOOD POINT INVESTMENTS, LLC
GREENWOOD POINT MANAGEMENT, LLC
GREYHOUND PLAZA ASSOCIATES, LP
GREYHOUND PLAZA ASSOCIATES DELAWARE, LLC
GREYHOUND PLAZA ASSOCIATES INVESTMENTS, LLC
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, LLC
HUNNINGTON PLACE, LP
HUNNINGTON PLACE MANAGEMENT, INC
HUNNINGTON PLACE INVESTMENTS, LLC
NORTH WILLOW COMMONS MANAGEMENT, INC.
THE SHOPPES MANAGEMENT, INC.
WEST WASHINGTON MANAGEMENT, INC.

**IL T8 00**                                        Page      1

CONFIDENTIAL                                        TRAV_001724



**GENERAL LIABILITY**

CONFIDENTIAL

TRAV_001816



# GENERAL LIABILITY

CONFIDENTIAL


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL GENERAL LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-8807720A-TIL-22
**ISSUE DATE:** 01-11-22

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-22 to 01-01-23   12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

| COMMERCIAL GENERAL LIABILITY COVERAGE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage To Premises Rented To You Limit (any one premises) | $ 300,000 |
| Medical Expense Limit (any one person) | $ 5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                           Page 1 of 1

PRODUCER: GREGORY & APPEL INC          G3776     OFFICE: SP-INDIANAPOLIS     06G

CONFIDENTIAL                                                         TRAV_001818

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule applies to the Declarations for the period of    01-01-22   to   01-01-23

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|

MINIMUM PREMIUMS

          PREM/OPS                      $227
          LOB                           $250


      1/   1  REAL ESTATE PROPERTY MANAGED
              PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE
              LIMIT.
002          47052          PREM/OPS      S        ███████████████████████

      2/   2  SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE
              INSURED (LESSOR'S RISK ONLY)
              PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE
              LIMIT.
003          67635          PREM/OPS      A        ███████████████████████

      3/   3  SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE
              INSURED (LESSOR'S RISK ONLY)
              PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE
              LIMIT.
004          67635          PREM/OPS      A        ███████████████████████

      4/   4  SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE
              INSURED (LESSOR'S RISK ONLY)
              PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE
              LIMIT.
005          67635          PREM/OPS      A        ███████████████████████

      5/   5  SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE
              INSURED (LESSOR'S RISK ONLY)
              PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE
              LIMIT.
006          67635          PREM/OPS      A        ███████████████████████

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                                      PAGE    1

CONFIDENTIAL                                                        TRAV_001819

**DECLARATIONS PREMIUM SCHEDULE**      POLICY NUMBER: Y-630-8S07720A-TIL-22

This Schedule applies to the Declarations for the period of      01-01-22   to   01-01-23

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|-----------|--------------------|---------|-----------------|-------|-----------------|
|  | 6/  6 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 007 |  | 67635 | PREM/OPS | A | ██████████████ | |
|  | 7/  7 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 008 |  | 67635 | PREM/OPS | A | ██████████████ | |
|  | 8/  8 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 009 |  | 67635 | PREM/OPS | A | ██████████████ | |
|  | 9/  9 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 038 |  | 67635 | PREM/OPS | A | ██████████████ | |
|  | 10/ 10 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 010 |  | 67635 | PREM/OPS | A | ██████████████ | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG  T0 12.

**CG T0 07 09 87**                                          PAGE    2

CONFIDENTIAL                                                     TRAV_001820

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule applies to the Declarations for the period of     01-01-22   to   01-01-23

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|
| | 11/ 11 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 011 | | 67635 | PREM/OPS | A | █████████ | |
| | 12/ 12 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 012 | | 67635 | PREM/OPS | A | █████████ | |
| | 13/ 13 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 013 | | 67635 | PREM/OPS | A | █████████ | |
| | 14/ 14 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 014 | | 67635 | PREM/OPS | A | █████████ | |
| | 15/ 15 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 015 | | 67635 | PREM/OPS | A | █████████ | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                              PAGE     3

CONFIDENTIAL                                                  TRAV_001821

**DECLARATIONS PREMIUM SCHEDULE**        **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule applies to the Declarations for the period of    01-01-22   to   01-01-23

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 16/ 16 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 016 | | 47051 EACH | PREM/OPS | T ACRE | | ███████ |
| | 17/ 17 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 017 | | 67635 | PREM/OPS | A | | ███████ |
| | 18/ 18 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 018 | | 67635 | PREM/OPS | A | | ███████ |
| | 19/ 19 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 019 | | 67635 | PREM/OPS | A | | ███████ |
| | 20/ 20 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 020 | | 67635 | PREM/OPS | A | | ███████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                                PAGE    **4**

CONFIDENTIAL                                                                    TRAV_001822

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule applies to the Declarations for the period of     01-01-22   to   01-01-23

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 21/ 21 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 021 | | 67635 | PREM/OPS | A | | ███████ |
| | 22/ 22 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 037 | | 67635 | PREM/OPS | A | | ███████ |
| | 23/ 23 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 022 | | 67635 | PREM/OPS | A | | ███████ |
| | 24/ 24 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 023 | | 67635 | PREM/OPS | A | | ███████ |
| | 25/ 25 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 024 | | 47051 EACH | PREM/OPS | T ACRE | | ███████ |
| | 26/ 26 | LANDSCAPE GARDENING PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 025 | | 97047 | PREM/OPS | P IF ANY | | ███████ |
| | 27/ 27 | PARKING - PUBLIC - SHOPPING CENTERS - MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 026 | | 46607 | PREM/OPS | A | | ███████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                                          PAGE     5

CONFIDENTIAL                                                    TRAV_001823

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule applies to the Declarations for the period of     01-01-22   to   01-01-23

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 28/ 28 | BUILDINGS OR PREMISES - OFFICE - PREMISES OCCUPIED BY EMPLOYEES OF THE INSURED - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 027 | 29/ 29 | 61224 | PREM/OPS | A | | ███████ |
| | | BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 028 | 30/ 30 | 61212 | PREM/OPS | A | | ███████ |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 029 | 31/ 31 | 67635 | PREM/OPS | A | | ███████ |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 030 | 32/ 32 | 67635 | PREM/OPS | A | | ███████ |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 031 | 33/ 33 | 67635 | PREM/OPS | A | | ███████ |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 032 | 34/ 34 | 67635 | PREM/OPS | A | | ███████ |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 033 | | 67635 | PREM/OPS | A | | ███████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                                        PAGE     6

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-22

This Schedule applies to the Declarations for the period of     01-01-22  to   01-01-23

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|
|  | 35/ 35 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 034 |  | 67635 | PREM/OPS | A | | ███████ |
|  | 36/ 36 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 035 |  | 67635 | PREM/OPS | A | | |
|  |  | 00000 | KY TAX | | | |
|  |  | COVERAGE PART TOTAL | | | | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                                         PAGE    7  (END)

CONFIDENTIAL                                                          TRAV_001825

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT – means CLASS DESCRIPTION

LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

OPN NO. – means OPERATION NUMBER

PREM/OPS – means PREMISES/OPERATIONS

PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\* Premium base t applies for a number o f rarely used premium bases.
The specific base and how rates apply  are shown with the Class Description
on the DECLARATIONS-PREMIUM  SCHEDULE.

CONFIDENTIAL

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG T1 00 02 19

SECTION I – COVERAGES                                      Beginning on Page

Coverage A –

**Bodily Injury and Property Damage Liability**    Insuring Agreement ............................................... 1

                                        Exclusions ............................................................ 2

Coverage B –

**Personal and Advertising Injury Liability**    Insuring Agreement .................................................. 6

                                        Exclusions ............................................................ 6

Coverage C –

**Medical Payments**    Insuring Agreement .................................................. 9

                                        Exclusions ............................................................ 9

Supplementary Payments ................................................................. 10

SECTION II – WHO IS AN INSURED ................................................................. 11

SECTION III – LIMITS OF INSURANCE ................................................................. 13

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS ................................. 13

Bankruptcy ................................................................. 13
Duties In The Event Of Occurrence, Offense, Claim Or Suit ............................. 13
Legal Action Against Us ................................................................. 14
Other Insurance ................................................................. 15
Premium Audit ................................................................. 16
Representations ................................................................. 16
Separation Of Insureds ................................................................. 16
Transfer Of Rights Of Recovery Against Others To Us ................................. 16
When We Do Not Renew ................................................................. 16

SECTION V – DEFINITIONS ................................................................. 16

**CG T0 34 02 19**

CONFIDENTIAL

TRAV_001827

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_001828

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_001829

COMMERCIAL GENERAL LIABILITY

is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed

to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_001830

COMMERCIAL GENERAL LIABILITY

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** 50 feet long or less; and

**(b)** Not being used to carry any person or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is:

**(a)** Chartered with a pilot to any insured;

**(b)** Not owned by any insured; and

**(c)** Not being used to carry any person or property for a charge.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_001831

COMMERCIAL GENERAL LIABILITY

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

However, this exclusion does not apply to liability for damages because of "bodily injury".

**q. Unsolicited Communication**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**r. Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**s. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_001832

COMMERCIAL GENERAL LIABILITY

(2) "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph (1) above.

(3) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

(b) Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

t. **Employment-Related Practices**

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph (a), (b), or (c) above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "bodily injury".

Exclusions c. through n. do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph 6. of Section III – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

CONFIDENTIAL    TRAV_001833

COMMERCIAL GENERAL LIABILITY

This exclusion does not apply to "personal injury" caused by malicious prosecution.

**b.  Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.  Material Published Or Used Prior To Policy Period**

**(1)** "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

**(2)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**d.  Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e.  Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party

against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**f.  Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**g.  Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.  Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.  Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**j.  Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" caused by an offense committed by an insured whose business is:

**(1)** Advertising, "broadcasting" or publishing;

CONFIDENTIAL                                                                                TRAV_001834

COMMERCIAL GENERAL LIABILITY

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.(1)**, **(2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or

neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**q. Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**r. Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

CONFIDENTIAL

TRAV_001835

COMMERCIAL GENERAL LIABILITY

assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**s.   Employment-Related Practices**

"Personal injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

**COVERAGE C – MEDICAL PAYMENTS**

**1.   Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

  **(1)** On premises you own or rent;

  **(2)** On ways next to premises you own or rent; or

  **(3)** Because of your operations;

provided that:

  **(a)** The accident takes place in the "coverage territory" and during the policy period;

  **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

  **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

  **(1)** First aid administered at the time of an accident;

  **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

  **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.   Exclusions**

We will not pay expenses for "bodily injury":

**a.   Any Insured**

  To any insured, except "volunteer workers".

**b.   Hired Person**

  To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.   Injury On Normally Occupied Premises**

  To a person injured on that part of premises you own or rent that the person normally occupies.

**d.   Workers' Compensation And Similar Laws**

  To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.   Athletics Activities**

  To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f.   Products-Completed Operations Hazard**

  Included within the "products-completed operations hazard".

**g.   Coverage A Exclusions**

  Excluded under Coverage **A**.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_001836

COMMERCIAL GENERAL LIABILITY

**SUPPLEMENTARY PAYMENTS**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $2,500 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been

assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverages – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverages – Coverage **B** – Personal And Advertising Injury Liability, such payments will not be deemed to be damages for "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_001837

COMMERCIAL GENERAL LIABILITY

**a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer

workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide first aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization, while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_001838

COMMERCIAL GENERAL LIABILITY

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**e.** Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

**(1)** 50 feet long or less; and

**(2)** Not being used to carry any person or property for a charge.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** An organization, other than a partnership, joint venture or limited liability company; or

**b.** A trust;

as indicated in its name or the documents that govern its structure.

**4.** Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

**a.** The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such premises owner, manager or lessor does not apply to:

**(1)** Any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**5.** Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

**a.** The limits of insurance provided to such equipment lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after the equipment lease expires.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_001839

COMMERCIAL GENERAL LIABILITY

venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section **II** – Who Is An Insured.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**;

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will be:

   **a.** The amount shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part; or

   **b.** $300,000 if no amount is shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 13 of 21

CONFIDENTIAL

TRAV_001840

COMMERCIAL GENERAL LIABILITY

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section II – Who Is An Insured:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** An executive officer or director of any other organization; or

**(iv)** A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraph **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_001841

COMMERCIAL GENERAL LIABILITY

**4. Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph **5.** of Section **III** – Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph **4.** of Section **III** – Limits of Insurance because the Amendment – Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c.** below, insurer means a provider of insurance.

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below, except when Paragraph **d.** below applies.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is insurance for "premises damage";

**(iii)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

**(iv)** That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph **4.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies; or

**(v)** That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies.

**(b)** Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**d. Primary And Non-Contributory Insurance If Required By Written Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

(1) The "bodily injury" or "property damage" for which coverage is sought occurs; and

(2) The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed;

subsequent to the signing of that contract or agreement by you.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

TRAVELERS DOC MGMT Page 131 of 556

CONFIDENTIAL

TRAV_001843

COMMERCIAL GENERAL LIABILITY

**2.** "Advertising injury":

  **a.** Means injury caused by one or more of the following offenses:

   **(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

   **(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

     **(a)** Appropriates a person's name, voice, photograph or likeness; or

     **(b)** Unreasonably places a person in a false light; or

   **(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

  **b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**3.** "Auto" means:

  **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

  **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

  However, "auto" does not include "mobile equipment".

**4.** "Bodily injury" means:

  **a.** Physical harm, including sickness or disease, sustained by a person; or

  **b.** Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.

**5.** "Broadcasting" means transmitting any audio or visual material for any purpose:

  **a.** By radio or television; or

  **b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

   **(1)** Radio or television programming being transmitted;

   **(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

   **(3)** Advertising transmitted with any of such programming.

**6.** "Coverage territory" means:

  **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

  **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

  **c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

   **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

  provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above, or in a settlement we agree to.

**7.** "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**8.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**9.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

TRAVELERS DOC MGMT Page 132 of 556

CONFIDENTIAL                                                                          TRAV_001844

COMMERCIAL GENERAL LIABILITY

10. "Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

11. "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

12. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

13. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle,

tracks, roadbeds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph (2) above and supervisory, inspection, architectural or engineering activities.

14. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

15. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

16. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_001845

COMMERCIAL GENERAL LIABILITY

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**17.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** An act or omission committed in providing or failing to provide first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**18.** "Personal and advertising injury" means "personal injury" or "advertising injury".

**19.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

   **(1)** False arrest, detention or imprisonment;

   **(2)** Malicious prosecution;

   **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

   **(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

   **(5)** Oral or written publication, including publication by electronic means, of material that:

      **(a)** Appropriates a person's name, voice, photograph or likeness; or

      **(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**20.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

21. "Premises damage" means:

   a. With respect to the first paragraph of the exceptions in Exclusion **j.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of seven or fewer consecutive days, including the contents of such premises; or

   b. With respect to the exception to Exclusions **c.** through **n.** in the last paragraph of Paragraph **2.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of more than seven consecutive days, or while temporarily occupied by you with permission of the owner, caused by:

      **(1)** Fire;

      **(2)** Explosion;

      **(3)** Lightning;

      **(4)** Smoke resulting from fire, explosion or lightning; or

      **(5)** Water.

   But "premises damage" under this Paragraph **b.** does not include "property damage" to any premises caused by:

      **(1)** Rupture, bursting, or operation of pressure relief devices;

      **(2)** Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water; or

      **(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines.

22. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your

contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance. correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

      **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

23. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, "electronic data" is not tangible property.

24. "Slogan":

   a. Means a phrase that others use for the purpose of attracting attention in their advertising.

   b. Does not include a phrase used as, or in, the name of:

      **(1)** Any person or organization, other than you; or

      **(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

   © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.   **CG T1 00 02 19**

CONFIDENTIAL                                                                                   TRAV_001847

COMMERCIAL GENERAL LIABILITY

25. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

26. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

27. "Title" means a name of a literary or artistic work.

28. "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

29. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

30. "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        **(a)** You;

        **(b)** Others trading under your name; or

        **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

31. "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

CONFIDENTIAL

TRAV_001848

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**          Copyright, Travelers Indemnity Company, 1997          Page 1 of 1

CONFIDENTIAL                                                                    TRAV_001849

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED
## (Includes Products-Completed Operations If Required By Contract)

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that you agree in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only:

a. With respect to liability for "bodily injury" or "property damage" that occurs, or for "personal injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement and while that part of the contract or agreement is in effect; and

b. If, and only to the extent that, such injury or damage is caused by acts or omissions of you or your subcontractor in the performance of "your work" to which the written contract or agreement applies. Such person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization.

The insurance provided to such additional insured is subject to the following provisions:

a. If the Limits of Insurance of this Coverage Part shown in the Declarations exceed the minimum limits required by the written contract or agreement, the insurance provided to the additional insured will be limited to such minimum required limits. For the purposes of determining whether this limitation applies, the minimum limits required by the written contract or agreement will be considered to include the minimum limits of any Umbrella or Excess liability coverage required for the additional insured by that written contract or agreement. This provision will not increase the limits of insurance described in Section III – Limits Of Insurance.

b. The insurance provided to such additional insured does not apply to:

(1) Any "bodily injury", "property damage" or "personal injury" arising out of the providing, or failure to provide, any professional architectural, engineering or surveying services, including:

(a) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders or change orders, or the preparing, approving, or failing to prepare or approve, drawings and specifications; and

(b) Supervisory, inspection, architectural or engineering activities.

(2) Any "bodily injury" or "property damage" caused by "your work" and included in the "products-completed operations hazard" unless the written contract or agreement specifically requires you to provide such coverage for that additional insured during the policy period.

c. The additional insured must comply with the following duties:

(1) Give us written notice as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, such notice should include:

(a) How, when and where the "occurrence" or offense took place;

(b) The names and addresses of any injured persons and witnesses; and

(c) The nature and location of any injury or damage arising out of the "occurrence" or offense.

(2) If a claim is made or "suit" is brought against the additional insured:

**CG D2 46 04 19**      © 2018 The Travelers Indemnity Company. All rights reserved.      Page 1 of 2

CONFIDENTIAL

TRAV_001850

COMMERCIAL GENERAL LIABILITY

**(a)** Immediately record the specifics of the claim or "suit" and the date received; and

**(b)** Notify us as soon as practicable and see to it that we receive written notice of the claim or "suit" as soon as practicable.

**(3)** Immediately send us copies of all legal papers received in connection with the claim or "suit", cooperate with us in the investigation or settlement of the claim or defense against the "suit", and otherwise comply with all policy conditions.

**(4)** Tender the defense and indemnity of any claim or "suit" to any provider of other insurance which would cover such additional insured for a loss we cover. However, this condition does not affect whether the insurance provided to such additional insured is primary to other insurance available to such additional insured which covers that person or organization as a named insured as described in Paragraph **4.**, Other Insurance, of Section **IV** – Commercial General Liability Conditions.

© 2018 The Travelers Indemnity Company. All rights reserved.
**CG D2 46 04 19**

CONFIDENTIAL
TRAV_001851

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT FOR SERVICE INDUSTRIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

**A.** Who Is An Insured – Unnamed Subsidiaries

**B.** Who Is An Insured – Employees And Volunteer Workers – Bodily Injury To Co-Employees And Co-Volunteer Workers

**C.** Who Is An Insured – Newly Acquired Or Formed Limited Liability Companies

**D.** Blanket Additional Insured – Broad Form Vendors

**E.** Blanket Additional Insured – Controlling Interest

**F.** Blanket Additional Insured – Mortgagees, Assignees, Successors Or Receivers

**G.** Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Premises

**H.** Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Operations

**I.** Blanket Additional Insured – Grantors Of Franchises

**J.** Incidental Medical Malpractice

**K.** Blanket Waiver Of Subrogation

## PROVISIONS

**A. WHO IS AN INSURED – UNNAMED SUBSIDIARIES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any of your subsidiaries, other than a partnership or joint venture, that is not shown as a Named Insured in the Declarations is a Named Insured if:

**a.** You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

**b.** Such subsidiary is not an insured under similar other insurance.

No such subsidiary is an insured for "bodily injury" or "property damage" that occurred, or "personal and advertising injury" caused by an offense committed:

**a.** Before you maintained an ownership interest of more than 50% in such subsidiary; or

**b.** After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

For purposes of Paragraph **1.** of Section II – Who Is An Insured, each such subsidiary will be deemed to be designated in the Declarations as:

**a.** A limited liability company;

**b.** An organization other than a partnership, joint venture or limited liability company; or

**c.** A trust;

as indicated in its name or the documents that govern its structure.

**B. WHO IS AN INSURED – EMPLOYEES AND VOLUNTEER WORKERS – BODILY INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Paragraphs **(1)(a)**, **(b)** and **(c)** above do not apply to "bodily injury" to a co-"employee" while in the course of the co-"employee's" employment by you or performing duties related to the conduct of your business, or to "bodily injury" to

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

your other "volunteer workers" while performing duties related to the conduct of your business.

**C. WHO IS AN INSURED – NEWLY ACQUIRED OR FORMED LIMITED LIABILITY COMPANIES**

The following replaces Paragraph **3.** of **SECTION II – WHO IS AN INSURED**:

**3.** Any organization you newly acquire or form, other than a partnership or joint venture, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only:

      **(1)** Until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, if you do not report such organization in writing to us within 180 days after you acquire or form it; or

      **(2)** Until the end of the policy period, when that date is later than 180 days after you acquire or form such organization, if you report such organization in writing to us within 180 days after you acquire or form it;

   **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section II – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

   **a.** A limited liability company;

   **b.** An organization, other than a partnership, joint venture or limited liability company; or

   **c.** A trust;

as indicated in its name or the documents that govern its structure.

**D. BLANKET ADDITIONAL INSURED – BROAD FORM VENDORS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a vendor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury" or "property damage" that:

   **a.** Occurs subsequent to the signing of that contract or agreement; and

   **b.** Arises out of "your products" that are distributed or sold in the regular course of such vendor's business.

The insurance provided to such vendor is subject to the following provisions:

   **a.** The limits of insurance provided to such vendor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

   **b.** The insurance provided to such vendor does not apply to:

      **(1)** Any express warranty not authorized by you or any distribution or sale for a purpose not authorized by you;

      **(2)** Any change in "your products" made by such vendor;

      **(3)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

      **(4)** Any failure to make such inspections, adjustments, tests or servicing as vendors agree to perform or normally undertake to perform in the regular course of business, in connection with the distribution or sale of "your products";

      **(5)** Demonstration, installation, servicing or repair operations, except such operations performed at such vendor's premises in connection with the sale of "your products"; or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 67 02 19**

CONFIDENTIAL

TRAV_001853

COMMERCIAL GENERAL LIABILITY

**(6)** "Your products" that, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or on behalf of such vendor.

Coverage under this provision does not apply to:

**a.** Any person or organization from whom you have acquired "your products", or any ingredient, part or container entering into, accompanying or containing such products; or

**b.** Any vendor for which coverage as an additional insured specifically is scheduled by endorsement.

**E. BLANKET ADDITIONAL INSURED – CONTROLLING INTEREST**

**1.** The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that has financial control of you is an insured with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that arises out of:

**a.** Such financial control; or

**b.** Such person's or organization's ownership, maintenance or use of premises leased to or occupied by you.

The insurance provided to such person or organization does not apply to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**2.** The following is added to Paragraph **4.** of **SECTION II – WHO IS AN INSURED**:

This paragraph does not apply to any premises owner, manager or lessor that has financial control of you.

**F. BLANKET ADDITIONAL INSURED – MORTGAGEES, ASSIGNEES, SUCCESSORS OR RECEIVERS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a mortgagee, assignee, successor or receiver and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to its liability as mortgagee, assignee, successor or receiver for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of the premises for which that mortgagee, assignee, successor or receiver is required under that contract or agreement to be included as an additional insured on this Coverage Part.

The insurance provided to such mortgagee, assignee, successor or receiver is subject to the following provisions:

**a.** The limits of insurance provided to such mortgagee, assignee, successor or receiver will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such person or organization does not apply to:

**(1)** Any "bodily injury" or "property damage" that occurs, or any "personal and advertising injury" caused by an offense that is committed, after such contract or agreement is no longer in effect; or

**(2)** Any "bodily injury", "property damage" or "personal and advertising injury" arising out of any structural alterations, new construction or demolition operations performed by or on behalf of such mortgagee, assignee, successor or receiver.

**G. BLANKET ADDITIONAL INSURED – GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to premises owned or occupied by, or rented or loaned to, you and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of the existence, ownership, use, maintenance, repair, construction, erection or removal of any of the following for which that governmental entity has issued such permit or authorization: advertising signs, awnings,

CONFIDENTIAL

TRAV_001854

COMMERCIAL GENERAL LIABILITY

canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, elevators, street banners or decorations.

**H. BLANKET ADDITIONAL INSURED – GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO OPERATIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to operations performed by you or on your behalf and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of such operations.

The insurance provided to such governmental entity does not apply to:

a. Any "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the governmental entity; or

b. Any "bodily injury" or "property damage" included in the "products-completed operations hazard".

**I. BLANKET ADDITIONAL INSURED – GRANTORS OF FRANCHISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that grants a franchise to you is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of your operations in the franchise granted by that person or organization.

If a written contract or agreement exists between you and such additional insured, the limits of insurance provided to such insured will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**J. INCIDENTAL MEDICAL MALPRACTICE**

1. The following replaces Paragraph **b.** of the definition of "occurrence" in the **DEFINITIONS** Section:

   b. An act or omission committed in providing or failing to provide "incidental

medical services", first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

2. The following replaces the last paragraph of Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

   Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide:

   (a) "Incidental medical services" by any of your "employees" who is a nurse, nurse assistant, emergency medical technician, paramedic, athletic trainer, audiologist, dietician, nutritionist, occupational therapist or occupational therapy assistant, physical therapist or speech-language pathologist; or

   (b) First aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

3. The following replaces the last sentence of Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE**:

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

4. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Sale Of Pharmaceuticals**

   "Bodily injury" or "property damage" arising out of the violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 67 02 19**

CONFIDENTIAL                                                                          TRAV_001855

COMMERCIAL GENERAL LIABILITY

5. The following is added to the **DEFINITIONS** Section:

"Incidental medical services" means:

a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

6. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" to any person to the extent not subject to Paragraph **2.a.(1)** of Section II – Who Is An Insured.

K. **BLANKET WAIVER OF SUBROGATION**

The following is added to Paragraph **8.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against such person or organization, but only for payments we make because of:

a. "Bodily injury" or "property damage" that occurs; or

b. "Personal and advertising injury" caused by an offense that is committed;

subsequent to the execution of the contract or agreement.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_001856

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**1.** The following replaces Para graph **(2)** of Exclusion **b., Contractual Liability,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execut ion of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", rea-sonable attorney fees and nece ssary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property dam-age", provided that:

    **(a)** Liability to such party for, or for the cost of, that party's defense has also been as-sumed by you in the same "insured con-tract"; and

    **(b)** Such attorney fees and litigation ex-penses are for defense of that party against a civil or alternative dispute reso-lution proceeding in which damages to which this insurance applies are al leged.

**2.** The following replaces the beginning of Para-graph **2.,** and Paragra phs **2.a., b., c., d.** and **e.,** of **SUPPLEMENTARY PAYMENTS – COVER-AGES A AND B** of **SECTION I – COVERAGES:**

**2.** If we defend you against a "suit" and your in-demnitee is also named as a party to the "suit", we will have the right and duty to de-fend that indemnitee if all of the following conditions are met:

    **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured con-tract";

    **b.** This insurance applies to such liability as-sumed by you;

    **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "in-sured contract";

    **d.** The allegations in the "suit" and the in-formation we know about the "occur-rence" or offense are such that we de-termine that no conflict exists between your interests and the interests of the in-demnitee;

    **e.** You and the indemnitee ask us to con-duct and control the defense of that in-demnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

**3.** The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAY-MENTS – COVERAGES A AND B** of **SEC-TION I – COVERAGES:**

Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litiga-tion expenses as Supplementary Payments ends when:

    **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

    **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**CG D4 21 07 08**     © 2008 The Travelers Companies, Inc.     Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL     TRAV_001857

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Violation Of Consumer Financial Protection Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

   **Violation Of Consumer Financial Protection Laws**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

**a.** Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

**b.** Information bearing on a person's credit worthiness, credit standing or credit capacity.

**c.** Social security number.

**d.** Drivers license number.

**e.** Birth date.

"Consumer financial protection law" means:

**a.** The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

**b.** California's Song-Beverly Credit Card Act and any of its amendments; or

**c.** Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

CONFIDENTIAL     TRAV_001858

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Exclusion **j. Damage To Property** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**j. Damage To Property**

"Property damage" to:

Property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

**B.** The following is added to Paragraph **4.b.(1)** of **Other Insurance** of **Section IV – Commercial General Liability Conditions:**

**4. Other Insurance**

**b. Excess Insurance**

With respect to your liability arising out of your management of property for which you are acting as real estate manager, this insurance is excess over any other valid and collectible insurance available to you, whether such insurance is primary or excess.

CONFIDENTIAL                                                                                    TRAV_001859

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

**1.** Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

**2.** Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

**3.** Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Discrimination**

"Bodily injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

**2.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Discrimination**

"Personal injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

TRAVELERS DOC MGMT Page 149 of 556

CONFIDENTIAL    TRAV_001861

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I — COVERAGES — COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**Silica Or Silica-Related Dust**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of "silica" or "silica-related dust". This includes, but is not limited to:

**(1)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**(2)** Any obligation to share damages with or repay someone else who must pay damages because of such "bodily injury" or "property damage".

**2.** The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I — COVERAGES — COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**Silica Or Silica-Related Dust**

"Personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of "silica" or "silica-related dust". This includes, but is not limited to:

**(1)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**(2)** Any obligation to share damages with or repay someone else who must pay damages because of such injury.

**3.** The following is added to the **DEFINITIONS** Section:

"Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

"Silica-related dust" means a mixture or combination of "silica" and other dust or particles.

**CG D2 40 09 15**          © 2015 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                                                    TRAV_001862

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

a. Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

b. Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

c. Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

d. Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

1. The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

2. The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

   (i) PERC for a dry cleaning business; or

   (ii) TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

3. The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

4. The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL



# GENERAL LIABILITY

CONFIDENTIAL

TRAV_001939

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_001940

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Exclusion **j. Damage To Property** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2.  Exclusions**

This insurance does not apply to:

**j.  Damage To Property**

"Property damage" to:

Property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

**B.** The following is added to Paragraph **4.b.(1)** of **Other Insurance** of **Section IV – Commercial General Liability Conditions:**

**4.  Other Insurance**

**b.  Excess Insurance**

With respect to your liability arising out of your management of property for which you are acting as real estate manager, this insurance is excess over any other valid and collectible insurance available to you, whether such insurance is primary or excess.

**CG 22 70 04 13**                © Insurance Services Office, Inc., 2012                Page 1 of 1

CONFIDENTIAL                                                                                 TRAV_001941

CHANGE EFFECTIVE DATE: 01-01-22
CHANGE ENDORSEMENT NUMBER: 0004

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
BROADBENT COMPANY, THE

Policy Number: Y-630-8S07720A-TIL-22
Policy Effective Date: 01/01/22
Issue Date: 03/09/22
Premium $ ████████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

ADDING DX 00 01 07 94 - MORTGAGE HOLDER SCHEDULE AS PER ATTACHED.

ADDING DX T3 79 11 12 - LOSS PAYABLE PROVISIONS AS PER ATTACHED.

NAME AND ADDRESS OF AGENT OR BROKER:
    GREGORY & APPEL INC (G3776)
    1402 N CAPITOL AVE STE 400
    INDIANAPOLIS, IN 46202

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL                                                                 TRAV_001942

CHANGE EFFECTIVE DATE: 01-01-22
CHANGE ENDORSEMENT NUMBER: 0004



**TRAVELERS**

**POLICY NUMBER:**  Y-630-8S07720A-TIL-22

**EFFECTIVE DATE:**  01-01-22

**ISSUE DATE:**  03-09-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX 00 01 07 94   MORTGAGEE HOLDER SCHEDULE
DX T8 01         GENERAL PURPOSE ENDORSEMENT
DX T8 02         GENERAL PURPOSE ENDORSEMENT
DX T3 79 11 12   LOSS PAYABLE PROVISIONS
```

**IL T8 01 10 93**                                    PAGE:   1 OF   1

CONFIDENTIAL

TRAV_001943

# EXHIBIT 6

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

630-8S07720A                    01/01/23 - 01/01/24              12/18/2024

**Policy Number(s)**        **Policy Period(s)**            **Date**

*Julie A. Senerth*

Julie A. Senerth, Manager
BI Document Management

CONFIDENTIAL



**TRAVELERS**ᴶ                                     One Tower Square, Hartford, Connecticut  06183

```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              REAL ESTATE OWNERS
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/20/23
                              POLICY NUMBER: Y-630-8S07720A-TIL-23
          INSURING COMPANY:
          TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

          1. NAMED INSURED AND MAILING ADDRESS:
             THE BROADBENT COMPANY, INC.  (AS PER IL T8 00)
             117 E WASHINGTON ST STE 300
             INDIANAPOLIS, IN 46204-3601


          2. POLICY PERIOD:  From 01/01/23 to 01/01/24 12:01 A.M. Standard Time at
                                                         your mailing address.
          3. LOCATIONS
                Premises  Bldg.
                Loc. No.  No.  Occupancy              Address

                SEE IL T0 03



          4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
             COMMERCIAL INLAND MARINE COV PART DECLARATIONS    CM T0 01 07 86 TIL
             DELUXE PROPERTY COVERAGE PART DECLARATIONS        DX T0 00 11 12 TIL
             COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS CG T0 01 11 03 TIL
             EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS CG T0 09 09 93 TIL




          5. NUMBERS OF FORMS AND ENDORSEMENTS
             FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


          6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                                    containing its complete provisions:
             Policy                    Policy No.              Insuring Company




          7. PREMIUM SUMMARY:
             Provisional Premium   $ ██████  INCLUDES (KYFS)
             Due at Inception      $ ██████
             Due at Each           $ ██████
```

NAME AND ADDRESS OF AGENT OR BROKER:          **COUNTERSIGNED BY:**
   GREGORY & APPEL INC (G3776)
   1402 N CAPITOL AVE STE 400                 _____
   INDIANAPOLIS, IN 46202                      Authorized Representative

                                              DATE:_____

```
          IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 2
          OFFICE: SP-INDIANAPOLIS
```

CONFIDENTIAL

TRAV_002270



**TRAVELERS**

---

TAXES AND SURCHARGES

POLICY NUMBER: Y-630-8S07720A-TIL-23

EFFECTIVE DATE: 01/01/23

ISSUE DATE: 01/20/23

| DESCRIPTION | AMOUNT |
|---|---|
| KENTUCKY FUND SURCHARGE | 500.00 |

IL T0 02 11 89     PAGE  2 OF  2

OFFICE: SP-INDIANAPOLIS     06G
PRODUCER NAME: GREGORY & APPEL INC     G3776

CONFIDENTIAL

**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

**THE BROADBENT COMPANY, INC.**
**117 E WASHINGTON ST STE 300**
**INDIANAPOLIS IN 46204-3601**

**Presented by:  GREGORY & APPEL INC**

CONFIDENTIAL



**TRAVELERS**

POLICY NUMBER: Y-630-8S07720A-TIL-23

EFFECTIVE DATE: 01-01-23

ISSUE DATE: 01-20-23

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 05 11    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
IL T8 00          GENERAL PURPOSE ENDORSEMENT
IL T8 03          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
DX T0 00 11 12    DELUXE PROP COV PART DECLARATIONS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX 00 04 11 12    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 11 12    DELUXE PROPERTY COVERAGE FORM
DX T1 01 11 12    DELUXE BI (AND EE) COVERAGE FORM
DX T8 01          GENERAL PURPOSE ENDORSEMENT
DX T8 02          GENERAL PURPOSE ENDORSEMENT
DX T3 01 11 12    CAUSES OF LOSS-EARTHQUAKE
DX T3 02 11 12    CAUSES OF LOSS - BROAD FORM FLOOD
DX T3 19 11 12    CAUSES OF LOSS-EQUIPMENT BREAKDOWN
DX T3 39 11 12    DELUXE ORDINANCE OR LAW COVERAGE
DX T3 79 11 12    LOSS PAYABLE PROVISIONS
DX T4 02 01 21    FEDERAL TERRORISM RISK INSURANCE ACT DIS
DX 00 14 11 12    KENTUCKY CHANGES
DX 01 55 04 21    MI CHANGES
DX 01 77 03 98    INDIANA CHANGES-RIGHTS OF RECOVERY
DX T3 98 04 02    ELECTRONIC VANDALISM LIMITATION ENDT
```

COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 02 19    TABLE OF CONTENTS - COM GEN LIAB COV
CG T1 00 02 19    COMMERCIAL GENERAL LIABILITY COV FORM
CG D9 10 09 21    AMENDMENT OF INTELLECTUAL PROPERTY EXCL
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 46 04 19    BLANKET AI-W/COMP OPS IF REQ BY CONTRACT
CG D4 67 02 19    XTEND ENDORSEMENT FOR SERVICE INDUSTRIES
CG D4 21 07 08    AMEND CONTRAC LIAB EXCL-EXC TO NAMED INS
CG D6 18 10 11    EXCL-VIOLATION OF CONSUMER FIN PROT LAWS
CG 22 70 04 13    REAL ESTATE PROPERTY MANAGED
CG D0 76 06 93    EXCLUSION-LEAD
CG D1 42 02 19    EXCLUSION-DISCRIMINATION
CG D2 40 09 15    EXCLUSION -SILICA OR SILICA-RELATED DUST
```

**IL T8 01 10 93**                                    PAGE: 1 OF 2

CONFIDENTIAL                                    TRAV_002273

 **TRAVELERS**

POLICY NUMBER: Y-630-8S07720A-TIL-23
EFFECTIVE DATE: 01-01-23
ISSUE DATE: 01-20-23

COMMERCIAL GENERAL LIABILITY (CONTINUED)

     CG F1 19 09 08   INDIANA CHANGES-DEFINITION OF POLLUTANTS

EMPLOYEE BENEFITS LIABILITY

     CG T0 09 09 93   EMPLOYEE BENEFITS LIAB COV PART DEC
     CG T0 43 01 16   EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
     CG T1 01 01 16   EMPLOYEE BENEFITS LIABILITY COV FORM
     CG T9 17 01 16   INDIANA CHANGES - EBL

INLAND MARINE

     CM B0 96 01 21   CONTRACTORS EQUIPMENT COVERAGE FORM DEC
     CM B0 97 01 21   CONTRACTORS EQUIPMENT SUPPLEMENTAL DEC
     CM T0 11 08 05   TABLE OF CONTENTS
     CM 00 01 09 04   COMMERCIAL INLAND MARINE CONDITIONS
     CM T8 94 09 93   LOSS PAYABLE PROVISIONS
     CM T2 42 01 21   CONTRACTORS EQUIPMENT COVERAGE FORM
     CM T3 98 01 21   FEDERAL TERRORISM RISK INSURANCE ACT DIS
     CM 01 39 09 00   INDIANA CHANGES

INTERLINE ENDORSEMENTS

     IL T0 63 07 22   ACTUAL CASH VALUE
     IL T3 68 01 21   FED TERRORISM RISK INS ACT DISCLOSURE
     IL T4 05 05 19   DESIG PERSON, ORG-NOTICE PROVIDED BY US
     IL T4 12 03 15   AMNDT COMMON POLICY COND-PROHIBITED COVG
     IL T4 14 01 21   CAP ON LOSSES FROM CERT ACTS OF TERRORIS
     IL T4 40 10 20   PROTECTION OF PROPERTY
     IL T3 82 05 13   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
     IL F0 59 09 07   IN CHANGES - DEFINITION OF POLLUTANTS
     IL 00 21 09 08   NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
     IL 01 17 12 10   INDIANA CHANGES-WORKERS' COMP EXCLUSION
     IL F0 10 10 97   INDIANA CHANGES-POLLUTION
     IL T3 55 05 13   EXCLUSION OF CERTAIN COMPUTER LOSSES
     IL T9 29 11 21   IN CHANGES - CANCELLATION & NONRENEWAL
     IL T9 58 11 17   IN CHGES - CONCEALMENT, MISREP OR FRAUD

POLICYHOLDER NOTICES

     PN T1 89 06 99   JURISDICTIONAL INSPECTIONS NOTICE

**IL T8 01 10 93**                          PAGE:   2 OF   2

CONFIDENTIAL

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

  **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

  **b.** 60 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

  Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

**5.** If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

**1.** We have the right but not obligated to:

  **a.** Make inspections and surveys at any time;

  **b.** Give you reports on the conditions we find; and

  **c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

  **a.** Are safe or healthful; or

  **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

**1.** The first Named Insured shown in the Declarations:

  **a.** Is responsible for the payment of all premiums; and

  **b.** Will be the payee for any return premiums we pay.

**2.** We compute all premiums for this policy in accordance with our rules, rates, rating plans,

---

CONFIDENTIAL

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART-REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

**1.** The Commercial Property Coverage Part;

**2.** The Commercial Inland Marine Coverage Part;

**3.** Commercial Property forms including, but not limited to, the following:

    **a.** Building and Personal Property Coverage Form;

    **b.** Business Income Coverage Form;

    **c.** Commercial Property Conditions;

    **d.** Causes of Loss – Special Form;

    **e.** Causes of Loss – Earthquake Form.

**4.** Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

    Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary                         President

Includes copyrighted material of Insurance Services Office, Inc. with its permission.     **IL T3 18 05 11** (Rev. 09-18)

TRAVELERS DOC MGMT Page 8 of 367

CONFIDENTIAL     TRAV_002276

**LOCATION SCHEDULE**                    **POLICY NUMBER: Y-630-8S07720A-TIL-23**

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-23  to  01-01-24 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 14005-14099 MUNDY DR. FISHERS, IN 46038 | REAL ESTATE PROPERTY MANAGED |
| 2 | 2 | 5305-5499 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 3 | 3 | 6024-6066 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 4 | 4 | 6621-6699 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 5 | 5 | 3716-3960 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 6 | 6 | 3841-3981 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 7 | 7 | 4611-4733 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 8 | 8 | 501-533 COLISEUM BLVD & 502-538 NOB FORT WAYNE, IN 46825 | SHOPPING CENTERS - BUILDINGS, OR |
| 9 | 9 | 3923-3999 28TH ST. S.E. GRAND RAPIDS, MI 49512 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 10 | 10 | 401-943 N. GREEN RIVER ROAD EVANSVILLE, IN 47711 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 11 | 11 | 8487 UNION CHAPEL RD. INDIANAPOLIS, IN 46280 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 12 | 12 | 8355 & 8395 E. 116TH ST. FISHERS, IN 46038 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 13 | 13 | 7759-7921 SOUTH U.S. 31 HOMECROFT, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |

IL T0 03 04 96                                        Page        1

CONFIDENTIAL                                                          TRAV_002277

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-8S07720A-TIL-23

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-23  to  01-01-24 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 14 | 14 | 7853 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 15 | 15 | 7711 SOUTH SHELBY ST.<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 16 | 16 | 7667 SHELBY ST.<br>INDIANAPOLIS, IN 46227 | REAL ESTATE DEVELOPMENT PROPERTY |
| 17 | 17 | 7747 S. SHELBY ST.<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 18 | 18 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 19 | 19 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 20 | 20 | 8180 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 21 | 21 | 14610-14790 US 31 N.<br>CARMEL, IN 46032 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 22 | 22 | 1850 S. HURSTBOURNE PARKWAY<br>LOUISVILLE, KY 40220-1646 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 23 | 23 | 1410-1518 WEST 86TH ST.<br>INDIANAPOLIS, IN 46260 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 24 | 24 | 10934-10976 EAST US 36<br>AVON, IN 46123 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 25 | 25 | 4705 EAST 96TH ST.<br>INDIANAPOLIS, IN 46240 | REAL ESTATE DEVELOPMENT PROPERTY |
| 26 | 26 | 117 EAST WASHINGTON ST.<br>INDIANAPOLIS, IN 46204 | LANDSCAPE GARDENING |

IL T0 03 04 96                                Page     2

CONFIDENTIAL                                        TRAV_002278

**LOCATION SCHEDULE**                     **POLICY NUMBER:** Y-630-8S07720A-TIL-23

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-23  to  01-01-24 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 27 | 27 | 4610-4810 COLDWATER RD. FORT WAYNE, IN 46825 | PARKING - PUBLIC - SHOPPING CENTERS |
| 28 | 28 | 6325-6447 W. JEFFERSON BLVD. FORT WAYNE, IN 46802 | BUILDINGS OR PREMISES - OFFICE - PR |
| 29 | 29 | 9910-9996 E. WASHINGTON ST. INDIANAPOLIS, IN 46229 | BUILDINGS OR PREMISES - BANK OR OFF |
| 30 | 30 | 10009-100089 E. WASHINGTON ST. INDIANAPOLIS, IN 46229 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 31 | 31 | 6610-6650 W. WASHINGTON ST. INDIANAPOLIS, IN 46241 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 32 | 32 | 3720 E. 82ND ST. INDIANAPOLIS, IN 46240 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 33 | 33 | 8211-8235 E. 116TH ST. FISHERS, IN 46038 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 34 | 34 | 4614 COLDWATER ROAD FORT WAYNE, IN 46825 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 35 | 35 | 3535 EAST 86TH ST. INDIANAPOLIS, IN 46240 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 37 | 37 | HICKORY RIDGE COMMONS, WINCHESTER RD & RIDGEWAY MEMPHIS, TN 37501 | WINCHESTER RD & RIDGEWAY |

IL T0 03 04 96                                         Page     3  (END)

CONFIDENTIAL                                              TRAV_002279

POLICY NUMBER: Y-630-8S07720A-TIL-23          GENERAL PURPOSE ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

THE BROADBENT COMPANY INC.
141ST STREET SHOPPES MANAGEMENT, INC
BROADBENT CAPITAL LLC
BOARD HOLDINGS, INC
CASTLETON POINT, LP
CASTLETON POINT MANAGEMENT, INC
CASTLETON POINT INVESTMENTS, LLC
CLEARWATER CROSSING MANAGEMENT, INC
CLEARWATER SHOPPES MANAGEMENT, INC
CLEARWATER VILLAGE, LP
CLEARWATER VILLAGE MANAGEMENT, INC.
CLEARWATER VILLAGE TRUST
EVANSVILLE ASSOCIATES, LP
EVANSVILLE ASSOCIATES MANAGEMENT, INC
EVANSVILLE ASSOCIATES INVESTMENTS, LLC
FASHION MALL COMMONS I MANAGEMENT, INC
FASHION MALL COMMONS III, LP
FASHION MALL COMMONS III INVESTMENTS, LLC
FASHION MALL COMMONS III MANAGEMENT, INC.
FISHERS TOWN CENTER MANAGEMENT, LLC
FISHERS TOWN COMMONS MANAGEMENT, INC.
GPL OUTLOT WEST I MANAGEMENT, INC
GREENWOOD PLACE COMMONS MANAGEMENT, INC
GREENWOOD POINT, LP
GREENWOOD POINT INVESTMENTS, LLC
GREENWOOD POINT MANAGEMENT, LLC
GREYHOUND PLAZA ASSOCIATES, LP
GREYHOUND PLAZA ASSOCIATES DELAWARE, LLC
GREYHOUND PLAZA ASSOCIATES INVESTMENTS, LLC
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, LLC
HUNNINGTON PLACE, LP
HUNNINGTON PLACE MANAGEMENT, INC
HUNNINGTON PLACE INVESTMENTS, LLC
NORTH WILLOW COMMONS MANAGEMENT, INC.
THE SHOPPES MANAGEMENT, INC.
WEST WASHINGTON MANAGEMENT, INC.

**IL T8 00**                              Page       1

CONFIDENTIAL                              TRAV_002280

POLICY NUMBER: Y-630-8S07720A-TIL-23                GENERAL PURPOSE ENDORSEMENT

```
117 EAST WASHINGTON, LLC
141ST STREET SHOPPES, LP
14IST STREET SHOPPES INVESTMENTS, LLC
ALL PROPERTY SERVICES, INC.
THE BROADBENT BUILDING, LP
THE BROADBENT BUILDING MANAGEMENT COMPANY, INC.
THE BROADBENT BUILDING MANAGEMENT, LLC
THE BROADBENT BUILDING INVESTMENTS, LLC
THE BROADBENT DEVELOPMENT COMPANY, INC.
BROADBENT INVESTMENTS, LLC
BROADBENT MASTER HOLDINGS, LLC
CASTLETON SHOPPES, LP
CASTLETON SHOPPES MANAGEMENT, LLC
CASTLETON SHOPPES INVESTMENTS, LLC
CASTLETON VILLAGE, LP
CASTLETON VILLAGE MANAGEMENT, LLC
CASTLETON VILLAGE INVESTMENTS, LLC
GPB D/B/A CASTLETON VILLAGE ASSOCIATES
CLEARWATER CROSSING, LP
CLEARWATER CROSSING INVESTMENTS, LLC
CLEARWATER CROSSING OWNERS ASSOCIATION, INC.
CLEARWATER SHOPPES, LP
CLEARWATER SHOPPES INVESTMENTS, LLC
COLISEUM SHOPPES, LP
COLISEUM SHOPPES MANAGEMENT, INC.
COLISEUM SHOPPES MANAGEMENT, LLC
COLISEUM SHOPPES INVESTMENTS, LLC
CROSSING LAND CORPORATION
EAST PARIS SHOPPES, LP
EAST PARIS SHOPPES MANAGEMENT, INC.
EAST PARIS SHOPPES INVESTMENTS, LLC
FASHION MALL COMMONS I, LP
FASHION MALL COMMONS I INVESTMENTS, LLC
FISHERS TOWN CENTER, LP
FISHERS TOWN CENTER INVESTMENTS, LLC
FISHERS TOWN COMMONS, LP
FISHERS TOWN COMMONS INVESTMENTS, LLC
FLEMING ISLAND SHOPPES, LP
FLEMING ISLAND SHOPPES MANAGEMENT, INC.
FLEMING ISLAND SHOPPES INVESTMENTS, LLC
GPB REALTY, LP
GPB REALTY MANAGEMENT, INC.
GPB REALTY MANAGEMENT, LLC
GPL HIGHLAND, LLC
GPL INTERIOR OUTLOT, LLC
GPL OUTLOT SOUTHWEST I, LP
GPL OUTLOT SOUTHWEST I MANAGEMENT, INC.
GPL OUTLOT SOUTHWEST I INVESTMENTS, LLC
```

**IL T8 00**                                    Page    2

CONFIDENTIAL                                              TRAV_002281

POLICY NUMBER: Y-630-8S07720A-TIL-23          GENERAL PURPOSE ENDORSEMENT

```
GPL OUTLOT WEST I, LP
GPL OUTLOT WEST I INVESTMENTS, LLC
GPL OUTLOTS, LP
GPL OUTLOTS MANAGEMENT, INC.
GPL OUTLOTS INVESTMENTS, LLC
GPT INVESTMENTS, LLC
GREENWOOD PLACE COMMONS, LP
GREENWOOD PLACE COMMONS INVESTMENTS, LLC
GREENWOOD POINT, LLC
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, INC.
NORTH WILLOW, LP
NORTH WILLOW INVESNNENTS, LLC
PROJECT EQUITIES CORPORATION
RACEWAY CROSSING, LP
RACEWAY CROSSING MANAGEMENT, LLC
RACEWAY CROSSING INVESTMENTS, LLC
S&B REALTY, LP
S&B REALTY MANAGEMENT, INC.
S&B REALTY MANAGEMENT, LLC
THE SHOPPES, LP
THE SHOPPES MANAGEMENT, LLC
THE SHOPPES INVESTMENTS, LLC
THE SHOPPES OUTLOT, LP
THE SHOPPES OUTLOT MANAGEMENT, INC.
THE SHOPPES OUTLOT INVESTMENTS, LLC
VILLAGE AT TIME COMERS, LP
VILLAGE AT TIME COMERS MANAGEMENT, INC.
VILLAGE AT TIME CORNERS INVESTMENTS, LLC
WASHINGTON COMER, LP
WASHINGTON COMER MANAGEMENT, INC.
WASHINGTON COMER INVESTMENTS, LLC
WASHINGTON SHOPPES, LP
WASHINGTON SHOPPES MANAGEMENT, LNC.
WASHINGTON SHOPPES LNVESTMENTS, LLC
WEST WASHINGTON, LP
WEST WASHINGTON INVESTMENTS, LLC
WHITE RIVER INVESTMENTS, LP
WHITE RIVER INVESTMENTS MANAGEMENT, LLC
CLEARWATER VILLAGE ASSOCIATES, INC.
```

**IL T8 00**                                    Page      3

CONFIDENTIAL                                                        TRAV_002282

POLICY NUMBER: **Y-630-8S07720A-TIL-23**                    GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

THE OHIO NATIONAL LIFE INSURANCE COMPANY, ISAOA ATIMA

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL, LLC,
214 NORTH TRYON STREET
SUITE 2000
CHARLOTTE, NC 28202

**IL T8 03**                                    Page    1

CONFIDENTIAL                                    TRAV_002283

POLICY NUMBER: **Y-630-8S07720A-TIL-23**          GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

WELLS FARGO BANK, N.A. AS MASTER SERVICER ON BEHALF OF WILMINGTON TRUST
NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WFRBS
COMMERCIAL MORTGAGE TRUST 2014-C22 COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2014-C22

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL LLC
200 SOUTH COLLEGE STREET
SUITE 2100
CHARLOTTE, NC 28202

**IL T8 03**                                    Page      2

CONFIDENTIAL                                          TRAV_002284

POLICY NUMBER: `Y-630-8S07720A-TIL-23`            GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS MASTER SERVICER ON BEHALF OF
WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, FOR THE BENEFIT OF THE
REGISTERED HOLDERS OF CSAIL 2015-C4 COMMERCIAL MORTGAGE

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL, LLC
214 N. TRYON ST
SUITE 2000
CHARLOTTE, NC 28202

**IL T8 03**                                      Page     3

CONFIDENTIAL                                      TRAV_002285

POLICY NUMBER: Y-630-8S07720A-TIL-23                    GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

WELLS FARGO BANK, NA, AS MASTER SERVICER FOR U.S. BANK, NA
AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2013-CCRE12 MORTGAGE TRUST
COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL LLC
214 NORTH TYRON STREET, FLOOR 2000
CHARLOTTE, NC 28202

**IL T8 03**                                           Page    **4**

CONFIDENTIAL                                      TRAV_002286

POLICY NUMBER: **Y-630-8S07720A-TIL-23**                    GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

BELTWAY CAPITAL MANAGEMENT LLC
AS LOAN SERVICER FOR MCCORMICK 106, LLC
EXECUTIVE PLAZA II

ADDRESS:

11350 MCCORMICK RD
STE 902
HUNT VALLEY, MD 21031

**IL T8 03**                                                Page      5

CONFIDENTIAL                                                TRAV_002287

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_002411

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_002412


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL GENERAL LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-8S07720A-TIL-23
**ISSUE DATE:** 01-20-23

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-23 to 01-01-24 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

   **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**          **LIMITS OF INSURANCE**

   | | |
   |---|---|
   | General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
   | Products-Completed Operations Aggregate Limit | $ 2,000,000 |
   | Personal & Advertising Injury Limit | $ 1,000,000 |
   | Each Occurrence Limit | $ 1,000,000 |
   | Damage To Premises Rented To You Limit (any one premises) | $ 300,000 |
   | Medical Expense Limit (any one person) | $ 5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

# COMMERCIAL GENERAL LIABILITY COVERAGE IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                                  Page 1 of 1

PRODUCER: GREGORY & APPEL INC            G3776      OFFICE: SP-INDIANAPOLIS      06G

CONFIDENTIAL                                                                 TRAV_002413

**DECLARATIONS PREMIUM SCHEDULE**      POLICY NUMBER: `Y-630-8S07720A-TIL-23`

This Schedule applies to the Declarations for the period of      `01-01-23`  to  `01-01-24`

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|
| MINIMUM PREMIUMS | | | | | | |
| | | PREM/OPS | | $231 | | |
| | | LOB | | $250 | | |
| | 1/ 1 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 004 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 2/ 2 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 005 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 3/ 3 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 006 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 4/ 4 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 007 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 5/ 5 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 008 | | 67635 | PREM/OPS | A | ███████ | ███████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG      T0 12.

**CG T0 07 09 87**                          PAGE      1

CONFIDENTIAL                                                    TRAV_002414

**DECLARATIONS PREMIUM SCHEDULE**          POLICY NUMBER: Y-630-8S07720A-TIL-23

This Schedule applies to the Declarations for the period of      01-01-23   to   01-01-24

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 6/ 6 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 009 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 7/ 7 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 010 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 8/ 8 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 011 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 9/ 9 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 042 | | 67635 | PREM/OPS | A | ███████ | ███████ |
| | 10/ 10 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 012 | | 67635 | PREM/OPS | A | ███████ | ███████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                                    PAGE      2

CONFIDENTIAL                                    TRAV_002415

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-23

This Schedule applies to the Declarations for the period of     01-01-23   to   01-01-24

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|
| | 11/ 11 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 013 | | 67635 | PREM/OPS | A | ██████ | ██████ |
| | 12/ 12 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 014 | | 67635 | PREM/OPS | A | ██████ | |
| | 13/ 13 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 015 | | 67635 | PREM/OPS | A | ██████ | |
| | 14/ 14 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 016 | | 67635 | PREM/OPS | A | ██████ | |
| | 15/ 15 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 017 | | 67635 | PREM/OPS | A | ██████ | ██████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                        PAGE      3

CONFIDENTIAL                                                    TRAV_002416

**DECLARATIONS PREMIUM SCHEDULE**          POLICY NUMBER: Y-630-8S07720A-TIL-23

This Schedule applies to the Declarations for the period of     01-01-23   to   01-01-24

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 16/ 16 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 018 | | 47051 EACH | PREM/OPS | T ACRE | | ███████ |
| | 17/ 17 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 019 | | 67635 | PREM/OPS | A | | ███████ |
| | 18/ 18 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 020 | | 67635 | PREM/OPS | A | | ███████ |
| | 19/ 19 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 021 | | 67635 | PREM/OPS | A | | ███████ |
| | 20/ 20 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 022 | | 67635 | PREM/OPS | A | | ███████ |

*This class is subject to the prem/ops transition program.

☐  If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                    PAGE     4

CONFIDENTIAL                                    TRAV_002417

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** `Y-630-8S07720A-TIL-23`

This Schedule applies to the Declarations for the period of     `01-01-23`   to   `01-01-24`

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 21/ 21 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 023 | | 67635 | PREM/OPS | A | | ████████ |
| | 22/ 22 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 041 | | 67635 | PREM/OPS | A | | ████████ |
| | 23/ 23 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 024 | | 67635 | PREM/OPS | A | | ████████ |
| | 24/ 24 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 025 | | 67635 | PREM/OPS | A | | ████████ |
| | 25/ 25 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 026 | | 47051 EACH | PREM/OPS | T ACRE | | ████████ |
| | 26/ 26 | PARKING - PUBLIC - SHOPPING CENTERS - MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 027 | | 46607 | PREM/OPS | A | | ████████ |
| | 26/ 26 | BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 028 | | 61212 | PREM/OPS | A | | ████████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                      PAGE     5

CONFIDENTIAL                                                          TRAV_002418

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-23

This Schedule applies to the Declarations for the period of     01-01-23   to   01-01-24

It shows all of your known rating classes as of the effective date. Any except ions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 26/ 26 | BUILDINGS OR PREMISES - OFFICE - PREMISES OCCUPIED BY EMPLOYEES OF THE INSURED - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 029 | 26/ 26 | 61224          LANDSCAPE GARDENING PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | | ███████ |
| 030 | 27/ 27 | 97047          SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | P | | ███████ |
| 031 | 28/ 28 | 67635          SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | | ███████ |
| 032 | 29/ 29 | 67635          SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | | ███████ |
| 033 | 30/ 30 | 67635          SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | | ███████ |
| 034 | 31/ 31 | 67635          SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | | ███████ |
| 035 | | 67635 | PREM/OPS | A | | ███████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                                    PAGE     **6**

CONFIDENTIAL                                          TRAV_002419

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-TIL-23

This Schedule applies to the Declarations for the period of     01-01-23   to   01-01-24

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 32/ 32 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 036 | | 67635 | PREM/OPS        A | ██████████████████████ | | |
| | 33/ 33 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 037 | | 67635 | PREM/OPS        A | ██████████████████ | | |
| | 34/ 34 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 038 | | 67635 | PREM/OPS        A | ████████████████████████ | | |
| | 35/ 35 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 039 | | 67635 | PREM/OPS        A | ████████████████████ | | |
| | 37/ 37 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 043 | | 47051 EACH | PREM/OPS        T ACRE | ██████████████████ | | |
| | | XTEND ENDORSEMENT-SERVICE INDUSTRIES | | | | |
| 002 | | 00232 | PREM/OPS | | | ██████████ |
| 003 | | | PROD/C-OPS | | | |
| | | 00000 | KY TAX | | | |
| | | COVERAGE PART TOTAL | | | | ██████████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                        PAGE      7  (END)

CONFIDENTIAL

TRAV_002420

**KEY TO DECLARATIONS PREMIUM SCHEDULE**

**ABBREVIATIONS:**

CLASS DESCRIPT  – means CLASS DESCRIPTION

LOC/BLDG NO.  – means LOCATION/BUILDING NUMBER

OPN NO.  – means OPERATION NUMBER

PREM/OPS  – means PREMISES/OPERATIONS

PROD/C-OPS  – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating   expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

      *   Premium base t applies for a number o f rarely used premium bases.
The specific base and how rates apply  are shown with the Class Description
on the DECLARATIONS-PREMIUM  SCHEDULE.

**CG T0 08 11 03**          Copyright, The Travelers Indemnity Company,   2003         Page 1 of 1

CONFIDENTIAL

TRAV_002421

## TABLE OF CONTENTS

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG T1 00 02 19

SECTION I – COVERAGES                                                    Beginning on Page

Coverage A –
**Bodily Injury and Property**        Insuring Agreement ........................................   1
**Damage Liability**
                                      Exclusions ....................................................   2

Coverage B –
**Personal and Advertising**          Insuring Agreement ....................................   6
**Injury Liability**
                                      Exclusions ....................................................   6

Coverage C –
**Medical Payments**                  Insuring Agreement ....................................   9

                                      Exclusions ....................................................   9

Supplementary Payments ..................................................................   10

SECTION II – WHO IS AN INSURED ..............................................................   11

SECTION III – LIMITS OF INSURANCE ..........................................................   13

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS ................   13

Bankruptcy .................................................................................   13
Duties In The Event Of Occurrence, Offense, Claim Or Suit .................   13
Legal Action Against Us ...............................................................   14
Other Insurance ..........................................................................   15
Premium Audit ............................................................................   16
Representations ...........................................................................   16
Separation Of Insureds ................................................................   16
Transfer Of Rights Of Recovery Against Others To Us .......................   16
When We Do Not Renew ..............................................................   16

SECTION V – DEFINITIONS ...........................................................................   16

**CG T0 34 02 19**

CONFIDENTIAL

TRAV_002422

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

        (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        (2) The "bodily injury" or "property damage" occurs during the policy period; and

        (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

        (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002423

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

CONFIDENTIAL

TRAV_002424

COMMERCIAL GENERAL LIABILITY

is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 3 of 21

CONFIDENTIAL

TRAV_002425

COMMERCIAL GENERAL LIABILITY

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** 50 feet long or less; and

  **(b)** Not being used to carry any person or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is:

  **(a)** Chartered with a pilot to any insured;

  **(b)** Not owned by any insured; and

  **(c)** Not being used to carry any person or property for a charge.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002426

COMMERCIAL GENERAL LIABILITY

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.** **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.** **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and

accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.** **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

However, this exclusion does not apply to liability for damages because of "bodily injury".

**q.** **Unsolicited Communication**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**r.** **Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**s.** **Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

---

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002427

COMMERCIAL GENERAL LIABILITY

**(2)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**t. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the

employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "bodily injury".

Exclusions **c.** through **n.** do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002428

This exclusion does not apply to "personal injury" caused by malicious prosecution.

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Or Used Prior To Policy Period**

**(1)** "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

**(2)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

**(a)** Liability to such party for, or the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party

against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" caused by an offense committed by an insured whose business is:

**(1)** Advertising, "broadcasting" or publishing;

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.(1)**, **(2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts or owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or

neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**q. Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**r. Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002430

COMMERCIAL GENERAL LIABILITY

assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

    **(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

  **s.** **Employment-Related Practices**

"Personal injury" to:

  **(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

  **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury"

## COVERAGE C – MEDICAL PAYMENTS

**1.** **Insuring Agreement**

  **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

  **(1)** On premises you own or rent;

  **(2)** On ways next to premises you own or rent; or

  **(3)** Because of your operations;

provided that:

  **(a)** The accident takes place in the "coverage territory" and during the policy period;

  **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

  **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

  **(1)** First aid administered at the time of an accident;

  **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

  **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.** **Exclusions**

We will not pay expenses for "bodily injury":

  **a.** **Any Insured**

  To any insured, except "volunteer workers".

  **b.** **Hired Person**

  To a person hired to do work for or on behalf of any insured or a tenant of any insured.

  **c.** **Injury On Normally Occupied Premises**

  To a person injured on that part of premises you own or rent that the person normally occupies.

  **d.** **Workers' Compensation And Similar Laws**

  To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

  **e.** **Athletics Activities**

  To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

  **f.** **Products-Completed Operations Hazard**

  Included within the "products-completed operations hazard".

  **g.** **Coverage A Exclusions**

  Excluded under Coverage **A**.

CONFIDENTIAL

TRAV_002431

COMMERCIAL GENERAL LIABILITY

**SUPPLEMENTARY PAYMENTS**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $2,500 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been

assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverages – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section **I** – Coverages – Coverage **B** – Personal And Advertising Injury Liability, such payments will not be deemed to be damages for "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002432

COMMERCIAL GENERAL LIABILITY

**a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      **(1)** "Bodily injury" or "personal injury":

         **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer

workers" while performing duties related to the conduct of your business;

         **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

         **(d)** Arising out of his or her providing or failing to provide professional health care services.

      Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide first aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

      **(2)** "Property damage" to property:

         **(a)** Owned, occupied or used by;

         **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   **b.** Any person (other than your "employee" or "volunteer worker"), or any organization, while acting as your real estate manager.

   **c.** Any person or organization having proper temporary custody of your property if you die, but only:

      **(1)** With respect to liability arising out of the maintenance or use of that property; and

      **(2)** Until your legal representative has been appointed.

**CG T1 00 02 19**                © 2017 The Travelers Indemnity Company. All rights reserved.                Page 11 of 21
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                                                                    TRAV_002433

COMMERCIAL GENERAL LIABILITY

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**e.** Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

**(1)** 50 feet long or less; and

**(2)** Not being used to carry any person or property for a charge.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section **II –** Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** An organization, other than a partnership, joint venture or limited liability company; or

**b.** A trust;

as indicated in its name or the documents that govern its structure.

**4.** Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

**a.** The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such premises owner, manager or lessor does not apply to:

**(1)** Any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**5.** Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

**a.** The limits of insurance provided to such equipment lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after the equipment lease expires.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

TRAVELERS DOC MGMT Page 166 of 367

CONFIDENTIAL

TRAV_002434

venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section **II – Who Is An Insured.**

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**;

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will be:

   **a.** The amount shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part; or

   **b.** $300,000 if no amount is shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II – Who Is An Insured**:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** An executive officer or director of any other organization; or

**(iv)** A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraph **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**3.** **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002436

**4. Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph **5.** of Section **III** – Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph **4.** of Section **III** – Limits of Insurance applies because the Amendment – Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c.** below, insurer means a provider of insurance.

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below, except when Paragraph **d.** below applies.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is insurance for "premises damage";

**(iii)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

**(iv)** That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph **4.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies; or

**(v)** That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies.

**(b)** Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002437

COMMERCIAL GENERAL LIABILITY

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**d. Primary And Non-Contributory Insurance If Required By Written Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

**(1)** The "bodily injury" or "property damage" for which coverage is sought occurs; and

**(2)** The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed;

subsequent to the signing of that contract or agreement by you.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

CONFIDENTIAL    TRAV_002438

COMMERCIAL GENERAL LIABILITY

**2.** "Advertising injury":

**a.** Means injury caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**3.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**4.** "Bodily injury" means:

**a.** Physical harm, including sickness or disease, sustained by a person; or

**b.** Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.

**5.** "Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

**6.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above, or in a settlement we agree to.

**7.** "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**8.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**9.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL
TRAV_002439

COMMERCIAL GENERAL LIABILITY

10. "Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

11. "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

12. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

13. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle,

tracks, roadbeds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection, architectural or engineering activities.

14. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

15. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

16. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002440

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**17.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** An act or omission committed in providing or failing to provide first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**18.** "Personal and advertising injury" means "personal injury" or "advertising injury".

**19.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

    **(1)** False arrest, detention or imprisonment;

    **(2)** Malicious prosecution;

    **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

    **(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

    **(5)** Oral or written publication, including publication by electronic means, of material that:

        **(a)** Appropriates a person's name, voice, photograph or likeness; or

        **(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**20.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002441

COMMERCIAL GENERAL LIABILITY

21. "Premises damage" means:

    **a.** With respect to the first paragraph of the exceptions in Exclusion **j.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of seven or fewer consecutive days, including the contents of such premises; or

    **b.** With respect to the exception to Exclusions **c.** through **n.** in the last paragraph of Paragraph **2.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of more than seven consecutive days, or while temporarily occupied by you with permission of the owner, caused by:

        **(1)** Fire;

        **(2)** Explosion;

        **(3)** Lightning;

        **(4)** Smoke resulting from fire, explosion or lightning; or

        **(5)** Water.

    But "premises damage" under this Paragraph **b.** does not include "property damage" to any premises caused by:

        **(1)** Rupture, bursting, or operation of pressure relief devices;

        **(2)** Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water; or

        **(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines.

22. "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

23. "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

    For the purposes of this insurance, "electronic data" is not tangible property.

24. "Slogan":

    **a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

    **b.** Does not include a phrase used as, or in, the name of:

        **(1)** Any person or organization, other than you; or

        **(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002442

**25.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**26.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**27.** "Title" means a name of a literary or artistic work.

**28.** "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

**29.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**30.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**31.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)** The providing of or failure to provide warnings or instructions.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002443

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **i.**, **Intellectual Property**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**i.   Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or suit that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion applies regardless of whether the allegation of infringement or violation of any of these rights or laws is made by any person or organization making the claim or bringing the suit, by any insured or by any other party to the claim or suit.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**CG D9 10 09 21**          © 2021 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                        TRAV_002444

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**     Copyright, Travelers Indemnity Company, 1997     Page 1 of 1

CONFIDENTIAL     TRAV_002445

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED
**(Includes Products-Completed Operations If Required By Contract)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that you agree in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only:

**a.** With respect to liability for "bodily injury" or "property damage" that occurs, or for "personal injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement and while that part of the contract or agreement is in effect; and

**b.** If, and only to the extent that, such injury or damage is caused by acts or omissions of you or your subcontractor in the performance of "your work" to which the written contract or agreement applies. Such person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization.

The insurance provided to such additional insured is subject to the following provisions:

**a.** If the Limits of Insurance of this Coverage Part shown in the Declarations exceed the minimum limits required by the written contract or agreement, the insurance provided to the additional insured will be limited to such minimum required limits. For the purposes of determining whether this limitation applies, the minimum limits required by the written contract or agreement will be considered to include the minimum limits of any Umbrella or Excess liability coverage required for the additional insured by that written contract or agreement. This provision will not increase the limits of insurance described in Section III – Limits Of Insurance.

**b.** The insurance provided to such additional insured does not apply to:

**(1)** Any "bodily injury", "property damage" or "personal injury" arising out of the providing, or failure to provide, any professional architectural, engineering or surveying services, including:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders or change orders, or the preparing, approving, or failing to prepare or approve, drawings and specifications; and

**(b)** Supervisory, inspection, architectural or engineering activities.

**(2)** Any "bodily injury" or "property damage" caused by "your work" and included in the "products-completed operations hazard" unless the written contract or agreement specifically requires you to provide such coverage for that additional insured during the policy period.

**c.** The additional insured must comply with the following duties:

**(1)** Give us written notice as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, such notice should include:

**(a)** How, when and where the "occurrence" or offense took place;

**(b)** The names and addresses of any injured persons and witnesses; and

**(c)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**(2)** If a claim is made or "suit" is brought against the additional insured:

**CG D2 46 04 19**          © 2018 The Travelers Indemnity Company. All rights reserved.          Page 1 of 2

CONFIDENTIAL

TRAV_002446

COMMERCIAL GENERAL LIABILITY

**(a)** Immediately record the specifics of the claim or "suit" and the date received; and

**(b)** Notify us as soon as practicable and see to it that we receive written notice of the claim or "suit" as soon as practicable.

**(3)** Immediately send us copies of all legal papers received in connection with the claim or "suit", cooperate with us in the investigation or settlement of the claim or defense against the "suit", and otherwise comply with all policy conditions.

**(4)** Tender the defense and indemnity of any claim or "suit" to any provider of other insurance which would cover such additional insured for a loss we cover. However, this condition does not affect whether the insurance provided to such additional insured is primary to other insurance available to such additional insured which covers that person or organization as a named insured as described in Paragraph **4.**, Other Insurance, of Section **IV** – Commercial General Liability Conditions.

 © 2018 The Travelers Indemnity Company. All rights reserved. **CG D2 46 04 19**

TRAVELERS DOC MGMT Page 179 of 367

CONFIDENTIAL

TRAV_002447

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT FOR SERVICE INDUSTRIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

**A.** Who Is An Insured – Unnamed Subsidiaries

**B.** Who Is An Insured – Employees And Volunteer Workers – Bodily Injury To Co-Employees And Co-Volunteer Workers

**C.** Who Is An Insured – Newly Acquired Or Formed Limited Liability Companies

**D.** Blanket Additional Insured – Broad Form Vendors

**E.** Blanket Additional Insured – Controlling Interest

**F.** Blanket Additional Insured – Mortgagees, Assignees, Successors Or Receivers

**G.** Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Premises

**H.** Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Operations

**I.** Blanket Additional Insured – Grantors Of Franchises

**J.** Incidental Medical Malpractice

**K.** Blanket Waiver Of Subrogation

## PROVISIONS

**A. WHO IS AN INSURED – UNNAMED SUBSIDIARIES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any of your subsidiaries, other than a partnership or joint venture, that is not shown as a Named Insured in the Declarations is a Named Insured if:

**a.** You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

**b.** Such subsidiary is not an insured under similar other insurance.

No such subsidiary is an insured for "bodily injury" or "property damage" that occurred, or "personal and advertising injury" caused by an offense committed:

**a.** Before you maintained an ownership interest of more than 50% in such subsidiary; or

**b.** After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

For purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such subsidiary will be deemed to be designated in the Declarations as:

**a.** A limited liability company;

**b.** An organization other than a partnership, joint venture or limited liability company; or

**c.** A trust;

as indicated in its name or the documents that govern its structure.

**B. WHO IS AN INSURED – EMPLOYEES AND VOLUNTEER WORKERS – BODILY INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Paragraphs **(1)(a)**, **(b)** and **(c)** above do not apply to "bodily injury" to a co-"employee" while in the course of the co-"employee's" employment by you or performing duties related to the conduct of your business, or to "bodily injury" to

CONFIDENTIAL

TRAV_002448

COMMERCIAL GENERAL LIABILITY

your other "volunteer workers" while performing duties related to the conduct of your business.

## C. WHO IS AN INSURED – NEWLY ACQUIRED OR FORMED LIMITED LIABILITY COMPANIES

The following replaces Paragraph **3.** of **SECTION II – WHO IS AN INSURED**:

**3.** Any organization you newly acquire or form, other than a partnership or joint venture, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only:

**(1)** Until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, if you do not report such organization in writing to us within 180 days after you acquire or form it; or

**(2)** Until the end of the policy period, when that date is later than 180 days after you acquire or form such organization, if you report such organization in writing to us within 180 days after you acquire or form it;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** A limited liability company;

**b.** An organization, other than a partnership, joint venture or limited liability company; or

**c.** A trust;

as indicated in its name or the documents that govern its structure.

## D. BLANKET ADDITIONAL INSURED – BROAD FORM VENDORS

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a vendor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury" or "property damage" that:

**a.** Occurs subsequent to the signing of that contract or agreement; and

**b.** Arises out of "your products" that are distributed or sold in the regular course of such vendor's business.

The insurance provided to such vendor is subject to the following provisions:

**a.** The limits of insurance provided to such vendor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such vendor does not apply to:

**(1)** Any express warranty not authorized by you or any distribution or sale for a purpose not authorized by you;

**(2)** Any change in "your products" made by such vendor;

**(3)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(4)** Any failure to make such inspections, adjustments, tests or servicing as vendors agree to perform or normally undertake to perform in the regular course of business, in connection with the distribution or sale of "your products";

**(5)** Demonstration, installation, servicing or repair operations, except such operations performed at such vendor's premises in connection with the sale of "your products"; or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 67 02 19**

CONFIDENTIAL

TRAV_002449

**(6)** "Your products" that, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or on behalf of such vendor.

Coverage under this provision does not apply to:

**a.** Any person or organization from whom you have acquired "your products", or any ingredient, part or container entering into, accompanying or containing such products; or

**b.** Any vendor for which coverage as an additional insured specifically is scheduled by endorsement.

**E. BLANKET   ADDITIONAL   INSURED   –   CONTROLLING INTEREST**

**1.** The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that has financial control of you is an insured with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that arises out of:

**a.** Such financial control; or

**b.** Such person's or organization's ownership, maintenance or use of premises leased to or occupied by you.

The insurance provided to such person or organization does not apply to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**2.** The following is added to Paragraph **4.** of **SECTION II – WHO IS AN INSURED**:

This paragraph does not apply to any premises owner, manager or lessor that has financial control of you.

**F. BLANKET   ADDITIONAL   INSURED   –   MORTGAGEES, ASSIGNEES, SUCCESSORS OR RECEIVERS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a mortgagee, assignee, successor or receiver and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to its liability as mortgagee, assignee, successor or receiver for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of the premises for which that mortgagee, assignee, successor or receiver is required under that contract or agreement to be included as an additional insured on this Coverage Part.

The insurance provided to such mortgagee, assignee, successor or receiver is subject to the following provisions:

**a.** The limits of insurance provided to such mortgagee, assignee, successor or receiver will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such person or organization does not apply to:

**(1)** Any "bodily injury" or "property damage" that occurs, or any "personal and advertising injury" caused by an offense that is committed, after such contract or agreement is no longer in effect; or

**(2)** Any "bodily injury", "property damage" or "personal and advertising injury" arising out of any structural alterations, new construction or demolition operations performed by or on behalf of such mortgagee, assignee, successor or receiver.

**G. BLANKET   ADDITIONAL   INSURED   –   GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to premises owned or occupied by, or rented or loaned to, you and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of the existence, ownership, use, maintenance, repair, construction, erection or removal of any of the following for which that governmental entity has issued such permit or authorization:   advertising   signs,   awnings,

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002450

COMMERCIAL GENERAL LIABILITY

canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, elevators, street banners or decorations.

**H. BLANKET ADDITIONAL INSURED – GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO OPERATIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to operations performed by you or on your behalf and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of such operations.

The insurance provided to such governmental entity does not apply to:

**a.** Any "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the governmental entity; or

**b.** Any "bodily injury" or "property damage" included in the "products-completed operations hazard".

**I. BLANKET ADDITIONAL INSURED – GRANTORS OF FRANCHISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that grants a franchise to you is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of your operations in the franchise granted by that person or organization.

If a written contract or agreement exists between you and such additional insured, the limits of insurance provided to such insured will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**J. INCIDENTAL MEDICAL MALPRACTICE**

**1.** The following replaces Paragraph **b.** of the definition of "occurrence" in the **DEFINITIONS** Section:

**b.** An act or omission committed in providing or failing to provide "incidental

medical services", first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**2.** The following replaces the last paragraph of Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide:

**(a)** "Incidental medical services" by any of your "employees" who is a nurse, nurse assistant, emergency medical technician, paramedic, athletic trainer, audiologist, dietician, nutritionist, occupational therapist or occupational therapy assistant, physical therapist or speech-language pathologist; or

**(b)** First aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**3.** The following replaces the last sentence of Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE**:

For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

**4.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Sale Of Pharmaceuticals**

"Bodily injury" or "property damage" arising out of the violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 67 02 19**

CONFIDENTIAL

TRAV_002451

COMMERCIAL GENERAL LIABILITY

5. The following is added to the **DEFINITIONS** Section:

"Incidental medical services" means:

**a.** Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

**b.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

6. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" to any person to the extent not subject to Paragraph **2.a.(1)** of Section **II** – Who Is An Insured.

**K. BLANKET WAIVER OF SUBROGATION**

The following is added to Paragraph **8.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against such person or organization, but only for payments we make because of:

**a.** "Bodily injury" or "property damage" that occurs; or

**b.** "Personal and advertising injury" caused by an offense that is committed;

subsequent to the execution of the contract or agreement.

**CG D4 67 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 5 of 5

CONFIDENTIAL

TRAV_002452

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces Paragraph **(2)** of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

    **(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

    **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

    **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

    **2.** If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

    **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    **b.** This insurance applies to such liability assumed by you;

    **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

    **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

    **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3. The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

    Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

    **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**CG D4 21 07 08**    © 2008 The Travelers Companies, Inc.<br>Includes the copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

CONFIDENTIAL    TRAV_002453

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Violation Of Consumer Financial Protection Laws**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

**2.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Violation Of Consumer Financial Protection Laws**

"Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

**3.** The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

**a.** Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

**b.** Information bearing on a person's credit worthiness, credit standing or credit capacity.

**c.** Social security number.

**d.** Drivers license number.

**e.** Birth date.

"Consumer financial protection law" means:

**a.** The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

**b.** California's Song-Beverly Credit Card Act and any of its amendments; or

**c.** Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

**CG D6 18 10 11**     © 2011 The Travelers Indemnity Company. All rights reserved.     Page 1 of 1

CONFIDENTIAL

TRAV_002454

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Exclusion **j. Damage To Property** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2.  Exclusions**

This insurance does not apply to:

**j.  Damage To Property**

"Property damage" to:

Property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

**B.** The following is added to Paragraph **4.b.(1)** of **Other Insurance** of **Section IV – Commercial General Liability Conditions:**

**4.  Other Insurance**

**b.  Excess Insurance**

With respect to your liability arising out of your management of property for which you are acting as real estate manager, this insurance is excess over any other valid and collectible insurance available to you, whether such insurance is primary or excess.

**CG 22 70 04 13**                © Insurance Services Office, Inc., 2012                Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_002455

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

Page 1 of 1

CONFIDENTIAL

TRAV_002456

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Discrimination**

"Bodily injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

**2.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Discrimination**

"Personal injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

**CG D1 42 02 19**          © 2017 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002457

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I — COVERAGES — COVERAGE A BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY**:

**Silica Or Silica-Related Dust**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, con-tact with, exposure to or inhalation or respiration of "silica" or "silica-related dust". This includes, but is not limited to:

**(1)** Any supervision, instructions, recommenda-tions, warnings or advice given or which should have been given in connection with the above; and

**(2)** Any obligation to share damages with or re-pay someone else who must pay damages because of such "bodily injury" or "property damage".

**2.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I — COVERAGES — COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Silica Or Silica-Related Dust**

"Personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respira-tion of "silica" or "silica-related dust". This in-cludes, but is not limited to:

**(1)** Any supervision, instructions, recommenda-tions, warnings or advice given or which should have been given in connection with the above; and

**(2)** Any obligation to share damages with or re-pay someone else who must pay damages because of such injury.

**3.** The following is added to the **DEFINITIONS** Sec-tion:

"Silica" means silicon dioxide (occurring in crystal-line, amorphous and impure forms), silica parti-cles, silica dust or silica compounds.

"Silica-related dust" means a mixture or combina-tion of "silica" and other dust or particles.

**CG D2 40 09 15**        © 2015 The Travelers Indemnity Company. All rights reserved.        Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                                                              TRAV_002458

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

>  COMMERCIAL GENERAL LIABILITY COVERAGE PART
>  OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
>  RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

**1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

  **(i)** PERC for a dry cleaning business; or

  **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

# POLICYHOLDER NOTICES

CONFIDENTIAL

# POLICYHOLDER NOTICES

CONFIDENTIAL

## NOTICE TO MICHIGAN POLICYHOLDERS

THIS POLICY IS EXEMPT FROM THE FILING REQUIREMENTS OF SECTION 2236 OF THE INSURANCE
CODE OF 1956, 1956 PA 218, MCL 500.2236.

TRAVELERS DOC MGMT Page 261 of 367

CONFIDENTIAL                                                                                    TRAV_002529

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**                                                                                      Page 1 of 1

CONFIDENTIAL
                                                                                             TRAV_002530

POLICY NUMBER: **Y-630-8S07720A-TIL-23**                    ISSUE DATE: **01-20-23**

# IMPORTANT NOTICE – DISCLOSURE OF LOCAL GOVERNMENT TAXES – KENTUCKY

In compliance with Kentucky Administrative Regulation 806 KAR 2:092 we are providing the amount of Kentucky local government tax being charged to you and the taxing jurisdiction to which the tax is due. Any applicable collection fee is included in the tax.

| Taxing Jurisdiction | Amount of Local Government Tax |
|---|---|
| LOUISVILLE-JEFFERSON | $      1,596 |

PN T5 82 03 09                                                                 Page  1 of  1

CONFIDENTIAL                                                                 TRAV_002531

# POLICYHOLDER NOTICES

CONFIDENTIAL

TRAV_002532

# POLICYHOLDER NOTICES

CONFIDENTIAL



# NOTICE TO POLICYHOLDERS
# JURISDICTIONAL INSPECTIONS

Dear Policyholder;

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters, pressure vessels, etc. Periodic inspections are normally required to renew these certificates. In most jurisdictions, insurance company employees who have been licensed are authorized to perform these inspections.

If;

- You own or operate equipment that requires a certificate from a state or city to operate legally, and
- We Insure that equipment under this Policy, and
- You would like us to perform the next required inspection;

Then;

Call this toll-free number – **1-800-425-4119**

When you call this number, our representative will ask you for the following information:

- Name of your business (as shown on this Policy)
- Policy Number
- Location where the equipment is located. Including Zip Code.
- Person to contact and phone number for scheduling of inspection
- Type of equipment requiring inspection
- Certificate inspection date and certificate number

Or;

Fill in the form on the reverse side of this notice and fax it to the toll-free number indicated on tha    t form.

Please note the following:

- Your jurisdiction may charge you a fee for renewing a certificate. It is your responsibility to pay suc   h a fee.
- All the provisions of the INSPECTIONS AND SURVEYS Condition apply to the inspections described in this notice.

## REMINDER

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection please let us know by calling our toll-free number listed above.

**PN T1 89 06 99**

Page 1 of 2

CONFIDENTIAL

TRAV_002534

# REQUEST FOR JURISDICTIONAL INSPECTION

Name of
Business: _____

<div align="center">(As Shown on Policy)</div>

Policy
Number: _____

Location of Equipment:

_____

_____

_____

City                          State                    Zip Code

Person to Contact for Scheduling Inspection: _____

Telephone Number of Person to Contact: _____

| Equipment Type | Certificate Number | Certificate Expiration Date |
|----------------|--------------------|-----------------------------|
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |
|                |                    |                             |

**Fax Form to 1-877-764-9535**

Completed by: _____     Phone Number: _____

**PN T1 89 06 99**

CONFIDENTIAL                                                           TRAV_002535

# IMPORTANT NOTICE – FILING COMPLAINTS WITH THE INDIANA DEPARTMENT OF INSURANCE

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

**Questions regarding your policy or coverage should be directed to:**

**Travelers**

**(800) 328-2189**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204
Consumer Hotline:  (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi

**PN IN 01 05 10**                                                                                   Page 1 of 1

CONFIDENTIAL                                                                                    TRAV_002536

**To Our Valued Customer,**

**Each year, homeowners and business owners across the nation sustain significant weather-related property damage due to floods. These can include losses caused by waves, tidal waters, the overflow of a body of water, the rapid accumulation or runoff of surface water, and mudslide. In nearly all cases, these flood losses cannot be prevented or even anticipated. And, in many instances, the losses are devastating.**

**Most standard property insurance policies, including most of our policies, do <u>not</u> provide coverage for flood losses. While flood coverage is often available – primarily through the <u>National Flood Insurance Program</u> – it is rarely purchased. Unfortunately, each year we find that some policyholders are surprised and disappointed to learn that damages they have suffered as a direct result of flood are not covered under the policies they have purchased.**

**Please review your insurance coverage with your agent or Company representative. As you consider the need for flood insurance, keep in mind that floods can, and do, occur in locations all over the country. They are not limited to coastal areas or locations with nearby rivers or streams. Several inches of rain falling over a short period of time can cause flood damage, even in normally dry areas that are not prone to flooding.**

**For further information about Flood Insurance, contact your agent or company representative, or contact the National Flood Insurance Program directly.**

TRAVELERS DOC MGMT Page 269 of 367

CONFIDENTIAL                                                                     TRAV_002537

# IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA POLICYHOLDERS

An extremely important and valuable coverage may be available to you through your insurance company and the Indiana Mine Subsidence Insurance Program. The Indiana Mine Subsidence Insurance Program offers insurance coverage in the following counties:

| | | | | |
|---|---|---|---|---|
| Clay | Greene | Orange | Putnam | Warren |
| Crawford | Knox | Owen | Spencer | Warrick |
| Daviess | Lawrence | Parke | Sullivan | |
| Dubois | Martin | Perry | Vanderburgh | |
| Fountain | Monroe | Pike | Vermillion | |
| Gibson | Montgomery | Posey | Vigo | |

If you have structures in these counties, Mine Subsidence coverage may be added to new or existing policies to protect your structures from damage due to the collapse of abandoned underground coal mines. The collapse of abandoned underground coal mines can cause serious structural damage. Without this specific coverage, damage caused by Mine Subsidence is not covered by your policy.

Mine Subsidence insurance protects property owners from losses to structures due to the collapse of inactive underground coal mines abandoned before August 3, 1977. The maximum amount of insurance available per structure has been increased from $200,000 to $500,000. The Insurance Premium Rate Table promulgated by the Indiana Department of Insurance provides annual premiums for limits up to $500,000 per building.

If you already have this coverage, check with your agent to be sure that you have the appropriate amount of coverage.

Should you have any questions about this coverage or the program in general, you should contact your agent or call the Indiana Mine Subsidence Program at the Indiana Department of Insurance: 1-800-332-4674.

**PN T0 64 11 15**                                                                    Page 1 of 1

CONFIDENTIAL                                                      TRAV_002538

CHANGE EFFECTIVE DATE: 01-01-23
CHANGE ENDORSEMENT NUMBER: 0001

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Named Insured:
THE BROADBENT COMPANY, INC.

Policy Number: Y-630-8S07720A-TIL-23
Policy Effective Date: 01/01/23
Issue Date: 02/04/23
Premium $ ████████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/23 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMON POLICY DECLARATIONS IS AMENDED AS FOLLOWS:

ADDING IL T2 72 07 22 - DESIG PERS/ORG NOT OF CANCEL INCL NONPAY AS PER
ATTACHED.

AMENDING IL T4 05 05 19 - DESIG PERSON, ORG-NOTICE PROVIDED BY US AS PER
ATTACHED.

AMENDING IL T8 03 - PURPOSE ENDORSEMENT AS PER ATTACHED.

NAME AND ADDRESS OF AGENT OR BROKER:
  GREGORY & APPEL INC (G3776)
  1402 N CAPITOL AVE STE 400
  INDIANAPOLIS, IN 46202

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE:_____

IL T0 07 09 87     PAGE  1 OF  1
OFFICE: SP-INDIANAPOLIS

CONFIDENTIAL

TRAV_002539

CHANGE EFFECTIVE DATE: 01-01-23
CHANGE ENDORSEMENT NUMBER: 0001



**POLICY NUMBER:** Y-630-8S07720A-TIL-23

**EFFECTIVE DATE:** 01-01-23

**ISSUE DATE:** 02-04-23

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T8 03          GENERAL PURPOSE ENDORSEMENT


DELUXE PROPERTY

DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX T3 79 11 12    LOSS PAYABLE PROVISIONS


INTERLINE ENDORSEMENTS

IL T2 72 07 22    DESIG PERS/ORG NOT OF CANCEL INCL NONPAY
IL T4 05 05 19    DESIG PERSON, ORG-NOTICE PROVIDED BY US
```

**IL T8 01 10 93**                                        **PAGE:**   1 OF   1

CONFIDENTIAL

CHANGE EFFECTIVE DATE: 01-01-23
CHANGE ENDORSEMENT NUMBER: 0001

POLICY NUMBER: Y-630-8S07720A-TIL-23                GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T2 72 07 22)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T2 72, PERSON OR ORGANIZATION:

THE OHIO NATIONAL LIFE INSURANCE COMPANY, ISAOA ATIMA

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL, LLC,
214 NORTH TRYON STREET
SUITE 2000
CHARLOTTE, NC 28202

**IL T8 03**                                     Page       1

CONFIDENTIAL                                        TRAV_002541

CHANGE EFFECTIVE DATE: 01-01-23
CHANGE ENDORSEMENT NUMBER: 0001

POLICY NUMBER: Y-630-8S07720A-TIL-23                    GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

WELLS FARGO BANK, N.A. AS MASTER SERVICER ON BEHALF OF WILMINGTON TRUST
NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WFRBS
COMMERCIAL MORTGAGE TRUST 2014-C22 COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2014-C22

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL LLC
200 SOUTH COLLEGE STREET
SUITE 2100
CHARLOTTE, NC 28202

**IL T8 03**                                          Page    2

CONFIDENTIAL                                                              TRAV_002542

CHANGE EFFECTIVE DATE: 01-01-23
CHANGE ENDORSEMENT NUMBER: 0001

POLICY NUMBER: Y-630-8S07720A-TIL-23                  GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS MASTER SERVICER ON BEHALF OF
WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, FOR THE BENEFIT OF THE
REGISTERED HOLDERS OF CSAIL 2015-C4 COMMERCIAL MORTGAGE

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL, LLC
214 N. TRYON ST
SUITE 2000
CHARLOTTE, NC 28202

IL T8 03                                              Page      3

CONFIDENTIAL                                            TRAV_002543

CHANGE EFFECTIVE DATE: 01-01-23
CHANGE ENDORSEMENT NUMBER: 0001

POLICY NUMBER: Y-630-8S07720A-TIL-23                    GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

WELLS FARGO BANK, NA, AS MASTER SERVICER FOR U.S. BANK, NA
AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2013-CCRE12 MORTGAGE TRUST
COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES

ADDRESS:

C/O GRANDBRIDGE REAL ESTATE CAPITAL LLC
214 NORTH TYRON STREET, FLOOR 2000
CHARLOTTE, NC 28202

IL T8 03                                           Page     4

CONFIDENTIAL                                           TRAV_002544

CHANGE EFFECTIVE DATE: 01-01-23
CHANGE ENDORSEMENT NUMBER: 0001

POLICY NUMBER: **Y-630-8S07720A-TIL-23**                    GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED ENTITY - NOTICE OF CANCELLATION
PROVIDED BY US (IL T4 05 05 19)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

CONTINUATION OF FORM IL T4 05, PERSON OR ORGANIZATION:

BELTWAY CAPITAL MANAGEMENT LLC
AS LOAN SERVICER FOR MCCORMICK 106, LLC
EXECUTIVE PLAZA II

ADDRESS:

11350 MCCORMICK RD
STE 902
HUNT VALLEY, MD 21031

**IL T8 03**                                                    Page       5

CONFIDENTIAL                                                    TRAV_002545

# EXHIBIT 7

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

THE TRAVELERS INDEMNITY COMPANY

**Name of Insuring Company(ies)**

630-8S07720A

**Policy Number(s)**

01/01/24 - 01/01/25

**Policy Period(s)**

12/18/2024

**Date**

*Julie A. Senerth*

Julie A. Senerth, Manager
BI Document Management

CONFIDENTIAL

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                TRAVELERS CORP. TEL: 1-800-328-2189
                                REAL ESTATE OWNERS
                                COMMON POLICY DECLARATIONS
                                ISSUE DATE: 01/20/24
                                POLICY NUMBER: Y-630-8S07720A-IND-24
      INSURING COMPANY:
      THE TRAVELERS INDEMNITY COMPANY

      1. NAMED INSURED AND MAILING ADDRESS:
         THE BROADBENT COMPANY INC.  (AS PER IL T8 00)
         117 E. WASHINGTON ST.STE 300
         INDIANAPOLIS, IN 46204


      2. POLICY PERIOD:  From 01/01/24 to 01/01/25 12:01 A.M. Standard Time at
                                                  your mailing address.
      3. LOCATIONS
            Premises  Bldg.
            Loc. No.  No.  Occupancy              Address

            SEE IL T0 03



      4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
         COMMERCIAL INLAND MARINE COV PART DECLARATIONS     CM T0 01 07 86 IND
         DELUXE PROPERTY COVERAGE PART DECLARATIONS         DX T0 00 11 12 IND
         COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS CG T0 01 11 03 IND
         EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS  CG T0 09 09 93 IND




      5. NUMBERS OF FORMS AND ENDORSEMENTS
         FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

      6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                                containing its complete provisions:
         Policy                    Policy No.              Insuring Company




      7. PREMIUM SUMMARY:
         Provisional Premium    $         INCLUDES (KYFS)
         Due at Inception       $
         Due at Each            $
```



```
      NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
         GREGORY & APPEL INC (G3776)
         433 N CAPITAL AVENUE #400               _____
         INDIANAPOLIS, IN 46204                  Authorized Representative

                                                 DATE:_____


      IL T0 02 11 89(REV. 09-07)      PAGE 1 OF 2
      OFFICE: SP-INDIANAPOLIS
```

CONFIDENTIAL



TAXES AND SURCHARGES

POLICY NUMBER: Y-630-8S07720A-IND-24

EFFECTIVE DATE: 01/01/24

ISSUE DATE: 01/20/24

DESCRIPTION                                                          AMOUNT

KENTUCKY FUND SURCHARGE                                             644.00

IL T0 02 11 89      PAGE  2 OF  2

OFFICE: SP-INDIANAPOLIS      06G
PRODUCER NAME: GREGORY & APPEL INC                    G3776

CONFIDENTIAL                                                        TRAV_002638


**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**THE BROADBENT COMPANY INC.**
**117 E. WASHINGTON ST.STE 300**
**INDIANAPOLIS IN 46204**

**Presented by:  GREGORY & APPEL INC**

CONFIDENTIAL

TRAV_002639


**TRAVELERS**

POLICY NUMBER: Y-630-8S07720A-IND-24

EFFECTIVE DATE: 01-01-24

ISSUE DATE: 01-20-24

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 05 11    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
IL T8 00          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
DX T0 00 11 12    DELUXE PROP COV PART DECLARATIONS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX 00 04 11 12    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 11 12    DELUXE PROPERTY COVERAGE FORM
DX T1 01 11 12    DELUXE BI (AND EE) COVERAGE FORM
DX T3 37 11 12    WINDSTORM OR HAIL DEDUCTIBLE
DX T8 01          GENERAL PURPOSE ENDORSEMENT
DX T8 02          GENERAL PURPOSE ENDORSEMENT
DX T3 01 11 12    CAUSES OF LOSS-EARTHQUAKE
DX T3 02 11 12    CAUSES OF LOSS - BROAD FORM FLOOD
DX T3 19 11 12    CAUSES OF LOSS - EQUIPMENT BREAKDOWN
DX T3 39 11 12    DELUXE ORDINANCE OR LAW COVERAGE
DX T3 79 11 12    LOSS PAYABLE PROVISIONS
DX T4 02 01 21    FEDERAL TERRORISM RISK INSURANCE ACT DIS
DX T5 21 01 23    DIGITAL ASSETS EXCLUSIONS
DX 00 14 11 12    KENTUCKY CHANGES
DX 01 55 05 23    MICHIGAN CHANGES
DX 01 77 03 98    INDIANA CHANGES-RIGHTS OF RECOVERY
DX T3 98 01 23    ELECTRONIC VANDALISM LIMIT & OTHER CHANG
```

COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 02 19    TABLE OF CONTENTS - COM GEN LIAB COV
CG T1 00 02 19    COMMERCIAL GENERAL LIABILITY COV FORM
CG D9 10 09 21    AMENDMENT OF INTELLECTUAL PROPERTY EXCL
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 46 04 19    BLANKET AI-W/COMP OPS IF REQ BY CONTRACT
CG D4 67 02 19    XTEND ENDORSEMENT FOR SERVICE INDUSTRIES
CG D4 21 07 08    AMEND CONTRAC LIAB EXCL-EXC TO NAMED INS
CG D6 18 10 11    EXCL-VIOLATION OF CONSUMER FIN PROT LAWS
CG D9 44 01 23    EXCL-VIOLATIONOFBIOMETRICINFOPRIVACYLAWS
CG 22 70 04 13    REAL ESTATE PROPERTY MANAGED
CG D0 76 06 93    EXCLUSION-LEAD
```

**IL T8 01 10 93**

PAGE:   1 OF   3

CONFIDENTIAL

TRAV_002640


**TRAVELERS**

POLICY NUMBER: Y-630-8S07720A-IND-24

EFFECTIVE DATE: 01-01-24

ISSUE DATE: 01-20-24

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG D1 42 02 19   EXCLUSION-DISCRIMINATION
CG D2 40 09 15   EXCLUSION -SILICA OR SILICA-RELATED DUST
CG F1 19 09 08   INDIANA CHANGES-DEFINITION OF POLLUTANTS
```

EMPLOYEE BENEFITS LIABILITY

```
CG T0 09 09 93   EMPLOYEE BENEFITS LIAB COV PART DEC
CG T0 43 01 16   EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 01 16   EMPLOYEE BENEFITS LIABILITY COV FORM
CG D9 48 01 23   EXCL-VIOLATIONOFBIOMETRICINFOPRIVACYLAWS
CG T9 17 01 16   INDIANA CHANGES - EBL
```

INLAND MARINE

```
CM B0 96 01 21   CONTRACTORS EQUIPMENT COVERAGE FORM DEC
CM B0 97 01 21   CONTRACTORS EQUIPMENT SUPPLEMENTAL DEC
CM T0 11 08 05   TABLE OF CONTENTS
CM 00 01 09 04   COMMERCIAL INLAND MARINE CONDITIONS
CM T8 94 09 93   LOSS PAYABLE PROVISIONS
CM T2 42 01 21   CONTRACTORS EQUIPMENT COVERAGE FORM
CM U6 17 01 23   ELECTRONIC VAND LIMITATION & OTHER CHGS
CM T3 98 01 21   FEDERAL TERRORISM RISK INSURANCE ACT DIS
CM U6 41 01 23   DIGITAL ASSETS EXCL - DIGITAL CURRENCY
CM 01 39 09 00   INDIANA CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T0 63 07 22   ACTUAL CASH VALUE
IL T2 72 07 22   DESIG PERS/ORG NOT OF CANCEL INCL NONPAY
IL T3 68 01 21   FED TERRORISM RISK INS ACT DISCLOSURE
IL T4 05 05 19   DESIG PERSON, ORG-NOTICE PROVIDED BY US
IL T4 12 03 15   AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 14 01 21   CAP ON LOSSES FROM CERT ACTS OF TERRORIS
IL T4 27 06 19   ADDITIONAL BENEFITS
IL T4 40 10 20   PROTECTION OF PROPERTY
IL T3 82 05 13   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL F0 59 09 07   IN CHANGES - DEFINITION OF POLLUTANTS
IL 00 21 09 08   NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 01 17 12 10   INDIANA CHANGES-WORKERS' COMP EXCLUSION
IL 09 03 07 02   MINE SUBSIDENCE SCHEDULE
IL 09 31 01 17   INDIANA CHANGES - COAL MINE SUBSIDENCE
IL F0 10 10 97   INDIANA CHANGES-POLLUTION
IL T3 55 05 13   EXCLUSION OF CERTAIN COMPUTER LOSSES
IL T9 29 11 21   IN CHANGES - CANCELLATION & NONRENEWAL
IL T9 58 11 17   IN CHGES - CONCEALMENT, MISREP OR FRAUD
```

**IL T8 01 10 93**

PAGE: 2 OF 3

CONFIDENTIAL

TRAV_002641



POLICY NUMBER:  Y-630-8S07720A-IND-24

EFFECTIVE DATE:  01-01-24

ISSUE DATE:  01-20-24

POLICYHOLDER NOTICES

PN T1 89 02 23   JURISDICTIONAL INSP & CONTACT INFO REQ

**IL T8 01 10 93**

PAGE:   3 OF   3

CONFIDENTIAL

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right but not obligated to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

CONFIDENTIAL

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

### G. WHEN WE DO NOT RENEW

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

### H. DELUXE PROPERTY COVERAGE PART-REFERENCE TO FORMS AND ENDORSEMENTS

In some instances, the Deluxe Property Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial Inland Marine Coverage Part;

3. Commercial Property forms including, but not limited to, the following:

   a. Building and Personal Property Coverage Form;

   b. Business Income Coverage Form;

   c. Commercial Property Conditions;

   d. Causes of Loss – Special Form;

   e. Causes of Loss – Earthquake Form.

4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

   Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

### I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary                                   President

Page 2 of 2          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          **IL T3 18 05 11** (Rev. 09-18)

CONFIDENTIAL          TRAV_002644

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-8S07720A-IND-24

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
01-01-24  to  01-01-25 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 14005-14099 MUNDY DR. FISHERS, IN 46038 | REAL ESTATE PROPERTY MANAGED |
| 2 | 2 | 5305-5499 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 3 | 3 | 6024-6066 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 4 | 4 | 6621-6699 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 5 | 5 | 3716-3960 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 6 | 6 | 3841-3981 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 7 | 7 | 4611-4733 EAST 82ND ST. INDIANAPOLIS, IN 46250 | SHOPPING CENTERS - BUILDINGS, OR |
| 8 | 8 | 501-533 COLISEUM BLVD & 502-538 NOB FORT WAYNE, IN 46825 | SHOPPING CENTERS - BUILDINGS, OR |
| 9 | 9 | 3923-3999 28TH ST. S.E. GRAND RAPIDS, MI 49512 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 10 | 10 | 401-943 N. GREEN RIVER ROAD EVANSVILLE, IN 47711 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 11 | 11 | 8487 UNION CHAPEL RD. INDIANAPOLIS, IN 46280 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 12 | 12 | 8355 & 8395 E. 116TH ST. FISHERS, IN 46038 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 13 | 13 | 7759-7921 SOUTH U.S. 31 HOMECROFT, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |

IL T0 03 04 96                                    Page     1

CONFIDENTIAL                                    TRAV_002645

**LOCATION SCHEDULE**          **POLICY NUMBER: Y-630-8S07720A-IND-24**

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

01-01-24  to  01-01-25 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 14 | 14 | 7853 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 15 | 15 | 7711 SOUTH SHELBY ST.<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 16 | 16 | 7667 SHELBY ST.<br>INDIANAPOLIS, IN 46227 | REAL ESTATE DEVELOPMENT PROPERTY |
| 17 | 17 | 7747 S. SHELBY ST.<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 18 | 18 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 19 | 19 | 8040 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 20 | 20 | 8180 SOUTH US 31<br>INDIANAPOLIS, IN 46227 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 21 | 21 | 14610-14790 US 31 N.<br>CARMEL, IN 46032 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 22 | 22 | 1850 S. HURSTBOURNE PARKWAY<br>LOUISVILLE, KY 40220-1646 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 23 | 23 | 1410-1518 WEST 86TH ST.<br>INDIANAPOLIS, IN 46260 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 24 | 24 | 10934-10976 EAST US 36<br>AVON, IN 46123 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 25 | 25 | 4705 EAST 96TH ST.<br>INDIANAPOLIS, IN 46240 | REAL ESTATE DEVELOPMENT PROPERTY |
| 26 | 26 | 117 EAST WASHINGTON ST.<br>INDIANAPOLIS, IN 46204 | LANDSCAPE GARDENING |

IL T0 03 04 96

CONFIDENTIAL

**LOCATION SCHEDULE**                    **POLICY NUMBER:** Y-630-8S07720A-IND-24

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

01-01-24 to 01-01-25.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 27 | 27 | 4610-4810 COLDWATER RD.<br>FORT WAYNE, IN 46825 | PARKING - PUBLIC - SHOPPING CENTERS |
| 28 | 28 | 6325-6447 W. JEFFERSON BLVD.<br>FORT WAYNE, IN 46802 | BUILDINGS OR PREMISES - OFFICE - PR |
| 29 | 29 | 9910-9996 E. WASHINGTON ST.<br>INDIANAPOLIS, IN 46229 | BUILDINGS OR PREMISES - BANK OR OFF |
| 30 | 30 | 10009-100089 E. WASHINGTON ST.<br>INDIANAPOLIS, IN 46229 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 31 | 31 | 6610-6650 W. WASHINGTON ST.<br>INDIANAPOLIS, IN 46241 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 32 | 32 | 3720 E. 82ND ST.<br>INDIANAPOLIS, IN 46240 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 33 | 33 | 8211-8235 E. 116TH ST.<br>FISHERS, IN 46038 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 34 | 34 | 4614 COLDWATER ROAD<br>FORT WAYNE, IN 46825 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 35 | 35 | 3535 EAST 86TH ST.<br>INDIANAPOLIS, IN 46240 | SHOPPING CENTERS - BUILDINGS, OR PR |
| 37 | 37 | HICKORY RIDGE COMMONS,<br>WINCHESTER RD & RIDGEWAY<br>MEMPHIS, TN 37501 | WINCHESTER RD & RIDGEWAY |

IL T0 03 04 96                                    Page    3  (END)

CONFIDENTIAL
TRAV_002647

POLICY NUMBER: **Y-630-8S07720A-IND-24**          GENERAL PURPOSE ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

THE BROADBENT COMPANY INC.
141ST STREET SHOPPES MANAGEMENT, INC
BROADBENT CAPITAL LLC
BOARD HOLDINGS, INC
CASTLETON POINT, LP
CASTLETON POINT MANAGEMENT, INC
CASTLETON POINT INVESTMENTS, LLC
CLEARWATER CROSSING MANAGEMENT, INC
CLEARWATER SHOPPES MANAGEMENT, INC
CLEARWATER VILLAGE, LP
CLEARWATER VILLAGE MANAGEMENT, INC.
CLEARWATER VILLAGE TRUST
EVANSVILLE ASSOCIATES, LP
EVANSVILLE ASSOCIATES MANAGEMENT, INC
EVANSVILLE ASSOCIATES INVESTMENTS, LLC
FASHION MALL COMMONS I MANAGEMENT, INC
FASHION MALL COMMONS III, LP
FASHION MALL COMMONS III INVESTMENTS, LLC
FASHION MALL COMMONS III MANAGEMENT, INC.
FISHERS TOWN CENTER MANAGEMENT, LLC
FISHERS TOWN COMMONS MANAGEMENT, INC.
GPL OUTLOT WEST I MANAGEMENT, INC
GREENWOOD PLACE COMMONS MANAGEMENT, INC
GREENWOOD POINT, LP
GREENWOOD POINT INVESTMENTS, LLC
GREENWOOD POINT MANAGEMENT, LLC
GREYHOUND PLAZA ASSOCIATES, LP
GREYHOUND PLAZA ASSOCIATES DELAWARE, LLC
GREYHOUND PLAZA ASSOCIATES INVESTMENTS, LLC
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, LLC
HUNNINGTON PLACE, LP
HUNNINGTON PLACE MANAGEMENT, INC
HUNNINGTON PLACE INVESTMENTS, LLC
NORTH WILLOW COMMONS MANAGEMENT, INC.
THE SHOPPES MANAGEMENT, INC.
WEST WASHINGTON MANAGEMENT, INC.

**IL T8 00**                              Page     1

CONFIDENTIAL                                          TRAV_002648

POLICY NUMBER: `Y-630-8S07720A-IND-24`                    GENERAL PURPOSE ENDORSEMENT

```
117 EAST WASHINGTON, LLC
141ST STREET SHOPPES, LP
14IST STREET SHOPPES INVESTMENTS, LLC
ALL PROPERTY SERVICES, INC.
THE BROADBENT BUILDING, LP
THE BROADBENT BUILDING MANAGEMENT COMPANY, INC.
THE BROADBENT BUILDING MANAGEMENT, LLC
THE BROADBENT BUILDING INVESTMENTS, LLC
THE BROADBENT DEVELOPMENT COMPANY, INC.
BROADBENT INVESTMENTS, LLC
BROADBENT MASTER HOLDINGS, LLC
CASTLETON SHOPPES, LP
CASTLETON SHOPPES MANAGEMENT, LLC
CASTLETON SHOPPES INVESTMENTS, LLC
CASTLETON VILLAGE, LP
CASTLETON VILLAGE MANAGEMENT, LLC
CASTLETON VILLAGE INVESTMENTS, LLC
GPB D/B/A CASTLETON VILLAGE ASSOCIATES
CLEARWATER CROSSING, LP
CLEARWATER CROSSING INVESTMENTS, LLC
CLEARWATER CROSSING OWNERS ASSOCIATION, INC.
CLEARWATER SHOPPES, LP
CLEARWATER SHOPPES INVESTMENTS, LLC
COLISEUM SHOPPES, LP
COLISEUM SHOPPES MANAGEMENT, INC.
COLISEUM SHOPPES MANAGEMENT, LLC
COLISEUM SHOPPES INVESTMENTS, LLC
CROSSING LAND CORPORATION
EAST PARIS SHOPPES, LP
EAST PARIS SHOPPES MANAGEMENT, INC.
EAST PARIS SHOPPES INVESTMENTS, LLC
FASHION MALL COMMONS I, LP
FASHION MALL COMMONS I INVESTMENTS, LLC
FISHERS TOWN CENTER, LP
FISHERS TOWN CENTER INVESTMENTS, LLC
FISHERS TOWN COMMONS, LP
FISHERS TOWN COMMONS INVESTMENTS, LLC
FLEMING ISLAND SHOPPES, LP
FLEMING ISLAND SHOPPES MANAGEMENT, INC.
FLEMING ISLAND SHOPPES INVESTMENTS, LLC
GPB REALTY, LP
GPB REALTY MANAGEMENT, INC.
GPB REALTY MANAGEMENT, LLC
GPL HIGHLAND, LLC
GPL INTERIOR OUTLOT, LLC
GPL OUTLOT SOUTHWEST I, LP
GPL OUTLOT SOUTHWEST I MANAGEMENT, INC.
GPL OUTLOT SOUTHWEST I INVESTMENTS, LLC
```

**IL T8 00**                                        Page      2

CONFIDENTIAL                                                    TRAV_002649

POLICY NUMBER: `Y-630-8S07720A-IND-24`                    GENERAL PURPOSE ENDORSEMENT

```
GPL OUTLOT WEST I, LP
GPL OUTLOT WEST I INVESTMENTS, LLC
GPL OUTLOTS, LP
GPL OUTLOTS MANAGEMENT, INC.
GPL OUTLOTS INVESTMENTS, LLC
GPT INVESTMENTS, LLC
GREENWOOD PLACE COMMONS, LP
GREENWOOD PLACE COMMONS INVESTMENTS, LLC
GREENWOOD POINT, LLC
GREYHOUND PLAZA ASSOCIATES MANAGEMENT, INC.
NORTH WILLOW, LP
NORTH WILLOW INVESNNENTS, LLC
PROJECT EQUITIES CORPORATION
RACEWAY CROSSING, LP
RACEWAY CROSSING MANAGEMENT, LLC
RACEWAY CROSSING INVESTMENTS, LLC
S&B REALTY, LP
S&B REALTY MANAGEMENT, INC.
S&B REALTY MANAGEMENT, LLC
THE SHOPPES, LP
THE SHOPPES MANAGEMENT, LLC
THE SHOPPES INVESTMENTS, LLC
THE SHOPPES OUTLOT, LP
THE SHOPPES OUTLOT MANAGEMENT, INC.
THE SHOPPES OUTLOT INVESTMENTS, LLC
VILLAGE AT TIME COMERS, LP
VILLAGE AT TIME COMERS MANAGEMENT, INC.
VILLAGE AT TIME CORNERS INVESTMENTS, LLC
WASHINGTON COMER, LP
WASHINGTON COMER MANAGEMENT, INC.
WASHINGTON COMER INVESTMENTS, LLC
WASHINGTON SHOPPES, LP
WASHINGTON SHOPPES MANAGEMENT, LNC.
WASHINGTON SHOPPES LNVESTMENTS, LLC
WEST WASHINGTON, LP
WEST WASHINGTON INVESTMENTS, LLC
WHITE RIVER INVESTMENTS, LP
WHITE RIVER INVESTMENTS MANAGEMENT, LLC
CLEARWATER VILLAGE ASSOCIATES, INC.
```

**IL T8 00**                                            Page      3

CONFIDENTIAL                                              TRAV_002650

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_002778

# GENERAL LIABILITY

CONFIDENTIAL

TRAV_002779



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| | |
|---|---|
| **COMMERCIAL GENERAL LIABILITY**<br>**COVERAGE PART DECLARATIONS** | **POLICY NO.:** Y-630-8S07720A-IND-24<br>**ISSUE DATE:** 01-20-24 |

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

**DECLARATIONS PERIOD:** From 01-01-24 to 01-01-25  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

   **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**      **LIMITS OF INSURANCE**

   | | |
   |---|---|
   | General Aggregate Limit<br>(Other than Products-Completed Operations) | $    2,000,000 |
   | Products-Completed Operations Aggregate Limit | $    2,000,000 |
   | Personal & Advertising Injury Limit | $    1,000,000 |
   | Each Occurrence Limit | $    1,000,000 |
   | Damage To Premises Rented To You Limit (any one premises) | $      300,000 |
   | Medical Expense Limit (any one person) | $        5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                                      Page 1 of 1

PRODUCER: GREGORY & APPEL INC            G3776      OFFICE: SP-INDIANAPOLIS      06G

CONFIDENTIAL

TRAV_002780

**DECLARATIONS PREMIUM SCHEDULE**          POLICY NUMBER: Y-630-8S07720A-IND-24

This Schedule applies to the Declarations for the period of     01-01-24   to   01-01-25

It shows all of your known rating classes as of the effective date. Any except ions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|
| MINIMUM PREMIUMS | | | | | | |
| | | PREM/OPS | $239 | | | |
| | | LOB | $250 | | | |
| | 1/ 1 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 003 | | 67635 | PREM/OPS | A | ███████████████ | |
| | 2/ 2 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 004 | | 67635 | PREM/OPS | A | ███████████████ | |
| | 3/ 3 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 005 | | 67635 | PREM/OPS | A | ███████████████ | |
| | 4/ 4 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 006 | | 67635 | PREM/OPS | A | ███████████████ | |
| | 5/ 5 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 007 | | 67635 | PREM/OPS | A | ███████████████ | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                                    PAGE     1

CONFIDENTIAL                                                                TRAV_002781

**DECLARATIONS PREMIUM SCHEDULE**          POLICY NUMBER: Y-630-8S07720A-IND-24

This Schedule applies to the Declarations for the period of    01-01-24    to    01-01-25

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 6/ 6 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 008 | | 67635 | PREM/OPS | A | ██████ | ████████ |
| | 7/ 7 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 009 | | 67635 | PREM/OPS | A | ██████ | ████████ |
| | 8/ 8 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 010 | | 67635 | PREM/OPS | A | ██████ | ████████ |
| | 9/ 9 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 041 | | 67635 | PREM/OPS | A | ██████ | ████████ |
| | 10/ 10 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 011 | | 67635 | PREM/OPS | A | ██████ | ████████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                    PAGE    2

CONFIDENTIAL                                    TRAV_002782

**DECLARATIONS PREMIUM SCHEDULE**      POLICY NUMBER: Y-630-8S07720A-IND-24

This Schedule applies to the Declarations for the period of      01-01-24   to   01-01-25

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|------|------|------|------|------|------|
| | 11/ 11 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 012 | | 67635 | PREM/OPS | A | | ██████████ |
| | 12/ 12 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 013 | | 67635 | PREM/OPS | A | | ██████████ |
| | 13/ 13 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 014 | | 67635 | PREM/OPS | A | | ██████████ |
| | 14/ 14 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 015 | | 67635 | PREM/OPS | A | | ██████████ |
| | 15/ 15 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 016 | | 67635 | PREM/OPS | A | | ██████████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG   T0 12.

**CG T0 07 09 87**                          PAGE     3

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** Y-630-8S07720A-IND-24

This Schedule applies to the Declarations for the period of     01-01-24   to   01-01-25

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 16/ 16 | REAL ESTATE DEVELOPMENT PROPERTY | | | | |
| | | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 017 | | 47051 | PREM/OPS | T | | ███████ |
| | | EACH | | ACRE | | |
| | 17/ 17 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) | | | | |
| | | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 018 | | 67635 | PREM/OPS | A | | ███████ |
| | 18/ 18 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) | | | | |
| | | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 019 | | 67635 | PREM/OPS | A | | ███████ |
| | 19/ 19 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) | | | | |
| | | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 020 | | 67635 | PREM/OPS | A | | ███████ |
| | 20/ 20 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) | | | | |
| | | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 021 | | 67635 | PREM/OPS | A | | ███████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG     T0 12.

**CG T0 07 09 87**                                    PAGE     4

CONFIDENTIAL                                                TRAV_002784

**DECLARATIONS PREMIUM SCHEDULE**          POLICY NUMBER: Y-630-8S07720A-IND-24

This Schedule applies to the Declarations for the period of     01-01-24   to   01-01-25

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 21/ 21 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 022 | | 67635 | PREM/OPS | A | ███████████ | |
| | 22/ 22 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 040 | | 67635 | PREM/OPS | A | ███████████ | |
| | 23/ 23 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 023 | | 67635 | PREM/OPS | A | ███████████ | |
| | 24/ 24 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 024 | | 67635 | PREM/OPS | A | ███████████ | |
| | 25/ 25 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 025 | | 47051 EACH | PREM/OPS | T ACRE | ███████████ | |
| | 26/ 26 | PARKING - PUBLIC - SHOPPING CENTERS - MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 026 | | 46607 | PREM/OPS | A | ███████████ | |
| | 26/ 26 | BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 027 | | 61212 | PREM/OPS | A | ███████████ | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                              PAGE     5

CONFIDENTIAL                                              TRAV_002785

**DECLARATIONS PREMIUM SCHEDULE**  **POLICY NUMBER:** Y-630-8S07720A-IND-24

This Schedule applies to the Declarations for the period of  **01-01-24**  to  **01-01-25**

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------|---------|---------|---------|---------|---------|
| | 26/ 26 | BUILDINGS OR PREMISES - OFFICE - PREMISES OCCUPIED BY EMPLOYEES OF THE INSURED - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 028 | 26/ 26 | 61224 LANDSCAPE GARDENING PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | ███████ | ████ |
| 029 | 27/ 27 | 97047 SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | P | ███████ | ████ |
| 030 | 28/ 28 | 67635 SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | ███████ | ████ |
| 031 | 29/ 29 | 67635 SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | ███████ | ████ |
| 032 | 30/ 30 | 67635 SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | ███████ | ████ |
| 033 | 31/ 31 | 67635 SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | PREM/OPS | A | ███████ | ████ |
| 034 | | 67635 | PREM/OPS | A | ███████ | ████ |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                              PAGE    **6**

CONFIDENTIAL                                              TRAV_002786

**DECLARATIONS PREMIUM SCHEDULE**          POLICY NUMBER: Y-630-8S07720A-IND-24

This Schedule applies to the Declarations for the period of    01-01-24  to  01-01-25

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | 32/ 32 | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 035 | 33/ 33 | 67635          PREM/OPS | A | ███████ | ███████ | |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 036 | 34/ 34 | 67635          PREM/OPS | A | ███████ | ███████ | |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 037 | 35/ 35 | 67635          PREM/OPS | A | ███████ | ███████ | |
| | | SHOPPING CENTERS - BUILDINGS, OR PREMISES NOT OCCUPIED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 038 | 37/ 37 | 67635          PREM/OPS | A | ███████ | ███████ | |
| | | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 042 | | 47051          PREM/OPS EACH | T ACRE | ███████ | | |
| | | XTEND ENDORSEMENT-SERVICE INDUSTRIES | | | | |
| 002 | | 00232          PREM/OPS | | | | ███████ |
| | | 00000          KY TAX | | | | |
| | | COVERAGE PART TOTAL | | | | |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG  T0 12.

**CG T0 07 09 87**                                    PAGE    7  (END)

CONFIDENTIAL                                    TRAV_002787

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT  – means CLASS DESCRIPTION

LOC/BLDG NO.  – means LOCATION/BUILDING NUMBER

OPN NO.  – means OPERATION NUMBER

PREM/OPS  – means PREMISES/OPERATIONS

PROD/C-OPS  – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating   expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\*  Premium base t applies for a number o f rarely used premium bases.
The specific base and how rates apply  are shown with the Class Description
on the DECLARATIONS-PREMIUM  SCHEDULE.

**CG T0 08 11 03**          Copyright, The Travelers Indemnity Company,   2003          Page 1 of 1

CONFIDENTIAL

TRAV_002788

## TABLE OF CONTENTS

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# CG T1 00 02 19

SECTION I – COVERAGES                                                        Beginning on Page

Coverage A –
**Bodily Injury and Property**        Insuring Agreement ........................................    1
**Damage Liability**
                                      Exclusions ....................................................    2

Coverage B –
**Personal and Advertising**          Insuring Agreement ........................................    6
**Injury Liability**
                                      Exclusions ....................................................    6

Coverage C –
**Medical Payments**                  Insuring Agreement ........................................    9

                                      Exclusions ....................................................    9

Supplementary Payments ...................................................................... 10

SECTION II – WHO IS AN INSURED ...................................................... 11

SECTION III – LIMITS OF INSURANCE ................................................. 13

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS ......... 13

Bankruptcy ....................................................................................... 13
Duties In The Event Of Occurrence, Offense, Claim Or Suit .................. 13
Legal Action Against Us .................................................................... 14
Other Insurance ............................................................................... 15
Premium Audit .................................................................................. 16
Representations ............................................................................... 16
Separation Of Insureds ..................................................................... 16
Transfer Of Rights Of Recovery Against Others To Us ......................... 16
When We Do Not Renew .................................................................... 16

SECTION V – DEFINITIONS ................................................................. 16

**CG T0 34 02 19**

CONFIDENTIAL                                                                TRAV_002789

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

   **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

   **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002790

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002791

COMMERCIAL GENERAL LIABILITY

is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed

to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

---

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 3 of 21

CONFIDENTIAL

TRAV_002792

COMMERCIAL GENERAL LIABILITY

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** 50 feet long or less; and

    **(b)** Not being used to carry any person or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is:

    **(a)** Chartered with a pilot to any insured;

    **(b)** Not owned by any insured; and

    **(c)** Not being used to carry any person or property for a charge.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

Page 4 of 21

© 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002793

COMMERCIAL GENERAL LIABILITY

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

However, this exclusion does not apply to liability for damages because of "bodily injury".

**q. Unsolicited Communication**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**r. Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**s. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

---

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 5 of 21

CONFIDENTIAL

TRAV_002794

COMMERCIAL GENERAL LIABILITY

**(2)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**t.** **Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the

employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "bodily injury".

Exclusions **c.** through **n.** do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.** **Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002795

COMMERCIAL GENERAL LIABILITY

This exclusion does not apply to "personal injury" caused by malicious prosecution.

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Or Used Prior To Policy Period**

**(1)** "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

**(2)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

**(a)** Liability to such party for, or the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party

against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" caused by an offense committed by an insured whose business is:

**(1)** Advertising, "broadcasting" or publishing;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                                                                          TRAV_002796

COMMERCIAL GENERAL LIABILITY

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.(1)**, **(2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**k.  Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts or owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.  Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or

neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.  War**

"Personal and advertising injury" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.  Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**q.  Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**r.  Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

CONFIDENTIAL

TRAV_002797

assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**s. Employment-Related Practices**

"Personal injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

   **(1)** On premises you own or rent;

   **(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

   **(a)** The accident takes place in the "coverage territory" and during the policy period;

   **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

   **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

   **(1)** First aid administered at the time of an accident;

   **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

   **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

   **a. Any Insured**

   To any insured, except "volunteer workers".

   **b. Hired Person**

   To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   **c. Injury On Normally Occupied Premises**

   To a person injured on that part of premises you own or rent that the person normally occupies.

   **d. Workers' Compensation And Similar Laws**

   To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   **e. Athletics Activities**

   To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   **f. Products-Completed Operations Hazard**

   Included within the "products-completed operations hazard".

   **g. Coverage A Exclusions**

   Excluded under Coverage **A**.

    © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**SUPPLEMENTARY PAYMENTS**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $2,500 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been

assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverages – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section **I** – Coverages – Coverage **B** – Personal And Advertising Injury Liability, such payments will not be deemed to be damages for "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002799

COMMERCIAL GENERAL LIABILITY

**a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer

workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide first aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization, while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002800

COMMERCIAL GENERAL LIABILITY

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**e.** Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

(1) 50 feet long or less; and

(2) Not being used to carry any person or property for a charge.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** An organization, other than a partnership, joint venture or limited liability company; or

**b.** A trust;

as indicated in its name or the documents that govern its structure.

**4.** Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

**a.** The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such premises owner, manager or lessor does not apply to:

(1) Any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

(2) Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**5.** Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

**a.** The limits of insurance provided to such equipment lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after the equipment lease expires.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002801

COMMERCIAL GENERAL LIABILITY

venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section **II – Who Is An Insured**.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**;

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will be:

   **a.** The amount shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part; or

   **b.** $300,000 if no amount is shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002802

COMMERCIAL GENERAL LIABILITY

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** An executive officer or director of any other organization; or

**(iv)** A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraph **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

© 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

TRAVELERS DOC MGMT Page 168 of 1253

CONFIDENTIAL

TRAV_002803

COMMERCIAL GENERAL LIABILITY

**4. Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph **5.** of Section **III** – Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph **4.** of Section **III** – Limits of Insurance because the Amendment – Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c.** below, insurer means a provider of insurance.

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below, except when Paragraph **d.** below applies.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is insurance for "premises damage";

**(iii)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

**(iv)** That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph **4.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies; or

**(v)** That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies.

**(b)** Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002804

COMMERCIAL GENERAL LIABILITY

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**d.  Primary And Non-Contributory Insurance If Required By Written Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

**(1)** The "bodily injury" or "property damage" for which coverage is sought occurs; and

**(2)** The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed;

subsequent to the signing of that contract or agreement by you.

**5.  Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.  Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**7.  Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.  Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.  When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002805

COMMERCIAL GENERAL LIABILITY

**2.** "Advertising injury":

**a.** Means injury caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**3.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**4.** "Bodily injury" means:

**a.** Physical harm, including sickness or disease, sustained by a person; or

**b.** Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.

**5.** "Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

**6.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above, or in a settlement we agree to.

**7.** "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**8.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**9.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002806

COMMERCIAL GENERAL LIABILITY

**10.** "Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

**11.** "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

**12.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**13.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle,

tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection, architectural or engineering activities.

**14.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**15.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**16.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

CONFIDENTIAL

TRAV_002807

COMMERCIAL GENERAL LIABILITY

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**17.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** An act or omission committed in providing or failing to provide first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**18.** "Personal and advertising injury" means "personal injury" or "advertising injury".

**19.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

    **(1)** False arrest, detention or imprisonment;

    **(2)** Malicious prosecution;

    **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

    **(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

    **(5)** Oral or written publication, including publication by electronic means, of material that:

        **(a)** Appropriates a person's name, voice, photograph or likeness; or

        **(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**20.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002808

COMMERCIAL GENERAL LIABILITY

21. "Premises damage" means:

a. With respect to the first paragraph of the exceptions in Exclusion **j.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of seven or fewer consecutive days, including the contents of such premises; or

b. With respect to the exception to Exclusions **c.** through **n.** in the last paragraph of Paragraph **2.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of more than seven consecutive days, or while temporarily occupied by you with permission of the owner, caused by:

(1) Fire;

(2) Explosion;

(3) Lightning;

(4) Smoke resulting from fire, explosion or lightning; or

(5) Water.

But "premises damage" under this Paragraph **b.** does not include "property damage" to any premises caused by:

(1) Rupture, bursting, or operation of pressure relief devices;

(2) Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water; or

(3) Explosion of steam boilers, steam pipes, steam engines or steam turbines.

22. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

23. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

24. "Slogan":

a. Means a phrase that others use for the purpose of attracting attention in their advertising.

b. Does not include a phrase used as, or in, the name of:

(1) Any person or organization, other than you; or

(2) Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

TRAVELERS DOC MGMT Page 174 of 1253

CONFIDENTIAL

TRAV_002809

**25.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**26.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**27.** "Title" means a name of a literary or artistic work.

**28.** "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

**29.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**30.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**31.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)** The providing of or failure to provide warnings or instructions.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002810

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **i.**, **Intellectual Property**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**i. Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or suit that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion applies regardless of whether the allegation of infringement or violation of any of these rights or laws is made by any person or organization making the claim or bringing the suit, by any insured or by any other party to the claim or suit.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**CG D9 10 09 21**      © 2021 The Travelers Indemnity Company. All rights reserved.      Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                                                                TRAV_002811

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**          Copyright, Travelers Indemnity Company, 1997          Page 1 of 1

CONFIDENTIAL                                                                                              TRAV_002812

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED
**(Includes Products-Completed Operations If Required By Contract)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that you agree in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only:

**a.** With respect to liability for "bodily injury" or "property damage" that occurs, or for "personal injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement and while that part of the contract or agreement is in effect; and

**b.** If, and only to the extent that, such injury or damage is caused by acts or omissions of you or your subcontractor in the performance of "your work" to which the written contract or agreement applies. Such person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization.

The insurance provided to such additional insured is subject to the following provisions:

**a.** If the Limits of Insurance of this Coverage Part shown in the Declarations exceed the minimum limits required by the written contract or agreement, the insurance provided to the additional insured will be limited to such minimum required limits. For the purposes of determining whether this limitation applies, the minimum limits required by the written contract or agreement will be considered to include the minimum limits of any Umbrella or Excess liability coverage required for the additional insured by that written contract or agreement. This provision will not increase the limits of insurance described in Section III – Limits Of Insurance.

**b.** The insurance provided to such additional insured does not apply to:

**(1)** Any "bodily injury", "property damage" or "personal injury" arising out of the providing, or failure to provide, any professional architectural, engineering or surveying services, including:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders or change orders, or the preparing, approving, or failing to prepare or approve, drawings and specifications; and

**(b)** Supervisory, inspection, architectural or engineering activities.

**(2)** Any "bodily injury" or "property damage" caused by "your work" and included in the "products-completed operations hazard" unless the written contract or agreement specifically requires you to provide such coverage for that additional insured during the policy period.

**c.** The additional insured must comply with the following duties:

**(1)** Give us written notice as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, such notice should include:

**(a)** How, when and where the "occurrence" or offense took place;

**(b)** The names and addresses of any injured persons and witnesses; and

**(c)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**(2)** If a claim is made or "suit" is brought against the additional insured:

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

    **(a)** Immediately record the specifics of the claim or "suit" and the date received; and

    **(b)** Notify us as soon as practicable and see to it that we receive written notice of the claim or "suit" as soon as practicable.

**(3)** Immediately send us copies of all legal papers received in connection with the claim or "suit", cooperate with us in the investigation or settlement of the claim or defense against the "suit", and otherwise comply with all policy conditions.

**(4)** Tender the defense and indemnity of any claim or "suit" to any provider of other insurance which would cover such additional insured for a loss we cover. However, this condition does not affect whether the insurance provided to such additional insured is primary to other insurance available to such additional insured which covers that person or organization as a named insured as described in Paragraph **4.**, Other Insurance, of Section **IV** – Commercial General Liability Conditions.

© 2018 The Travelers Indemnity Company. All rights reserved.

**CG D2 46 04 19**

TRAVELERS DOC MGMT Page 179 of 1253

CONFIDENTIAL

TRAV_002814

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT FOR SERVICE INDUSTRIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

**A.** Who Is An Insured – Unnamed Subsidiaries

**B.** Who Is An Insured – Employees And Volunteer Workers – Bodily Injury To Co-Employees And Co-Volunteer Workers

**C.** Who Is An Insured – Newly Acquired Or Formed Limited Liability Companies

**D.** Blanket Additional Insured – Broad Form Vendors

**E.** Blanket Additional Insured – Controlling Interest

**F.** Blanket Additional Insured – Mortgagees, Assignees, Successors Or Receivers

**G.** Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Premises

**H.** Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Operations

**I.** Blanket Additional Insured – Grantors Of Franchises

**J.** Incidental Medical Malpractice

**K.** Blanket Waiver Of Subrogation

**PROVISIONS**

**A. WHO IS AN INSURED – UNNAMED SUBSIDIARIES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any of your subsidiaries, other than a partnership or joint venture, that is not shown as a Named Insured in the Declarations is a Named Insured if:

**a.** You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

**b.** Such subsidiary is not an insured under similar other insurance.

No such subsidiary is an insured for "bodily injury" or "property damage" that occurred, or "personal and advertising injury" caused by an offense committed:

**a.** Before you maintained an ownership interest of more than 50% in such subsidiary; or

**b.** After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

For purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such subsidiary will be deemed to be designated in the Declarations as:

**a.** A limited liability company;

**b.** An organization other than a partnership, joint venture or limited liability company; or

**c.** A trust;

as indicated in its name or the documents that govern its structure.

**B. WHO IS AN INSURED – EMPLOYEES AND VOLUNTEER WORKERS – BODILY INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Paragraphs **(1)(a)**, **(b)** and **(c)** above do not apply to "bodily injury" to a co-"employee" while in the course of the co-"employee's" employment by you or performing duties related to the conduct of your business, or to "bodily injury" to

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                                                    TRAV_002815

COMMERCIAL GENERAL LIABILITY

your other "volunteer workers" while performing duties related to the conduct of your business.

**C. WHO IS AN INSURED – NEWLY ACQUIRED OR FORMED LIMITED LIABILITY COMPANIES**

The following replaces Paragraph **3.** of **SECTION II – WHO IS AN INSURED**:

**3.** Any organization you newly acquire or form, other than a partnership or joint venture, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only:

**(1)** Until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, if you do not report such organization in writing to us within 180 days after you acquire or form it; or

**(2)** Until the end of the policy period, when that date is later than 180 days after you acquire or form such organization, if you report such organization in writing to us within 180 days after you acquire or form it;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section II – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** A limited liability company;

**b.** An organization, other than a partnership, joint venture or limited liability company; or

**c.** A trust;

as indicated in its name or the documents that govern its structure.

**D. BLANKET ADDITIONAL INSURED – BROAD FORM VENDORS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a vendor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury" or "property damage" that:

**a.** Occurs subsequent to the signing of that contract or agreement; and

**b.** Arises out of "your products" that are distributed or sold in the regular course of such vendor's business.

The insurance provided to such vendor is subject to the following provisions:

**a.** The limits of insurance provided to such vendor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such vendor does not apply to:

**(1)** Any express warranty not authorized by you or any distribution or sale for a purpose not authorized by you;

**(2)** Any change in "your products" made by such vendor;

**(3)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(4)** Any failure to make such inspections, adjustments, tests or servicing as vendors agree to perform or normally undertake to perform in the regular course of business, in connection with the distribution or sale of "your products";

**(5)** Demonstration, installation, servicing or repair operations, except such operations performed at such vendor's premises in connection with the sale of "your products"; or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 67 02 19**

CONFIDENTIAL

TRAV_002816

**(6)** "Your products" that, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or on behalf of such vendor.

Coverage under this provision does not apply to:

**a.** Any person or organization from whom you have acquired "your products", or any ingredient, part or container entering into, accompanying or containing such products; or

**b.** Any vendor for which coverage as an additional insured specifically is scheduled by endorsement.

**E. BLANKET ADDITIONAL INSURED – CONTROLLING INTEREST**

**1.** The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that has financial control of you is an insured with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that arises out of:

**a.** Such financial control; or

**b.** Such person's or organization's ownership, maintenance or use of premises leased to or occupied by you.

The insurance provided to such person or organization does not apply to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**2.** The following is added to Paragraph **4.** of **SECTION II – WHO IS AN INSURED**:

This paragraph does not apply to any premises owner, manager or lessor that has financial control of you.

**F. BLANKET ADDITIONAL INSURED – MORTGAGEES, ASSIGNEES, SUCCESSORS OR RECEIVERS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a mortgagee, assignee, successor or receiver and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to its liability as mortgagee, assignee, successor or receiver for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of the premises for which that mortgagee, assignee, successor or receiver is required under that contract or agreement to be included as an additional insured on this Coverage Part.

The insurance provided to such mortgagee, assignee, successor or receiver is subject to the following provisions:

**a.** The limits of insurance provided to such mortgagee, assignee, successor or receiver will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such person or organization does not apply to:

**(1)** Any "bodily injury" or "property damage" that occurs, or any "personal and advertising injury" caused by an offense that is committed, after such contract or agreement is no longer in effect; or

**(2)** Any "bodily injury", "property damage" or "personal and advertising injury" arising out of any structural alterations, new construction or demolition operations performed by or on behalf of such mortgagee, assignee, successor or receiver.

**G. BLANKET ADDITIONAL INSURED – GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to premises owned or occupied by, or rented or loaned to, you and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of the existence, ownership, use, maintenance, repair, construction, erection or removal of any of the following for which that governmental entity has issued such permit or authorization: advertising signs, awnings,

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, elevators, street banners or decorations.

**H. BLANKET ADDITIONAL INSURED – GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO OPERATIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to operations performed by you or on your behalf and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of such operations.

The insurance provided to such governmental entity does not apply to:

**a.** Any "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the governmental entity; or

**b.** Any "bodily injury" or "property damage" included in the "products-completed operations hazard".

**I. BLANKET ADDITIONAL INSURED – GRANTORS OF FRANCHISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that grants a franchise to you is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of your operations in the franchise granted by that person or organization.

If a written contract or agreement exists between you and such additional insured, the limits of insurance provided to such insured will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**J. INCIDENTAL MEDICAL MALPRACTICE**

**1.** The following replaces Paragraph **b.** of the definition of "occurrence" in the **DEFINITIONS** Section:

**b.** An act or omission committed in providing or failing to provide "incidental

medical services", first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**2.** The following replaces the last paragraph of Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide:

**(a)** "Incidental medical services" by any of your "employees" who is a nurse, nurse assistant, emergency medical technician, paramedic, athletic trainer, audiologist, dietician, nutritionist, occupational therapist or occupational therapy assistant, physical therapist or speech-language pathologist; or

**(b)** First aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**3.** The following replaces the last sentence of Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE**:

For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

**4.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Sale Of Pharmaceuticals**

"Bodily injury" or "property damage" arising out of the violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 67 02 19**

CONFIDENTIAL

TRAV_002818

COMMERCIAL GENERAL LIABILITY

5. The following is added to the **DEFINITIONS** Section:

"Incidental medical services" means:

a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

6. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" to any person to the extent not subject to Paragraph **2.a.(1)** of Section **II – Who Is An Insured**.

K. **BLANKET WAIVER OF SUBROGATION**

The following is added to Paragraph **8.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against such person or organization, but only for payments we make because of:

a. "Bodily injury" or "property damage" that occurs; or

b. "Personal and advertising injury" caused by an offense that is committed;

subsequent to the execution of the contract or agreement.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

TRAVELERS DOC MGMT Page 184 of 1253

CONFIDENTIAL

TRAV_002819

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces Paragraph **(2)** of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   (2) Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

      (a) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

      (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   2. If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by you;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

   **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3. The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

   **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

   **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL
TRAV_002820

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Violation Of Consumer Financial Protection Laws**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

**2.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Violation Of Consumer Financial Protection Laws**

"Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

**3.** The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

**a.** Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

**b.** Information bearing on a person's credit worthiness, credit standing or credit capacity.

**c.** Social security number.

**d.** Drivers license number.

**e.** Birth date.

"Consumer financial protection law" means:

**a.** The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

**b.** California's Song-Beverly Credit Card Act and any of its amendments; or

**c.** Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

**CG D6 18 10 11**          © 2011 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

CONFIDENTIAL                                                                                                      TRAV_002821

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF BIOMETRIC INFORMATION PRIVACY LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Violation Of Biometric Information Privacy Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "biometric information privacy law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

   **Violation Of Biometric Information Privacy Laws**

   "Personal and advertising injury" arising out of any actual or alleged violation of a "biometric information privacy law", or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

   "Biometric information":

   a. Means information about a person's physical, biological or behavioral characteristics that can be used to identify such person.

   b. Includes a person's retina or iris scan, fingerprint, voiceprint, scan of hand or face or other body geometry, DNA, vein pattern, keystroke pattern or rhythm, gait pattern or rhythm, or sleep, health or exercise data that contain identifying information.

   "Biometric information privacy law" means the parts of any law, ordinance, regulation or governmental rule that govern or relate to the collection, storage, disclosure, retention, destruction, protection, use, sale, lease or trade of "biometric information".

CONFIDENTIAL

TRAVELERS DOC MGMT Page 187 of 1253

TRAV_002822

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Exclusion **j. Damage To Property** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**j. Damage To Property**

"Property damage" to:

Property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

**B.** The following is added to Paragraph **4.b.(1)** of **Other Insurance** of **Section IV – Commercial General Liability Conditions:**

**4. Other Insurance**

**b. Excess Insurance**

With respect to your liability arising out of your management of property for which you are acting as real estate manager, this insurance is excess over any other valid and collectible insurance available to you, whether such insurance is primary or excess.

**CG 22 70 04 13**     © Insurance Services Office, Inc., 2012     Page 1 of 1

CONFIDENTIAL

TRAV_002823

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**                                                      Page 1 of 1

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Discrimination**

"Bodily injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

**2.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Discrimination**

"Personal injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I — COVERAGES — COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Silica Or Silica-Related Dust**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of "silica" or "silica-related dust". This includes, but is not limited to:

**(1)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**(2)** Any obligation to share damages with or repay someone else who must pay damages because of such "bodily injury" or "property damage".

**2.** The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I — COVERAGES — COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Silica Or Silica-Related Dust**

"Personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of "silica" or "silica-related dust". This includes, but is not limited to:

**(1)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**(2)** Any obligation to share damages with or repay someone else who must pay damages because of such injury.

**3.** The following is added to the **DEFINITIONS** Section:

"Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

"Silica-related dust" means a mixture or combination of "silica" and other dust or particles.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

TRAV_002826

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

**1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

   **(i)** PERC for a dry cleaning business; or

   **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

 © 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL                                                                                               TRAV_002827

# EXHIBIT 8

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

St. Paul Fire and Marine Insurance Company
_____

**Name of Insuring Company(ies)**

QI01300069                    01/01/2006 - 01/01/2007         11/25/2025
_____         _____        _____

**Policy Number(s)**          **Policy Period(s)**              **Date**

*Peter J. Michalik*
_____
Peter J. Michalik, Director, Operations
Document Management

CONFIDENTIAL                                                    TRAV_003889

## INTRODUCTION

**ST PAUL TRAVELERS**

This policy protects against a variety of losses. There are also some restrictions. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number:  QI01300069

Specialty Excess & Umbrella
9001 Wesleyan Road
Indianapolis, IN 46268

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

Corporation.
THE BROADBENT COMPANY
201 N. ILLINOIS STREET 22/23 F
INDIANAPOLIS IN 46204

Your policy is composed of General Rules, Special Conditions, a Coverage Summary, and an Insuring Agreement explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

Policy period:  This policy will begin on 01/01/2006 and will continue until 01/01/2007.

Your former policy number is automatically replaced:  NEW

Your premium for the policy period shown is: ██████████

Our authorized representative is:
Brown & Brown Insurance
3077 E 98th St, Ste 150
Indianapolis, IN 46280

*Brian Mac Lean*
President

Authorized Representative          Date

*[signature]*
Secretary

**Processing Date** 01/26/06   14:50   001

X2027 Ed. 3-00                                              Introduction
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page          1

CONFIDENTIAL

# POLICY FORM LIST

**TRAVELERS**

Here's a list of all forms included in your policy, on the date shown below. These forms are listed in the same order as they appear in your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 | D0100 | 03-03 |
| Introduction (St. Paul Fire & Marine) | X2027 | 03-00 |
|   Policy Form List | 40705 | 05-84 |
| General Rules | 40701 | 08-03 |
|   Indiana Required Endorsement | 40520 | 08-03 |
| What To Do If You Have A Loss - Commercial Excess Liability | X2039 | 03-00 |
| Commercial Excess Liability Protection Coverage Summary | X2001 | 03-00 |
| Schedule Of Immediate Underlying Insurance - Commercial Excess Liability Protection | X2036 | 03-00 |
| Schedule Of Other Underlying Insurance - Commercial Excess Liability Protection | X2037 | 03-00 |
| Commercial Excess Liability Protection | X2000 | 03-00 |
|   Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Commercial Excess Liability | X2055 | 04-02 |
|   What This Agreement Covers When Your Underlying Insurance Pays Amounts Not Covered By This Agreement Endorsement - Commercial Excess Liability | 40502 | 01-80 |
|   Employment-Related Practices Exclusion Endorsement - Commercial Excess Liability | X2015 | 03-00 |
|   Employee Retirement Income Security Act Or Similar Law Exclusion Endorsement - Commercial Excess Liability | X2016 | 03-00 |
|   Asbestos Exclusion Endorsement - Commercial Excess Liability | X2017 | 03-02 |
|   Aircraft Exclusion Endorsement - Commercial Excess Liability | X2018 | 03-00 |
|   Lead Exclusion Endorsement - Commercial Excess Liability | X2021 | 05-04 |
|   Control Of Property Exclusion Endorsement - Commercial Excess Liability | X2022 | 03-00 |
|   Control Of Personal Property Exclusion Endorsement - Commercial Excess Liability | X2023 | 03-00 |
|   Occupational Disease Exclusion Endorsement - Commercial Excess Liability | X2024 | 03-00 |
|   Pollution Not Related To Autos Or Employers Liab. Exclusion And Pollution Work Loss, Cost, Or Expense Exclusion - Excess | X2032 | 03-00 |
|   Unsolicited Communication Exclusion Endorsement - Commercial Excess Liability | X2072 | 10-04 |

---

| | | | |
|---|---|---|---|
| **Name of Insured** | **Policy Number** QI01300069 | | **Effective Date** 01/01/06 |
| THE BROADBENT COMPANY | | **Processing Date** 01/26/06  14:50  001 | |

40705 Ed. 5-84                 Form List                

© 1984 The Travelers Indemnity Company. All rights reserved.           Page    1

CONFIDENTIAL          TRAV_003891

CONFIDENTIAL

 **ST PAUL TRAVELERS**

I wanted to take a moment to say thank you for your business. By selecting St. Paul Travelers as your umbrella carrier, you have guaranteed more than just the underwriting expertise and flexibility your company needs; you have secured the financial strength and commitment to excellence that has made us an industry leader for more than 150 years.

At St. Paul Travelers, we understand that insurance is a business built on challenges. We also know that helping our customers overcome these challenges is what truly sets us apart from our competitors. For this reason, you have my assurance that we will handle each and every claim with the highest degree of expertise, commitment and respect possible.

Simply put, you have placed your trust in us, and I assure you, that is something we will never take lightly. We look forward to a long partnership with your company.

Sincerely,

Lorraine Seib
President - Specialty Excess and Umbrella

NU025 Ed. 2-05

CONFIDENTIAL

TRAV_003893

**ST. PAUL TRAVELERS**
**TRAVELERS**

## ST. PAUL TRAVELERS SPECIALTY EXCESS & UMBRELLA AT A GLANCE

In a constantly changing business environment, it makes sense to choose an insurance carrier with fortitude and flexibility to help you solidify your financial position. St. Paul Travelers has the substance to strengthen your defenses, as well as the acumen to help you make alterations over time. Excess and Umbrella insurance from St. Paul Travelers enables you to secure your protection with precision. We provide umbrella coverage that enhances your current casualty insurance program - true catastrophic coverage above the current underlying limits. We offer stable and strong capacity, along with excellent service, security and expertise. We are a great way to reinforce your position.

### Company Overview

- Second largest commercial U.S. property-casualty insurance company
- One of the largest U.S. companies by total revenues and market capitalization
- Approximately 30,000 employees
- Represented in all 50 states, Canada, Mexico, Ireland and the UK
- Represented by approximately 11,000 independent agencies and brokerages countrywide
- Headquartered in St. Paul, Minnesota
- Commercial and personal lines businesses based in Hartford, Connecticut
- Specialty Commercial insurance lines based in St. Paul

### Competitive Advantages

- Considerable financial strength
- Superior depth and breadth of product offerings
- Industry-leading group of experienced umbrella underwriters
- Fast, fair, effective claims handling
- Well-recognized brand names in the commercial insurance marketplace
- Strong distribution presence with enhanced geographic coverage across the U.S.
- Experienced and well-regarded management team
- Strong underwriting culture
- Successful track record in integrating businesses
- Enhanced growth opportunities, with greater diversity and stability of earnings

385 Washington Street, Saint Paul, MN 55102-1396, 800.356.4098, www.stpaultravelers.com

This brochure/web site material is for informational purposes only. All statements herein are subject to the provisions, exclusions and conditions of the applicable policy. For an actual description of all coverages, terms and conditions, refer to the insurance policy. Coverages are subject to individual insureds meeting our underwriting qualifications and to state availability.

NU029 Ed. 2-05
© 2005 The St. Paul Travelers Companies, Inc. All Rights Reserved

CONFIDENTIAL

TRAV_003894



**DISCLOSURE NOTICE**

**TERRORISM RISK INSURANCE ACT OF 2002**

The certified acts of terrorism premium charge shown below is for coverage under this policy for insured losses covered by the Terrorism Insurance Program established by the Terrorism Risk Insurance Act of 2002 (the Act). That Program applies to certain losses, if otherwise covered by your policy, that result from an "act of terrorism," as that term is defined in and certified under the Act (insured losses). This terrorism premium does not include any charges for the portion of insured losses covered by the Federal Government under the Act. The Federal Government shares in the payment of insured losses under the Act, and the amount of its share is 90% of such losses that exceed the applicable insurer deductible.

If $0 is shown below for the certified acts of terrorism premium charge, this policy provides such terrorism coverage for no premium charge.

The certified acts of terrorism premium charge shown below does not apply to any insuring agreement or coverage part in this policy for which you did not accept our offer, for a premium charge, of such terrorism coverage. If you did not accept our offer of such terrorism coverage, this policy contains one or more exclusions that apply to certified acts of terrorism under each such insuring agreement or coverage part.

The Act establishes a cap on our liability to pay for insured losses if the aggregate amount of insured losses under the Act exceeds $100,000,000,000 during the applicable period for all insureds and all insurers combined. In that case, we will not be liable for the payment of any amount that exceeds such aggregate amount of $100,000,000,000.

**Name of Insured:** THE BROADBENT COMPANY

**Policy Number:** QI01300069

**Effective Date:** 01/01/06

**Certified Acts Of Terrorism Premium Charge:** ▮▮▮▮

**Processing Date:** 01/26/06   14:50   001

D0100 Rev. 3-03

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page 1 of 1

CONFIDENTIAL

TRAV_003895

**DELIVERY INVOICE**


ST PAUL TRAVELERS

---

**Company:** St. Paul Fire & Marine Insurance Company

---

I
N
S
U
R
E
D

THE BROADBENT COMPANY
201 N. ILLINOIS STREET 22/23 F
INDIANAPOLIS IN 46204

Policy Inception/Effective Date: 01/01/06
Agency Number: 1306701

Transaction Type:
New Business
Transaction number: 001
Processing date: 01/26/2006
Policy Number: QI01300069

---

A
G
E
N
T

Brown & Brown
3077 E 98th St Ste 150
Indianapolis IN 46280

---

| Policy Number | Description | Amount | Surtax/ Surcharge |
|---|---|---|---|
| QI01300069 | Commercial Excess Liability Terrorism Coverage | ███████ | |

---

CONFIDENTIAL

TRAVELERS DOC MGMT Page 9 of 53

CONFIDENTIAL                                                                              TRAV_003897



## IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION

For information about how St. Paul Travelers compensates independent agents and brokers, please visit www.stpaultravelers.com, or you may request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183; Fax (860) 954-5987.

CONFIDENTIAL                                                                    TRAV_003898



## NOTICE TO OUR INDIANA POLICYHOLDERS
## FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE

**Questions regarding your policy or coverage should be directed to:**

**St. Paul Fire and Marine Insurance Company**
**and its property—casualty affiliates.**
**Contact number: (651) 310—7911**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Indiana Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi

ND047 Ed. 3-05
© 2005 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page 1 of 1

CONFIDENTIAL                                                                          TRAV_003899

## GENERAL RULES

This form contains various rules that apply to your policy. It and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and
- the rights and duties of you and any other person or organization protected under your policy.

### Table of Contents

| | Page |
|---|---|
| Special Rights And Duties Of The First Named Insured | 1 |
| Policy Period | 1 |
| Policy Changes | 1 |
| Premiums | 2 |
|   Estimates. | 2 |
|   Additional or return premium. | 2 |
|   Your bill. | 2 |
| Our Right To Inspect And Audit | 3 |
| Cancellation | 3 |
|   By the first named insured. | 3 |
|   By us. | 3 |
|   Return premium. | 3 |
| Fraud And Misrepresentation | 4 |
|   If you commit fraud or misrepresentation. | 4 |
|   If other persons or organizations commit fraud or misrepresentation. | 4 |
|   Unintentional errors or omissions. | 4 |
| Assignments And Transfers | 4 |
| Lawsuits Against Us | 5 |
|   If your policy provides property or other first-party protection. | 5 |
|   If your policy provides liability protection. | 5 |
| Recovering Damages From A Third Party | 5 |
| Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection | 5 |
| Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection | 6 |
| How Statutory Or Regulatory Law Affects Your Policy | 6 |

### Special Rights And Duties Of The First Named Insured

When more than one insured is named in the Introduction of your policy, the first named insured has special rights and duties. Those rights and duties are explained in the following General Rules:

- Cancellation.
- Policy Changes.
- Premiums.

### Policy Period

Insuring agreements or endorsements in your policy begin on your policy's effective date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if your policy replaces a policy that ends at noon, rather than 12:01 a.m., coverage under your policy begins on your policy's effective date at noon at such address.

Insuring agreements or endorsements added to your policy after your policy's effective date begin on their respective effective dates at 12:01 a.m. at the address shown for you in the Introduction of your policy.

Coverage under your policy ends on your policy's expiration date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if all or part of your policy is canceled for any reason before that date, the canceled coverage will end on the cancellation date at 12:01 a.m. at such address.

### Policy Changes

Your policy contains all of the agreements between you and us concerning the coverage provided by your policy and can be changed only as described in this rule.

We can make changes in our standard insurance policy forms from time to time. Such changes must conform to applicable law and may be filed with insurance regulatory authorities for approval.

If we make any such change, while your policy is in effect, that:

- would broaden or extend the coverage your policy provides; and
- can be legally added to your policy without increasing your premium;

you'll automatically receive the benefit of the broadened or extended coverage beginning at:

- 12:01 a.m.; or

CONFIDENTIAL

TRAVELERS DOC MGMT Page 12 of 53

TRAV_003900

- noon, if coverage under your policy otherwise begins at that time;

on the effective date of the change at the address shown for you in the Introduction of your policy.

If we make any such change before your policy begins and that change still applies to a standard insurance policy form which:

- is part of your policy when your policy begins; or
- is made part of your policy after your policy's effective date;

you'll automatically receive the benefit of that broadened or extended coverage beginning at the time and on the effective date that form is, or is made, part of your policy.

We don't have to provide any written notice, or a written form that's made part of your policy, for you to receive such benefits.

We can make other changes in your policy and, with our consent, the first named insured can make changes in your policy too. But such changes can be made only with a written form that:

- is made part of your policy; and
- is signed by us or one of our authorized representatives.

## Premiums

We compute the premium for your policy in accordance with our rules and rates which apply to your policy.

**Estimates.** All or part of your premium may be based on estimates.

If estimates are used, your policy will contain an endorsement, summary, or other form that shows:

- we used estimates; and
- when and how we'll compute your actual premium.

We'll compute your actual premium, when complete information is available, at the end of:

- the policy period;
- each one-year period that's part of the policy period, if the policy period is longer than one year; and
- any interim audit period that's shorter than one year, if an interim audit period applies during the policy period.

For each such period, we'll compute your actual premium in accordance with our rules and rates which apply to your policy and for that period.

If your actual premium is:

- more than the estimated premium you've paid, you'll owe us the difference; or
- less than the estimated premium you've paid, we'll return the difference;

except as described in the Additional or return premium section.

You must keep accurate records of the information we'll need to compute your actual premium. Your agent or broker can explain the type of records we'll need. The first named insured must mail, deliver, or otherwise give to us a copy of those records when we request them.

However, we don't have to request or use any records to compute your actual premium if we determine, in accordance with our rules and rates which apply to your policy, that your premium based on estimates is your actual premium.

**Additional or return premium.** We or your agent or broker will tell the first named insured about any additional or return premium for your policy.

However, we won't charge an additional premium, or refund a return premium, for any difference in premium of $15 or less that results from:

- your actual premium being more or less than the estimated premium you've paid; or
- any change made in your policy, including any cancellation of all or part of your policy by you or us.

But we'll refund a return premium of $15 or less for your policy if the first named insured requests that we do so. We'll apply this rule for waiving additional or return premiums separately each time your policy is changed.

In any event, your policy premium won't be less than the minimum policy premium we're allowed to charge in accordance with our rules and rates which apply to your policy.

**Your bill.** The first named insured:

- will be the one we'll bill for all premiums for your policy;
- is responsible for paying all premiums for your policy when due; and

---

CONFIDENTIAL

- will be the one to whom we'll pay any return premium for your policy.

The due date for each premium owed us for your policy is the date shown as the due date on your bill for that premium.

If the first named insured is also the first named insured under:

- any other policy with us; or
- any policy with any of our affiliated insurance companies;

we may bill, under one statement, the premium for:

- your policy; and
- any or all of those other policies;

regardless of their type, what they cover, or their policy periods.

If we bill the premium for such policies under one statement:

- we may adjust your bill under that statement to reflect the total of any additional or return premium for any or all of those policies;
- we'll apply any partial payment of the minimum premium due under your bill proportionately to each of those policies unless the first named insured requests at the time of such payment that we apply it differently; and
- for any of those policies with a return premium, the first named insured may request that we refund such premium with a separate payment.

## Our Right To Inspect And Audit

You must allow us to inspect your property and operations during normal business hours while your policy is in effect.

However, we aren't required to:

- make any such inspection; or
- guarantee that your property or operations are safe, or conform to any code, law, regulation, or standard;

except as required by any applicable state or municipal code, law, regulation, or standard for the certification of boilers, pressure vessels, or elevators.

This rule also applies to any person or organization that makes insurance inspections, surveys, reports, or recommendations for us.

You also must allow us to examine, audit, and make copies of your financial books and records that relate to the coverage provided by your policy at any time up to three years after your policy ends.

## Cancellation

**By the first named insured.** The first named insured can cancel all or part of your policy at any time before your policy's expiration date with an advance notice of cancellation to us or one of our authorized representatives.

To cancel, the first named insured:

- must deliver to us or one of our authorized representatives; or
- must mail to us, if such delivery isn't possible;

your policy, or the part of your policy to be canceled, and must provide the date the cancellation will be effective.

**By us.** We can cancel all or part of your policy at any time before your policy's expiration date.

If we cancel, the first named insured:

- is responsible for receiving the cancellation notice from us for you; and
- will be the one to whom we'll mail or deliver the cancellation notice.

Also, we'll mail or deliver the cancellation notice to the first named insured at least:

- 10 days, if we're canceling for nonpayment of premium; or
- 30 days, if we're canceling for any other reason;

before the date the cancellation will be effective.

If the cancellation notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof that the first named insured received such notice.

**Return premium.** We'll compute, in accordance with our rules and rates which apply to your policy, the cancellation return premium, if any, on a pro rata basis. But for a cancellation by the first named insured, we may compute any such premium on less than a pro rata basis.

As soon as possible, we'll refund any cancellation return premium, except as

CONFIDENTIAL

TRAV_003902

described in the Additional or return premium section of the Premiums section, to the first named insured.

However, the cancellation will be effective regardless of whether or not we've made or offered such a refund.

## Fraud And Misrepresentation

**If you commit fraud or misrepresentation.** If, before or after a loss, you:

- hide any important information from us;
- mislead, lie to, or defraud us; or
- attempt any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for you and all other persons and organizations protected under your policy.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by you:

- Your spouse if you're an individual.
- Any of your partners or co-venturers, or their spouses, if you're a partnership or joint venture.
- Any of your members or managers if you're a limited liability company.
- Any of your trustees if you're a trust.
- Any of your shareholders if you're a professional association.
- Any of your appointed or elected officials if you're a public entity or tribal government.
- Any of your directors or executive officers if you're a corporation or an other organization.

**If other persons or organizations commit fraud or misrepresentation.** If, before or after a loss, any person or organization protected under your policy, other than you and the persons and organizations described in the last paragraph of the If you commit fraud or misrepresentation section:

- hides any important information from us;
- misleads, lies to, or defrauds us; or
- attempts any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for only that person or organization.

We'll consider such fraud or misrepresentation committed by any of the

following to also be committed by any such organization protected under your policy:

- Any of its partners or co-venturers if that organization is a partnership or joint venture.
- Any of its members or managers if that organization is a limited liability company.
- Any of its trustees if that organization is a trust.
- Any of its shareholders if that organization is a professional association.
- Any of its appointed or elected officials if that organization is a public entity or tribal government.
- Any of its directors or executive officers if that organization is a corporation or an other organization.

**Unintentional errors or omissions.** We won't consider errors or omissions that are unintended by:

- you; and
- all other persons and organizations protected under your policy that are described in the last paragraph of the If you commit fraud or misrepresentation section and commit such errors or omissions;

to be fraud or misrepresentation as described in that section.

Also, we won't consider errors or omissions that are unintended by:

- all other persons and organizations protected under your policy; and
- all persons and organizations described in the last paragraph of the If other persons or organizations commit fraud or misrepresentation section;

that commit such errors or omissions to be fraud or misrepresentation as described in that section.

## Assignments And Transfers

Neither you nor any other person or organization protected under your policy can assign, transfer, or otherwise turn over, your interest in it without consent from us in a written form that's made part of your policy.

However, if you're an individual named insured and you die:

- your legal representatives will have your rights and duties under your policy, but only while acting within the scope of their duties as your legal representatives; and

---

CONFIDENTIAL

TRAV_003903

- until such legal representatives are appointed, any person or organization that properly has temporary custody of your property will have your rights and duties concerning that property under your policy.

## Lawsuits Against Us

No person or organization can sue us to recover under your policy unless all of your policy's terms have been fully complied with.

**If your policy provides property or other first-party protection.** Any suit to recover on a loss under any property or other first-party protection provided by your policy must begin within two years after the date on which the direct physical loss or damage occurred to the property that's required to sustain such loss or damage for the loss to be covered under that protection.

**If your policy provides liability protection.** No person or organization can sue us to recover on a loss under any liability protection provided by your policy until the amount of the liability of a person or organization protected for that loss under your policy has been finally decided either by a judgment or by a written agreement signed by:

- us;
- the person or organization protected under your policy; and
- the person or organization making a claim or bringing a suit for the loss.

Once liability has been so determined, that person or organization making the claim or bringing the suit may be able to recover under your policy, up to the limit of coverage that applies. But such person or organization can't sue us directly or join us in a suit against that person or organization protected under your policy until liability has been so determined.

## Recovering Damages From A Third Party

You or other persons or organizations protected under your policy may also be able to recover from others all or part of any loss for which we make a payment.

Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us.

For that reason, you and all other persons and organizations that:

- are protected under your policy; and
- are, or may be, involved in a loss for which we make, or may make, a payment;

must do all that's possible after the loss to:

- preserve for us any such right of recovery or any such proceeds; and
- cooperate with us in any attempt to exercise any such right of recovery.

However, before any loss, you or any other person or organization protected under your policy may waive its right of recovery for the loss without our consent.

If we exercise our right of recovery under your policy and we recover more than we've paid, the excess amount will belong to the person or organization protected under your policy that had the loss. But we'll first deduct our recovery expenses from any such amount recovered by us.

## Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection

If your policy provides property or other first-party protection and you and we can't agree on the amount of a loss covered under that protection, the following procedure will be used to settle the dispute:

1. Either you or we will make a written demand for an appraisal of the covered loss amount in dispute.

2. Within 30 days of the demand, you and we will each select a competent and impartial appraiser and notify the other of the selection.

3. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either of them may request that the selection be made by a judge of a court having jurisdiction.

4. The appraisers will each state separately their appraisal of the covered loss amount in dispute. If they can't agree on that amount, they'll submit their appraisals to the umpire. The umpire's agreement to one of those appraisals will be binding.

5. You'll pay the fees of your appraiser. We'll pay the fees of our appraiser. Other costs of the appraisal, including

---

CONFIDENTIAL

the fees of the umpire, will be shared equally by you and us.

## Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection

If your policy provides liability protection, the bankruptcy or insolvency of:

- any person or organization protected under that liability protection; or
- any estate of that person;

won't relieve us of our obligations under such liability protection.

However, if such liability protection contains an exclusion or other coverage limitation for loss that results from such bankruptcy or insolvency, this rule doesn't change or eliminate that exclusion or other coverage limitation.

## How Statutory Or Regulatory Law Affects Your Policy

Any part of your policy that conflicts with any requirement of statutory or regulatory law which applies is automatically changed to conform to that law.

CONFIDENTIAL

TRAV_003905

## INDIANA REQUIRED ENDORSEMENT

This endorsement changes your policy to comply with, or otherwise respond to, Indiana law.

Therefore, each change made by this endorsement applies only to the extent:

- required by Indiana statutory or regulatory law; or
- specifically described in the part of this endorsement which makes that change.

As a result, if the address shown for you in the Introduction of your policy is outside Indiana, each change that's made to comply with Indiana statutory or regulatory law applies only if, and to the extent, your policy provides coverage for:

- a loss of or to, or that results from, property in Indiana; or
- a loss that results from your operations in, or which affect, Indiana;

and such statutory or regulatory law applies to such coverage.

### Table of Contents

| | Page |
|---|---|
| Policy Changes | 1 |
| Fraud And Misrepresentation | 1 |
| Cancellation | 1 |
| Recovering Damages From A Third Party | 2 |
| Definition Of Pollutant - Replacement Or Addition As Required | 2 |
| Medical Professional Liability Protection - Special Rule For Health Care Providers | 4 |
| Other Terms | 4 |

### Policy Changes

The following is added to the Policy Changes section of the General Rules.

You or someone acting for you may notify one of our authorized Indiana agents of any fact affecting insurance in this policy. If such notice is given, we'll consider it the same as if we had been notified directly.

### Fraud And Misrepresentation

1. The following replaces the first paragraph of the Fraud or misrepresentation committed by us section of the General Rules.

   We can deny coverage for you, and all other persons and organizations protected under your policy, for a loss if, at any time, you:

   - conceal or misrepresent any material fact; or
   - commit fraud;

   about any matter concerning that loss.

2. The following replaces the first paragraph of the If other persons or organizations commit fraud or misrepresentation section of the General Rules.

If, at any time, any person or organization protected under your policy, other than you and the persons and organizations described in the last paragraph of the If you commit fraud or misrepresentation section:

- conceals or misrepresents any material fact; or
- commits fraud;

about any matter concerning a loss under your policy, we can deny coverage for only that person or organization for that loss.

### Cancellation

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time.

**How the first named insured can cancel.** To cancel this policy or any of the insuring agreements, the first named insured must deliver the policy, or the part to be canceled, to us or to any of our authorized agents. If this isn't possible, notify us by mail and include the date the policy or individual insuring agreement is to be canceled. The first named insured will get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel policies in effect for 90 days or less.** If your policy has been in effect for 90 days or less, we can cancel for any reason. If we do, we'll mail or deliver a notice of cancellation to the first named insured:

- 10 days before coverage will end if we cancel for nonpayment of premium;
- 20 days before coverage will end if we cancel for fraud or misrepresentation; or

40520 Rev. 8-03
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 4

CONFIDENTIAL

TRAV_003906

- 30 days before coverage will end if we cancel for any other reason.

**How we can cancel policies in effect more than 90 days.** If your policy has been in effect more than 90 days, we can cancel only for one of the reasons listed below. If we do, we'll mail or deliver a notice of cancellation to the first named insured.

1. *Nonpayment of premium.* If we cancel for this reason, we'll send at least 10 days notice.

2. *Fraud or misrepresentation.* We can cancel if you have committed fraud or made a material misrepresentation. If we cancel for this reason, we'll send at least 20 days notice.

3. *Change in the risk.* We can cancel if there has been a substantial change in the scale of risk covered by this policy. If we cancel for this reason, we'll send at least 45 days notice.

4. *Cancellation of reinsurance.* We can cancel if the reinsurance associated with this policy has been canceled. If we cancel for this reason, we'll send at least 45 days notice.

5. *Failure to follow reasonable loss control recommendations.* We can cancel if you fail to comply with reasonable safety or loss control recommendations. If we cancel for this reason, we'll send at least 45 days notice.

**Non-renewal.** If we decide not to renew this policy, we'll mail a notice to the first named insured at least 45 days before:
- the expiration date if this policy is written for a period of one year or less; or
- the anniversary date if this policy is written for a period of more than one year.

**Mailing the notice.** We'll mail any notice of cancellation or non-renewal to the first named insured's last address known to us. We can deliver any notice instead of mailing it. Proof that we have mailed any notice is proof you were notified.

**Special rule for medical professional liability.** If your policy includes medical professional liability protection, the following special rules apply:

- If we cancel for any reason, we'll send our cancellation notice to the first named insured at least 30 days before coverage will end; and
- If either the first named insured or we cancel this policy, a written notice will be sent to the insurance commissioner at least 30 days before coverage is to end.

**Recovering Damages From A Third Party**

The following is added to the Recovering Damages From A Third Party section of the General Rules and changes that section as described.

Any right of recovery will belong to us only to the extent we have paid for the loss. But our right to recover may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for the loss.

**Definition Of Pollutant – Replacement Or Addition As Required**

If any insuring agreement, endorsement, or other form in your policy contains an exclusion, limitation, or other coverage provision that applies to pollution, the following definition of pollutant:

- replaces the definition of pollutant, or the definition of pollutants, in that insuring agreement, endorsement, or other form if it contains a definition of that term; or
- is added to that insuring agreement, endorsement, or other form if it doesn't contain a definition of pollutant and it doesn't contain a definition of pollutants;

whenever Indiana law applies to determine whether that exclusion, limitation, or other coverage provision applies to a claim, suit, or loss. This change is in response to Indiana case law that has interpreted such exclusions, limitations, or other coverage provisions without this wording.

*Pollutant* means any solid, liquid, gaseous, or thermal substance or material, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, that:

- is identified as dangerous, hazardous, or toxic, or is otherwise regulated, in any federal or Indiana environmental, health protection, or safety law; or
- has an actual, alleged, or threatened irritating or contaminating effect on any person or property.

CONFIDENTIAL

Pollutant includes any such substance or material, regardless of whether or not:

- the substance or material, or the particular form, type, or source of the substance or material, involved in the claim, suit, or loss is specifically identified or described in this definition, such as waste from manufacturing operations;

- the substance or material has or had a function in any business, operations, premises, or work site of yours or any other person or organization protected under this agreement, such as perchloroethylene (perc) for a dry cleaning business;

- the substance or material represents a major source of potential liability, loss, or damage for you or any other person or organization protected under this agreement, such as gasoline for a gasoline station;

- you or any other person or organization protected under this agreement expects or considers the substance or material to be a pollutant; or

- the claim, suit, or loss includes or involves any actual or alleged violation of, or liability under, any federal or Indiana environmental, health protection, or safety law.

*Federal or Indiana environmental, health protection, or safety law* means any:

- law of the United States of America, which is also known as federal law; or

- Indiana state or local law;

that's intended to:

- control pollution;

- protect or safeguard human health; or

- protect any part of the environment, whether indoor air, outdoor air, land, surface water, or underground water.

For example:

*The following Federal laws:*

- *The Clean Air Act of 1970 (42 United States Code Section 7401).*

- *The Clean Water Act of 1977 (33 United States Code Section 1251).*

- *The Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 United States Code Section 9601).*

- *The Emergency Planning and Community Right-To-Know Act of 1986 (42 United States Code Section 11001).*

- *The Federal Insecticide, Fungicide, and Rodenticide Act of 1972 (7 United States Code Section 136).*

- *The Occupational Safety and Health Act of 1970 (29 United States Code Section 651).*

- *The Pollution Prevention Act of 1990 (42 United States Code Section 13101).*

- *The Refuse Act of 1899 (33 United States Code Section 407).*

- *The Resource Conservation and Recovery Act of 1976, which is sometimes also referred to as the Solid Waste Disposal Act, (42 United States Code Section 6901).*

- *The Safe Drinking Water Act of 1974 (42 United States Code Section 300f).*

- *The Toxic Substances Control Act of 1976 (15 United States Code Section 2601).*

*The section of the United States Code referenced after the title of each of the laws listed above is where such law begins.*

*Indiana state law:  Any provision of Indiana Code Title 13 (Environment).*

*Indiana local law:  An Ordinance Establishing Spill Reporting Requirements and Procedures Within the Civil City of Hammond, Indiana (No. 6007).*

Federal or Indiana environmental, health protection, or safety law includes:

- any amendment to such law; and

- any list, regulation, or rule issued or promulgated under such law by a federal governmental authority or an Indiana state or local governmental authority.

The content of federal or Indiana environmental, health protection, or safety laws, and information about certain substances or materials that are identified as dangerous, hazardous, or toxic, or are otherwise regulated, in such laws, is generally available at or through the following places or sources:

- Indiana courthouse or law school law libraries.

- Indiana public libraries.

---

40520 Rev. 8-03                                      Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved                Page 3 of 4

CONFIDENTIAL

- The U.S. Environmental Protection Agency, including its website at www.epa.gov.
- The Indiana Department of Environmental Management, including its website at www.in.gov/idem.

**Medical Professional Liability Protection – Special Rule For Health Care Providers**

If you are a health care provider who is a member of the Patients Compensation Fund, and your policy includes medical professional liability coverage, this rule applies.

If your medical professional liability protection includes a consent to settle provision, the following limitation is added.

- If there is a unanimous opinion of the medical review panel that the appropriate standard of care was not met, we will settle any claim or suit brought against you under this agreement without your prior consent.

**Other Terms**

All other terms of your policy remain the same.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
        © 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

CONFIDENTIAL                                      TRAV_003909

## WHAT TO DO IF YOU HAVE A LOSS – COMMERCIAL EXCESS LIABILITY

You or any other "protected person" are required to perform the duties described below when an occurrence, event, accident, offense, incident, act, error, or omission happens or is committed that will likely result in damages that exceed the Loss notification amount described below.  Failure to comply could affect coverage.

The Commercial Excess Liability Protection insuring agreement contained in this policy determines what is covered.  As a result, you should read it carefully to understand the extent of the coverage provided.  Words or phrases that appear in quotation marks are defined in the Definitions section of your Commercial Excess Liability Protection insuring agreement contained in this policy.

**Important Note:**  Losses should be reported to:

The St. Paul Travelers Companies, Inc.
Attn:  Umbrella/E&S Claim Unit
Mail Code 504F
385 Washington Street
St. Paul, MN 55102-1396

---

You or any other "protected person" involved must perform the following duties if an occurrence, event, accident, offense, incident, act, error, or omission happens or is committed that will likely result in damages that exceed the Loss notification amount shown in the Coverage Summary of your Commercial Excess Liability Protection. If no loss Notification amount is shown in that Coverage Summary, the Loss notification amount is 50% of the combined total of all applicable each loss, claim, occurrence, event, accident, offense, incident, act, error, omission, or similar unit limits of coverage of your "Underlying Insurance" described in a Schedule of Immediate Underlying Insurance and in any Schedule of Other Underlying Insurance attached to your Commercial Excess Liability Protection.

1.  Notify the police if a law may have been broken.

2.  Send us a copy of all written demands. Also send us a copy of all legal documents if any person or organization starts a lawsuit.

3.  Tell us or our agent what happened as soon as possible if no demand for damages has been made against you or any other "protected person", but you or any other "protected person" has knowledge of an occurrence, event, accident, offense, incident, act, error, or omission that may later result in a demand for damages.  This notice should include all of the following:

    • The time and place that the occurrence, event, accident, offense, incident, act,

    error, or omission happened or was committed.

    • The "protected person" involved.

    • The specific nature of the occurrence, event, accident, offense, incident, act, error, or omission, including the type of demand for damages that may result.

    • The names and addresses of any witnesses and any injured or damaged persons or organizations.

But the failure of any of your employees, other than any of your:

    • partners or co-venturers if you are a partnership or joint venture;

    • members or managers if you are a limited liability company; or

    • executive officers if you are a corporation;

to tell us or our agent what happened as soon as possible after an occurrence, event, accident, offense, incident, act, error, or omission becomes known to that employee, won't affect your coverage under your Commercial Excess Liability Protection.

The failure of you or any other "protected person" to report to us or our agent any occurrence, event, accident, offense, incident, act, error, or omission because it was reported as a Workers Compensation claim instead, will not violate these rules.  But only if you or any other "protected person" involved notify us or our agent immediately after you become aware that the occurrence, event, accident, offense, incident, act,

---

CONFIDENTIAL

error, or omission is likely to exceed the Loss notification amount.

4. Cooperate and assist us in securing and giving evidence, attending hearings and

trials, and obtaining the attendance of witnesses.

5. Not assume any financial obligation or pay out any money without our consent.

---

X2039 Ed. 3-00
Page 2 of 2                © 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

CONFIDENTIAL                                                 TRAV_003911

## COMMERCIAL EXCESS LIABILITY PROTECTION COVERAGE SUMMARY


**ST PAUL TRAVELERS**

This Coverage Summary shows the Limits Of Coverage, Retroactive date, and Loss notification amount that apply to your Commercial Excess Liability Protection. You or any other "protected person" must tell us if an occurrence, event, accident, offense, incident, act, error, or omission happens or is committed that will likely result in damages that exceed the Loss notification amount. If no Loss notification amount is shown, the Loss notification amount is 50% of the combined total of all applicable each loss, claim, occurrence, event, accident, offense, incident, act, error, omission, or similar unit limits of coverage of your "Underlying Insurance" shown in a Schedule of Immediate Underlying Insurance and in any Schedule of Other Underlying Insurance attached to this policy. Words and phrases that appear in quotation marks are defined in the Definitions section of your Commercial Excess Liability Protection insuring agreement.

**Important Note:** The Limits Of Coverage shown on this Coverage Summary apply over all applicable limits of coverage of your "Underlying Insurance" shown in a Schedule of Immediate Underlying Insurance and in any Schedule of Other Underlying Insurance attached to this policy. If a Participating Insurance Endorsement is made part of this policy, this coverage is participating coverage with coverage provided by one or more other insurers.

### Limits Of Coverage

**Aggregate limit.**  $15,000,000.

**Each loss limit.**  $15,000,000.

**Loss notification amount.**  $

**Retroactive date:**  N/A

**Important Note:** The Retroactive date applies when your Commercial Excess Liability Protection provides coverage on a claims-made basis because your "Immediate Underlying Insurance" provides coverage on a claims-made basis and includes a retroactive date provision. If no Retroactive date is shown, the retroactive date for your Commercial Excess Liability Protection is the same as the retroactive date of that "Immediate Underlying Insurance".

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply, too. If so, they're listed on the Policy Forms List.

**Name of Insured**  THE BROADBENT COMPANY

**Policy Number** QI01300069

**Effective Date** 01/01/06

**Processing Date** 01/26/06  14:50   001

CONFIDENTIAL

TRAVELERS DOC MGMT Page 24 of 53

TRAV_003912

CONFIDENTIAL

## SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE – COMMERCIAL EXCESS LIABILITY PROTECTION

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:**  Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

### Immediate Underlying Insurance

| Type of coverage: | Limits Of Coverage |
|---|---|
| Lead Umbrella Liability | $10,000,000. Each Occurrence |
| **Insurer** | $10,000,000. General Aggregate |
| Westfield Insurance Company | $10,000,000. Products/Completed Ops Agg |
| **Policy number** | |
| CMM3444790 | |

Policy period 01/01/2006 to 01/01/2007

Coverage is:  ☐ claims-made
              ☒ not claims-made

| Type of coverage: | Limits Of Coverage |
|---|---|

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

| Type of coverage: | Limits Of Coverage |
|---|---|

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

| **Name of Insured** | **Policy Number** QI01300069 | **Effective Date** 01/01/06 |
|---|---|---|
| THE BROADBENT COMPANY | | **Processing Date** 01/26/06  14:50  001 |

X2036 Ed. 3-00                                  Schedule Of Immediate Underlying Insurance
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved        Page  1 of  2

CONFIDENTIAL                                                                              TRAV_003914

**Immediate Underlying Insurance**

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

CONFIDENTIAL

TRAV_003915

**SCHEDULE OF OTHER UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

This schedule describes your Other Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

## Other Underlying Insurance

**Type of coverage:**

All Primary Liability Insurance As Per Schedule On File With Us

**Limits Of Coverage**

As Per Schedule On File With Us

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

| Name of Insured | Policy Number QI01300069 | Effective Date 01/01/06 |
|---|---|---|
| THE BROADBENT COMPANY | | Processing Date 01/26/06  14:50  001 |

X2037 Ed. 3-00                                    Schedule Of Other Underlying Insurance
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved      Page   1 of   2

CONFIDENTIAL

TRAV_003916

**Other Underlying Insurance**

**Type of coverage:**                                **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

**Type of coverage:**                                **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

**Type of coverage:**                                **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

X2037 Ed. 3-00
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

CONFIDENTIAL                                              TRAV_003917

# COMMERCIAL EXCESS LIABILITY PROTECTION

This insuring agreement provides excess liability protection for your business over your "Underlying Insurance". There are, of course, limitations which apply to that protection. As a result, this insuring agreement and your "Immediate Underlying Insurance" should be read carefully to determine the extent of the coverage provided to you and other "protected persons". Words and phrases that appear in quotation marks are defined in the Definitions section.

**Important Note.** This insuring agreement provides claims-made coverage when your "Immediate Underlying Insurance" provides claims-made coverage.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Coverage Above Your Immediate Underlying Insurance | 1 |
| Right To Associate In Defense | 2 |
| Right To Investigate Or Settle | 2 |
| Right To Appeal A Judgment | 2 |
| Additional Payments | 2 |
| Our expenses. | 2 |
| Prejudgment interest. | 2 |
| Postjudgment interest. | 2 |
| When Your Immediate Underlying Insurance Applies On A Claims-Made Basis | 2 |
| Retroactive date. | 3 |
| Extended reporting period. | 3 |
| **Who Is Protected Under This Agreement** | 3 |
| **Limits Of Coverage** | 3 |
| Aggregate limit. | 3 |
| Each loss limit. | 4 |
| **Other Insurance** | 4 |
| **Other Rules For This Agreement** | 4 |
| Our Duty To Reimburse When You Or Other Protected Persons Must Pay | 4 |
| Maintaining Your Underlying Insurance Premiums | 4 |
| Recovering Damages From A Third Party | 5 |
| Division of recovery. | 5 |
| Recovery expenses. | 5 |
| Loss Notification Amount | 5 |
| **Definitions** | 5 |

## What This Agreement Covers

### Coverage Above Your Immediate Underlying Insurance

We will pay amounts any "protected person" is legally required to pay as damages that:

- are covered by this agreement; and
- would have been covered by your "Immediate Underlying Insurance", but aren't only because they exceed the payment of the applicable limit of coverage stated in your "Immediate Underlying Insurance".

If the applicable limit of coverage stated in your "Immediate Underlying Insurance" is reduced due to payment of amounts that are subject to that limit, we will pay damages covered by this agreement that exceed the remaining limit.

If the applicable limit of coverage stated in your "Immediate Underlying Insurance" is used up due to payment of amounts that are subject to that limit, this coverage will replace your "Immediate Underlying Insurance" for damages that are subject to that limit and are covered by this agreement.

We will pay damages covered by this agreement only up to the limit of coverage that applies under this agreement.

The terms, definitions, conditions, limitations, and exclusions that apply to your "Immediate Underlying Insurance" apply to this agreement, subject to the policy period of this policy, and all other terms, definitions, conditions, limitations, and exclusions in this agreement. However, any deductible or self-insured retention that applies to your "Immediate Underlying Insurance" does not apply to this agreement.

---

X2000 Ed. 3-00    Insuring Agreement
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved    Page 1 of 5

CONFIDENTIAL    TRAV_003918

If any provision of your "Immediate Underlying Insurance" conflicts with any provision in this agreement, that provision of this agreement will apply. However, if that provision would result in broader coverage than is provided by your "Immediate Underlying Insurance", the provision of your "Immediate Underlying Insurance" will apply.

This agreement will not provide broader coverage than that provided by your "Immediate Underlying Insurance".

Limit of coverage may also be called limit of insurance in your "Immediate Underlying Insurance".

## Right To Associate In Defense

We have no duty to defend any "protected person" against any claim or suit for damages covered by this agreement. However, we have the right to associate in the defense and control of any claim or suit that is reasonably likely to involve the coverage provided by this agreement.

## Right To Investigate Or Settle

We will have the right to investigate any claim or suit to the extent that we believe is proper. We will also have the right to settle any claim or suit for amounts within the available limits of coverage under this agreement.

## Right To Appeal A Judgment

We will have the right to appeal a judgment against any "protected person". But only if:

- the judgment includes damages covered by this agreement;
- the judgment is for an amount more than the applicable limit of coverage in your "Immediate Underlying Insurance"; and
- the "protected person" or any insurer that provides your "Immediate Underlying Insurance" does not appeal the judgment.

If we appeal such a judgment, we will pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Our payments for such appeal expenses are in addition to the limits of coverage that apply under this agreement. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## Additional Payments

We will have the duty to make only the additional payments shown below in connection with any claim or suit against a "protected person" when we:

- investigate or settle the claim or suit;
- associate in defense of the "protected person" against the claim or suit; or
- pay our part of a judgment.

But we will make such payments only to the extent that they are not covered by your "Underlying Insurance" or any "other insurance".

If any law prevents us from paying on behalf of any "protected person" any of these additional payments, we will repay such amounts that are incurred with our consent.

Our duty to make such payments ends when we have used up the limits of coverage that apply under this agreement with the payment of damages.

**Our expenses.** We will pay all expenses we incur. Payments for our expenses are in addition to the limits of coverage that apply under this agreement.

**Prejudgment interest.** We will pay the interest that accumulates before a judgment and is awarded against the "protected person" on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage under this agreement, we won't pay the prejudgment interest that accumulates after the date of our offer. Payments for prejudgment interest are in addition to the limits of coverage that apply under this agreement.

**Postjudgment interest.** We will pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage under this agreement that applies to the judgment. Payments for postjudgment interest are in addition to the limits of coverage that apply under this agreement.

## When Your Immediate Underlying Insurance Applies On A Claims-Made Basis

The following sections apply when your "Immediate Underlying Insurance" applies on a claims-made basis.

---

CONFIDENTIAL                                        TRAV_003919

**Retroactive date.** When your "Immediate Underlying Insurance" applies on a claims-made basis and includes a retroactive date provision, the retroactive date for this agreement is:

- shown in the Coverage Summary; or
- the same as the retroactive date of that "Immediate Underlying Insurance" if no Retroactive date is shown in the Coverage Summary.

**Extended reporting period.** When your "Immediate Underlying Insurance" applies on a claims-made basis and applies an "extended reporting period", we will apply that "extended reporting period" to this agreement if:

- you promptly report to us any premium charged for the "extended reporting period" for that "Immediate Underlying Insurance" and for any "extended reporting period" for your "Other Underlying Insurance";
- you send us a copy of the endorsement that provides the "extended reporting period" for your "Immediate Underlying Insurance" and for any endorsement that provides any "extended reporting period" for your "Other Underlying Insurance"; and
- you pay any additional premium for the "extended reporting period" for this agreement when due.

We will figure the additional premium for the "extended reporting period" for this agreement in accordance with our rates and rules.

## Who Is Protected Under This Agreement

Only the person or organization that is an insured, or the persons or organizations that are insureds, under your "Immediate Underlying Insurance" is a "protected person", or are "protected persons", under this agreement. But the protection for each such person or organization is limited to the type and scope of protection provided by your "Immediate Underlying Insurance" under which they are an insured.

If any such person or organization is an insured under your "Immediate Underlying Insurance" because a contract with you has been made that requires you to provide liability insurance on behalf of that person or organization, we will consider that person or organization to be a "protected person" under this agreement. But only to the extent that the limits of coverage required

by the contract exceed the applicable limit of coverage in your "Underlying Insurance", subject to the limits of coverage that apply under this agreement.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we will pay as damages, regardless of the number of:

- "protected persons";
- claims made or suits brought against any or all "protected persons";
- persons or organizations making claims or bringing suits; or
- coverages included in your "Immediate Underlying Insurance".

Except where they conflict with this agreement, any terms, definitions, conditions, and limitations used by your "Immediate Underlying Insurance" to describe the application of its limits of coverage also apply to this agreement.

**Aggregate limit.** This is the most we will pay for the combined total of all damages covered by this agreement.

However, we won't apply this limit to damages covered by this agreement that would not have been subject to an aggregate limit of coverage in your "Immediate Underlying Insurance".

If any one of your "Immediate Underlying Insurance" coverages applies a separate products-completed operations aggregate limit in the same policy, we will apply a separate aggregate limit to the combined total of all damages covered by this agreement that would have been subject to such aggregate limit in that "Immediate Underlying Insurance".

If any one of your "Immediate Underlying Insurance" coverages applies a separate aggregate limit in the same policy for damages:

- arising out of certain premises, projects, or work sites; or
- on any other basis;

we will apply a separate aggregate limit to the combined total of all damages covered by this agreement that would have been subject to such aggregate limit in that "Immediate Underlying Insurance".

---

CONFIDENTIAL

TRAV_003920

Aggregate limit may also be called a total or policy limit in your "Immediate Underlying Insurance".

**Each loss limit.** This is the most we will pay for the combined total of all damages covered by this agreement that:

- arise out of any one loss, claim, occurrence, event, accident, offense, incident, act, error, omission, or similar unit; or
- are incurred for loss sustained by any one person or organization;

to which your "Immediate Underlying Insurance" applies a limit of coverage that is separate from the aggregate limit of coverage under that insurance.

## Other Insurance

If there is any "other insurance" for damages covered by this agreement, we won't make any payments until the "other insurance" has been used up with the payment of amounts that are subject to its limits of coverage.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Or Other Protected Persons Must Pay

If any law prevents us from paying on behalf of any "protected person" any amount that the "protected person" is legally required to pay as damages covered by this agreement, you or that "protected person" may pay that amount with our consent.

If you then give us proof of that payment, we will reimburse you or that "protected person" for the amount by which that payment exceeds the applicable limit of coverage in your "Immediate Underlying Insurance". But we will repay amounts only up to the limits of coverage that apply under this agreement.

### Maintaining Your Underlying Insurance

You agree to maintain your "Underlying Insurance" while this agreement is in effect. This means that:

- your "Underlying Insurance" remains in effect;

- the terms and conditions of your "Underlying Insurance" are not materially changed;
- the limits of coverage in your "Underlying Insurance" are not changed; and
- coverage that renews or replaces your "Underlying Insurance" is not more restrictive than the coverage being renewed or replaced.

A reduction of an aggregate limit of coverage in your "Underlying Insurance" that results from the payment of amounts that are subject to that aggregate limit of coverage won't be considered a change of the limits of coverage in your "Underlying Insurance".

This insurance will remain in effect if you fail to meet any of the above requirements. But we won't be liable for more than we would have been if you had met all of the above requirements.

If you are unable to recover from any insurer that provides your "Underlying Insurance" because:

- that insurer is unable to pay; or
- you fail to comply with any term or condition of your "Underlying Insurance";

we will only pay damages covered by this agreement that exceed the applicable limits of coverage in your "Underlying Insurance" shown in a Schedule Of Immediate Underlying Insurance and any Schedule Of Other Underlying Insurance attached to this policy.

## Premiums

This section replaces the Premiums section of the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment except:

- as otherwise provided in a Coverage Summary or by endorsement to this agreement;
- any adjustment that results from the cancellation of this agreement; or
- as otherwise provided in the Extended reporting period section of this agreement.

However, we may charge you additional premium if you add any new insured to your "Underlying Insurance" and a charge is made for that new insured by the insurer that

CONFIDENTIAL

provides that "Underlying Insurance". You must notify us promptly if that happens.

## Recovering Damages From A Third Party

This section replaces the Recovering Damages From A Third Party section in the General Rules attached to this policy, but only for this agreement.

Any "protected person" may be able to recover all or part of a loss from someone other than us. Because of this, each "protected person" must do all that is possible after a loss to preserve any right of recovery available. If we make a payment under this agreement, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any "protected person" or insurer who paid amounts over the limits of coverage that apply under this agreement will be reimbursed for the actual excess amount paid.
- Next, we will be reimbursed for any payments we have actually made.
- Then, if any amount remains, it will belong to any insurer that provides your "Underlying Insurance" or any "protected person" who paid damages to the person or organization who made the claim or brought the suit.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we will pay all the expenses of those proceedings ourselves.

## Loss Notification Amount

You or any other "protected person" must tell us or our agent if an occurrence, event, accident, offense, incident, act, error, or omission happens or is committed that will likely result in damages that exceed the Loss notification amount shown in the Coverage Summary. If no Loss notification amount is shown in the Coverage Summary, the Loss notification amount is 50% of the combined total of all applicable each loss, claim, occurrence, event, accident, offense, incident, act, error, omission, or similar unit limits of coverage of your "Underlying Insurance" described in a Schedule of

Immediate Underlying Insurance and in any Schedule of Other Underlying Insurance attached to this agreement.

## Definitions

The following words or phrases have the defined meaning shown below.

"Extended reporting period" means any period of time, starting with the ending date of your claims-made insurance, during which claims or suits may be first made, brought, or reported for that insurance.

"Immediate Underlying Insurance" means only the insurance that:

- is described in a Schedule Of Immediate Underlying Insurance; and
- has amounts shown for its limits of coverage in that schedule.

"Other insurance" means valid and collectible insurance that:

- isn't your "Underlying Insurance"; and
- isn't specifically purchased to apply in excess of the limits of coverage for this agreement.

"Other insurance" includes alternative risk transfer, risk management, or financing methods or programs, such as risk retention groups or self-insurance methods or programs.

"Other Underlying Insurance" means only the insurance that:

- is described in a Schedule Of Other Underlying Insurance; and
- has amounts shown for its limits of coverage in that schedule.

"Protected person" means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

"Underlying Insurance" means all of the following insurance:

- insurance that is "Immediate Underlying Insurance"; and
- insurance that is "Other Underlying Insurance".

CONFIDENTIAL

## MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY

This endorsement changes your Commercial Excess Liability Protection.

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added. This change excludes coverage.

   **Mold, other fungi, or bacteria exclusion.** We won't cover damages arising out of any actual, alleged, or threatened:

   - absorption, ingestion, or inhalation of "mold or other fungi", or "bacteria", in any form by any person; or
   - existence of "mold or other fungi", or "bacteria", in any form.

   But we won't apply this exclusion part to:

   - "bodily injury" or "property damage" arising out of "mold or other fungi", or "bacteria", which are, or are on, in, or part of, any good or product that's intended to be consumed as a food, beverage, or medicine;
   - "bodily injury" arising out of "bacteria" which are directly transmitted solely by or from another person to the person sustaining the "bodily injury"; or
   - "bodily injury" arising out of a bacterial infection which develops in connection with physical harm to the person sustaining the "bodily injury", if such physical harm isn't excluded by this exclusion part, or any other part of this exclusion, and a claim or suit is made or brought against the "protected person" for such physical harm.

   Nor will we cover damages arising out of any actual, alleged, or threatened:

   - absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and "waste", in any form by any person; or
   - existence of any such irritant or contaminant in any form;

   and that are part of any claim or suit that also alleges any damages described as excluded in the first paragraph of this exclusion.

   Also, we won't cover any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any "protected person" or others:

   - test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize "mold or other fungi", or "bacteria", in any form; or
   - respond to, or assess, in any way the effects of "mold or other fungi", or "bacteria", in any form.

   But we won't apply this exclusion to damages that would have been covered by your "Immediate Underlying Insurance" that provides employers liability coverage, if the applicable limit of coverage of such "Immediate Underlying Insurance" had not been used up.

   Because "mold or other fungi", or "bacteria", can be pollutants, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any pollution exclusion that applies to this agreement.

2. The following are added to the Definitions section, but only for this endorsement.

   The following words or phrases have or include the defined meaning shown below.

   "Bacteria" means:

   - any type or form of bacterium; or
   - any mycotoxin, spore, scent, or byproduct that's produced or released by such bacterium.

CONFIDENTIAL

"Bodily injury" means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress, including shock or humiliation.
- Care, loss of services, or death.

"Mold or other fungi" means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such mold, mildew, or other fungus.

"Property damage" means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

  *You accidentally cause a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we will consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

"Waste" includes materials to be recycled, reconditioned, or reclaimed.

## Other Terms

All other terms of your policy remain the same.

CONFIDENTIAL

TRAV_003924

What This Agreement Covers When Your Underlying Insurance Pays Amounts Not Covered By This Agreement Endorsement – Commercial Excess Liability

This endorsement changes your Commercial Excess Liability Protection.

How Coverage Is Changed

1. The following is added to the What This Agreement Covers section. This change limits coverage.

   When Your Underlying Insurance Pays Amounts Not Covered By This Agreement.

   If the applicable limit of coverage stated in your "Underlying Insurance" is reduced or used up due to payment of amounts not covered by this agreement, we will continue to apply this agreement only to damages that:

   * are covered by this agreement; and
   * would have been covered by your "Underlying Insurance" but aren't only because they exceed the applicable limit of coverage shown in the Schedule of Immediate Underlying Insurance and the applicable limit of coverage shown in the Schedule of Other Underlying Insurance.

Other Terms

All other terms of your policy remain the same.

| Name of Insured | Policy Number | QI01300069 | Effective Date | 01/01/06 |
|---|---|---|---|---|
| THE BROADBENT COMPANY | | | Processing Date | 01/26/06  14:50  001 |

CONFIDENTIAL                                                                    TRAV_003925

**EMPLOYMENT−RELATED PRACTICES EXCLUSION ENDORSEMENT −
COMMERCIAL EXCESS LIABILITY**

This endorsement changes your Commercial
Excess Liability Protection.

## How Coverage Is Changed

There are two changes which are explained
below.

1. The following is added.  This change
   excludes coverage.

   **Employment−related practices exclusion.**  We
   won't cover damages arising out of
   "employment-related practices".

   This exclusion also applies to any
   obligation to share such damages with or
   repay someone else who must pay such
   damages.

2. The following is added to the Definitions
   section, but only for this endorsement.

   "Employment-related practices" means:
   - refusal to employ;
   - termination of employment; or
   - any other employment−related act,
     omission, policy, or practice, such as
     coercion, defamation, demotion,
     discipline, discrimination, evaluation,
     harassment, humiliation, or
     reassignment.

## Other Terms

All other terms of your policy remain the
same.

CONFIDENTIAL                                                              TRAV_003926

**EMPLOYEE RETIREMENT INCOME SECURITY ACT OR SIMILAR LAW EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY**

This endorsement changes your Commercial Excess Liability Protection.

---

## How Coverage Is Changed

The following is added.   This change excludes coverage.

**Employee Retirement Income Security Act or similar law exclusion.**  We won't cover any obligation that the "protected person" has under:

- the Employee Retirement Income Security Act of 1974 (E.R.I.S.A.);
- the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA); or
- any similar common or statutory law of any jurisdiction;

including any amendments to such laws.

## Other Terms

All other terms of your policy remain the same.

---

## ASBESTOS EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY

This endorsement changes your Commercial Excess Liability Protection.

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added. This change excludes coverage.

   **Asbestos exclusion.** We won't cover damages arising out of any actual, alleged, or threatened:

   - absorption, ingestion, or inhalation of asbestos in any form by any person; or
   - existence of asbestos in any form.

   Nor will we cover damages arising out of any actual, alleged, or threatened:

   - absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and "waste", in any form by any person; or
   - existence of any such other irritant or contaminant in any form;

   and that are part of any claim or suit that also alleges any damages described in the first paragraph of this exclusion.

   We also won't cover any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any "protected person" or others:

   - test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or
   - respond to, or assess, in any way the effects of asbestos in any form.

   But we won't apply this exclusion to damages that would have been covered by your "Immediate Underlying Insurance" that provides employers liability coverage, if the applicable limit of coverage for such "Immediate Underlying Insurance" had not been used up.

   Because asbestos, and any such other irritants or contaminants, are pollutants, this exclusion applies in addition to any pollution exclusion that applies to this agreement.

2. The following is added to the Definitions section, but only for this endorsement.

   The following word includes the defined meaning shown below.

   "Waste" includes materials to be recycled, reconditioned, or reclaimed.

### Other Terms

All other terms of your policy remain the same.

CONFIDENTIAL

## AIRCRAFT EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY

This endorsement changes your Commercial Excess Liability Protection.

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added. This change excludes coverage.

   **Aircraft exclusion.** We won't cover damages arising out of the:
   - ownership, maintenance, use, or operation;
   - "loading or unloading"; or
   - "entrustment to others";

   of any aircraft owned, operated, rented, leased, or borrowed by any "protected person".

2. The following is added to the Definitions section, but only for this endorsement.

   "Loading or unloading" means the handling of property:
   - while it's being moved from the place where it's accepted for transportation;
   - while it's loaded, transported, and unloaded; and
   - until it's moved to the place where it's finally delivered.

   But we won't consider moving property by an unattached mechanical device, including any forklift or conveyor, or other than a hand truck, to be "loading or unloading".

   "Entrustment to others" means:
   - the permitting of others to use or do something; or
   - the giving of something to others for safekeeping.

### Other Terms

All other terms of your policy remain the same.

## LEAD EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY

This endorsement changes your Commercial Excess Liability Protection.

---

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added. This change excludes coverage.

   **Lead exclusion.** We won't cover damages arising out of any actual, alleged, or threatened:

   - absorption, ingestion, or inhalation of lead in any form by any person; or
   - existence of lead in any form.

   Nor will we cover damages arising out of any actual, alleged, or threatened:

   - absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and "waste", in any form by any person; or
   - existence of any such other irritant or contaminant in any form;

   and that are part of any claim or suit that also alleges any damages described in the first paragraph of this exclusion.

   We also won't cover any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any "protected person" or others:

   - test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize lead in any form; or
   - respond to, or assess, in any way the effects of lead in any form.

   But we won't apply this exclusion to damages that would have been covered by your "Immediate Underlying Insurance" that provides employers liability coverage, if the applicable limit of coverage of such "Immediate Underlying Insurance" had not been used up.

   Because lead, and any such other irritants or contaminants, are pollutants, this exclusion applies in addition to any pollution exclusion that applies to this agreement.

2. The following is added to the Definitions section, but only for this endorsement.

   The following word includes the defined meaning shown below.

   "Waste" includes materials to be recycled, reconditioned, or reclaimed.

### Other Terms

All other terms of your policy remain the same.

---

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

CONFIDENTIAL

## CONTROL OF PROPERTY EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY

This endorsement changes your Commercial Excess Liability Protection.

---

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added. This change excludes coverage.

   **Control of property exclusion.** We won't cover damages for damage to the following property:

   - Any property you own, or rent, lease, or borrow from others, or occupy.
   - Premises you sell, give away, or abandon, if such damage arises out of any part of those premises. But we won't apply this exclusion part to damage to premises which are "your completed work" and were never occupied, rented, or held for rental by you.
   - Personal property in the care, custody, or control of the "protected person".
   - That particular part of real property being worked on by or for you, if such damage arises out of "your work".
   - That particular part of any property which must be restored, repaired, or replaced because "your work" was incorrectly performed on it. But we won't apply this exclusion part to damages for damage to property that results from "your completed work".

   Furthermore, we won't apply this exclusion to damages for damage to the above property, other than the property described below, for which the "protected person" has assumed liability under a sidetrack agreement:

   - Property you own, or rent, lease from others, or occupy.
   - Premises you sell, give away, or abandon.

2. The following are added to the Definitions section, but only for this endorsement.

   The following words or phrases have or include the defined meaning shown below.

"Loading or unloading" means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device, including any forklift or conveyor, other than a hand truck, to be "loading or unloading".

"Your completed work" means "your work" that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We will consider "your work" to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

But we won't consider the following to be "your completed work":

- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.

---

CONFIDENTIAL                                                                TRAV_003931

- Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be "your completed work" when:

- the vehicle isn't owned or operated by you;
- the condition is created by the "loading or unloading" of the vehicle by a "protected person"; and
- the condition causes damage to property.

"Your work" means any:

- work that you are performing or others are performing for you; or
- service that you are providing or others are providing for you.

"Your work" includes:

- all equipment, materials, or parts provided with or for "your work";
- any warranty provided with or for "your work";
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of "your work"; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for "your work".

## Other Terms

All other terms of your policy remain the same.

CONFIDENTIAL
TRAV_003932

## CONTROL OF PERSONAL PROPERTY EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY

This endorsement changes your Commercial Excess Liability Protection.

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added. This change excludes coverage.

   **Control of personal property exclusion.** We won't cover damages for damage to the following property:
   - Personal property that you own, or rent, lease, or borrow from others.
   - Personal property in the care, custody, or control of the "protected person".
   - That particular part of personal property which must be restored, repaired, or replaced because "your work" was incorrectly performed on it. But we won't apply this exclusion part to damage that results from "your completed work".

   Furthermore, we won't apply this exclusion to damages for damage to the above personal property for which the "protected person" has assumed liability under a sidetrack agreement, other than personal property that you own, or rent, lease, or borrow from others.

2. The following are added to the Definitions section, but only for this endorsement.

   The following words or phrases have or include the defined meaning shown below.

   "Loading or unloading" means the handling of property:
   - while it's being moved from the place where it's accepted for transportation;
   - while it's being loaded, transported, and unloaded; and
   - until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device, including any forklift or conveyor, other than a hand truck, to be "loading or unloading".

"Your completed work" means "your work" that:
- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We will consider "your work" to be completed at the earliest of the following times:
- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

But we won't consider the following to be "your completed work":
- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.
- Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with

CONFIDENTIAL

transporting property to be "your completed work" when:

- the vehicle isn't owned or operated by you;
- the condition is created by the "loading or unloading" of the vehicle by a "protected person"; and
- the condition causes damage to property.

"Your work" means any:

- work that you are performing or others are performing for you; or
- service that you are providing or others are providing for you.

"Your work" includes:

- all equipment, materials, or parts provided with or for "your work";
- any warranty provided with or for "your work";
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of "your work"; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for "your work".

**Other Terms**

All other terms of your policy remain the same.

CONFIDENTIAL                                                                 TRAV_003934

## OCCUPATIONAL DISEASE EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY

This endorsement changes your Commercial Excess Liability Protection.

---

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added. This change excludes coverage.

   **Occupational disease exclusion.** We won't cover damages arising out of "occupational disease".

2. The following is added to the Definitions section, but only for this endorsement.

   "Occupational disease" means disease caused or aggravated by conditions related to occupation or employment to which your employee or any other person is exposed.

### Other Terms

All other terms of your policy remain the same.

---

X2024 Ed. 3-00                                   Endorsement
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page 1 of 1

CONFIDENTIAL                                                                                       TRAV_003935

**POLLUTION NOT RELATED TO AUTOS OR EMPLOYERS LIABILITY EXCLUSION AND POLLUTION WORK LOSS, COST, OR EXPENSE EXCLUSION ENDORSEMENT – COMMERCIAL EXCESS LIABILITY**

This endorsement changes your Commercial Excess Liability Protection.

## How Coverage Is Changed

There are three changes which are explained below.

1. The following is added. This change excludes coverage.

   **Pollution not related to autos or employers liability exclusion.** We won't cover damages arising out of "pollution" at, on, in, or from any:

   - "protected person's premises";
   - "waste site"; or
   - "protected person's work site".

   Nor will we cover damages arising out of "pollution" involving any "waste pollutant".

   However, we won't apply this exclusion to "bodily injury" or "property damage" that:

   - results from "your products" or "your completed work", other than "waste products or completed work";
   - results from "building heating equipment fumes, smoke, soot, or vapors";
   - results from "hostile fire heat, fumes, or smoke";
   - results from "mobile equipment operating fluids";
   - happens within a building at or on a "protected person's work site" and results from the release of gases, fumes, or vapors from materials brought into that building in connection with the "your work", other than "pollution work", being performed in that building; or
   - is related to "autos".

   Nor will we apply this exclusion to damages that would have been covered by your "Immediate Underlying Insurance" that provides employers liability coverage, if the applicable limit of coverage of such "Immediate Underlying Insurance" had not been used up.

2. The following is added. This change excludes coverage.

   **Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense arising out of:

   - any request, demand, order, or statutory or regulatory requirement that any "protected person" or others perform "pollution work"; or
   - any claim or suit by or for any governmental authority for damages arising out of the performance of "pollution work".

   But we won't apply this exclusion to any damages for "property damage" for which the "protected person" would have liability without such:

   - request, demand, order, or statutory or regulatory requirement; or
   - claim or suit.

   For example:

   *One of "your products" is a container that may be used to store various types of liquids. Several of those containers are sold to a customer that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical is absorbed by the floor. The corrosive effects of the absorbed chemical cause some parts of the floor's surface to become pitted or cracked. The remainder of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall. A state environmental*

---

CONFIDENTIAL

TRAVELERS DOC MGMT Page 48 of 53

TRAV_003936

*protection law requires the removal and proper disposal of all materials and soil contaminated by that type of spilled chemical.  The customer demands that you pay for the cost to replace the pitted and cracked areas of the concrete floor and remove and properly dispose of the contaminated concrete and soil.*

*Based on the facts available to us, we will consider the cost to replace the pitted and cracked areas of the concrete floor's surface to be damages for "property damage" that isn't subject to this exclusion.  However, because of the statutory requirement for removal and proper disposal of contaminated materials and soil, we won't protect you for the additional cost or expense of "pollution work" for the removal and proper disposal of the contaminated concrete and soil from your customer's property.*

3. The following is added to the Definitions section, but only for this endorsement.

The following words or phrases have or include the defined meaning shown below.

"Auto" means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads.  It includes any permanently attached machinery or equipment.  But we won't consider "mobile equipment" to be an "auto".

"Bodily injury" means any physical harm, including sickness or disease, to the physical health of other persons.  It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress, including shock or humiliation.
- Care, loss of services, or death.

"Building heating equipment fumes, smoke, soot, or vapors" means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a "protected person's premises"; and
- are within that building.

"Construction equipment" includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

"Hostile fire" means a fire which:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

"Hostile fire heat, fumes, or smoke" means only the heat, fumes, or smoke that result from a "hostile fire" at, on, in, or from:

- the "protected person's premises", other than a "waste site"; or
- the "protected person's work site", other than a "waste site", but only if the "hostile fire" doesn't result from "pollution work" being performed by or for the "protected person".

"Loading or unloading" means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device including any forklift or conveyor, other than a hand truck, to be "loading or unloading".

"Mobile equipment" means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you own, or rent or lease from others;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached "construction equipment"; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached "specialized equipment".

"Mobile equipment" includes any land vehicle that:

- isn't described above; and

CONFIDENTIAL                                                                    TRAV_003937

- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be "mobile equipment" if it:

- travels under its own power;
- is operated like an "auto" during travel on a public street or road; and
- has permanently attached "specialized equipment"; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

"Mobile equipment operating fluids" means only the fuels, lubricants, or other operating fluids that:

- are part of the "mobile equipment" being maintained, operated, or used in connection with work, other than "pollution work", being performed by or for the "protected person" at, on, or in the "protected person's work site";
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of "mobile equipment" or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of "mobile equipment" or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the "protected person"; and
- escape from a "mobile equipment" part designed to hold, store, or receive them.

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

"Pollutant" means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- "waste".

"Pollution" means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any "pollutant".

"Pollution work" means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any "pollutant"; or
- the responding to, or assessing, in any way the effects of any "pollutant".

"Property damage" means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*You accidentally cause a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we will consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We will consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the "occurrence" which caused it.

"Protected person's premises" means any premises, site, or location which is or was at any time owned, rented, leased, borrowed, or occupied by any "protected person".

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a "protected person's premises" in connection with "pollution" that results from "your work" being performed there.

"Protected person's work" site means any premises, site, or location at, on, or in which work is being performed by or for any "protected person" when:

- the "pollution" involves a "pollutant" that is brought to, on, or in such premises, site, or location by or for

---

CONFIDENTIAL

the "protected person" in connection with such work; or

- the work being performed is "pollution work".

"Specialized equipment" means any:
- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

"Waste" includes materials to be recycled, reconditioned, or reclaimed.

"Waste pollutant" means any "pollutant" which is or was at any time transported, handled, stored, treated, disposed of, or processed as "waste" by or for:
- any "protected person"; or
- any person or organization for whom you may be legally responsible.

"Waste products or completed work" means:
- "your products" or "your completed work" that is or was handled, stored, disposed of, processed, or treated as "waste" at, on, or in a "waste site";
- "your products" or "your completed work" that is or was a "waste pollutant"; or
- "your completed work" that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any "pollutant" at, on, or in a "waste site".

"Waste site" means any premises, site, or location which is or was at any time used by or for any "protected person" or others for the handling, storage, disposal, processing, or treatment of "waste".

"Your completed work" means "your work" that:
- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider "your work" to be completed at the earliest of the following times:
- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

But we won't consider the following to be "your completed work":
- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.
- Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be "your completed work" when:
- the vehicle isn't owned or operated by you;
- the condition is created by the "loading or unloading" of the vehicle by a "protected person"; and
- the condition causes "bodily injury" or "property damage".

"Your products" means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:
- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

"Your products" includes:
- all containers, equipment, materials, or parts provided with or for "your products";

CONFIDENTIAL                                                                    TRAV_003939

- any warranty provided with or for "your products";
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of "your products"; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for "your products".

But we won't consider the following to be "your products":

- Goods or products which are still in your physical possession or on a premises that you own, or rent, lease, or borrow from others.
- Real property.
- Containers that are vehicles.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use.  For example, a vending machine.

"Your work" means any:

- work that you are performing or others are performing for you; or
- service that you are providing or others are providing for you.

"Your work" includes:

- all equipment, materials, or parts provided with or for "your work";
- any warranty provided with or for "your work";
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of "your work"; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for "your work".

### Other Terms

All other terms of your policy remain the same.

---

X2032 Ed. 3-00                                    Endorsement
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page 5 of 5

CONFIDENTIAL                                                                    TRAV_003940

**UNSOLICITED COMMUNICATION EXCLUSION ENDORSEMENT –
COMMERCIAL EXCESS LIABILITY**

This endorsement changes your Commercial Excess Liability Protection.

---

**How Coverage Is Changed**

There are two changes that are explained below.

1. The following is added.  This change excludes coverage.

   **Unsolicited communication exclusion.**  We won't cover damages arising out of the actual or alleged violation of any law or regulation that restricts or prohibits the transmitting of "unsolicited communication".

   Nor will we cover any other damages alleged in a claim or suit that also alleges any such violation.

2. The following is added the Definitions section, but only for this endorsement.

   "Unsolicited communication" means any communication, in any form, that:
   - is received by any person or organization; and
   - such person or organization didn't ask to receive.

**Other Terms**

All other terms of your policy remain the same.

---

X2072 Ed. 10-04 Printed in U.S.A.                     Endorsement
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved                     Page 1 of 1

CONFIDENTIAL                                                                 TRAV_003941