# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Kristine L. Seufert

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105 | 101 Northwest MLK Boulevard |
| Indianapolis, Indiana | Evansville, Indiana |
| 46204 | 47708 |
| 921 Ohio Street | 121 West Spring Street |
| Terre Haute, Indiana | New Albany, Indiana |
| 47807 | 47150 |

January 7, 2026

Clerk of the Marion County Court
Marion Superior Court, Commercial Division
675 Justice Way
Indianapolis, IN 46203

Re: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA et al v. THE BROADBENT COMPANY, INC. et al
Cause Number: 1:25−cv−02614−JRS−KMB
Your Cause Number: 49D01−2511−CE−056363

Dear Clerk:

Pursuant to Court order dated January 7, 2026, the above file is remanded to the Marion County Court.

Enclosed are copies of all documents filed in this cause since the petition for removal was filed on 12/30/2025. Also enclosed are certified copies of the docket and order of remand.

Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

Sincerely,

Kristine L. Seufert, Clerk

By: s/Karen Angermeier
Karen Angermeier, Deputy Clerk

Received by:_____Date:_____